NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DAVIDA BROOK (275370)
KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100; Fax: (310) 789-3150

ATTORNEY(S) FOR: Plaintiff Jane Doe

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>REDDIT, INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:21-cv-00768<br><br>**CERTIFICATION  AND  NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |
|---|---|

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff JANE DOE _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JANE DOE | Plaintiff |
| REDDIT, INC. | Defendant |

April 22, 2021
_____
Date

/s/ Krysta Kauble Pachman
_____
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jane Doe
_____