Name and address:
KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANE DOE on behalf of herself and all others similarly situated,

Plaintiff(s)

v.

REDDIT, INC.,

Defendant(s).

**CASE NUMBER**

8:21-cv-00768-JVS-KES

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cohen, Steve M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 337-5361
*Telephone Number*

(347) 696-1227
*Fax Number*

scohen@pollockcohen.com
*E-Mail Address*

of

Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Jane Doe

*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

and designating as Local Counsel

Pachman, Krysta Kauble
*Designee's Name (Last Name, First Name & Middle Initial)*

280951
*Designee's Cal. Bar No.*

(310) 789-3100
*Telephone Number*

(310) 789-3150
*Fax Number*

kpachman@susmangodfrey.com
*E-Mail Address*

of

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
 [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 [ ] for failure to complete Application: _____
 [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
 [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1