Name and address:
KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE on behalf of herself and all others similarly situated, | CASE NUMBER |
|---|---|
| v.                          Plaintiff(s) | 8:21-cv-00768-JVS-KES |
| REDDIT, INC.,                Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Subramanian, Arun    of

*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 336-8330          (212) 336-8340
*Telephone Number*        *Fax Number*
asubramanian@susmangodfrey.com
               *E-Mail Address*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Jane Doe

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Pachman, Krysta Kauble    of

*Designee's Name (Last Name, First Name & Middle Initial)*
  280951          (310) 789-3100        (310) 789-3150
*Designee's Cal. Bar No.*   *Telephone Number*     *Fax Number*
kpachman@susmangodfrey.com
               *E-Mail Address*

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

*Firm/Agency Name & Address*

### HEREBY ORDERS THAT the Application be:

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____          _____
                              **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1