Name and address:
KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE on behalf of herself and all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:21-cv-00768-JVS-KES |
| v. | |
| REDDIT, INC., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cohen, Steve M.                    of     Pollock Cohen LLP
_____        60 Broad Street, 24th Floor
*Applicant's Name (Last Name, First Name & Middle Initial)*   New York, NY 10004

(212) 337-5361          (347) 696-1227
_____
*Telephone Number        Fax Number*

scohen@pollockcohen.com
_____
*E-Mail Address*          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Jane Doe
_____

_____

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Pachman, Krysta Kauble             of     SUSMAN GODFREY L.L.P.
_____        1900 Avenue of the Stars, Suite 1400
*Designee's Name (Last Name, First Name & Middle Initial)*   Los Angeles, CA 90067

280951       (310) 789-3100      (310) 789-3150
_____
*Designee's Cal. Bar No.   Telephone Number    Fax Number*

kpachman@susmangodfrey.com
_____
*E-Mail Address*          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated     4/27/21
_____                    _____
                                          **U.S. District Judge/James V Selna**