Name and address:
KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated, <br><br> v. <br><br> REDDIT, INC., <br><br> Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 8:21-cv-00768-JVS-KES <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Subramanian, Arun** of **Susman Godfrey L.L.P.**
*Applicant's Name (Last Name, First Name & Middle Initial)*   1301 Avenue of the Americas, 32nd Fl.
(212) 336-8330    (212) 336-8340    New York, NY 10019
*Telephone Number*   *Fax Number*
asubramanian@susmangodfrey.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**Jane Doe**

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel
**Pachman, Krysta Kauble** of **SUSMAN GODFREY L.L.P.**
*Designee's Name (Last Name, First Name & Middle Initial)*   1900 Avenue of the Stars, Suite 1400
**280951**   (310) 789-3100   (310) 789-3150    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
kpachman@susmangodfrey.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
     [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     [ ] for failure to complete Application: _____
     [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
     [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated    4/27/21

*(signature)*
**U.S. District Judge James V Selna**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1