| Attorney or Party without Attorney:<br>DAVIDA BROOK (#275370)<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars Suite 1400<br>Los Angeles, CA 90067<br>  Telephone No: 310-789-3100<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:  JANE DOE on behalf of herself and all others similarly situated<br>Defendant:  REDDIT, INC | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:21-cv-00768 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in A Civil Action; Class Action Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Initial Order Following Filing of Complaint Assigned To Judge Selna; Notice of Assignment to United States Judges; Notice to Parties Of Court–Directed Adr Program

3. *a. Party served:*      REDDIT, INC
   *b. Person served:*   Lai Saevang, CSC Lawyers Incorporating Service, Registered Agent, served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   2710 Gateway Oaks Dr Suite 930, Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 26 2021 (2) at: 11:05 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2102-33, Sacramento)          **d. *The Fee*** for Service was: $256.63
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/27/2021
_____
*(Date)*

_____
*(Signature)*

