| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Theane Evangelis, 213.229.7726 <br> Michael H. Dore, 213.229.7652 <br> Gibson, Dunn & Crutcher LLP <br> 333 South Grand Avenue, Los Angeles, CA 90071-3197 <br><br> Kristin A. Linsley, 415.393.8395 <br> Gibson, Dunn & Crutcher, LLP <br> 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921 | |
| ATTORNEY(S) FOR: Defendant, Reddit, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe on behalf of herself and all others similarly situated <br><br> Plaintiff(s), <br><br> v. <br><br> Reddit, Inc. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:21-CV-00768 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Reddit, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Jane Doe on behalf of herself and all others similarly situated | Plaintiff |
| Reddit, Inc. | Defendant |

May 7, 2021                                       /s/ Theane Evangelis
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Reddit, Inc.