THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

KRISTIN A. LINSLEY, SBN 154148
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Reddit, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>REDDIT, INC.,<br><br>            Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>**DEFENDANT REDDIT, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Before: Hon. James V. Selna<br><br>Complaint Filed: April 22, 2021 |

# DEFENDANT REDDIT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Reddit, Inc. hereby discloses that it has no parent corporation and no publicly traded company owns 10% of more of its stock.

Dated: May 7, 2021                                   Respectfully submitted,

KRISTIN A. LINSLEY
THEANE EVANGELIS
MICHAEL H. DORE
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theane Evangelis
       Theane Evangelis

Attorneys for Defendant Reddit, Inc.