```
THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520


KRISTIN A. LINSLEY, SBN 154148
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
```

*Attorneys for Defendant Reddit, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>REDDIT, INC.,<br><br>           Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**JOINT STIPULATION EXTENDING TIME FOR REDDIT, INC. TO RESPOND TO COMPLAINT**<br><br>Before: Hon. James V. Selna<br><br>Complaint Served: April 26, 2021<br><br>Current Response Date: May 17, 2021<br>New Response Date: June 16, 2021 |

Pursuant to Local Rule 7-1 and the Initial Order Following Filing of Complaint Assigned to Judge Selna, Dkt. 10 Part E, Plaintiff Jane Doe and Defendant Reddit, Inc., (collectively the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the deadline for Reddit to respond to the Complaint as follows:

WHEREAS, the current date for Reddit to respond to the Complaint in this matter is May 17, 2021;

WHEREAS, Theane Evangelis, lead counsel for Reddit, is scheduled to present oral argument before the Ninth Circuit on May 14, 2021, three days before the current date for Reddit to respond to the Complaint;

WHEREAS, the Parties have conferred and agree to extend the deadline for Reddit to respond to the Complaint by 30 days, to June 16, 2021;

WHEREAS, there have been no prior requests for extensions in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The deadline for Reddit to respond to the Complaint shall be June 16, 2021.

Dated: May 7, 2021                     Respectfully submitted,

                                       KRISTIN A. LINSLEY
                                       THEANE EVANGELIS
                                       MICHAEL H. DORE
                                       GIBSON, DUNN & CRUTCHER LLP


                                       By: /s/ Theane Evangelis
                                                 Theane Evangelis

                                       Attorneys for Defendant Reddit, Inc.

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
SUSMAN GODFREY L.L.P.

STEVE COHEN
POLLOCK COHEN LLP

By: /s/ Davida Brook
        Davida Brook

Attorneys for Plaintiff Jane Doe

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: /s/ Theane Evangelis
Theane Evangelis

*Attorney for Defendant Reddit, Inc.*