UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>REDDIT, INC.,<br><br>                    Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR REDDIT, INC. TO RESPOND TO COMPLAINT**<br><br>Before:  Hon. James V. Selna<br><br>Complaint Served: April 26, 2021<br><br>Current Response Date: May 17, 2021<br>New Response Date:      June 16, 2021 |

# ORDER

This matter is before the Court pursuant to the Parties' stipulation to extend Reddit's deadline to respond to the Complaint. Based on the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

The deadline for Reddit to respond to the Complaint shall be June 16, 2021.

**IT IS SO ORDERED**.

Dated: _____

                                            Hon. Judge James V. Selna
                                            United States District Judge