UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br>REDDIT, INC.,<br>　　　　　　　Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Before:  Hon. James V. Selna |

# ORDER

This matter is before the Court on the motion of Defendant Reddit, Inc. to dismiss all of Plaintiff's claims against Reddit, Inc. pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Upon considering the Motion, the papers and records on file in this action, the argument of counsel, and all matters of which the Court may properly take judicial notice, the Court hereby **GRANTS** Reddit, Inc.'s motion and **DISMISSES** all of Plaintiff's claims with prejudice. The Complaint fails to state a cause of action upon which relief can be granted because Plaintiff's claims are barred by 47 U.S.C. § 230(c)(1). Plaintiff also fails to allege the necessary elements of each claim, and to allege the claims sounding in fraud with particularity. Fed. R. Civ. Proc. 9(b), 12(b)(6).

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Judge James V. Selna
United States District Judge