THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

KRISTIN A. LINSLEY, SBN 154148
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Reddit, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JANE DOE on behalf of herself and all others similarly situated,

                    Plaintiff,

     v.

REDDIT, INC.,

                    Defendant.

CASE NO. 8:21-CV-00768-JVS-KES

**NOTICE OF MOTION AND MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)**

Before: Hon. James V. Selna
Hearing: July 19, 2021
Time: 1:30 p.m.

Gibson, Dunn &
Crutcher LLP

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on July 19, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-entitled court, located at 411 West 4th Street, Santa Ana, California, 92701-4516, Defendant Reddit, Inc. will and hereby does move the Court for an order staying discovery in this case, including the parties' discovery and disclosure obligations under Fed. R. Civ. P. 26, pending the Court's ruling on any dispositive motions that Reddit may file under Fed. R. Civ. P. 12(b).

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 7, 2021.  During that telephone conference, Reddit discussed with Plaintiff's counsel its intention to file this motion and stated its grounds for doing so.  Reddit understands from the conference that Plaintiff will oppose this motion.

Dated:      June 21, 2021

By: */s/ Theane Evangelis*
*Theane Evangelis*

THEANE EVANGELIS
KRISTIN A. LINSLEY
MICHAEL DORE
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant*
*Reddit, Inc.*

NOTICE OF MOTION AND MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING
RESOLUTION OF DISPOSITIVE MOTIONS

CASE NO. 8:21-CV-00768-JVS-KES

# TABLE OF CONTENTS

Page

INTRODUCTION ..................................................................................1

PROCEDURAL HISTORY ....................................................................3

PLAINTIFF'S DISCOVERY REQUESTS ............................................4

LEGAL STANDARD ............................................................................5

ARGUMENT .........................................................................................6

I.    Reddit's Pending Motion Is Dispositive of The Entire Case.....................6

II.   Reddit's Pending Motion May Be Decided Absent Any Discovery .........9

III.  The Relevant Remaining Factors Also Counsel in Favor of
      Staying Discovery..................................................................9

      A.   The Extent of Plaintiff's Discovery Is Expansive.........................10

      B.   There Is A Clear Possibility That Reddit's Motion to
           Dismiss Will Be Granted ............................................12

      C.   The Litigation Is in Its Early Stages ............................................14

      D.   Other Relevant Factors Weigh in Favor of Staying
           Discovery....................................................................15

CONCLUSION ....................................................................................15

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)

CASE NO. 8:21-CV-00768-JVS-KES

Gibson, Dunn &
Crutcher LLP

# TABLE OF AUTHORITIES

Page(s)

## Cases

*Aguirre v. Adamo*,
474 F. App'x 604 (9th Cir. 2012).................................................................7

*Alaska Cargo Transp., Inc. v. Alaska R.R. Corp.*,
5 F.3d 378 (9th Cir. 1993)...........................................................................7

*Amey v. Cinemark USA, Inc.*,
2013 WL 12143815 (C.D. Cal. Oct. 18, 2013).........................................6, 9

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009)......................................................................................9

*Barnes v. Yahoo!, Inc.*,
570 F.3d 1096 (9th Cir. 2009).....................................................................12

*Bell Atlantic Corp. v. Twombly*,
550 U.S. 544 (2007)....................................................................................11

*Carafano v. MetroSplash.com, Inc.*,
339 F.3d 1119 (9th Cir. 2003)....................................................................2, 6

*Clark v. Zeiger*,
210 F. App'x 612 (9th Cir. 2006).................................................................5

*Cox v. United States*,
2018 WL 6039872 (C.D. Cal. July 2, 2018)...............................................14

*Doe v. Kik Interactive*,
482 F. Supp. 3d 1242 (S.D. Fla. 2020).......................................................14

*Dyroff v. Ultimate Software Grp., Inc.*,
934 F.3d 1093 (9th Cir. 2019).....................................................................7

*Ezra v. America Online, Inc.*,
1998 WL 896459 (D.N.M. July 16, 1998)...................................................7

*Fair Hous. Council v. Roommates.com, LLC*,
521 F.3d 1157 (9th Cir. 2008) ...................................................................1, 6

*Garrett v. Finander*,
2016 WL 8135548 (C.D. Cal. Oct. 12, 2016)..............................................9

*Gavra v. Google Inc.*,
2013 WL 3788241 (N.D. Cal. July 17, 2013)..............................................13

*Hall v. Tilton*,
2010 WL 539679 (N.D. Cal. Feb. 9, 2010) .................................................8

-ii-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)

CASE NO. 8:21-CV-00768-JVS-KES

Gibson, Dunn &
Crutcher LLP

*J.B. v. G6 Hospitality, Inc.*,
  2020 WL 4901196 (N.D. Cal. Aug. 20, 2020) .......................................................14

*Jones v. Dirty World Entm't Recordings*,
  755 F.3d 398 (6th Cir. 2014) ...........................................................................7

*Lemmon v. Snap, Inc.*,
  995 F.3d 1085 (9th Cir. 2021)..................................................................12, 13

*Little v. City of Seattle*,
  863 F.2d 681 (9th Cir. 1988).............................................................1, 5, 7

*Lu v. Central Bank of Republic of China (Taiwan)*,
  610 F. App'x 674 (9th Cir. 2015)...................................................................2, 5

*Mireskandari v. Daily Mail & Gen. Tr. PLC*,
  2013 WL 12129944 (C.D. Cal. Jan. 14, 2013) .............................................12, 15

*Mujica v. AirScan Inc.*,
  771 F.3d 580 (9th Cir. 2014).................................................................................9

*Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc.*,
  591 F.3d 250 (4th Cir. 2009).............................................................................2, 7

*Newman v. San Joaquin Delta Cmty. Coll. Dist.*,
  2011 WL 1743686 (E.D. Cal. May 6, 2011) ...............................................11

*Nguyen v. BMW of N. Am., LLC*,
  2021 WL 2284113 (S.D. Cal. June 4, 2021)................................10, 12, 14

*Quezambra v. United Domestic Workers of Am. AFSCME Local 3930*,
  2019 WL 8108745 (C.D. Cal. Nov. 14, 2019)...............................5, 8, 9

*Rutman Wine Co. v. E.& J. Gallo Winery*,
  829 F.2d 729 (9th Cir. 1987)..............................................................2, 9, 15

*Torres v. Cate*,
  501 F. App'x 662 (9th Cir. 2012)...............................................................2, 5

*Universal Communication Systems, Inc. v. Lycos, Inc.*,
  478 F.3d 413 (1st Cir. 2007) ...........................................................................7, 12

*Wenger v. Monroe*,
  282 F.3d 1068 (9th Cir. 2002)...............................................................1, 5

**Statutes**

47 U.S.C. § 230 ...................................................................................1, 6

**Rules**

Fed. R. Civ. P. 23...............................................................................15

Fed. R. Civ. P. 26...............................................................................3, 5

Gibson, Dunn &
Crutcher LLP

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)          CASE NO. 8:21-CV-00768-JVS-KES

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

On June 16, 2021, Defendant Reddit, Inc. filed a motion to dismiss all of Plaintiff's six claims. Dkt. 24. As outlined in the Motion, each of Plaintiff's individual claims suffers from fatal deficiencies, either because the complaint fails to allege facts supporting an essential element of the claim or because it asserts claims under statutes that do not provide a private right of action. Separately, all of Plaintiff's claims are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230, which provides Reddit immunity from exactly this kind of suit—where the claims seek to impose liability on a platform "for failure to remove offensive content" of third parties. *Fair Hous. Council v. Roommates.com, LLC*, 521 F.3d 1157, 1174 (9th Cir. 2008) (en banc). This Court will have the opportunity to address these issues in the near future and potentially resolve this entire case.

In the meantime, Plaintiff's counsel propounded 26 discovery requests and 5 interrogatories, seeking information about virtually every aspect of Reddit's business. None of these requests has any direct bearing on the events immediately involving Plaintiff and her interactions with Reddit, which she alleges occurred around December 2019, Dkt. 1 ¶ 121. Rather, her requests seek information and materials stretching back nearly a decade and that relate to Reddit's business practices and revenues, reports to law enforcement, and other sensitive and private information related to third parties unaffiliated with Plaintiff. Reddit respectfully submits that discovery in this case should be stayed pending the outcome of Reddit's Motion, including, among other reasons, because Section 230 creates an immunity from suit that would be compromised if Reddit is subject to discovery pending a determination of the applicability of the immunity.

As the Ninth Circuit consistently has recognized, subjecting a defendant to the burdens of discovery before the Court has even determined whether Plaintiff has pled any viable claim is neither necessary nor efficient. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988); *Wenger v. Monroe*, 282 F.3d 1068, 1077 (9th Cir. 2002);

Gibson, Dunn & Crutcher LLP

-1-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)          CASE NO. 8:21-CV-00768-JVS-KES

*Torres v. Cate*, 501 F. App'x 662, 663 (9th Cir. 2012); *Lu v. Central Bank of Republic of China (Taiwan)*, 610 F. App'x 674, 675 (9th Cir. 2015).   These concerns of inefficiency and prejudice are heightened here.   Reddit's motion to dismiss raises multiple threshold issues that should be definitively settled before any broad discovery commences, including the applicability of immunity under Section 230, the lack of statutory standing, and the availability of a private right of action.

As courts repeatedly have held, Section 230 is an "immunity from suit," meaning that its applicability should be decided *before* Reddit is required to respond to Plaintiff's premature and burdensome discovery.   *Carafano v. MetroSplash.com, Inc.*, 339 F.3d 1119, 1125 (9th Cir. 2003); *Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc.*, 591 F.3d 250, 255–58 (4th Cir. 2009).   And the immunity issue, as well as the other dispositive issues that Reddit has raised, can and should be decided without forcing Reddit to engage in burdensome discovery.

It also is significant that the current scope of the case remains uncertain.   In the current version of their complaint, Plaintiff seeks to represent a vast class that would include every individual who was the subject of a video or photo posted on Reddit within the past ten years, so long as they were a minor when the video or photograph was taken. Dkt. 1 ¶ 130.   There is no qualification in the class description that the content have been sexually explicit or otherwise questionable.   Plaintiff's counsel have since indicated that they are intending to amend the complaint, and have requested that they be given until August 6, 2021, to do so.   It would be "sounder practice" to give the Court and the parties time and opportunity to clarify the proper scope of the case.   *Rutman Wine Co. v. E.& J. Gallo Winery*, 829 F.2d 729, 738 (9th Cir. 1987).   For all of these reasons, this Court should issue an order staying discovery pending the outcome Reddit's pending motion to dismiss, and, in the event Plaintiff amends her complaint, any subsequent motion to dismiss under Fed. R. Civ. P. 12(b).

Gibson, Dunn & Crutcher LLP

-2-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)          CASE NO. 8:21-CV-00768-JVS-KES

# PROCEDURAL HISTORY

Plaintiff filed her complaint on April 22, 2021. Dkt. 1. She seeks to represent a class of "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded" onto Reddit, *id.* ¶ 1, regardless of whether that video or image was sexually explicit or otherwise improper in nature.

The parties agreed to extend Reddit's deadline to respond to the complaint by 30 days, to June 16. Declaration of Michael Dore ("Dore Decl.") ¶ 5. During discussions around that agreement, Reddit advised Plaintiff's counsel that it planned to move to dismiss the complaint on grounds that included the statutory immunity provided by Section 230. On May 10, the Court set an initial case management conference for July 19, the earliest date on which Reddit could notice the hearing on its motion to dismiss. Dkt. 23.

Prior to the parties' Rule 26(f) conference, on June 2, Plaintiff's counsel emailed Reddit's counsel a broad set of discovery requests, including 26 document requests and five interrogatories seeking a broad range of documents covering a period of over ten years. Dore Decl., Ex. A. Under Rule 26(d), these document requests would be "considered to have been served at the first Rule 26(f) conference." Fed. R. Civ. P. 26(d)(2)(B).[1] On June 3, Reddit's counsel proposed that discovery be postponed pending the Court's resolution of Reddit's motion to dismiss, but the parties were unable to reach agreement. Dore Decl. ¶¶ 8–9. This motion followed.

In addition to discovery matters, counsel for the parties also discussed Plaintiff's expansive class definition. Dore Decl. ¶ 11. Specifically, Reddit's counsel indicated that the definition appears overbroad, as it contains no clause limiting the class to those who have had *sexually explicit* content uploaded to Reddit's platform. Dkt. 1 ¶ 130.

---

[1] As a general matter, Rule 26(d)(1) precludes a party from "seeking discovery from any source before the parties have conferred as required by Rule 26(f)." Thus, unless Plaintiff serves her requests for interrogatories *after* the conclusion of parties' Rule 26(f) conference, Reddit will treat these requests as not having been served in accordance with the Federal Rules of Civil Procedure.

Gibson, Dunn & Crutcher LLP

-3-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

On June 21, 2021, Plaintiff's counsel advised that they intended to amend the complaint in response to Reddit's motion to dismiss.  Dore Decl. ¶ 15.

As it stands, parties have until June 28 to complete their Rule 26(f) conference. Upon completion of that conference, and absent a stay of discovery, the day for Reddit to respond to Plaintiff's document requests would be July 28, well before any likely resolution of Reddit's pending motion to dismiss, or any subsequent motion to dismiss an amended complaint.

## PLAINTIFF'S DISCOVERY REQUESTS

As noted above, Plaintiff's discovery requests cover a period of over a decade, well beyond the time when Plaintiff alleges that content depicting her was uploaded to Reddit without her consent.  Many of these requests are worded expansively to capture documents and information unrelated even to the broadest allegations of child sexual abuse material ("CSAM"), child sexual exploitation material ("CSEM"), or other child trafficking content referenced in the complaint.  Read literally, Plaintiff's requests seek information about a broad range of Reddit's business, personnel, and financial operations going back 10 years.  Below is a sample of Plaintiff's Discovery Requests (emphases added):

RFP 4: "**All Documents or communications** concerning (i) **the hiring, appointment, designation, and training of Employees to review content before or after it is uploaded or posted to Your site**; and (ii) the hiring, appointment, designation and training of Employees to moderate Your site and field complaints or requests to remove CSEM or child sex trafficking content."

RFP 5: "**All Documents and communications related to Your systems for flagging, reviewing, and removing illegal material from Your site**, as well as your parental controls and automated detection technologies to prevent, identify, and remove CSEM and child sex trafficking content."

Gibson, Dunn & Crutcher LLP

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

RFP 6: "**Any financial analyses, reports or discussion concerning the impact of the presence of illegal**, underage CSEM or child sex trafficking **content on Your site**, or of removing such content from Your site or modifying Your protocols concerning such conduct."

RFP 7: "**Documents sufficient to show how You benefit financially from individual videos and/or photographs that are displayed on Your site**, including revenues attributable to CSEM or child sex trafficking content on Your site."

These requests are not limited to Plaintiff's own experience, and would touch upon matters—such as content moderation on Reddit's platform—that fall squarely into the statutory immunity provided by Section 230.

## LEGAL STANDARD

Federal courts have broad discretion to control the timing and sequence of discovery and may stay discovery "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" and "for the parties' and witnesses' convenience and in the interests of justice …." Fed. R. Civ. P. 26(c)–(d). The Ninth Circuit has repeatedly approved the practice of staying discovery pending the resolution of a potentially dispositive motion, reasoning that such stays "further[] the goals of efficiency for the court and litigants." *Little*, 863 F.2d at 685; *see also Wenger*, 282 F.3d at 1077; *Torres*, 501 F. App'x at 663; *Lu*, 610 F. App'x at 675; *Clark v. Zeiger*, 210 F. App'x 612 (9th Cir. 2006).

Courts in this District apply a two-part test when evaluating a request to stay discovery pending resolution of a dispositive motion, asking whether the pending motion (1) will dispose of the entire case; and (2) can be decided absent additional discovery. *Quezambra v. United Domestic Workers of Am. AFSCME Local 3930*, 2019 WL 8108745, at *2 (C.D. Cal. Nov. 14, 2019). Some courts also consider other factors, such as (3) whether, on a preliminary review of the merits of the motion, there appears to be an immediate and clear possibility that the motion will be granted, (4) the nature

Gibson, Dunn & Crutcher LLP

-5-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

and complexity of the action, (5) whether counterclaims and/or cross-claims have been asserted, (6) whether other defendants, if any, have joined the stay request, (7) the posture or stage of the litigation, and (8) the expected extent of discovery. *Amey v. Cinemark USA, Inc.*, 2013 WL 12143815, at *2 (C.D. Cal. Oct. 18, 2013) (granting stay where "no discovery is required for the court to decide the pending motions, and there is no indication that either party will be injured by staying discovery").

## ARGUMENT

The relevant factors all point to the same conclusion—that a discovery stay is appropriate here. In addition, the nature of the issues raised by Reddit's pending motion, or any future Rule 12(b) motion directed to an amended complaint, including the fact that Section 230 provides an immunity from suit, not just from liability, strongly supports the issuance of a stay.

## I.  Reddit's Pending Motion Is Dispositive of The Entire Case

Reddit's pending motion to dismiss, if granted, will dispose of this entire case, both because it asserts immunity from suit under Section 230, which forecloses all of Plaintiff's claims, and because it identifies other fundamental defects in each of those claims. As Reddit has shown in its motion to dismiss, Dkt. 24, Plaintiff's flawed attempt to hold Reddit liable for the acts and content posted by her ex-boyfriend suffers from fundamental defects that should be resolved at the outset of the case, without forcing Reddit to engage in burdensome and intrusive discovery, including into the very types of matters—content moderation—that Section 230 is designed to protect.

Section 230 bars all of Plaintiff's claims. Dkt. 24 at 18–25. It provides that "[n]o provider … of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230(c). Section 230 is an "immunity from suit"—one that will be irretrievably compromised if Reddit is forced to engage in discovery before its entitlement to immunity is decided. *Carafano*, 339 F.3d at 1125. As the Ninth Circuit repeatedly has emphasized, Section 230 is meant to shield internet service providers like Reddit not just

Gibson, Dunn & Crutcher LLP

-6-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)          CASE NO. 8:21-CV-00768-JVS-KES

from the imposition of "ultimate liability" but also from the burdens of litigation, including the expense of "costly and protracted legal battles." *Roommates.com,* 521 F.3d at 1174–75; *see also Dyroff v. Ultimate Software Grp., Inc.*, 934 F.3d 1093, 1095–99 (9th Cir. 2019) (Section 230 protects platforms "not merely from ultimate liability" but from the expenses of litigation); *Nemet Chevrolet*, 591 F.3d at 255–58 (courts should "resolve the question of [Section 230] immunity at the earliest possible stage of the case"); *Jones v. Dirty World Entm't Recordings*, 755 F.3d 398, 417 (6th Cir. 2014) ("determinations of immunity under the CDA should be resolved at an earlier stage of litigation").

Forcing Reddit to respond to discovery before its entitlement to immunity is resolved would undermine these principles.  In similar circumstances involving other types of immunity, the Ninth Circuit has affirmed stays of discovery "until the issue of immunity was decided," reasoning that such a stay "furthers the goals of efficiency for the court and litigants." *Little*, 863 F.2d at 685 (qualified immunity of government officials); *Aguirre v. Adamo*, 474 F. App'x 604, 605 (9th Cir. 2012) (same); *Alaska Cargo Transp., Inc. v. Alaska R.R. Corp.*, 5 F.3d 378, 383 (9th Cir. 1993) (stay of discovery appropriate pending disposition of motions based on Eleventh Amendment).

For similar reasons, federal courts across the country routinely grant stays of discovery pending resolution of a claim of Section 230 immunity.  In *Universal Communication Systems, Inc. v. Lycos, Inc.*, 478 F.3d 413 (1st Cir. 2007), the First Circuit affirmed a discovery stay pending a motion to dismiss under Section 230, reasoning that plaintiff had pointed to nothing but "sheer speculation" that they could avoid Section 230 immunity through further discovery. *Id.* at 425–26 ("[P]laintiffs should not be permitted to conduct fishing expeditions in hopes of discovering claims that they do not know they have.").  Similarly, in *Ezra v. America Online, Inc.*, 1998 WL 896459, at *2–3 (D.N.M. July 16, 1998), the court limited discovery pending a dispositive Section 230 summary judgment motion, reasoning that the "congressional

Gibson, Dunn &
Crutcher LLP

-7-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)          CASE NO. 8:21-CV-00768-JVS-KES

immunity provided by the Communications Decency Act" extends to immunity from "the burdens of broad reaching discovery."

Indeed, where a defendant raises the issue of Section 230 immunity in a motion to dismiss, courts will routinely stay discovery pending resolution of the motion. *See, e.g.*, *Gonzalez v. Twitter*, No. 4:16-CV-03282, Dkt. Nos. 37, 47 (N.D. Cal. Sept. 21, 2016) (minute order staying discovery pending Section 230 motion to dismiss); *Fields v. Twitter, Inc.*, No. 3:16-CV-00213-WHO, Dkt. Nos. 26, 28 (N.D. Cal. Apr. 7, 2016) (agreeing with internet platform defendant "that a discovery stay is appropriate" pending resolution of issue of Section 230 immunity); *Noah v. AOL Time Warner, Inc.,* No. 02-CV-1316 (E.D. Va. May 7, 2003), Dkt. No. 31 (minute order staying all discovery); *Blumenthal v. Drudge*, No. 97-CV-01968 (D.D.C. Nov. 28, 1997), Dkt. Nos. 15, 17 (minute order staying all discovery pending resolution of "dispositive motions").[2]

Even apart from Section 230, Reddit's motion to dismiss is potentially dispositive of the entire case because all of Plaintiff's claims suffer from fundamental, fatal deficiencies that should be addressed *before* Reddit is subject to discovery. For each of her claims, Plaintiff fails plausibly to allege critical elements of each claim. Dkt 24 at 5–17. And apart from these general deficiencies, the complaint also fails to establish *threshold* requirements for several of the claims. Count II, brought under 18 USC § 2258A, is fundamentally deficient because § 2258A is a criminal statute that does not provide a private right of action. Dkt. 24 at 11–12. And Count V claim, brought under California's Unfair Competition Law, suffers from a lack of statutory standing. *Id.* at 14–15. Count VI, for unjust enrichment, does not allege an independent cause of action that entitles Plaintiff to any relief. *Id.* at 16.

Faced with dispositive motions raising this type of deficiency, courts routinely stay discovery. *Quezambra*, 2019 WL 8108745, at *2 (staying discovery where motion to dismiss raised issues of "Article III standing, the adequacy of [plaintiff's] pleadings, and [plaintiff's] ability to state a claim based on her allegations"); *Hall v. Tilton*, 2010

---

[2] Reddit is concurrently seeking judicial notice of these filings and orders.

WL 539679, at *1–2 (N.D. Cal. Feb. 9, 2010) (staying discovery pending resolution of motion to dismiss based on dispositive statute of limitations issue); *cf. Garrett v. Finander*, 2016 WL 8135548, at *5, n.3 (C.D. Cal. Oct. 12, 2016) (noting that the Court "would be willing to … stay broader discovery" pending resolution of threshold issue whether plaintiff satisfied administrative exhaustion requirements).  The same relief is appropriate here.

## II.    Reddit's Pending Motion May Be Decided Absent Any Discovery

A discovery stay is warranted for the additional reason that Reddit's motion to dismiss can be decided absent any discovery.  Reddit's motion accepts as true all of the well-pled factual allegations in the complaint and argues that Plaintiff's complaint, *as pled*, fails to state a claim as a matter of law.  Dkt. 24 at 2, n.2.  Deciding the motion before discovery will effectuate the purpose of Fed. R. Civ. P. 12(b)(6) "to enable defendants to challenge the legal sufficiency of complaints without subjecting themselves to discovery." *Rutman Wine Co.*, 829 F.3d at 738.

Plaintiff's counsel cannot argue that further discovery might give them information to oppose the application of Section 230 and defeat Reddit's motion to dismiss because the Supreme Court has made clear that a plaintiff is not entitled to "unlock the doors of discovery" on the basis of defective pleadings. *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009).  Reddit's motion to dismiss demonstrates that Plaintiff's pleadings alone establish that Section 230 applies, and Plaintiff cannot use discovery as a fishing expedition to avoid this fundamental pleading deficiency. *See Mujica v. AirScan Inc.*, 771 F.3d 580, 593 (9th Cir. 2014) ("plaintiffs must satisfy the pleading requirements of Rule 8 before the discovery stage, not after it").

## III.   The Relevant Remaining Factors Also Counsel in Favor of Staying Discovery

A straightforward application of the two-part test outlined above establishes that a stay is warranted here. *Quezambra*, 2019 WL 8108745, at *2 (granting stay on satisfaction of the two-part test).  In addition, the other factors courts have identified also weigh heavily toward a stay. *Amey*, 2013 WL 1243815, at *2.  Suspending discovery

Gibson, Dunn & Crutcher LLP

-9-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

until Reddit's motion to dismiss is resolved will avoid the prejudice to Reddit that would result from having to prepare objections and respond to discovery seeking information about broad aspects of Reddit's business over the course of a decade, including activities that are plainly the subject of Section 230 immunity, such as content moderation. A stay also will avoid the burdens on the Court that inevitably will result from discovery disputes arising from the broad scope of Plaintiff's case as pled (and the appropriateness of such sweeping discovery). And given Plaintiff's stated intention to amend her complaint, a stay is particularly reasonable because there is no urgent need for broad discovery at this time, including discovery having no direct bearing on Plaintiff's allegations about her alleged harm and relating to an obviously overbroad class that has no reasonable likelihood of being certified.

### A.   The Extent of Plaintiff's Discovery Is Expansive

A discovery stay is appropriate when "requiring Defendant to engage in discovery that may not be permitted or accepted later … would be prejudicial to Defendant" and when a stay would "allow the Court to avoid any potentially unnecessary judicial expenditures such as discovery disputes that may or may not be relevant" later. *Nguyen v. BMW of N. Am., LLC*, 2021 WL 2284113, at *4 (S.D. Cal. June 4, 2021). Here, Plaintiff seeks to engage in an unfocused fishing expedition, seeking materials over a vast class definition going back ten years. Staying discovery until the Court resolves Reddit's motion to dismiss will avoid prejudicing Reddit and also avoid involving the Court in unnecessary disputes about the scope of discovery.

As described above, Plaintiff's discovery requests, which include 26 Requests for Production and five Interrogatories, nowhere mention any of the events specifically concerning Plaintiff, including her allegations that Reddit should have acted with greater speed or diligence in removing content Plaintiff flagged as inappropriate. The requests also reach back for a period of more than a decade—well beyond the December 2019 date that Plaintiff identifies as the first time photos and videos of her were posted online. Dkt. 1 ¶ 121. And the requests sweep in documents and information having nothing to

Gibson, Dunn & Crutcher LLP

-10-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

do with Plaintiff's broad allegations of CSAM or CSEM.  Indeed, some of the requests seek sensitive business, financial, and personal information completely unrelated to any allegations of sex trafficking, as seen in the examples quoted above.

As shown by the broad wording of these requests, Plaintiff appears to seek all documents related to Reddit's appointment and employment of content moderators and sensitive financial information relating to every individual post on the platform (which Plaintiff's own complaint recognizes is upwards of "303.4 million," Dkt. 1 ¶ 29).  Again, these requests touch directly on matters as to which Section 230 provides immunity, including content moderation practices and information relating to third-party posts. Plaintiff's counsel also has acknowledged the expansiveness of the current class definition, which sweeps in content that could be entirely unconnected to any illegal material.  *Supra* p. 2.  This leaves open the possibility that Plaintiff may serve additional discovery requests seeking an even broader set of information and materials.

As the Supreme Court warned in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 559 (2007), when the "allegations in a complaint, however true, could not raise a claim of entitlement to relief, 'this basic deficiency should … be exposed at the point of minimum expenditure of time and money by the parties and the court.'"  A ruling in Reddit's favor on its motion to dismiss would obviate all discovery in this case, and Reddit should not be compelled to expend the needless time, effort, and money that would be required to prepare responses and objections to Plaintiff's demands.  *Newman v. San Joaquin Delta Cmty. Coll. Dist.*, 2011 WL 1743686, at *4 (E.D. Cal. May 6, 2011) (granting protective order where it "is apparent … that plaintiffs simply wish to rummage around in [defendant's records] in furtherance of an unfocussed fishing expedition").  Given the breadth of Plaintiff's requests, and the strong likelihood that Reddit will be entitled to immunity from suit in this action, or at a minimum will have strong objections to such broad discovery, a stay of discovery pending resolution of the motion would "allow the Court to avoid any potentially unnecessary judicial

1   expenditures such as discovery disputes that may or may not be relevant" later.  *Nguyen*,

2   2021 WL 2284113, at *4.

3       Crucially, as noted, the discovery Plaintiff seeks is inextricably related to conduct

4   falling within the plain scope of Section 230.  For example, Plaintiff seeks:

5       RFP 1: "All complaints or requests You received to **remove material**

6       containing CSEM or concerning child sex trafficking from Your site."

7       RFP 2 "Documents sufficient to identify Your policies or procedures

8       concerning the **elimination of CSEM or child sex trafficking material**

9       **from Your site**, including but not limited to terms of service, **moderation**

10      **policies**, and **other measures to prevent such content from being**

11      **uploaded or posted**."

12  Dore. Decl., Ex. A.  But, Reddit's activities relating to "reviewing, editing, and deciding

13  whether to publish or to withdraw from publication third-party content" are precisely

14  what the Ninth Circuit consistently has held are protected by Section 230.  *Lemmon v.*

15  *Snap, Inc.*, 995 F.3d 1085, 1091 (9th Cir. 2021) (citing *Barnes v. Yahoo!, Inc.*, 570 F.3d

16  1096, 1100–01 (9th Cir. 2009)).  Accordingly, discovery on such matters, and Plaintiffs'

17  related discovery requests going to claims that are barred by Section 230, should not

18  proceed while Reddit's entitlement to immunity is pending.

19      Because Plaintiff does not seek discovery that "would support a viable claim

20  against [Reddit] that falls outside of Section 230 immunity," a discovery stay pending

21  resolution of any dispositive Rule 12(b) motions by Reddit is particularly appropriate

22  here.  *Universal Commc'n Sys. Inc.*, 478 F.3d at 425.

23      **B.   There Is A Clear Possibility That Reddit's Motion to Dismiss Will Be**
        **Granted**
24

25      In considering a motion to stay pending a potentially dispositive motion, courts

26  also may take a "peek" at the merits of the underlying motion.  *Mireskandari v. Daily*

27  *Mail & Gen. Tr. PLC*, 2013 WL 12129944, at *4 (C.D. Cal. Jan. 14, 2013).  Here, there

28  is a clear *possibility* that Reddit's motion to dismiss will be granted because the Ninth

Gibson, Dunn &
Crutcher LLP

-12-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)            CASE NO. 8:21-CV-00768-JVS-KES

Circuit and other courts already have resolved several of the dispositive issues raised by the motion, including Section 230 immunity.

Under clear Ninth Circuit precedent, and consistent with authorities from other courts, the claims raised in this case are precisely the sort that Section 230 bars.  In *Barnes*, the plaintiff sued Yahoo for failing to remove nude photos of her (along with an open solicitation for sexual intercourse) posted by her ex-boyfriend.  570 F.3d at 1102–03.  The plaintiff argued that Yahoo was negligent for failing to remove the content, but the Ninth Circuit found the claim barred by Section 230 because it would treat Yahoo as a publisher of third-party content.  And in *Gavra v. Google Inc.*, the plaintiff sued Google for failing to remove unflattering videos of her posted on YouTube by a third party.  2013 WL 3788241, at *2 (N.D. Cal. July 17, 2013).  Here, Plaintiff's claims are premised on the same theory—that Reddit should be liable for its alleged failure promptly to remove sexual content posted by a third party—and thus falls squarely within the scope of Section 230 immunity.

The Ninth Circuit's recent opinion in *Lemmon v. Snap, Inc.*, 995 F.3d 1085 (9th Cir. 2021), is not to the contrary.  There, the Ninth Circuit held that Section 230 did not foreclose a "negligent design lawsuit" because (a) that products liability claim turned on a duty that had "nothing to do with" the defendant's "editing, monitoring, or removing of the content that its users generate," *id.* at 1092, and (b) the claim did not "rest on third-party content," *id.* at 1093.  Here, any duty that Plaintiff seeks to impose on Reddit is inextricably tied to the "editing, monitoring, or removing" of third-party content.  Even Plaintiff's broadest allegations that Reddit *should have* implemented "age verification systems" to prevent the posting of CSAM (Dkt. 1 ¶ 169) assume Reddit had a duty to monitor the content posted by third parties on its platform.  Accordingly, Section 230 applies with full force.

Federal courts also have addressed the exemptions to Section 230 immunity, and have rejected assertions that an internet platform can be held complicit in sex trafficking, and thus stripped of its Section 230 immunity, merely because it did not adequately

Gibson, Dunn & Crutcher LLP

-13-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

remove or police offensive third party content.  In *J.B. v. G6 Hospitality, Inc.*, 2020 WL 4901196, at *7 (N.D. Cal. Aug. 20, 2020), the plaintiff alleged that an online classified site facilitated her sex trafficking because it had general knowledge of trafficking content on its platform but failed to monitor and remove that content.  Judge Gilliam of the Northern District of California dismissed the complaint after addressing the scope of the statutory exemption for federal sex trafficking claims under 18 U.S.C. § 230(e)(5).  2020 WL 4901196, at *8–9.  He reasoned that holding an internet platform liable merely for an alleged delay or inaction in removing third party content "necessarily suggests that [the platform] enters into tacit agreements with all traffickers (or even all posters) that use its website," and held that there is "no indication that Congress intended to create" such liability.  *Id.*  Similarly, in *Doe v. Kik Interactive*, 482 F. Supp. 3d 1242, 1250 (S.D. Fla. 2020), the court held that the plain language of the § 230(e)(5) statutory exemption for federal trafficking claims requires that the plaintiff "establish that Defendants knowingly participat[e] in the sex trafficking venture involving [plaintiff]," not merely that "Defendants knew that other sex trafficking incidents occurred on [the defendants' website]."  Plaintiff's complaint—which admits that Reddit disabled her ex-boyfriend's account but then relies on broad allegations that Reddit should have known of general trafficking activity on its website—is plainly insufficient.

In light of this robust body of case law, it is beyond dispute that there is a clear possibility that Reddit's motion to dismiss will be granted.

## C.    The Litigation Is in Its Early Stages

This litigation also is in its early stages, so a stay will not prejudice Plaintiff. *Nguyen*, 2021 WL 2284113, at *4 (brief delay would not prejudice plaintiff where case was pending for only six months).  Plaintiff filed this case less than two months ago. Dkt. 1.  Notably, Plaintiff's counsel have also stated that they plan to amend the complaint in response to Reddit's motion to dismiss.  Given the lack of clarity as to the scope of Plaintiff's own allegations, there is no practical need to commence discovery, and any such need would be outweighed by the benefits of allowing the Court and parties

Gibson, Dunn & Crutcher LLP

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                      CASE NO. 8:21-CV-00768-JVS-KES

to resolve the threshold legal issues and, if those go against Reddit, to refine the scope of the case. Accordingly, a stay of discovery pending the Court's resolution of a motion to dismiss is appropriate. *Cox v. United States*, 2018 WL 6039872, at *2 (C.D. Cal. July 2, 2018) (staying defendants' obligations to respond to discovery requests pending resolution of a motion to dismiss given that "it would be premature to order responses to discovery" before the defendants had responded to the operative complaint).

### D.    Other Relevant Factors Weigh in Favor of Staying Discovery

The nature and complexity of this action provides an additional reason for a stay. Plaintiff seeks to certify a class of every minor who appeared in a video or image on Reddit's website—a definition that would include everything from family photos at Disneyland to class photos taken decades ago that happened to have been posted to Reddit in the last ten years. The breadth of this suit counsels in favor of allowing the parties to narrow the issues before proceeding with discovery, even assuming all of Reddit's dispositive grounds for dismissal are rejected. *Mireskandari*, 2013 WL 12129944, at *4 (staying discovery where pending motion could dispose of at least two of plaintiff's thirteen claims); *cf.* Fed. R. Civ. P. 23(c)(1)(A) (courts to decide scope of any certifiable class "[a]t an early practicable time"). No counterclaims or cross-claims have been asserted, so resolving Reddit's dismissal motion may resolve the entire case. Finally, there are no other parties to the action to join the request for the stay, so an order granting Reddit's dismissal motion will dispose of the entire action.

### CONCLUSION

The Ninth Circuit has held that it is "sounder practice to determine whether there is a reasonable likelihood that plaintiffs can construct a claim before forcing the parties to undergo the expense of discovery." *Rutman Wine Co.*, 829 F.2d at 738. Reddit's motion to dismiss raises multiple threshold issues, including the Section 230 defense that, if applicable, would mean that Reddit is immune from suit. For all of these reasons, the Court should order a stay of discovery pending resolution of these issues.

Gibson, Dunn &
Crutcher LLP

-15-

MOTION BY DEFENDANT REDDIT, INC. TO STAY DISCOVERY PENDING RESOLUTION OF
DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)                    CASE NO. 8:21-CV-00768-JVS-KES

1    Dated:  June 21, 2021                    Respectfully submitted,

2

3

4                                            By: */s/ Theane Evangelis*
                                             Theane Evangelis
5

6                                            THEANE EVANGELIS
                                             KRISTIN A. LINSLEY
7                                            MICHAEL DORE

8                                            GIBSON, DUNN & CRUTCHER LLP

9                                            *Attorneys for Defendant*
                                             *Reddit, Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

                                    -16-