# Exhibit B

| | |
|---|---|
| **From:** | Dore, Michael H. |
| **To:** | Halley Josephs; Evangelis, Theane; Linsley, Kristin A.; Riff, Emily; Tan, Zach |
| **Cc:** | asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook; Krysta Pachman; Simon DeGeorges |
| **Subject:** | RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff"s First RFPs and ROGs to Defendant |
| **Date:** | Thursday, June 3, 2021 1:32:45 PM |

Halley,

The discovery you sent us on behalf of Plaintiff Jane Doe—including 26 requests for production and 5 interrogatories, demanding documents and information going back more than 10 years and having no direct connection to Plaintiff's allegations about events relating to Plaintiff—are unduly burdensome, premature, and disproportional to the needs of the case. As you know, Reddit will be filing a motion to dismiss Plaintiff's complaint, invoking among other things Section 230 of the Communications Decency Act. Section 230 is an immunity from suit, not just an immunity from liability, so its application should be resolved prior to any discovery.

Reddit will argue in its motion to dismiss that Plaintiff has not stated plausible claims, which Section 230 bars in any event. Plaintiff presumably will disagree. We should let the Court decide the motion and then move forward based on what the Court decides. The most reasonable approach is to give the Court the chance to determine whether Plaintiff has stated a viable claim before a party should be forced to undertake the burden of trying to respond to wide-ranging requests covering more than a decade. To avoid unnecessary time and expense for both sides (and burdening the Court for no good reason), we thus ask that you please withdraw Plaintiff's discovery requests until the Court has fully resolved Reddit's motion to dismiss. Alternatively, please let us know if Plaintiff is willing to stipulate to stay the deadline to respond to any discovery requests.

If Plaintiff will not withdraw her discovery requests or agree to stay the deadline to respond to discovery requests, Reddit will be filing a motion to stay all discovery in the case. Please let us know if you will agree to stipulate to an expedited briefing schedule on that motion to stay discovery, if necessary. If you will not agree to withdraw your discovery requests, and you will not agree to stipulate to an expedited briefing schedule, we will be forced to file an *ex parte* application to set an expedited briefing schedule and set an early hearing date. This obviously would be a further unfortunate waste of resources and an unnecessary burden on the Court.

As far as a Rule 26(f) conference, we see no justification at this time for

triggering the deadline for initial disclosures and discovery responses. Indeed, Plaintiff's refusal to disclose her identity or even non-identifying information—even subject to a protective order—prevents Reddit from complying with Rule 26(a). We cannot identify witnesses or provide copies or even a description of all documents in Reddit's possession that the company may use to support its claims or defenses, for example, because Plaintiff's refusal to identify herself—or even her anonymous username—blocks Reddit from investigating her allegations. If there are specific issues you want to discuss on Monday, we are happy to discuss them and to be as efficient and productive as possible. But we will not trigger discovery obligations for ourselves that are premature and that your unexplained refusal to identify Plaintiff pursuant to an agreed-upon protective order prevents us from complying with.

We are available on Monday, June 7 at 2pm to (i) meet and confer on Reddit's motion to dismiss Plaintiff's complaint, (ii) to meet and confer on Reddit's motion to stay discovery if necessary, and (iii) to address other case issues but not as a Rule 26 conference that would trigger discovery obligations. Please confirm your availability and we will send an invite and dial-in.

Thanks.


**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com


**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Tuesday, June 1, 2021 3:02 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]

Counsel,

Please find attached the following discovery requests to Reddit in in *Doe v. Reddit*, No. 8:21-cv-00768:

- Plaintiff's First Set of Requests for Production of Documents
- Plaintiff's First Set of Interrogatories

Following up on Arun's 5/13 email, please confirm you will accept email service and we'll do the same for you.

Best,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**

1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com


*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*