# Exhibit C

| | |
|---|---|
| **From:** | Halley Josephs |
| **To:** | Dore, Michael H.; Evangelis, Theane; Linsley, Kristin A.; Riff, Emily; Tan, Zach |
| **Cc:** | asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook; Krysta Pachman; Simon DeGeorges |
| **Subject:** | RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff"s First RFPs and ROGs to Defendant |
| **Date:** | Friday, June 4, 2021 1:23:07 PM |

[External Email]

Michael,

Please see inline responses below.

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Thursday, June 3, 2021 4:33 PM
**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

<mark>EXTERNAL Email</mark>

Halley,

The discovery you sent us on behalf of Plaintiff Jane Doe—including 26 requests for production and 5 interrogatories, demanding documents and information going back more than 10 years and having no direct connection to Plaintiff's allegations about events relating to Plaintiff—are unduly burdensome, premature, and disproportional to the needs of the case. As you know, Reddit will be filing a motion to dismiss Plaintiff's complaint, invoking among other things Section 230 of the Communications Decency Act. Section 230 is an immunity from suit, not just an immunity from liability, so its application should be resolved prior to any discovery.

Reddit will argue in its motion to dismiss that Plaintiff has not stated plausible claims, which Section 230 bars in any event. Plaintiff presumably will disagree. We should let the Court decide the motion and then move forward based on what the Court decides. The most reasonable approach is to give the Court the chance to determine whether Plaintiff has stated a viable claim before a party should be forced to undertake the burden of trying to respond to wide-ranging requests covering more than a decade. To avoid unnecessary time and expense for both sides (and burdening the Court for no good reason), we thus

ask that you please withdraw Plaintiff's discovery requests until the Court has fully resolved Reddit's motion to dismiss. Alternatively, please let us know if Plaintiff is willing to stipulate to stay the deadline to respond to any discovery requests.

If Plaintiff will not withdraw her discovery requests or agree to stay the deadline to respond to discovery requests, Reddit will be filing a motion to stay all discovery in the case. Please let us know if you will agree to stipulate to an expedited briefing schedule on that motion to stay discovery, if necessary. If you will not agree to withdraw your discovery requests, and you will not agree to stipulate to an expedited briefing schedule, we will be forced to file an *ex parte* application to set an expedited briefing schedule and set an early hearing date. This obviously would be a further unfortunate waste of resources and an unnecessary burden on the Court.

The above argues for a stay of discovery prior to resolution of a motion to dismiss, particularly a motion to dismiss raising Section 230.

Regarding the former, as Counsel for Reddit well knows, there is no such presumptive stay of discovery in the Central District. You believe the Court will grant your motion, we believe the Court will deny it. Under this remarkably common scenario the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.

Counsel for Reddit likewise fails to point to any caselaw establishing a presumptive stay of discovery in a case where a defendant plans on bringing a motion to dismiss that will raise Section 230. Again, the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.

You could have, but didn't file a motion to stay on a normal schedule, but now request our agreement on an expedited motion schedule otherwise you plan to go *ex parte* to do so. We don't believe either an expedited schedule or an *ex parte* application is appropriate on a motion that could have been made earlier once Reddit received the Court's May 10 order requiring the parties to proceed with Rule 26(f) obligations and discovery in the normal course.

As far as a Rule 26(f) conference, we see no justification at this time for triggering the deadline for initial disclosures and discovery responses. Indeed, Plaintiff's refusal to disclose her identity or even non-identifying information—even subject to a protective order—prevents Reddit from complying with Rule 26(a). We cannot identify witnesses or provide copies or even a description of all documents in Reddit's possession that the company may use to support its claims or defenses, for example, because Plaintiff's refusal to identify herself—or even her anonymous username—blocks Reddit from investigating her

allegations. If there are specific issues you want to discuss on Monday, we are happy to discuss them and to be as efficient and productive as possible. But we will not trigger discovery obligations for ourselves that are premature and that your unexplained refusal to identify Plaintiff pursuant to an agreed-upon protective order prevents us from complying with.

Once again, you appear to be arguing with a status quo not set by Plaintiff. The Court in this case knows what it is about, and ordered a Rule 26(f) conference to proceed by June 28. Dkt. 23 at 1-2. We intend to follow the Court's order and have that conference to the best of our ability, and submit a report by the required date. If Reddit is seeking to change a Court order it must bring that request to the Court – not Plaintiff. If Reddit is refusing to conduct the Rule 26(f) conference on Monday, we will be forced to move to compel the Rule 26(f) conference and the parties can have our LR 7-3 meet and confer on Monday.

Regarding Plaintiff's identity, we have refused nothing. To the contrary, we have repeatedly said we are willing to meet and confer with you on this very delicate issue and are happy to do so on the date suggested below – which is the first time you have suggested any timing for this discussion.

We are available on Monday, June 7 at 2pm to (i) meet and confer on Reddit's motion to dismiss Plaintiff's complaint, (ii) to meet and confer on Reddit's motion to stay discovery if necessary, and (iii) to address other case issues but not as a Rule 26 conference that would trigger discovery obligations. Please confirm your availability and we will send an invite and dial-in.

As previously stated, we will send our Rule 26(f) joint report draft in advance of Monday's 2pm PST call and we will be prepared to discuss with you all topics outlined in the report which is what – per the Court's order – you should be willing to discuss.

Thanks.


**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Tuesday, June 1, 2021 3:02 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily

<ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Counsel,

Please find attached the following discovery requests to Reddit in in *Doe v. Reddit*, No. 8:21-cv-00768:

- Plaintiff's First Set of Requests for Production of Documents
- Plaintiff's First Set of Interrogatories

Following up on Arun's 5/13 email, please confirm you will accept email service and we'll do the same for you.

Best,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**

1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com

*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.