# Exhibit D

| | |
|---|---|
| **From:** | Halley Josephs |
| **To:** | Dore, Michael H.; Tan, Zach; Evangelis, Theane; Linsley, Kristin A.; Riff, Emily |
| **Cc:** | asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook; Krysta Pachman; Simon DeGeorges |
| **Subject:** | RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff"s First RFPs and ROGs to Defendant |
| **Date:** | Monday, June 21, 2021 2:13:40 PM |

[External Email]

12pm PST on Thursday 6/24 works for us.

Additionally, we're in receipt of your motion to dismiss and we plan to amend our complaint. Under Rule 15, our amended complaint is due by July 7. Will you consent to a 30-day extension (as we did for Reddit's time to respond to the complaint) to August 6?

Thanks,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*Admitted only in New York; not admitted in California. Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Monday, June 21, 2021 8:37 AM
**To:** Tan, Zach <ZTan@gibsondunn.com>; Halley Josephs <HJosephs@susmangodfrey.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

EXTERNAL Email
Counsel,
Please confirm your availability on 6/24 (i.e., this Thursday) to continue the parties' Rule 26(f) conference. How about 12pm PT?

Thanks.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

**From:** Tan, Zach
**Sent:** Tuesday, June 15, 2021 1:19 PM
**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Counsel:

Thank you for confirming that our initiation of the Rule 26(f) conference did not trigger parties' discovery and disclosure obligations. We are available on 6/24 to continue our Rule 26(f) conference.

As to the motion to stay, we are willing to file this as a motion to stay under the regular procedures of Local Rule 7-3. Given that we notified you of our intention to file this motion in writing as early as June 3, and laid out our grounds for such a motion during our June 7 telephonic conference, our Local Rule 7-3 obligation to meet and confer with you on this motion has been satisfied.

As for your draft protective order, we are still reviewing your draft and discussing the terms of such an order with our client as we finalize our motion to dismiss. We will return a revised draft when we are able.

Thank you,
**Zach Tan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8201 • Fax +1 415.229.3502
ZTan@gibsondunn.com • www.gibsondunn.com

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Monday, June 14, 2021 11:09 AM
**To:** Tan, Zach <ZTan@gibsondunn.com>; Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges

<SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Zach,

As long as you are agreeing to complete the Rule 26(f) conference before the June 28th deadline, we can agree that our discovery requests will be deemed served when we have our second conference. You haven't responded to our two proposed dates (6/23 and 6/24); please let us know which date and time works for you so we can get that on the calendar.

The LR 37 process is reserved for discovery motions. This is not a discovery motion – it is a motion for a stay. *See, e.g.*, *Dadisman v. Cty. of Los Angeles*, No. CV1810119PSGPLAX, 2021 WL 888897, at *1 n.2 (C.D. Cal. Jan. 5, 2021). Filing a joint stipulation under LR 37 is improper as the question of whether the case should be stayed should go to Judge Selna. *See, e.g.*, *Phoenix Books, Inc. v. Mr Bongo Worldwide Ltd*, No. CV 1906000JFWRAOx, 2019 WL 8137721, at *2 (C.D. Cal. Dec. 17, 2019). You still have not identified any reason why you need to seek emergency relief or why the motion should be heard on an expedited basis, especially in light of the discovery service date we've agreed to above.

We flagged in our Rule 26(f) report draft that we may amend the complaint including to add new class representatives, and we may amend the class definition when we do so, but we don't intend to amend the complaint at this time. As you can see from the discovery requests we served, the requested discovery relates only to the visual depiction of sexually explicit conduct involving a minor.

Please send the protective order draft as soon as possible so we can square that away and share information relating to our client.

Thanks,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Tan, Zach <ZTan@gibsondunn.com>
**Sent:** Friday, June 11, 2021 3:34 PM
**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook

<DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

EXTERNAL Email
Counsel,

We have a number of additions and objections to your summary of our discussion on Monday, June 7, 2021:

**1. Rule 26(f) conference:**  Before agreeing to proceed with any Rule 26(f) conference, we made it clear that we were only going to do so if you agreed that initiation of such discussions did not trigger Reddit's Rule 26 discovery and disclosure obligations.  Your current representation that you "reserve all rights with respect to the timing of the Rule 26(f) conference and when discovery deadlines may be triggered," is directly contrary to your prior agreement.  Please confirm that you intend to honor our agreement that Reddit's disclosure and discovery obligations were not triggered by our discussions on June 7, 2021.

**2. Motion to Stay:** Your summary of our discussions as to the motion to stay is also inaccurate.  We did not indicate that we were considering filing a motion to stay on an *ex parte* basis, which suggests that Plaintiff will be deprived of the ability to fully brief her objections.  Instead, we indicated that we would be filing a motion to stay (which under the Local Rules would take the form of a Joint Stipulation), and an accompanying *ex parte* application to expedite the hearing schedule on that motion.  To the extent that there is a misunderstanding, we request that you reconsider our proposal to jointly stipulate to an early hearing on the motion to stay, so that we can avoid unnecessarily burdening the court with additional *ex parte* briefing.  To be clear, under our proposal, you would have the full seven days under the Local Rule 37-2.2 to submit your portion of the Joint Stipulation, and parties are only stipulating that the court hold an early hearing on the matter.  If necessary, we are available to discuss this again by phone next Monday, June 14, 2021.

**3. Class Definition:** Your summary also leaves out parties' discussion of the expansive class definition in your complaint, which would apply to anyone whose photograph was posted to Reddit when they were under 18 (in any context, whether high school graduation photos, family vacation photos, etc.).  In particular, after we raised the fact that the class definition sweeps in a broad range of conduct unrelated to your allegations of sexually explicit content, you stated that you would "get back" to us about this issue.   We have not heard from you.  The document hold you seek because of your "putative class action" would be overbroad and unduly burdensome even if you did not sweep in any picture of any under 18 person over the past decade; as currently written, it is nonsensical.  Please let us know by 4pm PT on Monday, June 14 whether you plan to take any action to correct this overly broad class definition.  If plaintiff intends to amend her complaint, Plaintiff should do so before the Court is burdened with motion practice.  There is no need to create additional unnecessary time and expense for the Court or the parties.

**4. Case Citations**: You correctly note that we provided several case citations in summarizing the grounds of our anticipated motion.  You did not provide any case citations to support the viability of your claims during the meet and confer.  If you have any caselaw in support of the proposition that

Section 230 does not apply to this case, for example, please let us know so we may review them and potentially streamline any issues to be presented to the Court in our motion to dismiss.

**5. Protective Order:** We confirm receipt of your draft Protective Order. Upon first review, the terms of the draft exceed the scope of a protective order that we discussed, which was limited to the issue of Plaintiff's identifying information. We will not be restricted in investigating the allegations in the complaint. We will prepare our edits to this draft and forward them to you.

Thank you,
**Zach Tan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8201 • Fax +1 415.229.3502
ZTan@gibsondunn.com • www.gibsondunn.com

---

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Thursday, June 10, 2021 4:47 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Counsel,

Thanks for conferring with us on Monday. To follow up on what we discussed:

1. **Reddit's motion to dismiss**: You summarized the grounds for your anticipated motion and we asked for your key caselaw citations. You provided several citations in response.
2. **Motion for leave to proceed under a pseudonym**: We asked you for any authority you had that the court would lack jurisdiction unless we moved for leave to proceed under a pseudonym. The case you cited to us, *Doe v. City of Simi Valley*, provides that it is unnecessary for a plaintiff to seek such leave before a motion to dismiss is filed. Regardless, we plan to file a motion in the coming weeks. You indicated you did not think Reddit would oppose, but that you would get back to us.
3. **Disclosure of our client's identity & PO**: We discussed disclosure of our client's identity (including her name/Reddit username/email address), including our concerns about maintaining her privacy on an extremely sensitive subject and avoiding repercussions from her boyfriend or other Reddit participants (including moderators) who disagree with what's she's doing in pursuing this suit. You indicated your willingness to make this disclosure AEO and we also discussed that Reddit would likely need to disclose some information to others at the company for document preservation purposes.

- You agreed to check whether Reddit's litigation hold procedures would involve disclosing our client's identity (including Reddit username) to anyone outside the in-house legal or IT teams, such as non-employee moderators. You also agreed to get back to us with an as detailed as possible explanation of the universe of folks at Reddit who would need this information for document preservation purposes (e.g., in-house legal, head of IT, etc.). You indicated you'd provide their positions and we asked that if the universe is small enough, you also provide names.
- We emphasized that this is a putative class action and Reddit's litigation hold must cover more than just documents relating to our client.
- We agreed to send you a draft PO for the case and attach it here.

4. **Rule 26(f) conference**: Contrary to prior emails, you expressed your willingness to engage in the 26(f) meet-and-confer process. We went over a number of the topics relevant to this process and will look forward to receiving your comments and proposals on the draft joint 26(f) report we sent you earlier this week. You indicated our timeline seems reasonable but you may propose some adjustments to the schedule to avoid holiday conflicts.
   - In your view, Monday's call was the start of the 26(f) discussion and that you don't consider it complete until we have a second meet-and-confer.
   - You said you'd comply with the Court's June 28 deadline for the meet-and-confer. We'd like to get that additional conference on the calendar. We're available on Wednesday 6/23 between 2-5pm PST or Thursday 6/24 between 3-5pm PST.
   - We reserve all rights with respect to the timing of the Rule 26(f) conference and when discovery deadlines may be triggered.

5. **Initial discovery requests**
   - You told us you would not agree to accept email service of any documents in this case, whether pleadings or discovery.
   - Accordingly, we reissued our 6/1/2021 document requests and interrogatories as of 6/7/2021 and mailed them to Michael Dore at Gibson's LA office.

6. **Motion to stay discovery**
   - You asked us to withdraw our discovery requests and/or agree to stay all discovery in this case until the Court resolves your yet-to-be-filed motion to dismiss. We declined as the Court encourages the parties to engage in discovery from the earliest stages of the case and that is the status quo absent a Court ruling staying discovery.
   - You indicated you were considering filing a motion to stay on an *ex parte* basis. We questioned the need to do so given your position that (1) the discovery we served on 6/1 was not served because you refused to accept email service; and (2) no deadlines have been triggered because the 26(f) meet and confer remains open. We suggested (and continue to suggest) that you file a motion to stay on a regular schedule for the Court's consideration to avoid burdening the Court with your *ex parte* application in a non-emergency situation. We urge you to reconsider your approach. To the extent you plan to move forward with an *ex parte* application, we believe an additional meet-and-confer is required under Local Rule 7-19.1.

Best,
Halley

**Halley W. Josephs** | **Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com

*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

---

**From:** Halley Josephs
**Sent:** Monday, June 7, 2021 2:08 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Received, thanks. We'll speak with you then. Please see attached for your review Plaintiff's draft of the joint Rule 26(f) report, which we are still revising internally and discussing with our client.

**Halley W. Josephs** | **Susman Godfrey L.L.P.**

1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com

*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Monday, June 7, 2021 1:13 PM
**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

==EXTERNAL Email==

That's fine with us.  We sent a revised invite.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517

MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Monday, June 7, 2021 11:31 AM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Michael,

Our team had a last-minute conflict arise with the 2pm M&C. Can we push to 3pm?

Thanks,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*Admitted only in New York; not admitted in California. Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Halley Josephs
**Sent:** Friday, June 4, 2021 1:23 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Michael,

Please see inline responses below.

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Thursday, June 3, 2021 4:33 PM

**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

EXTERNAL Email

Halley,

The discovery you sent us on behalf of Plaintiff Jane Doe—including 26 requests for production and 5 interrogatories, demanding documents and information going back more than 10 years and having no direct connection to Plaintiff's allegations about events relating to Plaintiff—are unduly burdensome, premature, and disproportional to the needs of the case. As you know, Reddit will be filing a motion to dismiss Plaintiff's complaint, invoking among other things Section 230 of the Communications Decency Act. Section 230 is an immunity from suit, not just an immunity from liability, so its application should be resolved prior to any discovery.

Reddit will argue in its motion to dismiss that Plaintiff has not stated plausible claims, which Section 230 bars in any event. Plaintiff presumably will disagree. We should let the Court decide the motion and then move forward based on what the Court decides. The most reasonable approach is to give the Court the chance to determine whether Plaintiff has stated a viable claim before a party should be forced to undertake the burden of trying to respond to wide-ranging requests covering more than a decade. To avoid unnecessary time and expense for both sides (and burdening the Court for no good reason), we thus ask that you please withdraw Plaintiff's discovery requests until the Court has fully resolved Reddit's motion to dismiss. Alternatively, please let us know if Plaintiff is willing to stipulate to stay the deadline to respond to any discovery requests.

If Plaintiff will not withdraw her discovery requests or agree to stay the deadline to respond to discovery requests, Reddit will be filing a motion to stay all discovery in the case. Please let us know if you will agree to stipulate to an expedited briefing schedule on that motion to stay discovery, if necessary. If you will not agree to withdraw your discovery requests, and you will not agree to stipulate to an expedited briefing schedule, we will be forced to file an *ex parte* application to set an expedited briefing schedule and set an early hearing

date. This obviously would be a further unfortunate waste of resources and an unnecessary burden on the Court.

> The above argues for a stay of discovery prior to resolution of a motion to dismiss, particularly a motion to dismiss raising Section 230.
>
> Regarding the former, as Counsel for Reddit well knows, there is no such presumptive stay of discovery in the Central District. You believe the Court will grant your motion, we believe the Court will deny it. Under this remarkably common scenario the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.
>
> Counsel for Reddit likewise fails to point to any caselaw establishing a presumptive stay of discovery in a case where a defendant plans on bringing a motion to dismiss that will raise Section 230. Again, the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.
>
> You could have, but didn't file a motion to stay on a normal schedule, but now request our agreement on an expedited motion schedule otherwise you plan to go *ex parte* to do so. We don't believe either an expedited schedule or an *ex parte* application is appropriate on a motion that could have been made earlier once Reddit received the Court's May 10 order requiring the parties to proceed with Rule 26(f) obligations and discovery in the normal course.

As far as a Rule 26(f) conference, we see no justification at this time for triggering the deadline for initial disclosures and discovery responses. Indeed, Plaintiff's refusal to disclose her identity or even non-identifying information—even subject to a protective order—prevents Reddit from complying with Rule 26(a). We cannot identify witnesses or provide copies or even a description of all documents in Reddit's possession that the company may use to support its claims or defenses, for example, because Plaintiff's refusal to identify herself—or even her anonymous username—blocks Reddit from investigating her allegations. If there are specific issues you want to discuss on Monday, we are happy to discuss them and to be as efficient and productive as possible. But we will not trigger discovery obligations for ourselves that are premature and that your unexplained refusal to identify Plaintiff pursuant to an agreed-upon protective order prevents us from complying with.

> Once again, you appear to be arguing with a status quo not set by Plaintiff. The Court in this case knows what it is about, and ordered a Rule 26(f) conference to proceed by June 28. Dkt. 23 at 1-2. We intend to follow the Court's order and have that conference to the best of our ability, and submit a report by the required date. If Reddit is seeking to change a Court order it must bring that request to the Court – not Plaintiff. If Reddit is refusing to conduct the Rule 26(f) conference on Monday, we will be forced to move to compel the Rule 26(f) conference and the parties can have our LR 7-3 meet and confer on Monday.

Regarding Plaintiff's identity, we have refused nothing.  To the contrary, we have repeatedly said we are willing to meet and confer with you on this very delicate issue and are happy to do so on the date suggested below – which is the first time you have suggested any timing for this discussion.

We are available on Monday, June 7 at 2pm to (i) meet and confer on Reddit's motion to dismiss Plaintiff's complaint, (ii) to meet and confer on Reddit's motion to stay discovery if necessary, and (iii) to address other case issues but not as a Rule 26 conference that would trigger discovery obligations.  Please confirm your availability and we will send an invite and dial-in.

As previously stated, we will send our Rule 26(f) joint report draft in advance of Monday's 2pm PST call and we will be prepared to discuss with you all topics outlined in the report which is what – per the Court's order – you should be willing to discuss.

Thanks.


**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Tuesday, June 1, 2021 3:02 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Counsel,

Please find attached the following discovery requests to Reddit in in *Doe v. Reddit*, No. 8:21-cv-00768:
- Plaintiff's First Set of Requests for Production of Documents
- Plaintiff's First Set of Interrogatories

Following up on Arun's 5/13 email, please confirm you will accept email service and we'll do the same for you.

Best,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**

1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com


*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is

strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.