1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>REDDIT, INC.,<br><br>                Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)**<br><br>Before:  Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)

CASE NO. 8:21-CV-00768-JVS-KES

1

## <u>ORDER</u>

2

This matter is before the Court on the motion of Defendant Reddit, Inc. to stay all

3

discovery pending resolution of Reddit, Inc.'s pending motion to dismiss and any

4

dispositive Fed. R. Civ. P. 12(b) motions filed in response to an amended complaint.

5

Upon considering the Motion, the papers and records on file in this action, the argument

6

of counsel, and all matters of which the Court may properly take judicial notice, the

7

Court hereby **GRANTS** Reddit, Inc.'s motion and **STAYS** all discovery deadlines

8

pending the Court's resolution of Reddit, Inc.'s pending motion to dismiss and any

9

dispositive Rule 12(b) motions filed in response to an amended complaint.

10

In the event that any portion of Plaintiff's claims remains after the Court's

11

resolution of Reddit, Inc.'s dispositive Rule 12(b) motion(s), parties are ordered to meet

12

and confer on an appropriate schedule for parties' outstanding disclosure and discovery

13

obligations.

14

**IT IS SO ORDERED**.

15

16

Dated: _____

_____

17

Hon. Judge James V. Selna
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)

CASE NO. 8:21-CV-00768-JVS-KES