THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

KRISTIN A. LINSLEY, SBN 154148
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Reddit, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDDIT, INC.,<br><br>　　　　　Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>**DEFENDANT REDDIT, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Before: Hon. James V. Selna<br>Hearing: July 19, 2021<br>Time: 1:30 p.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201, Defendant Reddit, Inc. respectfully requests that the Court take judicial notice of Exhibits A, B, C, and D to the declaration of Theane Evangelis accompanying this Request for Judicial Notice.

This Request for Judicial Notice is being filed in support of Reddit's June 21, 2021 Motion to Stay Discovery Pending Resolution of Dispositive Motions under Fed. R. Civ. P. 12(b).

## JUDICIAL NOTICE IS WARRANTED

Pursuant to Rule 201 of the Federal Rule of Evidence, Reddit requests that the Court take judicial notice of the following materials, attached as exhibits to the declaration of Theane Evangelis accompanying this Request for Judicial Notice:

**Exhibit A**: A Joint Discovery Letter and resulting "Civil Conference Minute Order" in *Gonzalez v. Twitter, Inc.*, No. 4:16-cv-03282-DMR (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

**Exhibit B**: A "Joint Statement Regarding Defendant's Request for Stay of Discovery Pending Resolution of Defendant's Motion to Dismiss" and resulting "Order Staying Discovery and Continuing Case Management Conference" in *Fields v. Twitter, Inc.*, No. 3:16-cv-00213-WHO (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

**Exhibit C**: The docket page of *Noah v. AOL Time Warner, Inc.*, No. 02-CV-1316 (E.D. Va.), including a minute order staying discovery "pending disposition of the motion to dismiss," Dkt. 31, as downloaded from the CM/ECF system of the Eastern District of Virginia on June 21, 2021.

**Exhibit D**: A "Memorandum of Defendant America Online, Inc. in Support of Its Request for a Stay of Discovery" and the docket page of *Blumenthal v. Drudge*, No. 97-CV-01968 (D.D.C.), including a Scheduling Order staying all discovery pending

resolution of "dispositive motions," Dkt. 17, as downloaded from the CM/ECF system of the District of District of Columbia on June 21, 2021.

These exhibits are filings and orders from other cases in federal court and are thus the proper subjects of judicial notice. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (citing *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998)). Additionally, Reddit does not seek notice of any "findings of facts" from these other cases, but merely to show that "a judicial proceeding occurred or that a document was filed in another case." *Spitzer v. Aljoe*, 2016 WL 3275148, at *1 (N.D. Cal. June 15, 2018). Specifically, Reddit seeks judicial notice of the fact that parties in these other cases have filed requests for stays of discovery similar to what Reddit seeks here, and the courts in those cases have issued orders granting this relief.

Dated: June 21, 2021              Respectfully submitted,


By: */s/ Theane Evangelis*
Theane Evangelis

THEANE EVANGELIS
KRISTIN A. LINSLEY
MICHAEL DORE

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant Reddit, Inc.*