THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

KRISTIN A. LINSLEY, SBN 154148
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Reddit, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>REDDIT, INC.,<br><br>  Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>**DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT REDDIT, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Before: Hon. James V. Selna<br>Hearing: July 19, 2021<br>Time: 1:30 p.m. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT REDDIT, INC.'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 8:21-CV-00768-JVS-KES

# DECLARATION OF THEANE EVANGELIS

I, Theane Evangelis, hereby declare and state:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Reddit, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could and would testify competently with respect thereto.

3. Attached here to as **Exhibit A** are true and correct copies of a Joint Discovery Letter and resulting "Civil Conference Minute Order" in *Gonzalez v. Twitter, Inc.*, No. 4:16-cv-03282-DMR (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

4. Attached here to as **Exhibit B** are true and correct copies of a "Joint Statement Regarding Defendant's Request for Stay of Discovery Pending Resolution of Defendant's Motion to Dismiss" and resulting "Order Staying Discovery and Continuing Case Management Conference" in *Fields v. Twitter, Inc.*, No. 3:16-cv-00213-WHO (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

5. Attached here to as **Exhibit C** is a true and correct copy of the docket page of *Noah v. AOL Time Warner, Inc.*, No. 02-CV-1316 (E.D. Va.), including a minute order staying discovery "pending disposition of the motion to dismiss," Dkt. 31, as downloaded from the CM/ECF system of the Eastern District of Virginia on June 21, 2021.

6. Attached here to as **Exhibit D** are true and correct copies of a "Memorandum of Defendant America Online, Inc. in Support of Its Request for a Stay of Discovery" and the docket page of *Blumenthal v. Drudge*, No. 97-CV-01968 (D.D.C.), including a Scheduling Order staying all discovery pending resolution of

- 2 -

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT REDDIT, INC.'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 8:21-CV-00768-JVS-KES

Gibson, Dunn & Crutcher LLP

"dispositive motions," Dkt. 17, as downloaded from the CM/ECF system of the District of District of Columbia on June 21, 2021.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on June 21, 2021 at Los Angeles, California.

By: */s/ Theane Evangelis*
Theane Evangelis

Gibson, Dunn & Crutcher LLP

- 3 -

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT REDDIT, INC.'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 8:21-CV-00768-JVS-KES