# Exhibit C

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:02-cv-01316-TSE

| | |
|---|---|
| Noah v. AOL Time Warner Inc., et al | Date Filed: 09/03/2002 |
| Assigned to: District Judge T. S. Ellis, III | Date Terminated: 05/15/2003 |
| Demand: $0 | Jury Demand: None |
| Case in other court: 03-01770 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Fed. Question: Civil Rights Violation | Jurisdiction: Federal Question |

**Plaintiff**

Saad S. Noah                    represented by  Saad S. Noah
                                                 4710 W. 63rd Street
                                                 Chicago, IL 60629
                                                 (630) 483-8060
                                                 PRO SE

**Defendant**

AOL Time Warner Inc.            represented by  Charles Colin Rushing
                                                 Wilmer Cutler Pickering Hale and Dorr LLP
                                                 2445 M St NW
                                                 Washington, DC 20037-1420
                                                 (202) 663-6000
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

America Online, Inc.            represented by  Charles Colin Rushing
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 100 157725 (stas) Modified on 09/06/2002 (Entered: 09/05/2002) |
| 09/03/2002 | | Per pltf pro se no service issued at this time (stas) (Entered: 09/05/2002) |
| 12/27/2002 | | SUMMONS(ES) (Orig. & 2) issued & given to atty for service by SPS as to AOL Time Warner, Inc., and America Online, Inc. (clerk) (Entered: 12/31/2002) |
| 01/22/2003 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by AOL Time Warner, Inc, America Online, Inc. (clerk) (Entered: 01/27/2003) |
| 01/22/2003 | 3 | MOTION by America Online, Inc., AOL Time Warner, Inc to Dismiss (told to file Roseboro Notice) (clerk) Modified on 01/30/2003 (Entered: 01/27/2003) |

| | | |
|---|---|---|
| 01/22/2003 | 4 | MEMORANDUM OF POINTS AND AUTHORITIES by AOL Time Warner, Inc, America Online, Inc. in support of [3-1] motion by America Online, Inc., AOL Time Warner, Inc to Dismiss (clerk) Modified on 01/30/2003 (Entered: 01/27/2003) |
| 01/22/2003 | 5 | NOTICE of Hearing: Motion Hearing Deadline set for 10:00 2/21/03 for [3-1] motion by America Online, Inc., AOL Time Warner, Inc to Dismiss (clerk) (Entered: 01/27/2003) |
| 01/22/2003 | 6 | ORDERED that the pltf within 20 days show cause, if any they can, why this case should not be dismissed pursuant to FRCP 4(m) ( signed by Judge T. S. Ellis III ) Copies Mailed: yes [EOD Date: 1/27/03] (clerk) Modified on 02/04/2003 (Entered: 01/27/2003) |
| 01/28/2003 | 7 | Roseboro Notice by AOL Time Warner, Inc, America Online, Inc. to pltf in Re: Motion to Dismiss (clerk) (Entered: 02/04/2003) |
| 02/11/2003 | 8 | ORDER, granting application for Samir Chandra Jain to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 100 161461 (signed by Judge T. S. Ellis III) Copies Mailed: yes [EOD Date: 2/14/03] (stas) (Entered: 02/14/2003) |
| 02/19/2003 | 10 | MOTION by Saad S. Noah to Extend Time to retain an attorney and/or file his pro se response to defts' motion to dismiss and to conduct a hearing by phone conference (clerk) (Entered: 02/20/2003) |
| 02/19/2003 | 11 | NOTICE of Hearing: Motion Hearing Deadline set for 10:00 2/21/03 for [10-1] motion by Saad S. Noah to Extend Time to retain an attorney and/or file his pro se response to defts' motion to dismiss and to conduct a hearing by phone conference (clerk) (Entered: 02/20/2003) |
| 02/19/2003 | 9 | Response by AOL Time Warner, Inc, America Online, Inc. to pltfs motion for extension of time (clar) (Entered: 02/21/2003) |
| 02/20/2003 | | Per TSE chambers motions set for 2/21/03 an order is to entered (clar) (Entered: 02/20/2003) |
| 02/20/2003 | 12 | ORDERED that [10-1] motion by Saad S. Noah to Extend Time to retain an attorney and/or file his pro se response to defts' motion to dismiss and to conduct a hearing by phone conference is GRANTED insofar as pltf may have until 5:00 p.m., Friday, March 7, 2003, to file, either pro se or by counsel, a response to defts' motion to dismiss; pltf's motion for extension of time is DENIED in all other respects; unless otherwise ordered, the matter will thereafter be decided on the papers, without oral argument ( signed by Judge T. S. Ellis III ) Copies Mailed: yes [EOD Date: 2/20/03] (clerk) (Entered: 02/20/2003) |
| 03/05/2003 | 13 | ORDER setting Initial Pretrial Conference for 10:20 3/19/03 Discovery Deadline for 6/13/03 Final Pretrial Conference for 10:00 6/19/03 (see order for details) ( signed by Judge T. S. Ellis III ) Copies Mailed: yes (ltun) (Entered: 03/06/2003) |
| 03/10/2003 | 14 | RESPONSE AND MOTION TO DISMISS by Saad S. Noah to [3-1] Motion by America Online, Inc., AOL Time Warner, Inc to Dismiss (clerk) (Entered: 03/12/2003) |
| 03/14/2003 | 15 | Defts' Report of Parties and Planning Conference and Joint Discovery Plan by Saad S. Noah, AOL Time Warner, Inc, America Online, Inc. (clerk) (Entered: 03/18/2003) |
| 03/17/2003 | 16 | Report of Parties' Planning Conference and Joint Discovery Plan by Saad S. Noah (clerk) (Entered: 03/18/2003) |
| 03/17/2003 | 18 | REPLY MEMORANDUM in support by AOL Time Warner, Inc, America Online, Inc. of [3-1] motion by America Online, Inc., AOL Time Warner, Inc to Dismiss (clar) (Entered: 03/19/2003) |
| 03/18/2003 | 17 | MOTION by America Online, Inc., AOL Time Warner, Inc to Extend Time to File an |

| | | |
|---|---|---|
| | | Answer to the Complaint by 21 calendar days (told to notice) (clerk) Modified on 03/27/2003 (Entered: 03/18/2003) |
| 03/18/2003 | | Initial pretrial conference held by US Magistrate Judge Jones: Appearance of counsel for deft; Discovery Plan approved; R16b order to be entered; ADR/Settlement - no discussion (clerk) (Entered: 03/21/2003) |
| 03/20/2003 | 19 | Rule 16(B) Scheduling Order - Pursuant to the Rule 16(B) Conference it is hereby ordered that: a) The Rule 26(f) report filed by the parties is approved and shall control discovery to the extent of its application unless modified by the court. b) Any motion to amend the pleadings or to join a party shall be made as soon as possible after counsel becomes aware of the grounds for the motion. c) Pltf is hereby notified that pltf is bound by the terms of this order, by all other orders entered before or after today, by the Local Rules of this court, and by the federal rules of civil procedure. d) Dft's motion for extension of time to file an answer is GRANTED. Any answer may be filed within 11 days after entry of an order that denies any part of the motion to dismiss. (see order for details) ( signed by Magistrate Judge Thomas R. Jones Jr. ) Copies Mailed: Yes (kjon) (Entered: 03/21/2003) |
| 03/26/2003 | 20 | RESPONSE, OBJECTION and MOTION TO DISMISS by Saad S. Noah to [17-1] Motion by America Online, Inc., AOL Time Warner, Inc to Extend Time to File an Answer to the Complaint by 21 calendar days (clerk) (Entered: 03/27/2003) |
| 04/16/2003 | 21 | Emergency MOTION by Saad S. Noah to Vacate the order of 3/20/03 (clar) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 04/16/2003 | 22 | NOTICE of Hearing: Motion Hearing Deadline before Magistrate Judge Thomas R. Jones Jr. set for 10:00 4/18/03 for [21-1] motion by Saad S. Noah to Vacate the order of 3/20/03 (clar) (Entered: 04/17/2003) |
| 04/16/2003 | 23 | Rule 26(a)(1) Pre- Disclosure by Saad S. Noah (clerk) (Entered: 04/18/2003) |
| 04/25/2003 | 24 | MOTION by Saad S. Noah to Vacate the Order of 3.20.03 (jcup) (Entered: 04/28/2003) |
| 04/25/2003 | 25 | NOTICE of Hearing: Motion Hearing Deadline before Magistrate Judge Thomas R. Jones Jr. set for 10:00 5/2/03 for [24-1] motion by Saad S. Noah to Vacate the Order of 3.20.03 (jcup) (Entered: 04/28/2003) |
| 04/30/2003 | 26 | RESPONSE by AOL Time Warner, Inc, America Online, Inc. in opposition to [24-1] motion by Saad S. Noah to Vacate the Order of 3.20.03 (clar) (Entered: 04/30/2003) |
| 05/01/2003 | 27 | ORDER that [24-1] motion by Saad S. Noah to Vacate the Order of 3/20/03 is DENIED. It is further ORDERED that the hearing on this motion scheduled for 5/2/03 is CANCELLED. It is further ORDERED that ptlf's request to appear at the hearing by telephone conference is DENIED as moot. (see order for details) ( signed by Judge T. S. Ellis III ) Copies Mailed: Yes [EOD Date: 5/2/03] (kjon) (Entered: 05/02/2003) |
| 05/02/2003 | | Per TSE chambers motions set for 5.2.03 on papers (jcup) (Entered: 05/02/2003) |
| 05/02/2003 | 28 | MOTION by America Online, Inc., AOL Time Warner, Inc to Stay discovery and pretrial proceedings pending resolution of defts' motion to dismiss (clar) (Entered: 05/02/2003) |
| 05/02/2003 | 29 | MEMORANDUM of points and authorities by AOL Time Warner, Inc, America Online, Inc. in support of [28-1] motion by America Online, Inc., AOL Time Warner, Inc to Stay discovery and pretrial proceedings pending resolution of defts' motion to dismiss (clar) (Entered: 05/02/2003) |
| 05/02/2003 | 30 | NOTICE of Hearing: Motion Hearing Deadline before Judge T. S. Ellis III set for 10:00 5/9/03 for [28-1] motion by America Online, Inc., AOL Time Warner, Inc to Stay |

| | | |
|---|---|---|
| | | discovery and pretrial proceedings pending resolution of defts' motion to dismiss (clar) (Entered: 05/02/2003) |
| 05/07/2003 | 31 | ORDER that [28-1] motion by America Online, Inc., AOL Time Warner, Inc to Stay discovery and pretrial proceedings pending resolution of defts' motion to dismiss is GRANTED. It is further ORDERED that discovery is STAYED in this matter pending disposition of the motion to dismiss. It is further ORDERED that the discovery cut-off date and the date for the final pretrial conference are CANCELED. New dates will be set if necessary following disposition of the pending motion to dismiss. (see order for details) ( signed by Judge T. S. Ellis III ) Copies Mailed: Yes [EOD Date: 5/8/03] (kjon) (Entered: 05/08/2003) |
| 05/15/2003 | 32 | MEMORANDUM OPINION ( signed by Judge T. S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 05/15/2003) |
| 05/15/2003 | 33 | ORDER, for reasons stated in the accompanying Memorandum Opinion, the [3-1] motion by America Online, Inc., AOL Time Warner, Inc to Dismiss is GRANTED, and the complaint is DISMISSED ( signed by Judge T. S. Ellis III ) Copies Mailed: Yes [EOD Date: 5/15/03] (tbul) (Entered: 05/15/2003) |
| 05/15/2003 | | Case closed (tbul) (Entered: 05/15/2003) |
| 05/15/2003 | | File is in Chambers. (tbul) (Entered: 05/15/2003) |
| 06/17/2003 | 34 | NOTICE OF APPEAL OF [33-1] order dated 5/15/03, [19-1] order dated 3/20/03 by Saad S. Noah . FILING FEE $ 105.00 RECEIPT # 164493. Copy of notice, orders, docket sheet & transmittal sheet mailed to USCA. Copies sent to Saad S. Noah, AOL Time Warner, Inc, America Online, Inc. (mcke) (Entered: 06/18/2003) |
| 06/24/2003 | | USCA Case Number Re: [34-1] appeal by Saad S. Noah CASE MANAGER: Yevone Jeffreys USCA NUMBER: 03-1770 (kjon) (Entered: 06/24/2003) |
| 06/24/2003 | | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [34-1] appeal by Saad S. Noah (Volume 1: Pleadings 1-34) (kjon) (Entered: 06/24/2003) |
| 03/25/2004 | 35 | Copy of Opinion of USCA re: [34-1] appeal by Saad S. Noah Decided 3/24/04 affirms the District Court decision; attached copy of judgment will not take effect until issuance of the mandate. (karn) (Entered: 03/26/2004) |
| 04/16/2004 | | Record on Appeal returned from U.S. Court of Appeals: in 1 volume of pleadings (clerk) (Entered: 04/19/2004) |
| 04/16/2004 | 36 | JUDGMENT OF USCA (certified copy) with copy of opinion of USCA affirming the judgment of the District Court re: [34-1] appeal (clerk) (Entered: 04/20/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2021 16:18:10 | | | |
| **PACER Login:** | gd0044SF | **Client Code:** | 80622-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-01316-TSE |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |