# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SIDNEY BLUMENTHAL, et al.,          )
                                                           )
          Plaintiffs,                                )
                                                           )
          v.                                            )  Civil Action No. 97-1968 (PLF)
                                                           )
MATT DRUDGE, et al.,                    )
                                                           )
          Defendants.                            )
_____)

**FILED**

**NOV 1 0 1997**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM OF DEFENDANT AMERICA ONLINE, INC.
IN SUPPORT OF ITS REQUEST FOR A STAY OF DISCOVERY
<u>PENDING RESOLUTION OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

The Court has set an initial scheduling conference, pursuant to Local Rule

206.1(b), for November 14, 1997.  One of the issues to be addressed at the scheduling conference

is "whether . . . discovery or other matters should await a decision on [dispositive] motion[s]."

Local Rule 206(c)(1).  As reflected in the Joint Rule 206(d) Statement recently filed by the

parties, Defendant America Online, Inc. ("AOL") believes that discovery in this case should be

stayed during the pendency of AOL's Motion for Summary Judgment.  This Memorandum

outlines the basis for AOL's position.

<u>**INTRODUCTION**</u>

On October 20, 1997, AOL filed a Motion for Summary Judgment in which it

asserted that plaintiffs' claims against AOL are barred, at the threshold, by a recently enacted

statute, 47 U.S.C. § 230.  Section 230 immunizes providers of interactive computer services such

as AOL from tort actions based on statements made by others and disseminated through the

interactive service.

*15*

On October 23, 1997, Defendant Matt Drudge ("Drudge") filed a Motion to Dismiss, or in the Alternative, to Transfer.  In his motion, Drudge asserts that this Court lacks personal jurisdiction over him.

On October 27, 1997, counsel for all parties conferred telephonically in satisfaction of their duty to meet and confer under Local Rule 206.  As the parties' Joint Rule 206(d) Statement reports, counsel for both AOL and Drudge asserted during the telephone conference that discovery should be stayed while their dispositive motions are pending.  The proposed scheduling order submitted by AOL and Drudge provides for such a stay.

Plaintiffs, however, have professed that they intend to commence a general and far-reaching discovery campaign even before the pending dispositive motions are decided.  During the Rule 206 telephone conference, plaintiffs' counsel refused to agree to any stay of discovery and said that they planned imminently to serve discovery requests and deposition notices.  Plaintiffs plan to take extensive discovery, and have even sought the Court's permission to take twenty-five depositions -- more than <u>twice</u> the number that is presumptively allowed even in cases that are assigned to the "complex" track.  <u>See</u> Local Rule 207(b).

As we establish below, plaintiffs should not be permitted to open a general discovery campaign during the pendency of AOL's motion for summary judgment.  A stay of discovery is affirmatively mandated by 47 U.S.C. § 230, which shields providers of interactive services not only from <u>liability</u> in cases involving allegedly tortious speech of third parties, but also from the <u>burdens of litigating</u> such cases.  Moreover, even aside from the requirements of

- 2 -

Evangelis Exhibit D
- 29 -

Section 230, a stay is warranted in these circumstances as a matter of fairness and judicial economy.[1/]

## ARGUMENT

### I.  SECTION 230 IMMUNIZES AOL FROM DISCOVERY BURDENS.

As AOL demonstrated in its papers supporting the Motion for Summary Judgment, Congress has recognized that saddling interactive computer services with liability for harms allegedly caused by third-party communications and content would be inconsistent with, and ultimately could cripple, the vigorous and vibrant development of a new, important medium of communication.  See Memorandum of Points and Authorities in Support of Motion for Summary Judgment (filed October 20, 1997) ("AOL Memorandum") at 16-17, 37-40.  In order to foster the continued development -- and indeed to ensure the very survival -- of interactive computer services, see id. at 39 (citing, inter alia, 141 Cong. Rec. H8471 (Aug. 4, 1995)), Congress immunized them from tort liability for dissemination of "any information provided by another information content provider," 47 U.S.C. § 230(c)(1); Zeran v. America Online, Inc., 958 F. Supp. 1124 (E.D. Va. 1997) (appeal docketed); Doe v. America Online, Inc., No. Civ. CL 97-631AE, 1997 WL 374223 (Fla. Cir. Ct. June 26, 1997).

---

[1/]          Plaintiffs have made no suggestion -- either during the Rule 206 telephone conference or otherwise -- that they intend to seek a continuance pursuant to Fed. R. Civ. P. 56(f) in order to take discovery for the specific purpose of attempting to obtain "facts essential to justify [their] opposition" to AOL's motion for summary judgment.  This is not surprising given that the issues posed by AOL's motion are principally questions of law, not fact.  AOL does not anticipate that plaintiffs will seriously challenge the one factual component of AOL's motion, namely AOL's showing that Drudge was neither an employee nor agent of AOL.  However, if plaintiffs affirmatively show, in accordance with the standard and procedures of Rule 56(f), that they do need discovery on the employee/agent issue, AOL would not oppose limited discovery on that narrow point.

Evangelis Exhibit D
- 30 -

Congress also recognized that subjecting an interactive computer service to costly litigation while awaiting resolution of the question of its immunity could be similarly destructive to its continued successful operation. Accordingly, Congress shielded interactive computer services not only from liability, but also from the burdens of litigation while the parties await a ruling on the threshold liability/immunity issue. Section 230(d)(3) provides:

> <u>No cause of action may be brought</u> and no liability may be imposed under any State or local law that is inconsistent with this section.

47 U.S.C. § 230(d)(3) (emphasis added). As with any statute, the Court must construe this sentence "to give effect, if possible, to every word Congress used." <u>Reiter v. Sonotone Corp.</u>, 442 U.S. 330, 339 (1979). The language emphasized above establishes that Congress decided <u>both</u> that "no liability may be imposed" <u>and</u> that "[n]o cause of action may be brought" under state law that is inconsistent with Section 230.[2] This language is a clear indication that Congress sought to bar, in their entirety, lawsuits subject to the immunities it had conferred in Section 230. <u>Weinberger v. Salfi</u>, 422 U.S. 749, 756-57 (1975) (statute providing that "[n]o action . . . shall be brought" is jurisdictional and bars cause of action defined in statute in its entirety).

In other cases where the law bars not only liability, but the bringing of cases altogether, courts consistently have found it necessary to stay discovery while the immunity question is resolved. For example, the Supreme Court has recognized that the qualified

---

[2]     Section 230(d)(3) operates to bar causes of action that are "inconsistent with this section." If AOL is correct (as argued in its Motion for Summary Judgment) that plaintiffs' state-law tort claims seek to treat AOL "as the publisher or speaker of . . . information provided by another information content provider," 47 U.S.C. § 230(c)(1), then those claims plainly arise "under State . . . law that is inconsistent with [Section 230]."

- 4 -

Evangelis Exhibit D
- 31 -

immunity of government officials from liability for discretionary functions would largely be undermined if it did not carry with it an attendant immunity from the burdens of litigation. Harlow v. Fitzgerald, 457 U.S. 800, 816-18 (1982).  As a result, in such cases, "[u]ntil [the] threshold immunity question is resolved, discovery should not be allowed." Id. at 818; see Chagnon v. Bell, 642 F.2d 1248, 1266 (D.C. Cir. 1980) (upholding district court's stay of discovery pending resolution of official immunity question).  Courts likewise routinely stay discovery where other immunity or quasi-immunity defenses have been presented.  See, e.g., Williamson v. United States Dep't of Agric., 815 F.2d 368, 382-83 (5th Cir. 1987) (upholding stay of discovery pending resolution of dispositive motions arguing, inter alia, that federal defendants were immune pursuant to exceptions in the Federal Tort Claims Act); Moldea v. New York Times Co., 137 F.R.D. 1, 1-2 (D.D.C. 1990) (stay of discovery appropriate pending resolution of dispositive motion in defamation case involving First Amendment rights of media defendant); Ollerdessen v. Murlas Commodities, Inc., 127 F.R.D. 147, 149 (N.D. Ill. 1989) (staying discovery pending ultimate resolution of question whether plaintiff was entitled to federal court forum on claims submitted to arbitration); see also Foremost-McKesson, Inc. v. Islamic Republic of Iran, 905 F.2d 438, 443 (D.C. Cir. 1990) (foreign sovereign immunity is an immunity not only from liability, but also from litigation burdens).

The requirement for a stay of discovery is equally clear in the Section 230 immunity context.  Congress has expressed in plain terms its understanding that interactive computer services offer "a forum for a true diversity of political discourse, unique opportunities for cultural development, and myriad avenues for intellectual activity," 47 U.S.C. § 230(a)(3),

Evangelis Exhibit D
- 32 -

and has determined to promote these values by barring lawsuits that seek to hold interactive computer services liable for the tortious speech of others, id. § 230(d)(3).  Allowing plaintiffs to conduct general discovery during the Court's consideration of AOL's entitlement to this important immunity would defeat Congress's clearly expressed objectives.

## II. PRINCIPLES OF FAIRNESS AND JUDICIAL ECONOMY INDEPENDENTLY WARRANT A STAY OF DISCOVERY PENDING RESOLUTION OF AOL'S DISPOSITIVE MOTION.

Discovery should be stayed in this case for a second, independent reason.  If AOL prevails on its Motion for Summary Judgment, "no discovery would be necessary" and answering of interrogatories, production of documents, or depositions "would have been a useless and wasteful effort."  In re Harrah's Entertainment, Inc. Securities Litig., Civ. No. 95-3925, 1997 WL 40640, at *2 (E.D. La. Feb. 3, 1997); see also Chagnon v. Bell, 642 F.2d 1248, 1266 (D.C. Cir. 1980); United States v. Bonanno Organized Crime Family of La Cosa Nostra, No. CV-87-2974, 1987 WL 18172, at *4 (E.D.N.Y. Sept. 22, 1987).

The Court has broad discretion in handling discovery and setting discovery limits.  E.g., Brune v. IRS, 861 F.2d 1284, 1288 (D.C. Cir. 1988).  The Federal Rules of Civil Procedure are designed "to secure the just, speedy, and inexpensive determination of every action," Fed. R. Civ. P. 1, and "judges should not hesitate to exercise appropriate control over the discovery process" as necessary to preserve these principles of fairness and efficient judicial administration.  Herbert v. Lando, 441 U.S. 153, 177 (1979).  In particular, "the district courts should not neglect their power to restrict discovery where 'justice requires [protection for] a party or person from

- 6 -

Evangelis Exhibit D
- 33 -

annoyance, embarrassment, oppression, or undue burden or expense.'" Id. (quoting Fed. R. Civ. P. 26(c)).

In order to promote judicial efficiency and avoid the unfairness of subjecting litigants to costly and needless discovery burdens, courts routinely stay discovery until resolution of potentially dispositive motions presenting threshold defenses. See, e.g., Petrus v. Bowen, 833 F.2d 581, 583 (5th Cir. 1987) (upholding stay of discovery pending resolution of "preliminary questions that may dispose of the case"); Transunion Corp. v. PepsiCo, Inc., 811 F.2d 127, 130 (2d Cir. 1987) (similar); Wood v. McEwen, 644 F.2d 797, 801-02 (9th Cir. 1981) (existence of non-frivolous dispositive motion provided "good cause" for district court's order staying discovery); Moldea v. New York Times Co., 137 F.R.D. 1, 1-2 (D.D.C. 1990) (staying discovery pending ruling on media defendant's motion for summary judgment in defamation case); Anti-Monopoly, Inc. v. Hasbro, Inc., No. 94 Civ. 2120, 1996 WL 101277 at *2 (S.D.N.Y. Mar. 7, 1996) ("[I]t is clear that the Court has the discretion to stay discovery for 'good cause,' and that good cause may be shown where a party has filed (or sought leave to file) a dispositive motion . . . .").

The Court should stay discovery in this case because AOL's Motion for Summary Judgment presents a threshold immunity defense that is separate from the merits, and the Motion plainly would "dispose of the case" as to AOL if granted. Petrus, 833 F.2d at 582 (upholding stay of discovery pending resolution of motion to dismiss for failure to state a claim); see also Transunion, 811 F.2d at 130 (upholding stay of discovery pending resolution of motion to dismiss on forum non conveniens grounds); Moldea, 137 F.R.D. at 1-2 (granting stay of

Evangelis Exhibit D
- 34 -

discovery pending resolution of summary judgment motion based on threshold First Amendment defense by media defendant in defamation case). Indeed, a discovery stay is particularly appropriate in this case because AOL's dispositive motion is supported by strong authority. See Hasbro, 1996 WL 101277, at *3-4 (argument for preclusion of discovery enhanced where dispositive motion appears to have "substantial grounds") (citing cases). In its Memorandum in Support of Summary Judgment, AOL explained that the only two reported cases that have discussed Section 230 to date establish that the statute immunizes service providers such as AOL from liability for online content that originates with other people. AOL Memorandum at 18-19 (discussing Zeran v. America Online, Inc., 958 F. Supp. 1124; Doe v. America Online, Inc., 1997 WL 374223).[3] This authority dictates that the Court first consider AOL's immunity before accepting plaintiffs' invitation to open wide the discovery floodgates.

---

[3]        In both Zeran and Doe, the immunity question was decided in AOL's favor on the pleadings and as a threshold matter. No discovery was ever taken in Doe. While limited discovery (including only one deposition) was taken in Zeran, the court in Zeran reached its decision strictly as a matter of law, without the need for reference to any of the fruits of discovery.

Evangelis Exhibit D
- 35 -

## CONCLUSION

For the foregoing reasons, discovery should be stayed pending final resolution of

AOL's Motion for Summary Judgment.


Respectfully submitted,


Of counsel                              Patrick J. Carome (D.C. Bar No. 385676)
                                        John Payton (D.C. Bar No. 282699)
George Vradenburg III                   Lawrence A. Kasten (D.C.Bar No. 443307)
Randall J. Boe (D.C. Bar No. 415425)    Samir Jain
AMERICA ONLINE, INC.                    WILMER, CUTLER & PICKERING
22000 AOL Way                           2445 M Street, N.W.
Dulles, Virginia 20166-9323             Washington, D.C.  20037-1420
                                        (202) 663-6000

                                        Attorneys for Defendant America
                                        Online, Inc.

November 10, 1997

Evangelis Exhibit D
- 36 -

### Certificate of Service

I hereby certify that, on November 10, 1997, I caused a copy of the foregoing Memorandum of Defendant America Online, Inc. in Support of its Request for a Stay of Discovery Pending Resolution of its Motion for Summary Judgment to be served by Federal Express overnight delivery and by first-class mail, postage-prepaid, on the following:

William Alden McDaniel, Jr., Esq.
McDaniel & Marsh
118 West Mulberry Street
Baltimore, Maryland 21201

Manuel S. Klausner, Esq.
Law offices of Manuel S. Klausner
One Bunker Hill, 8th Floor
601 West Fifth
Los Angeles, California  90071

Jonathan W. Emord, Esq.
Emord & Associates, P.C.
5282 Lyngate Court
Burke, VA  22015

_____
Lawrence A. Kasten

6/21/2021                                      District of Columbia live database

**Query     Reports     Utilities     Help     Log Out**

CLOSED,JURY,TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:97-cv-01968-PLF

SIDNEY BLUMENTHAL, et al v. DRUDGE, et al       Date Filed: 08/27/1997
Assigned to: Judge Paul L. Friedman              Date Terminated: 05/09/2001
Demand: $10,000,000                              Jury Demand: Plaintiff
Cause: 28:1332 Diversity-Personal Injury         Nature of Suit: 320 Assault Libel & Slander
                                                 Jurisdiction: Diversity

**Plaintiff**

**SIDNEY BLUMENTHAL**                represented by  **William Alden McDaniel , Jr.**
                                                     THE SKOJEC LAW FIRM
                                                     9709 Deep Smoke
                                                     Columbia, MD 21046
                                                     (410) 528-5502
                                                     Fax: (410) 528-5650
                                                     Email: mcdanielw@ballardspahr.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACQUELINE JORDAN**                represented by  **William Alden McDaniel , Jr.**
**BLUMENTHAL**                                       (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MATT DRUDGE**                      represented by  **Jonathan W. Emord**
                                                     EMORD & ASSOCIATES, P.C.
                                                     11808 Wolf Run Lane
                                                     Clifton, VA 20124
                                                     202-466-6937
                                                     Fax: 202-466-6938
                                                     Email: jemord@emord.com
                                                     *TERMINATED: 11/09/1998*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Manuel S. Klausner**
                                                     LAW OFFICES OF MANUEL S.
                                                     KLAUSNER
                                                     One Bunker Hill
                                                     601 West Fifth Street
                                                     8th Floor

Evangelis Exhibit D
- 38 -

Los Angeles, CA 90071
*ATTORNEY TO BE NOTICED*

**Patrick J. Manshardt**
INDIVIDUAL RIGHTS FOUNDATION
One Bunker Hill Building
601 West Fifth Street
8th Floor
Los Angeles, CA 90071
(213) 688-4050
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICA ONLINE, INC.**                 represented by **John Payton**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street
5th Floor
New York, NY 10006
(212) 965-2200
Email: jpayton@naacpldf.org
*TERMINATED: 05/08/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Carome**
WILMER CUTLER PICKERING HALE &
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6610
Fax: (202) 663-6363
Email: patrick.carome@wilmerhale.com
*TERMINATED: 05/08/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**LARRY KLAYMAN**                        represented by **David Barmak**
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202) 434-7300
Fax: (202) 434-7400
Email: DBarmak@mintz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/27/1997 | 1 | COMPLAINT filed by plaintiffs SIDNEY BLUMENTHAL, JACQUELINE JORDAN |

Evangelis Exhibit D
- 39 -

| | | |
|---|---|---|
| | | BLUMENTHAL; jury demand; exhibits (11) (blj) (bj). (Entered: 08/28/1997) |
| 08/27/1997 | | SUMMONS (2) issued for defendants MATT DRUDGE, AMERICA ONLINE, INC. (blj) (Entered: 08/28/1997) |
| 09/08/1997 | | SUMMONS (1) REISSUED for defendant MATT DRUDGE . (blj) (Entered: 09/08/1997) |
| 09/08/1997 | 2 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 8/27/97 upon defendant AMERICA ONLINE, INC.; (no green card) (blj) (Entered: 09/09/1997) |
| 09/10/1997 | 3 | ATTORNEY APPEARANCE for defendant AMERICA ONLINE, INC. by John Adolphus Payton Jr. (blj) (Entered: 09/11/1997) |
| 09/10/1997 | 4 | ATTORNEY APPEARANCE for defendant AMERICA ONLINE, INC. by Patrick Joseph Carome (blj) (Entered: 09/11/1997) |
| 09/10/1997 | 5 | MOTION (UNOPPOSED) filed by defendant AMERICA ONLINE, INC. to extend time to 10/16/97 to answer or otherwise respond to complaint [1-1] (blj) (Entered: 09/11/1997) |
| 09/15/1997 | 6 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 10/16/97 to answer or otherwise respond to complaint [1-1] [5-1] by AMERICA ONLINE, INC.; Meet and Confer Statement due 10/30/97; Meet and Confer hearing set for 9:15 11/13/97 (N) (bm) (Entered: 09/15/1997) |
| 09/17/1997 | 7 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 9/11/97 upon defendant MATT DRUDGE (JMF) (Entered: 09/19/1997) |
| 10/16/1997 | 8 | ANSWER TO COMPLAINT [1-1] by defendant AMERICA ONLINE, INC. . (ks) (bj). (Entered: 10/17/1997) |
| 10/16/1997 | 9 | RULE 109 Certificate of disclosure of corporate affiliations and financial interests by defendant AMERICA ONLINE, INC. (ks) (Entered: 10/17/1997) |
| 10/20/1997 | 10 | MOTION filed by defendant AMERICA ONLINE, INC. for summary judgment ; Attachments (8) (bulky) (blj) (Entered: 10/21/1997) |
| 10/27/1997 | 11 | MOTION filed by defendant MATT DRUDGE to dismiss complaint [1-1] for lack of personal jurisdiction , or to transfer case to the USDC for the Central District of California ; Exhibits (4). (Bulky) (ks) (Entered: 10/28/1997) |
| 10/31/1997 | 12 | MEET AND CONFER STATEMENT/REPORT PURSUANT TO L.R. 206(d) filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL, defendant MATT DRUDGE, defendant AMERICA ONLINE, INC. . (ks) (bj). (Entered: 11/04/1997) |
| 11/07/1997 | 13 | MOTION filed by defendant MATT DRUDGE to continue the status conference set for 11/13/97 to 11/14/97 (ks) (Entered: 11/10/1997) |
| 11/10/1997 | 14 | ORDER by Judge Paul L. Friedman : granting motion to continue the status conference set for 11/13/97 to 11/14/97 [13-1] by MATT DRUDGE; status hearing reset for 9:15 11/14/97 (N) (ks) (Entered: 11/10/1997) |
| 11/10/1997 | 15 | MEMORANDUM by defendant AMERICA ONLINE, INC. in support of its request for a stay of discovery pending resolution of its motion for summary judgment (blj) (bj). (Entered: 11/17/1997) |
| 11/14/1997 | | STATUS CONFERENCE before Judge Paul L. Friedman: oral motion to allow Manuel S. Klausner, Esquire to appear pro hac vice on behalf of defendant Drudge, granted; plaintiffs' response to dispositive motions due 12/9/97; defendants' reply to dispositive motions due 1/12/98; plaintiffs' 56(f) motion due 12/9/97; response to motion due |

Evangelis Exhibit D
- 40 -

|  |  | 12/24/97; reply to motion due 1/4/98; motion hearing set for 2/6/98 Reporter: Santa Zizzo (bm) (Entered: 11/14/1997) |
|---|---|---|
| 11/18/1997 | 16 | MOTION filed by defendant AMERICA ONLINE, INC. for leave to file motion under seal ; Exhibit (MOTION LODGED UNDER SEAL IN ROOM 1800)) (blj) (Entered: 11/19/1997) |
| 11/18/1997 | 18 | MOTION (UNOPPOSED) filed by defendant AMERICA ONLINE, INC. to seal exhibit , and for leave to file replacement exhibit under seal ; Exhibit (REPLACEMENT EXHIBIT) (blj) (Entered: 12/04/1997) |
| 11/28/1997 | 17 | SCHEDULING ORDER by Judge Paul L. Friedman Case assigned to the Standard track (track two). , plaintiff's response to dispositive motions due 1/9/98 ; defendant's reply to dispositive motions due 2/13/98 ; if plaintiff file a Rule 56(f) motion, defendant's response to motion due 1/23/98 ; replies to motion due 1/30/98 ; discovery shall be stayed until the Court issues a decision with respect to defendants dispositive motions and/or plaintiffs' Rule 56(f) motion ; setting forth instructions to counsel. (N) (ks) (Entered: 11/28/1997) |
| 12/04/1997 | 19 | ORDER by Judge Paul L. Friedman : granting motion for leave to file motion under seal [16-1] by AMERICA ONLINE, INC. (N) (bm) (Entered: 12/04/1997) |
| 12/04/1997 | 20 | ORDER by Judge Paul L. Friedman : granting motion to seal exhibit [18-1] by AMERICA ONLINE, INC., granting motion for leave to file replacement exhibit under seal [18-2] by AMERICA ONLINE, INC.; the Clerk of Court shall seal Exhibit A to the Declaration of Robert Jennings; the Clerk of Court shall replace the previously filed Exhibit A to the Jennings Declaration with the "replacement Exhibit A to Jennings Declaration: that accompanied the motion to seal exhibit and substitute new exhibit as attachment 1. (N) (bm) (Entered: 12/04/1997) |
| 12/04/1997 | 21 | NOTICE OF FILING by defendant AMERICA ONLINE, INC. exhibit A to declaration of Robert Jennings; (FILED UNDER SEAL IN ROOM 1800) (blj) (Entered: 12/04/1997) |
| 12/12/1997 | 22 | NOTICE by defendant AMERICA ONLINE, INC. of parties' preferred hearing date (blj) (Entered: 12/15/1997) |
| 12/16/1997 | 23 | SCHEDULING ORDER by Judge Paul L. Friedman motion hearing set for 3:30 3/11/98 (N) (bm) (Entered: 12/16/1997) |
| 01/06/1998 | 24 | MOTION filed by plaintiffs to extend time to 1/23/98 to respond to defendant's dispositive motions (ks) (Entered: 01/07/1998) |
| 01/12/1998 | 25 | ORDER by Judge Gladys Kessler for Judge Paul L. Friedman: granting motion to extend time to 1/23/98 to respond to defendant's motions [24-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL; response to dispositive motions due by 1/23/98; reply to dispositive motions due by 2/27/98; response to rule 56(f) motion due by 2/6/98; reply to rule 56(f) motion due by 2/13/98 (N) (bm) (Entered: 01/12/1998) |
| 01/23/1998 | 26 | MEMORANDUM by plaintiffs in opposition to motion for summary judgment [10-1] by AMERICA ONLINE, INC. (ks) (bj). (Entered: 01/26/1998) |
| 01/23/1998 | 27 | MEMORANDUM by plaintiffs in opposition to motion to dismiss complaint [1-1] for lack of personal jurisdiction [11-1]; and motion to transfer case to the USDC for the Central District of California [11-2] by MATT DRUDGE; Exhibit (1). (ks) (bj). (Entered: 01/26/1998) |
| 02/06/1998 | 28 | RESPONSE by defendant AMERICA ONLINE, INC. to plaintiff's suggestion that discovery is needed on the issue of "Defendant Drudge's Oral Remarks". (ks) (bj). (Entered: 02/09/1998) |

| | | |
|---|---|---|
| 02/27/1998 | 29 | REPLY by defendant AMERICA ONLINE, INC. to response to motion for summary judgment [10-1] by AMERICA ONLINE, INC.; Exhibits (2). (ks) (bj). (Entered: 03/02/1998) |
| 03/03/1998 | 30 | REPLY by defendant MATT DRUDGE to response to motion to dismiss complaint [1-1] for lack of personal jurisdiction [11-1]; or to transfer case to the USDC for the Central District of California [11-2] by MATT DRUDGE; Exhibits (5). (ks) (bj). (Entered: 03/04/1998) |
| 03/11/1998 | | MOTION HEARING before Judge Paul L. Friedman taken under advisement by MATT DRUDGE motion to dismiss complaint [1-1] for lack of personal jurisdiction [11-1], taken under advisement by MATT DRUDGE motion to transfer case to the USDC for the Central District of California [11-2], taken under advisement by AMERICA ONLINE, INC. motion for summary judgment [10-1] Reporter: William McAllister (bm) (Entered: 03/11/1998) |
| 03/11/1998 | 31 | TRANSCRIPT filed of status conference for date(s) of 11/14/97. Reporter: Santa Zizzo (ks) (Entered: 03/12/1998) |
| 04/08/1998 | 32 | TRANSCRIPT filed of motions hearing for date(s) of 3/11/98. Reporter: William McAllister (ks) (Entered: 04/09/1998) |
| 04/22/1998 | 33 | OPINION by Judge Paul L. Friedman (N) (bm) (bj). (Entered: 04/23/1998) |
| 04/22/1998 | 34 | ORDER AND JUDGMENT by Judge Paul L. Friedman : denying motion to dismiss complaint [1-1] for lack of personal jurisdiction [11-1] by MATT DRUDGE, denying motion to transfer case to the USDC for the Central District of California [11-2] by MATT DRUDGE; granting motion for summary judgment [10-1] by AMERICA ONLINE, INC. entering judgment for defendant America Online, Inc. ; the remaining parties shall appear for a status conference set 10:00 6/2/98 ; at the status conference, the parties shall be prepared to discuss how this case should proceed with respect to a discovery schedule and a date for trial. (N) (bm) (Entered: 04/23/1998) |
| 04/27/1998 | 35 | MOTION filed by defendant MATT DRUDGE for leave to withdraw exhibit and ensure the accuracy of the record and reply Exhibit A ; Exhibits (7). (Bulky) (ks) (Entered: 05/01/1998) |
| 05/01/1998 | 36 | MOTION filed by defendant MATT DRUDGE to extend time to 6/5/98 to answer complaint [1-1] (ks) (Entered: 05/04/1998) |
| 05/01/1998 | 37 | MOTION filed by defendant MATT DRUDGE to particpate in status conference by telephonic appearance. (ks) (Entered: 05/04/1998) |
| 05/08/1998 | 38 | ORDER by Judge Paul L. Friedman : granting motion to particpate in status conference by telephonic appearance. [37-1] by MATT DRUDGE (N) (bm) (Entered: 05/08/1998) |
| 05/13/1998 | 39 | MEMORANDUM by plaintiffs in opposition to motion to extend time to 6/5/98 to answer complaint [1-1] [36-1] by MATT DRUDGE (ks) (Entered: 05/14/1998) |
| 05/14/1998 | 40 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL for sanctions , and request for discovery and evidential hearing ; Exhibits (4). (ks) (Entered: 05/15/1998) |
| 05/14/1998 | 41 | NOTICE by plaintiffs of certificate pursuant to Local Rule 108(m). (ks) (Entered: 05/15/1998) |
| 05/14/1998 | 42 | SUPPLEMENTAL MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in support of motion for sanctions [40-1]; and |

| | | request for discovery and evidential hearing [40-2] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL (ks) (bj). (Entered: 05/15/1998) |
|---|---|---|
| 05/27/1998 | 43 | ORDER by Judge Paul L. Friedman : granting motion for leave to withdraw exhibit and ensure the accuracy of the record and reply Exhibit A [35-1] by MATT DRUDGE; withdrawing Exhibit A to defendant Matt Drudge's reply memorandum in support of his motion to dismiss or transfer; directing the Clerk shall reply Exhibit A and replace it with a copy of the of the article "Blumenthal v. Drudge" written by Susan Estrich and published in the 11/26/97 issue of USA Today; the comment which appears in the transcript of the 3/11/98 hearing, "We see a lot of that in the Sid Blemential case, Ms. Estrich points out, longtime friends of his wife, of Mr. Blemental's wife, actually approached her offering shelter" be stricken from the official transcript. (N) (bm) (Entered: 05/27/1998) |
| 05/27/1998 | 44 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 6/5/98 to answer complaint [1-1] [36-1] by MATT DRUDGE; Answer extended to 6/5/98 for MATT DRUDGE (bm) (Entered: 05/27/1998) |
| 06/01/1998 | [45](#) | ORDER by Judge Paul L. Friedman : denying motion for sanctions [40-1] and request for discovery and evidential hearing [40-2] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL (N) (bm) (bj). (Entered: 06/02/1998) |
| 06/01/1998 | 46 | MEMORANDUM by defendant MATT DRUDGE in opposition to motion for sanctions [40-1]; and request for discovery and evidential hearing [40-2] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL; Exhibit (1). (ks) (Entered: 06/02/1998) |
| 06/02/1998 | | STATUS CONFERENCE before Judge Paul L. Friedman: discovery closes 10/19/98; status conference set for 9:00 10/19/98 ; oral motion of defendant to extend time to answer and to file a 12(b)(6) motion granted; time to 6/19/98 to answer complaint [1-1]; Answer extended to 6/19/98 for MATT DRUDGE Reporter: Santa Zizzo (bm) (Entered: 06/02/1998) |
| 06/02/1998 | 47 | SCHEDULING ORDER by Judge Paul L. Friedman extending time to 6/19/98 to answer complaint [1-1] Answer extended to 6/19/98 for MATT DRUDGE ; discovery shall commence 6/19/98 and be completed by 10/19/98; further status conference set for 10/19/98 at 9:00 a.m.; setting forth instructions to counsel. (N) (bm) (Entered: 06/02/1998) |
| 06/19/1998 | 48 | ANSWER TO COMPLAINT [1-1] by defendant MATT DRUDGE. (dot) (Entered: 06/22/1998) |
| 07/08/1998 | 49 | AMENDED ANSWER [1-1] filed by defendant MATT DRUDGE (bm) (Entered: 07/09/1998) |
| 07/09/1998 | 50 | ERRATA by defendant MATT DRUDGE to amended answer; exhibit (1). (dot) (Entered: 07/10/1998) |
| 08/26/1998 | 51 | NOTICE OF WITHDRAWAL of attorney Jonathan Walker Emord for MATT DRUDGE. (ks) (Entered: 08/27/1998) |
| 08/27/1998 | 52 | ORDER by Judge Paul L. Friedman : that David G. Post will not be permitted to serve as local counsel for Mr. Drudge, and the Court does not recognize the withdrawal of Jonathan W. Emord as local counsel at this time. (N) (dot) (Entered: 08/28/1998) |
| 09/14/1998 | 53 | ORDER by Judge Paul L. Friedman: plaintiffs shall produce their privilege log by 9/16/98; defendant shall produce his privilege log by 9/23/98; defendant shall file his motion to compel Mr. Blumenthal's disclosure of his notes and his answers to certain questions (or categories of questions) by 10/7/98; plaintiffs' response to motion due |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 10/21/98; defendant's reply to motion due 10/28/98 ; the deadline for completion of discovery shall be extended to a date to be determined after the Court has ruled on the motion to compel; directing parties shall attempt to reach an agreement on the presence of third parties in depositions and the public availability of deposition transcripts and present an agreed upon procedure to the Court; in the absence of an agreement, either side may file a motion for a protective order. (N) (bm) (Entered: 09/14/1998) |
| 09/21/1998 | 54 | ORDER by Judge Paul L. Friedman: local counsel must file an appearance with this Court on behalf of the defendant by 10/8/98; cancelling the status conference scheduled for 10/19/98. (N) (bm) (Entered: 09/21/1998)                                                                                                                                                                                                        |
| 10/07/1998 | 55 | MOTION filed by defendant MATT DRUDGE to compel further production of documents, further responses to interrogatories and further deposition responses , for sanctions against plaintiffs and plaintiffs' counsel ; exhibits (8) BULKY PLEADING (bm) (Entered: 10/09/1998)                                                                                                                                                    |
| 10/08/1998 | 56 | NOTICE by defendant MATT DRUDGE as to local counsel status. (tth) (Entered: 10/09/1998)                                                                                                                                                                                                                                                                                                                                     |
| 10/20/1998 | 57 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to extend time to 10/28/98 to file response to defendant's motion to compel; and until 11/4/98 for the reply. (ks) (Entered: 10/21/1998)                                                                                                                                                                                                  |
| 10/23/1998 | 58 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 10/28/98 to file response to defendant's motion to compel; and until 11/4/98 for the reply [57-1] JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL (N) (bm) (Entered: 10/23/1998)                                                                                                                                                                          |
| 10/28/1998 | 59 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion to compel further production of documents, further responses to interrogatories and further deposition responses [55-1] by MATT DRUDGE, motion for sanctions against plaintiffs and plaintiffs' counsel [55-2] by MATT DRUDGE (st) (Entered: 10/29/1998)                                                              |
| 11/04/1998 | 60 | MOTION filed by defendant MATT DRUDGE to extend time to 11/9/98 within which to reply to plaintiffs' opposition to DRUDGE's discovery motion (bjsp) (Entered: 11/05/1998)                                                                                                                                                                                                                                                     |
| 11/06/1998 | 61 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 11/9/98 within which to reply to discovery motion [60-1] by MATT DRUDGED (N) (bm) (Entered: 11/06/1998)                                                                                                                                                                                                                                                   |
| 11/09/1998 | 62 | SUBSTITUTION OF COUNSEL David G. Post for defendant MATT DRUDGE , substituting for attorney Jonathan Walker Emord for MATT DRUDGE (bjsp) (Entered: 11/12/1998)                                                                                                                                                                                                                                                                |
| 11/10/1998 | 63 | REPLY by defendant MATT DRUDGE to plaintiff's opposition to motion to compel further production of documents, further responses to interrogatories and further deposition responses [55-1] by MATT DRUDGE, motion for sanctions against plaintiffs and plaintiffs' counsel [55-2] by MATT DRUDGE ; exhibits (8) (bjsp) (Entered: 11/12/1998)                                                                                     |
| 11/13/1998 | 64 | ERRATA by defendant MATT DRUDGE to reply to plaintiffs' opposition to motion to compel and for sanctions (jf) (Entered: 11/16/1998)                                                                                                                                                                                                                                                                                          |
| 12/16/1998 | 65 | MOTION filed by plaintiff JACQUELINE JORDAN BLUMENTHAL to compel production of documents (bjsp) (Entered: 12/17/1998)                                                                                                                                                                                                                                                                                                        |
| 12/16/1998 | 66 | MOTION filed by plaintiff SIDNEY BLUMENTHAL to compel responses to                                                                                                                                                                                                                                                                                                                                                           |

| | | interrogatories (bjsp) (Entered: 12/17/1998) |
|---|---|---|
| 12/16/1998 | 67 | MEMORANDUM by plaintiff JACQUELINE JORDAN BLUMENTHAL in support of motion to compel production of documents [65-1] by JACQUELINE JORDAN BLUMENTHAL ; attachments (bjsp) (Entered: 12/17/1998) |
| 01/05/1999 | 68 | MOTION filed by defendant MATT DRUDGE to extend time for filing response to plaintiffs' motion to compel discovery nterrogatories and production of documents) to 1/20/99 (bjsp) (Entered: 01/06/1999) |
| 01/11/1999 | 69 | ORDER by Judge Stanley Sporkin : granting motion to extend time for filing response to plaintiffs' motion to compel discovery nterrogatories and production of documents) to 1/20/99 [68-1] by MATT DRUDGE (N) (bm) (Entered: 01/11/1999) |
| 01/25/1999 | 70 | RESPONSE by defendant MATT DRUDGE in opposition to motion to compel responses to interrogatories [66-1] by SIDNEY BLUMENTHAL . ; exhibits (15) (bjsp) (Entered: 01/26/1999) |
| 01/25/1999 | 71 | RESPONSE by defendant MATT DRUDGE in opposition to motion to compel responses to interrogatories [66-1] by SIDNEY BLUMENTHAL . (bjsp) (Entered: 01/26/1999) |
| 04/22/1999 | 72 | OPINION by Judge Paul L. Friedman (N) (bm) (Entered: 04/26/1999) |
| 04/22/1999 | 73 | ORDER by Judge Paul L. Friedman : granting in part, denying in part motion to compel production of documents [65-1]; denying in part and staying in part motion to compel further production of documents, further responses to interrogatories and further deposition responses [55-1] by MATT DRUDGE; denying motion for sanctions against plaintiffs and plaintiffs' counsel [55-2] by MATT DRUDGE; directing plaintiff's shall deliver Sidney Blumenthal's notes to chambers for in camera review by 5/10/99; staying defendant's motion to compel production of Sidney Blumenthal's notes pending the Court's in camera review; setting forth instructions to defendant regarding production of all documents and responses to interrogatories. (N) (bm) (Entered: 04/26/1999) |
| 05/17/1999 | 74 | MOTION filed by defendant MATT DRUDGE to correct mistakes in the court's April 22, 1999 opinion ; exhibits (3) (tw) (Entered: 05/19/1999) |
| 05/17/1999 | 75 | MOTION filed by defendant MATT DRUDGE to set, or alternatively extend, time to respond to plaintiffs' discovery requests ; exhibits (4) (tw) (Entered: 05/19/1999) |
| 05/24/1999 | 76 | MEMORANDUM by plaintiffs' in opposition to motion to set, or alternatively extend, time to respond to plaintiffs' discovery requests [75-1] by MATT DRUDGE (bjsp) Modified on 05/25/1999 (Entered: 05/25/1999) |
| 05/24/1999 | 77 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion to correct mistakes in the court's April 22, 1999 opinion [74-1] by MATT DRUDGE (bjsp) (Entered: 05/25/1999) |
| 06/04/1999 | 78 | REPLY by defendant MATT DRUDGE to response to motion to correct mistakes in the court's April 22, 1999 opinion [74-1] by MATT DRUDGE (st) (Entered: 06/07/1999) |
| 06/10/1999 | 79 | RESPONSE by defendant MATT DRUDGE to the Court's 4/22/99 order directing defendant to send certain documents RE: discovery [73-1] (bjsp) (Entered: 06/11/1999) |
| 06/17/1999 | 80 | ORDER by Judge Paul L. Friedman : granting motion to set, or alternatively extend time to 6/2/99 to respond to discovery requests [75-1] by MATT DRUDGE (N) (bm) Modified on 06/17/1999 (Entered: 06/17/1999) |
| 06/17/1999 | 81 | ORDER by Judge Paul L. Friedman: directing plaintiff shall provide by 6/30/99 the notes reviewed by the Court to the defendant except for the following; setting forth the exceptions. (N) (bm) (Entered: 06/17/1999) |

| | | |
|---|---|---|
| 06/17/1999 | 82 | ORDER by Judge Paul L. Friedman : denying motion to correct mistakes in the court's April 22, 1999 opinion [74-1] by MATT DRUDGE (N) (bm) (Entered: 06/17/1999) |
| 10/26/1999 | 83 | ORDER by Judge Paul L. Friedman: status conference set for 11:30 11/19/99 (N) (bm) (Entered: 10/26/1999) |
| 11/16/1999 | 85 | MOTION (UNOPPOSED) filed by defendant MATT DRUDGE to continue the 11/19/99 status conference to a later date , and for a Court order allowing defendant to participate in status conference telephonically (bjsp) (Entered: 11/18/1999) |
| 11/18/1999 | 84 | ORDER by Judge Paul L. Friedman: status conference set for 11:30 12/17/99 and defendant Matt Drudge's counsel may participate telephonically. (N) (bm) (Entered: 11/18/1999) |
| 12/15/1999 | 86 | MEMORANDUM by defendant MATT DRUDGE in support of motion for judgment on the pleadings (bjsp) (Entered: 12/16/1999) |
| 12/15/1999 | 87 | MOTION filed by defendant MATT DRUDGE for judgment on pleadings (bjsp) (Entered: 12/16/1999) |
| 12/15/1999 | 88 | MOTION filed by defendant MATT DRUDGE for protective order (bjsp) (Entered: 12/16/1999) |
| 12/15/1999 | 89 | MEMORANDUM by defendant MATT DRUDGE in support of motion for protective order [88-1] by MATT DRUDGE ; exhibits (4); declaration (1) (bjsp) (Entered: 12/16/1999) |
| 12/17/1999 | | STATUS CONFERENCE before Judge Paul L. Friedman: discovery stayed until resolution defendant's 12(c) motion; plaintiff's response to 12(c) motion due 1/20/00; defendant's reply to motion due 2/7/00 Reporter: Santa Zizzo (bm) (Entered: 12/17/1999) |
| 12/20/1999 | 90 | ORDER by Judge Paul L. Friedman: confirming dates set at the status conference held 12/17/99; plaintiffs' response to defendant's motions for judgment of the pleading and protective order due 1/20/00; defendant's reply to both motions due 2/7/00 (N) (bm) (Entered: 12/20/1999) |
| 01/20/2000 | 91 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to extend time to 1/21/00 to respond to defendant's motions (bjsp) (Entered: 01/24/2000) |
| 01/21/2000 | 93 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion for protective order [88-1] by MATT DRUDGE (bjsp) (Entered: 01/24/2000) |
| 01/22/2000 | 92 | RESPONSE by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion for judgment on pleadings [87-1] by MATT DRUDGE . (lpp) (Entered: 01/24/2000) |
| 02/01/2000 | 94 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 1/21/00 to respond to defendant's motions [91-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL; response to motion due by 1/21/00 (N) (bm) (Entered: 02/01/2000) |
| 02/07/2000 | 96 | MOTION filed by defendant MATT DRUDGE to extend time to 2/15/00 to reply to plaintiff's oppositions to Drudge's motion for judgment on the pleadings and protective order (jf) (Entered: 02/15/2000) |
| 02/10/2000 | 95 | ORDER by Judge Paul L. Friedman: granting defendant's motion for extension of time to reply to plaintiffs' motions; extending to 2/15/00 reply to motions for judgment on |

|  |  | the pleadings an for protective order due by 2/15/00 (N) (bm) (Entered: 02/10/2000) |
|---|---|---|
| 02/15/2000 | 97 | MOTION filed by defendant MATT DRUDGE to extend time to 2/16/00 to reply to plaintiffs' opposition to Drudge's motion for judgment on the pleadings and motion for protective order ; declaration (1) (bjsp) (Entered: 02/16/2000) |
| 02/16/2000 | 98 | REPLY by defendant MATT DRUDGE to plaintiffs' opposition to motion for protective order [88-1] (jf) (Entered: 02/17/2000) |
| 02/16/2000 | 99 | NOTICE OF FILING by defendant MATT DRUDGE of apparent Rule 11 violation (jf) (Entered: 02/17/2000) |
| 02/16/2000 | 100 | REPLY by defendant MATT DRUDGE to opposition to motion for judgment on pleadings [87-1] (jf) (Entered: 02/17/2000) |
| 02/22/2000 | 101 | ORDER by Judge Paul L. Friedman : granting motion nunc pro tunc to extend time to 2/16/00 to reply Drudge's motion for judgment on the pleadings and motion protective order [97-1] by MATT DRUDGE; reply to motions due by 2/16/00 (N) (bm) (Entered: 02/22/2000) |
| 02/25/2000 | 102 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL regarding Druge's suggestion of Rule 11 violation; exhibits (5) (bjsp) (Entered: 02/28/2000) |
| 03/17/2000 | 103 | ORDER by Judge Paul L. Friedman: the Court will not direct plaintiffs' counsel to show cause why they have not violated Rule 11 of the FRCP; counsel are asked to consult their sense of judgment before filing memoranda in the future. (N) (bm) (Entered: 03/17/2000) |
| 09/18/2000 | 104 | ORDER by Judge Paul L. Friedman : motion hearing set for 9:00 10/31/00 ; eachside willbe allotted 30 minutes for argument, including rebuttal. (N) (bm) (Entered: 09/18/2000) |
| 10/31/2000 |  | MOTION HEARING before Judge Paul L. Friedman denied motion for judgment on pleadings [87-1] by MATT DRUDGE, denied motion for protective order [88-1] by MATT DRUDGE for reasons stated on the record; Magistrate Judge Facciola should be notified of all scheduling for depositions; parties to jointly or separately file a discovery schedule Reporter: Santa Zizzo (bm) (Entered: 10/31/2000) |
| 11/17/2000 | 105 | ORDER by Judge Paul L. Friedman : denying motion for judgment on pleadings [87-1] by MATT DRUDGE; granting in part, denying in part motion for protective order [88-1] by MATT DRUDGE; setting forth instructions to counsel regarding depositions; the parties will complete the depositions by 6/4/01; referring all discovery disputes to Magistrate John Facciola; setting forth instructions to counsel regarding contacting Magistrate Judge Facciola. (N) (bm) (Entered: 11/17/2000) |
| 11/20/2000 |  | SCHEDULING NOTICE: settlement conference set 10:30 12/12/00 ; before Magistrate Judge John M. Facciola Chambers, Room 1426. (ldc) (Entered: 11/21/2000) |
| 12/04/2000 | 106 | NOTICE OF CHANGE OF ADDRESS by Patrick J. Manshardt representing defendant MATT DRUDGE . New address: INDIVIDUAL RIGHTS FOUNDATION, One Bunker Hill Building, 8th Floor, 601 West 5th Street, Los Angeles CA 90071 (213) 688-4045. (td) (Entered: 12/11/2000) |
| 12/05/2000 | 109 | MOTION filed by defendant MATT DRUDGE to amend order [105-2] da ted 11/17/00 (aet) (Entered: 12/12/2000) |
| 12/07/2000 | 107 | TRANSCRIPT filed for date(s) of October 31, 2000. Reporter: Santa Theresa Zizzo (td) (Entered: 12/12/2000) |
| 12/08/2000 | 108 | ERRATA by defendant MATT DRUDGE to memorandum in support of defendant Matt |

Evangelis Exhibit D
- 47 -

| | | Drudge's motion to amend the Court's 11/17/00 order. (td) (Entered: 12/12/2000) |
|---|---|---|
| 12/20/2000 | 110 | RESPONSE by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to motion to amend order [105-2] dated 11/17/00 [109-1] by MATT DRUDGE (aet) (Entered: 12/27/2000) |
| 12/28/2000 | 111 | ORDER by Judge Paul L. Friedman : granting motion to amend order [105-2] da ted 11/17/00 [109-1] by MATT DRUDGE The Courts order of 11/17/00 shall be amended to includ the following: defendant Matt Drudge's motion for judgment on the pleadings is granted in part and denied in all other aspects.(N) (dam) (Entered: 12/29/2000) |
| 01/03/2001 | 113 | RESPONSE by defendant MATT DRUDGE in opposition to plaintiff's motion to amend the Court's order of 11/17/00 [109-1] (cdw) (Entered: 01/18/2001) |
| 01/08/2001 | 112 | ERRATA by defendant MATT DRUDGE to opposition to plaintiffs' motion to amend the Court's 11/17/00 order; exhibits (2) (td) Modified on 01/10/2001 (Entered: 01/10/2001) |
| 01/29/2001 | 114 | ORDER by Judge Paul L. Friedman : granting in part, denying in part motion to amend order [105-2] dated 11/17/00 [109-1]; amending the 11/17/00 Order to the following: all discovery disputes shall be referred to Magistrate Judge John Facciola to the extent permitted by Rules 37 and 45 of the FRCP. (N) (bm) (Entered: 01/29/2001) |
| 01/29/2001 | | CASE REFERRED to Magistrate Judge John M. Facciola for discovery disputes to the extent permitted by FRCP 37 and 45 (bcs) (Entered: 01/30/2001) |
| 01/31/2001 | 116 | MOTION filed by defendant MATT DRUDGE for protective order and to quash plaintiff's deposition subpeonas/notice of depositions ; attachments (aet) Modified on 02/02/2001 (Entered: 02/02/2001) |
| 01/31/2001 | 117 | MOTION filed by defendant MATT DRUDGE for order shortening time to hear Drudge's special motion to strike. (aet) (Entered: 02/02/2001) |
| 01/31/2001 | 118 | MOTION (SPECIAL) filed by defendant MATT DRUDGE to strike complaint [1-1] (aet) (Entered: 02/02/2001) |
| 02/02/2001 | 115 | ORDER by Judge Paul L. Friedman: granting defendant's motion to shorten the time to hear defendant's motion for a protective order and to quash plaintiff's deposition subpoenas/notice of; plaintiffs shall file their response by 2/5/01 at 5:00 p.m. and shall fax or hand deliver a copy of their response to Chambers and to defendant; defendant shall file his reply by 2/7/01 by 5:00 p.m. and shall fax or hand deliver a copy of his reply to chambers and to plaintiff; granting in part and denying in part defendant's motion to shorten the time to hear defendant's special motion to strike plaintiff's complaint or alternatively for a protective order to stay depositions during the pendency of the motion; plaintiff shall file their response by 2/8/01 by 5:00 p.m. and shall fax or hand deliver a copy of their response to Chambers and to defendant; defendant shall file his reply by 2/9/01 5:00 p.m. and shall fax or hand deliver a copy of his reply to Chambers and to plaintiff; the parties shall proceed with discovery and schedule depositions pending further order of the Court (N) (bm) (Entered: 02/02/2001) |
| 02/05/2001 | 119 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion for protective order [116-1] by MATT DRUDGE, motion to quash plaintiff's deposition subpeonas/notice of depositions [116-2] by MATT DRUDGE (aet) (Entered: 02/06/2001) |
| 02/07/2001 | 120 | ORDER by Judge Paul L. Friedman : denying motion for protective order [116-1] and to quash [116-2] by MATT DRUDGE (N) (bm) (Entered: 02/08/2001) |
| 02/07/2001 | 121 | ORDER by Judge Paul L. Friedman : granting defendant's motion extending time to 2/9/01 5:00 p.m. to fax a copy of his reply to Chambers and to counsel for plaintiffs ; |

Evangelis Exhibit D
- 48 -

| | | |
|---|---|---|
| | | defendant shall mail his reply to be delivered on and filed with the Court by 2/12/01 (N) (bm) (Entered: 02/08/2001) |
| 02/07/2001 | 122 | MOTION filed by plaintiff JACQUELINE JORDAN BLUMENTHAL for leave to late-file his reply to plaintiff's opposition to Drudge's special motion to strike. EXHIBIT (REPLY) (aet) (Entered: 02/08/2001) |
| 02/07/2001 | 123 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL for leave to file sur-reply ; EXHIBIT (SUR-REPLY) (aet) Modified on 02/08/2001 (Entered: 02/08/2001) |
| 02/08/2001 | 124 | MEMORANDUM by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL in opposition to motion to strike complaint [1-1] [118-1] by MATT DRUDGE (aet) (Entered: 02/09/2001) |
| 02/12/2001 | 125 | ORDER by Judge Paul L. Friedman : granting motion for leave to file sur-reply [123-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL; the Clerk of the Court accept for filing the Sur-Reply attached to plaintiff's motion for leave to file. (N) (bm) (Entered: 02/12/2001) |
| 02/12/2001 | 127 | SURREPLY by defendant MATT DRUDGE to plaintiffs' opposition to special motion to strike plaintiffs' complaint [118-1]; exhibits (9) (td) (Entered: 02/13/2001) |
| 02/12/2001 | 128 | ERRATA by defendant MATT DRUDGE to defendant's reply to plaintiffs' opposition to special motion to strike plaintiffs' complaint. (td) (Entered: 02/13/2001) |
| 02/12/2001 | 129 | SURREPLY by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to plaintiffs' oppositon to Drudge's motion for (A) protective order and (B) to quash plaintiffs' deposition subpoenas/notice of depositions [119-1]. (td) (Entered: 02/13/2001) |
| 02/13/2001 | 126 | MEMORANDUM OPINION AND ORDER by Judge Paul L. Friedman : denying motion to strike complaint [1-1] [118-1] by MATT DRUDGE (bm) (Entered: 02/13/2001) |
| 02/28/2001 | 130 | MOTION filed by movant LARRY KLAYMAN to quash subpoena duces tecum ; attachments (8) (td) (Entered: 03/01/2001) |
| 03/12/2001 | 131 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL for sanctions ; exhibits (8) (aet) (Entered: 03/15/2001) |
| 03/16/2001 | 132 | MOTION filed by defendant MATT DRUDGE for monetary sanctions against plaintiffs and their counsel for discovery abuses , and for protective order ; exhibits (5) (aet) (Entered: 03/20/2001) |
| 03/16/2001 | 133 | STATEMENT filed by defendant MATT DRUDGE , regarding: nonopposition of Larry Klayman's motion to quash subpoena duces tecum and opposition to plaintiff's motion for sanctions. (aet) (Entered: 03/20/2001) |
| 03/16/2001 | 134 | MOTION filed by defendant MATT DRUDGE for reconsideration of order [126-1] ; exhibits (1) (aet) (Entered: 03/20/2001) |
| 03/26/2001 | 136 | MOTION filed by movant LARRY KLAYMAN to extend time to 3/28/01 to file a memorandum of points and authorities in opposition to the motion for sanctions. (aet) (Entered: 03/28/2001) |
| 03/27/2001 | 135 | ORDER by Magistrate Judge John M. Facciola : granting Larry Klayman's motion for extension of time; memorandum of points and authorities in response to the plaintiff's motion for sanctions due 3/28/01 ; (N) (ldc) Modified on 03/28/2001 (Entered: 03/28/2001) |
| | | |

| 03/27/2001 | 137 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to extend time to 4/19/01 to respond to defendant's motions (aet) (Entered: 03/28/2001) |
|---|---|---|
| 03/28/2001 | 138 | MEMORANDUM by movant LARRY KLAYMAN in opposition to motion for monetary sanctions against plaintiffs and their counsel for discovery abuses [132-1] by MATT DRUDGE; exhibits (1) (aet) (Entered: 03/30/2001) |
| 03/30/2001 | 139 | RESPONSE by defendant MATT DRUDGE to motion to extend time to 4/19/01 to respond to defendant's motions [137-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL (aet) (Entered: 04/02/2001) |
| 04/03/2001 | 140 | ORDER by Judge Paul L. Friedman : granting motion to extend time to 4/19/01 to respond to defendant's motion for judgment on the pleadings [137-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL (N) (bm) (Entered: 04/04/2001) |
| 04/19/2001 | 142 | MOTION filed by plaintiff SIDNEY BLUMENTHAL, plaintiff JACQUELINE JORDAN BLUMENTHAL to extend time to 5/10/01 to respond to defendant's motions (aet) (Entered: 04/26/2001) |
| 04/23/2001 | 141 | ORDER by Judge Paul L. Friedman: granting motion extending time to 5/10/01 in which plaintiffs have to respond to defendant Matt Drudge's motions for protective order and for judgment on the pleadings due by 5/10/01 ; (N) (bm) Modified on 04/25/2001 (Entered: 04/23/2001) |
| 04/25/2001 | 143 | RESPONSE by defendant MATT DRUDGE in opposition to motion to extend time to 5/10/01 to respond to defendant's motions [142-1] by JACQUELINE JORDAN BLUMENTHAL, SIDNEY BLUMENTHAL . (aet) (Entered: 04/26/2001) |
| 05/09/2001 | 144 | MOTION filed by defendant MATT DRUDGE to dismiss pending motions [144-1] (ldc) (Entered: 05/09/2001) |
| 05/09/2001 | 145 | ORDER by Magistrate Judge John M. Facciola : denying motion for reconsideration of order [126-1] [134-1] by MATT DRUDGE, denying motion for monetary sanctions against plaintiffs and their counsel for discovery abuses [132-1] by MATT DRUDGE, dismissing motion for protective order [132-2] by MATT DRUDGE (N) (ldc) (Entered: 05/09/2001) |
| 05/09/2001 | 146 | STIPULATION OF VOLUNTARY DISMISSAL of case by plaintiffs SIDNEY BLUMENTHAL, JACQUELINE JORDAN BLUMENTHAL, and defendant MATT DRUDGE; dismsisng matter with prejudice, each party to bear its own costs; approved (fiat) J. Friedman (N) (bm) (Entered: 05/09/2001) |
| 05/16/2001 | | CASE referral ended Magistrate Judge John M. Facciola (ldc) (Entered: 05/16/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/21/2021 16:19:21 | | | |
| PACER Login: | gd0044SF | Client Code: | 80622-00001 |
| Description: | Docket Report | Search Criteria: | 1:97-cv-01968-PLF |
| Billable Pages: | 10 | Cost: | 1.00 |

Evangelis Exhibit D
- 50 -