1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11 | JANE DOE on behalf of herself and all     CASE NO. 8:21-cv-00768-JVS-KES
12 | others similarly situated,
                                               **[PROPOSED] ORDER GRANTING**
13 |                        Plaintiff,          **DEFENDANT REDDIT, INC.'S**
                                               **REQUEST FOR JUDICIAL NOTICE**
14 |         v.
                                               Before:  Hon. James V. Selna
15 | REDDIT, INC.,
16 |                        Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon considering Defendant Reddit, Inc's Request for Judicial Notice, submitted in support of Defendant's Motion to Stay Discovery Pending Resolution of Dispositive Motions under Fed. R. Civ. P. 12(b), the Court hereby **GRANTS** Defendant's request and takes judicial notice of Exhibits A-D to the accompanying declaration of Theane Evangelis:

**Exhibit A**: True and correct copies of a Joint Discovery Letter and resulting "Civil Conference Minute Order" in *Gonzalez v. Twitter, Inc.*, No. 4:16-cv-03282-DMR (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

**Exhibit B**: True and correct copies of a "Joint Statement Regarding Defendant's Request for Stay of Discovery Pending Resolution of Defendant's Motion to Dismiss" and resulting "Order Staying Discovery and Continuing Case Management Conference" in *Fields v. Twitter, Inc.*, No. 3:16-cv-00213-WHO (N.D. Cal.), as downloaded from the CM/ECF system of the Northern District of California on June 21, 2021.

**Exhibit C**: A true and correct copy of the docket page of *Noah v. AOL Time Warner, Inc.*, No. 02-CV-1316 (E.D. Va.), including a minute order staying discovery "pending disposition of the motion to dismiss," Dkt. 31, as downloaded from the CM/ECF system of the Eastern District of Virginia on June 21, 2021.

**Exhibit D**: True and correct copies of a "Memorandum of Defendant America Online, Inc. in Support of Its Request for a Stay of Discovery" and the docket page of *Blumenthal v. Drudge*, No. 97-CV-01968 (D.D.C.), including an Order staying all discovery pending resolution of "dispositive motions," Dkt. 17, as downloaded from the CM/ECF system of the District of District of Columbia on June 21, 2021.

**IT IS SO ORDERED**.

Dated: _____          _____

Hon. Judge James V. Selna
United States District Judge