DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

STEVE COHEN (*Pro Hac Vice*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Telephone: (212) 337-5361

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDIT, INC.<br><br>Defendant. | Case No. 8:21-cv-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 12(b)**<br><br>Date: July 19, 2021<br>Time: 1:30 p.m.<br>Dept.: Courtroom 10C |

8265261v1/017148

# TABLE OF CONTENTS

I.      INTRODUCTION ........................................................................................... 1

II.     PROCEDURAL BACKGROUND ................................................................. 2

        A.      Overview of Plaintiff's Allegations ................................................. 2

        B.      Plaintiff's Targeted Requests for Discovery .................................... 3

III.    LEGAL STANDARD ..................................................................................... 5

IV.     ARGUMENT .................................................................................................. 6

        A.      Stays of discovery pending motions to dismiss are not
                favored.............................................................................................. 6

        B.      Reddit's Motion to Dismiss is unlikely to dispose of all (or
                any) of Plaintiff's well-pleaded claims. .......................................... 8

                1.      Section 230 does not protect Reddit from Plaintiff's
                        suit........................................................................................ 8

                2.      Plaintiff's claims are well-pleaded and Plaintiff's
                        amended Complaint will offer even more factual
                        allegations supporting her claims. ..................................... 10

        C.      Delay of discovery is extremely prejudicial to Plaintiff and the
                proposed class. ............................................................................... 11

        D.      Reddit fails to articulate any undue burden to responding to
                Plaintiff's appropriate discovery requests..................................... 12

V.      CONCLUSION ............................................................................................ 13

i

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*AboveGEM, Inc. v. Organo Gold Mgmt., Ltd.*,
No. 19-CV-04789-PJH, 2020 WL 1531322 (N.D. Cal. Mar. 31, 2020) ............ 12

*Bank of Am., N.A. v. Treo N. & S. Homeowners' Ass'n, Inc.*,
No. 2:16-cv-00845-MMD-NJK, 2017 WL 7037738 (D. Nev. Aug. 30, 2017) .... 7

*Contratto v. Ethicon, Inc.*,
227 F.R.D. 304 (N.D. Cal. 2005) ...................................................................... 12

*Doctor's Associates, Inc. v. QIP Holders, LLC*,
2007 WL 1186026 (D. Conn. April 19, 2007) .................................................. 10

*In re Facebook, Inc.*,
No. 20-0434 (Tex. Jun. 25, 2021) ....................................................................... 9

*Fair Hous. Council v. Roommates.Com LLC*,
521 F.3d 1157 (9th Cir. 2008) (en banc) ............................................................ 9

*Garcia v. Enter. Holdings, Inc.*,
No. 14-cv- 00596-SBA (KAW), 2014 WL 4623007
(N.D. Cal. Sept. 15, 2014) .................................................................................. 7

*Gray v. First Winthrop Corp.*,
133 F.R.D. 39 (N.D. Cal. 1990) ...................................................................... 5, 7

*M.L. v. craigslist Inc.*,
No. C19-6153 BHS-TLF, 2020 WL 5494903
(W.D. Wash. Sept. 11, 2020) .............................................................................. 9

*Malek v. Green*,
No. 17-cv-263-BLF, 2017 U.S. Dist. LEXIS 48305 (N.D. Cal. Mar.
30, 2017) .......................................................................................................... 5, 6

*Morris v. Guetta*,
No. LA CV12-00684 JAK, 2013 WL 440127
(C.D. Cal. Feb. 4, 2013) .................................................................................... 12

8265261v1/017148

*Novelposter v. Javitch Canfield Grp.*,
    No. 13-CV-5186-WHO, 2014 WL 12618174
    (N.D. Cal. May 23, 2014) ................................................................... 7, 11

*Optronic Techs., Inc. v. Ningbo Sunny Elec. Co., Ltd.*,
    2018 WL 1569811 (N.D. Cal. 2018) ............................................... 6, 12

*Perfect 10, Inc. v. Google, Inc.*,
    No. CV 04-9484 AHM (SHX), 2008 WL 4217837
    (C.D. Cal. July 16, 2008) ........................................................................ 9

*Power Integrations, Inc. v. Park*,
    No. 16-CV-2366-BLF, 2016 WL 10859441 (N.D. Cal. Dec. 2,
    2016) ........................................................................................................ 6

*Quezambra v. United Domestic Workers of Am. AFSCME Loc. 3930*,
    No. 19-CV-00927-JLS-JEM, 2019 WL 8108745
    (C.D. Cal. Nov. 14, 2019) ...................................................................... 6

*Rivera v. NIBCO, Inc.*,
    364 F.3d 1057 (9th Cir. 2004) ................................................................ 6

*Seven Springs Ltd. P'ship v. Fox Capital Mgmt. Corp.*,
    No. S-07-0142 LKK GHH, 2007 WL 1146607
    (E.D. Cal. April 18, 2007) ...................................................................... 5

*Singh v. Google, Inc.*,
    2016 WL 10807598 .................................................................................. 6

*Skellercup Indus. Ltd. v. City of Los Angeles*,
    163 F.R.D. 598 (C.D. Cal. 1995) ........................................................... 5

*Tradebay, LLC v. eBay, Inc.*,
    278 F.R.D. 597 (D. Nev. 2011) ............................................................... 5

*In re Valence Tech. Securities Litig.*,
    No. C94-1542-SC, 1994 WL 758688 (N.D. Cal. Nov. 18, 1994) ........... 7

*Wang v. OCZ Tech. Group, Inc.*,
    No. C 11-1415 (N.D. Cal. October 14, 2011) ........................................ 9

*Wood v. McEwen*,
    644 F.2d 797 (9th Cir. 1981) .................................................................. 5

iii

*Woodhull Freedom Found. v. United States*,
 948 F.3d 363 (D.C. Cir. 2020) ............................................................... 8

**Statutes**

18 U.S.C. § 2252A .................................................................................... 2

18 U.S.C. § 2258A .................................................................................... 2

18 U.S.C. § 1591 ...................................................................................... 2

18 U.S.C. § 1595 ...................................................................................... 2

47 U.S.C. § 230 ........................................................................... 1, 8, 9, 10

California Civil Code § 1708.85 ............................................................. 2

Cal. Bus. & Prof. Code § 17200 ............................................................. 2

**Rules**

Fed. R. Civ. P. 6(d) ................................................................................. 3

Fed. R. Civ. P. 26 .................................................................................. 3, 6

Fed. R. Civ. Pro. 12(b)(6) ............................................................. *passim*

8265261v1/017148

## I.      **INTRODUCTION**

Plaintiff Jane Doe sued Defendant Reddit, Inc. ("Reddit") on behalf of a proposed class of minor (or then-minor) children who have been victims of gross instances of child sexual assault and child pornography that were posted and shared on Reddit's website, in violation of federal and state law, a practice that Plaintiff alleges has been knowingly tolerated for years and continues to this day.

Reddit asks this Court for a complete stay of Plaintiff's discovery while it raises Rule 12(b) arguments for dismissal of Plaintiff's claims. (ECF 25.) The Federal Rules do *not* presume a stay of discovery during Rule 12 briefing, and the Court should not impose one here, particularly where the defendant's arguments will not dispose of the case and the facts sought through discovery are critical to the very questions raised by the motion, including Reddit's unavailing invocation of blanket Section 230 immunity.

Reddit's requested relief is an improper attempt to delay discovery that will need to proceed notwithstanding Reddit's motion to dismiss. This discovery is critical to the ultimate resolution of this matter, and any delay is hugely prejudicial to Plaintiff and the members of the proposed class who continue to suffer from Reddit's ongoing violations and continual benefit from their exploitation through the sharing of child pornography.

Reddit also cannot show good cause for a discovery stay because Reddit has not articulated any undue burden associated with Plaintiff's document requests. Nor could Reddit credibly complain of burden: Plaintiff's document and interrogatory discovery requests are limited to factors concerning the child pornography content posted on Reddit's site, Reddit's policies for flagging or removing such materials or the users who post it, its communications with third parties including law enforcement about such content, and Reddit's financial benefit, such as advertising revenue, from the child pornography content posted on its site. The breadth of this

discovery is entirely dependent on the extent of the child pornography problem that has existed on Reddit's website.

There is no good cause to delay the normal course of discovery when Plaintiff is likely to defeat, in whole or in part, Reddit's ultimate Rule 12 motion. And Plaintiff's initial, targeted discovery requests sought will aid the parties and the Court in helping to crystallize the issues in the case and facilitate coordination for key future depositions and further necessary discovery.

## II.     PROCEDURAL BACKGROUND

### A.     Overview of Plaintiff's Allegations

Plaintiff Jane Doe filed her Original Complaint on April 22, 2021 on behalf of a proposed class, alleging six claims against Reddit related to Reddit's knowing participation in the publishing of child pornography on its websites. (ECF 1.) Plaintiff's claims against Reddit include: (1) violation of the Trafficking Victims Protection Act, 18 U.S.C. §§ 1591, 1595; (2) violation of Reddit's statutory duty under 18 U.S.C. §2258A to report child sexual abuse material; (3) receipt and distribution of child pornography in violation of 18 U.S.C. § 2252A; (4) intentional distribution of private sexually explicit materials (child pornography) in violation of California Civil Code §1708.85; (5) violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §17200 by knowingly utilizing inadequate age verification systems that enable users to upload child pornography to Reddit's website; and (6) unjust enrichment from Reddit's profiting off of the videos and images depicting child pornography. (ECF 1.)

Specifically, Plaintiff alleges that over the course of the last decade, Reddit has knowingly benefitted from videos and images posted to its websites featuring minor children engaged in sexually explicit acts. (ECF 1 ¶1–2.) Rather than address this pervasive issue, Reddit has taken virtually no action (or has taken wholly insufficient actions) to stop the posting and viewing of child pornography. *Id*. Despite reportedly adopting a formal policy banning child pornography in 2011, Reddit apparently has

2

done nothing to enforce that policy because Reddit continues to serve as a safe haven for the sharing and soliciting of child pornography on the internet. *Id.* ¶4.

Plaintiff intends to amend her Complaint by July 7, 2021, as her counsel previously notified Reddit's counsel and filed with this Court. (ECF 26.) Plaintiff plans to amend her proposed class definition to clearly limit the class to those individuals who are or were minors depicted in sexually explicit content uploaded to Reddit's platform.

## B.   Plaintiff's Targeted Requests for Discovery

On June 1, 2021, Plaintiff served 26 Requests for Production and 5 Interrogatories. (ECF 25-2.) These requests were served in anticipation of and in facilitation of the parties' Rule 26(f) conference on June 7. Reddit first refused to schedule the Rule 26(f) conference and then agreed to go forward only if Plaintiff consented to hold open the conference—to avoid triggering Reddit's obligations to respond to Plaintiff's discovery requests. (ECF 25-4 at 4; ECF 25-5 at 7.) While Plaintiff disagreed with Reddit's tactics of conditioning its participation in the Court- and FRCP-mandated Rule 26(f) conference on a delay in its discovery obligations, Plaintiff acceded to Reddit's demands so Plaintiff could move the case forward. (ECF 25-5 at 4-5 & 7.) Reddit also refused to accept email service of any discovery, forcing Plaintiff to re-serve the requests by mail on June 7. (ECF 25-5 at 7.) The parties completed their Rule 26(f) conference on June 24, 2021, and Plaintiff's document requests and are thus deemed served as of that date. *See* Fed. R. Civ. P. 26(d)(1). (ECF 25-5 at 2.) Reddit's responses to Plaintiff's document requests are due July 27, 2021. *See* Fed. R. Civ. P. 6(d). To avoid further unnecessary disputes about service, Plaintiff served her interrogatories again by mail on June 25, 2021. (Ex. 1.) Reddit's responses to Plaintiff's interrogatory requests are due on July 28, 2021. *Id.*

Plaintiff's discovery requests are targeted to address <u>Reddit's information relating to the child pornography hosted on its websites</u>, including the following requests (paraphrased):

3

- RFP 1: Complaints to remove child sexual exploitation material ("CSEM"), and Reddit's responses.
- RFP 2, 3 & 25: Documents sufficient to identify Reddit's policies to eliminate CSEM, the implementation of any policies, and changes of these policies.
- RFP 4: Documents concerning the hiring or training of employees or volunteers to review potential CSEM or respond to complaints.
- RFP 5: Documents related to Reddit's system for flagging and removing illegal material like CSEM, including any parental controls and automated detection technology.
- RFP 6 & 7: Financial analyses and reports concerning the impact of CSEM, the impact of removing such content, and documents sufficient to show Reddit's financial benefit from posted videos and photographs, including revenues attributable to CSEM.
- RFP 8, 9, 10, 11 & 25: Documents sufficient to identify Reddit's identity and age verification procedures, and documents concerning decisions to institute those procedures or not, and any changes to these policies.
- RFP 12: Documents concerning Reddit's efforts to identify and ban persons violating Reddit's rules against posting CSEM.
- RFP 13, 14, & 15: Documents concerning Reddit's tracking of CSEM content posted on its site, tracking of users' search terms for CSEM, and efforts to remove same.
- RFP 16, 17, 18 & 19: Documents concerning advertising on Reddit's site related to CSEM content, Reddit's NSFW advertising policy, and the Reddit Ads program as it relates to CSEM content.
- RFP 20, 21, 22, 23, & 24: Communications with law enforcement, government officials, or the National Center on Sexual Exploitation regarding CSEM content on Reddit.
- RFP 26: Communications with third parties concerning CSEM on Reddit,

8265261v1/017148

including governmental entities or any potential acquirers of Reddit.

Plaintiff's five interrogatory requests (ECF 25-2 at 18–20) are likewise narrowly addressed to the core question of Reddit's efforts to monitor or eliminate child pornography content on the Reddit website, seeking disclosure of the employees who were responsible for these issues, and an explanation of Reddit's policies for reporting such CSEM content or the users who post it.

## III.   LEGAL STANDARD

The Federal Rules "do not provide for automatic stays of discovery when a potentially dispositive motion is pending." *Malek v. Green*, No. 17-cv-263-BLF, 2017 U.S. Dist. LEXIS 48305, at *2 (N.D. Cal. Mar. 30, 2017) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011)); *Skellercup Indus. Ltd. v. City of Los Angeles*, 163 F.R.D. 598, 600-01 (C.D. Cal. 1995) (observing that a stay of discovery pending a Rule 12 motion is "directly at odds with" the need for the expeditious resolution of litigation, and requiring the movant to make a "strong showing" for a stay); *Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990) (same).

District courts apply a two-part test in determining whether to exercise their discretion to grant a stay of discovery, which is only granted: (1) where the pending motion is potentially dispositive of the entire case or the issue on which discovery is aimed, and (2) where the pending, potentially dispositive motion can be decided without discovery. *Id.* But a district court must be "convinced that the plaintiff will be *unable* to state a claim for relief" in order to find the defendant has met its heavy burden of establishing good cause. *Id.* (emphasis added) (internal quotations omitted); *see also Wood v. McEwen*, 644 F.2d 797, 801 (9th Cir. 1981); *Seven Springs Ltd. P'ship v. Fox Capital Mgmt. Corp.*, No. S-07-0142 LKK GHH, 2007 WL 1146607, at *12 (E.D. Cal. April 18, 2007) (to succeed, the moving party has the burden to show, "by clear and convincing evidence, that it will prevail on the merits of its dispositive motion").

5

And because a motion to stay discovery invokes the district court's discretion under Rule 26 to control discovery, the "burden is on the party seeking the order to 'show good cause' by demonstrating harm or prejudice that will result from the discovery." *Rivera v. NIBCO, Inc.*, 364 F.3d 1057, 1063 (9th Cir. 2004). This burden is a "heavy one." *Quezambra v. United Domestic Workers of Am. AFSCME Loc. 3930*, No. 19-CV-00927-JLSpJEM, 2019 WL 8108745, at *1 (C.D. Cal. Nov. 14, 2019). Thus, even if both parts are met, the Court may still appropriately allow discovery to proceed if the defendant fails to show good cause for the stay. *See Singh v. Google, Inc.*, 2016 WL 10807598, at *1 (noting that the "… protective order *may* issue," and ultimately denying motion to stay where Google failed to identify any discovery burdens) (emphasis added) (citation omitted); *Levine Leichtman Capital Partners, Inc.*, 2011 WL 13153189, at *2 (after finding both stay factors satisfied, proceeding to "consider[] whether Defendants have demonstrated good cause to stay discovery pursuant to Rule 26(c)(1).").

## IV. ARGUMENT

Reddit's motion fails even to acknowledge that it bears the "heavy burden" to make a "strong showing" of good cause for a blanket stay of discovery under Rule 26, much less does Reddit's motion meet that burden. *See Power Integrations, Inc. v. Park*, No. 16-CV-2366-BLF, 2016 WL 10859441, at *1 (N.D. Cal. Dec. 2, 2016).

### A. Stays of discovery pending motions to dismiss are not favored.

Reddit's motion does not overcome the presumption against a stay of discovery. Courts caution that discovery stays are "not automatic," but are an "exception to the rules." *Optronic Techs., Inc. v. Ningbo Sunny Elec. Co., Ltd.*, 2018 WL 1569811, at *1 (N.D. Cal. 2018). "Had the Federal Rules contemplated that a motion to dismiss under Fed. R. Civ. Pro. 12(b)(6) would stay discovery, the Rules would contain a provision to that effect. In fact, such a notion is directly at odds with the need for expeditious resolution of litigation." *Malek*, 2017 U.S. Dist. LEXIS

48305, at *2 (quoting *Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990)).

In particular, courts "have not looked favorably upon granting stays of discovery in these circumstances," like Reddit's motion here, when the mere justification is a pending motion to dismiss purportedly disposing of all claims. *Novelposter v. Javitch Canfield Grp*., No. 13-CV-5186-WHO, 2014 WL 12618174, at *1 (N.D. Cal. May 23, 2014); *In re Valence Tech. Securities Litig.*, No. C94-1542-SC, 1994 WL 758688, at *2 (N.D. Cal. Nov. 18, 1994) (rejecting stay where defendant merely argued "in a conclusory fashion the future success of its yet-to-be-filed motion to dismiss").

Reddit's motion primarily relies on its basic assertion that it filed a motion to dismiss, and that such a motion can be decided by reference to the pleadings in the Complaint without need for discovery. But the standard under which a district court considers the appropriateness of a stay of discovery, by its terms, requires a defendant to show *even more* than just that the current or operative pleading fails to state a claim—but that plaintiffs cannot *ever* state a claim. *See Garcia v. Enter. Holdings, Inc.*, No. 14-cv- 00596-SBA (KAW), 2014 WL 4623007, at *3 (N.D. Cal. Sept. 15, 2014) (denying stay where defendant failed to convince the court that the underlying motion to dismiss would be "granted without leave to amend, which courts grant liberally"); *see also In re Valence Tech.*, 1994 WL 758688, at *2 (rejecting defendant's argument that discovery would have occurred for nothing if the motion were granted, because plaintiff "may be granted leave to plead anew."). To grant a stay, "there must be *no question* in the court's mind that the dispositive motion will prevail, and therefore, discovery is a waste of effort." *Bank of Am., N.A. v. Treo N. & S. Homeowners' Ass'n, Inc.*, No. 2:16-cv-00845-MMD-NJK, 2017 WL 7037738, at *1 (D. Nev. Aug. 30, 2017) (quotation marks omitted). As discussed in the next part, Reddit's motion in fact is not likely to succeed on all (much less any) of Plaintiff's claims, and accordingly discovery would not be useless.

8265261v1/017148

**B.** **Reddit's Motion to Dismiss is unlikely to dispose of all (or any) of Plaintiff's well-pleaded claims.**

Plaintiff has notified the Court and Reddit's counsel of the intent to amend her Complaint on July 7, 2021, which will supersede the existing Complaint and render moot Reddit's pending Rule 12 Motion. Yet even considering Reddit's existing arguments for dismissal, none support Reddit's burden in *this* motion.

**1.** **Section 230 does not protect Reddit from Plaintiff's suit.**

Reddit contends that the Court may dismiss *all* of Plaintiff's claims by finding a blanket immunity under Section 230 of the Communications Decency Act, 47 U.S.C. § 230. That is simply wrong. Section 230 expressly carves out and excludes immunity in certain actions, including as relevant here actions alleging sex trafficking, pursuant to the "Allow States and Victims to Fight Online Sex Trafficking Act" law enacted in 2018 ("FOSTA"). *See* 47 U.S.C. § 230(e), Effect on Other Laws. FOSTA's recent enactment made clear "the 'sense of Congress' that Section 230 was "never intended to provide legal protection to websites that unlawfully promote and facilitate prostitution and websites that facilitate traffickers in advertising the sale of unlawful sex acts with sex trafficking victims,' and declared that 'clarification' of Section 230 was needed to ensure that it would 'not provide such protection to such websites.'" *Woodhull Freedom Found. v. United States*, 948 F.3d 363, 368 (D.C. Cir. 2020) (internal citations omitted).

Since FOSTA, a Section 230 bar *does not apply* to "a civil action brought under section 1595 of Title 18, if the conduct underlying the claim constitutes a violation of section 1591 of that title [(the Trafficking Victims Protection Act of 2000)]." *Id.* §203(e)(5)(A). This provision is retroactive, applying "regardless of whether the conduct alleged occurred, or is alleged to have occurred, before, on, or after ... enactment." *Woodhull*, 948 at 368.

Reddit's motion incorrectly suggests that Plaintiff's Complaint does not allege a Section 1591 claim. It does. *See* Complaint ¶ 26–28, 137–146. Plaintiff's first cause

of action plainly alleges that Reddit's actions are a violation of Section 1591, and that Reddit's actions constitute direct and indirect sex trafficking of children. Section 1591 further provides that "participation in a venture" related to the sex trafficking of children means "knowingly assisting, supporting, or facilitating a violation" of the section. Under a straightforward application of Section 230(e), Reddit is not entitled to Section 230 immunity against Plaintiff's first claim.

Reddit is also not entitled to Section 230 immunity against Plaintiff's other federal and state claims. Just days ago, the Texas Supreme Court (following the canon of federal precedent), extensively evaluated the intent behind FOSTA and concluded that it excised *all* sex trafficking claims from Section 230 immunity, even if those claims are not specifically section 1591 claims. *See In re Facebook, Inc*., No. 20-0434 (Tex. Jun. 25, 2021) ("We do not understand section 230 to 'create a lawless no-man's-land on the Internet' in which states are powerless to impose liability on websites that knowingly or intentionally participate in the evil of online human trafficking.") (citing *Fair Hous. Council v. Roommates.Com LLC*, 521 F.3d 1157, 1164 (9th Cir. 2008) (en banc)). Furthermore, Reddit will not be able to demonstrate any Section 230 immunity (especially at the Rule 12 stage) because it cannot demonstrate that it is not a content provider, due to its "unique system, [which] facilitated [the alleged trafficking and Reddit's consequent] financial benefits." *M.L. v. craigslist Inc.*, No. C19-6153 BHS-TLF, 2020 WL 5494903, at *3 (W.D. Wash. Sept. 11, 2020).

In fact, many courts have specifically refused to consider Section 230 arguments by defendants at the motion to dismiss stage when they involve factual questions, as here, about whether the defendant is a covered entity and whether the content at issue was published in a manner potentially subjecting it to liability. *See, e.g., Wang v. OCZ Tech. Group, Inc.*, No. C 11-1415 (N.D. Cal. October 14, 2011) (refusing to apply 230 pursuant to a Motion to Strike); *Perfect 10, Inc. v. Google, Inc.*, No. CV 04-9484 AHM (SHX), 2008 WL 4217837, at *8 (C.D. Cal. July 16,

9

2008) (declining to apply Section 230 at Motion to Dismiss stage because "the question whether any of Google's conduct disqualifies it for immunity under the CDA will undoubtedly be fact-intensive"); *Doctor's Associates, Inc. v. QIP Holders, LLC*, 2007 WL 1186026 (D. Conn. April 19, 2007) (refusing to apply 230 at the Motion to Dismiss stage where, taking the allegations as true, "the court cannot, as a matter of law, state that 'the plaintiff can prove no set of facts in support of' a finding of no immunity under the CDA"). Plaintiff's Complaint (and forthcoming Amended Complaint) raises questions of fact regarding whether Reddit may claim any Section 230 immunity at all, preventing Rule 12 dismissal on Section 230 grounds, and accordingly discovery should proceed.

The cases that that Reddit cites for the proposition that "federal courts across the country routinely grant stays of discovery pending resolution of a claim of Section 230 immunity" are not on point. None appear to address an express exception to Section 230 immunity like that created by FOSTA, or situations where the availability of the immunity is dependent on factual discovery.

> **2.** **Plaintiff's claims are well-pleaded and Plaintiff's amended Complaint will offer even more factual allegations supporting her claims.**

Reddit contends that "even apart from Section 230," its motion to dismiss is "potentially dispositive of the whole case" as a result of pleading deficiencies, purportedly including failures to allege elements of each claim. Again, Reddit's motion to dismiss will be rendered moot by Plaintiff's forthcoming amended complaint. (*See* ECF 26, Notice of Intent to File Amended Complaint). However, assuming Reddit makes many of the same arguments, Reddit simply cannot show that Plaintiff fails to state a claim. For example, Reddit contends that Plaintiff's section 1591 claim sufficiently pleads the knowledge element—however, Reddit uses the wrong standard—the knowledge element applies to whether Reddit "knowingly benefitted" from the pornography on its website, not whether Reddit

10

knew of the specific trafficking at issue.  Notwithstanding that, the Complaint alleges that Reddit in fact knew of the Plaintiff's trafficking, and many other instances of sex trafficking. Plaintiff alleges that Reddit acted knowingly or in reckless disregard of the child pornography on its website when it accepted advertising dollars for those web pages, and alleges that Plaintiff's ex-boyfriend (who recorded Plaintiff without her consent) intended to distribute child pornography. Complaint ¶¶98–118, 121, 126–27, 139. And because Plaintiff shortly will amend her Complaint, Reddit's arguments are moot.

**C.** **Delay of discovery is extremely prejudicial to Plaintiff and the proposed class.**

Reddit incredibly argues that a delay of discovery in this case is not prejudicial to Plaintiff where she alleges continuing gross violations of her privacy and dignity through, in part, Reddit's failure to take action to prevent the repeated uploading of sexually explicit content depicting Plaintiff when she was a minor:

> To be clear, Reddit's refusal to act has meant that for the past several years Jane Doe has been forced to log on to Reddit and spend hours looking through some of its darkest and most disturbing subreddits so that she can locate the posts of her underage self and then fight with Reddit to have them removed. She does this often, and her effort continues to this day.

Complaint ¶128. Because Plaintiff seeks to represent a class of individuals who have been and continue to be similarly victimized by Reddit from the sharing of their explicit underage pornographic material, the prejudice by any unnecessary delay tactics in this case is multiplied dramatically.  Furthermore, "mere lack of prejudice" even if that were the case, "is not the same as 'good cause' and falls far short of the 'strong showing' required" of Reddit to support its request for a stay.  *Novelposter*, 2014 WL 12618174, at *1.

11

### D.   Reddit fails to articulate any undue burden to responding to Plaintiff's appropriate discovery requests.

Finally, Reddit cannot meet its burden to show good cause for the delay because Reddit completely fails to point the Court to any purported burden that responding to Plaintiff's discovery would create.[1] Nor could it—Plaintiff's outstanding requests (just 26) are extremely limited for a case of this likely size, involving thousands of expected class members whose rights were violated by Reddit's participation in their trafficking, and they are expressly tailored to Reddit's information relating to child pornography on its website during the period of time in which Reddit purportedly had (but failed to adequately enforce) a policy against the publication of child pornography. Reddit calls Plaintiff's requests "expansive," but the reality is that the volume of responsive materials will be directly commensurate with the scope of Reddit's child pornography problem and Reddit's efforts (or lack thereof) to address it. Plaintiff's requests are well within the scope of permissible discovery under the Rules. And "the two-factor test [for staying discovery] is not satisfied by superficial statements or vague articulations demonstrating nothing more than the traditional burdens of litigation." *Optronic Techs.*, 2018 WL 1569811, at *1.

It is also plain from the examples Reddit selectively cites in its Motion (at pages 3–4, 10–12) that Reddit is deliberately reading the requests more broadly than actually written or intended in an effort to sway this Court towards a stay. The appropriate response to overbroad discovery (which Plaintiff's requests are not) is to object to such requests—not to move for a wholesale stay of discovery. To the extent

---

[1] The Court also should not consider any new evidence of burden that Reddit may offer as part of its reply submission. "New evidence submitted as part of a reply is improper." *Morris v. Guetta*, No. LA CV12-00684 JAK, 2013 WL 440127, at *8 (C.D. Cal. Feb. 4, 2013); *Contratto v. Ethicon, Inc.*, 227 F.R.D. 304, 309 n.5 (N.D. Cal. 2005); *see, e.g., AboveGEM, Inc. v. Organo Gold Mgmt., Ltd.*, No. 19-CV-04789-PJH, 2020 WL 1531322, at *4 (N.D. Cal. Mar. 31, 2020) (striking declaration submitted on reply because it "contain[ed] new evidence").

12

8265261v1/017148

1  that Reddit has legitimate concerns that any of the individual requests go beyond the

2  reasonable subject matter of this dispute, Reddit should raise those directly with

3  Plaintiff's counsel—which Reddit has not done—so that the parties can meet and

4  confer to agree on an appropriate search designed to collect the most responsive

5  material relevant to Plaintiff's claims. A stay of discovery is a blunt instrument not

6  appropriate for Reddit's purported concerns.

7  **V.    CONCLUSION**

8         The Court should deny Reddit's motion to stay all discovery.

9

10  Dated: June 28, 2021              Respectfully submitted,

11

12                                   DAVIDA BROOK
                                     KRYSTA KAUBLE PACHMAN
13                                   ARUN SUBRAMANIAN
                                     SUSMAN GODFREY L.L.P.
14

15                                   STEVE COHEN
                                     POLLOCK COHEN LLP
16

17
                                     By:   */s/ Krysta Kauble Pachman*
18                                         Krysta Kauble Pachman
                                           Attorneys for Plaintiff
19

20

21

22

23

24

25

26

27

28

8265261v1/017148

# Exhibit 1

| | |
|---|---|
| **Subject:** | RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant |
| **Date:** | Friday, June 25, 2021 at 5:59:19 PM Central Daylight Time |
| **From:** | Halley Josephs |
| **To:** | Dore, Michael H., Evangelis, Theane, Linsley, Kristin A., Riff, Emily, Tan, Zach |
| **CC:** | Arun Subramanian, Davida Brook, Krysta Pachman, Simon DeGeorges |
| **Category:** | ATTY |
| **Attachments:** | 2021-06-25 Pltfs 1st ROGs to Reddit.pdf |

Michael,

Please see attached for a copy of Plaintiff's first ROGs that were sent via mail to you at Gibson's LA office today.

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Halley Josephs
**Sent:** Monday, June 7, 2021 7:31 PM
**To:** 'Dore, Michael H.' <MDore@gibsondunn.com>; 'Evangelis, Theane' <TEvangelis@gibsondunn.com>; 'Linsley, Kristin A.' <KLinsley@gibsondunn.com>; 'Riff, Emily' <ERiff@gibsondunn.com>; 'Tan, Zach' <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Michael,

We understand from today's meet and confer that you won't accept email service of any documents in this case. Please see attached for copies of the first RFPs and ROGs that were sent via mail to you at Gibson's LA office today.

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Halley Josephs
**Sent:** Monday, June 7, 2021 2:08 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges

<[SDeGeorges@susmangodfrey.com](mailto:SDeGeorges@susmangodfrey.com)>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Received, thanks. We'll speak with you then. Please see attached for your review Plaintiff's draft of the joint Rule 26(f) report, which we are still revising internally and discussing with our client.

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
[hjosephs@susmangodfrey.com](mailto:hjosephs@susmangodfrey.com) | [www.susmangodfrey.com](http://www.susmangodfrey.com)
*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Dore, Michael H. <[MDore@gibsondunn.com](mailto:MDore@gibsondunn.com)>
**Sent:** Monday, June 7, 2021 1:13 PM
**To:** Halley Josephs <[HJosephs@susmangodfrey.com](mailto:HJosephs@susmangodfrey.com)>; Evangelis, Theane <[TEvangelis@gibsondunn.com](mailto:TEvangelis@gibsondunn.com)>; Linsley, Kristin A. <[KLinsley@gibsondunn.com](mailto:KLinsley@gibsondunn.com)>; Riff, Emily <[ERiff@gibsondunn.com](mailto:ERiff@gibsondunn.com)>; Tan, Zach <[ZTan@gibsondunn.com](mailto:ZTan@gibsondunn.com)>
**Cc:** Arun Subramanian <[asubramanian@SusmanGodfrey.com](mailto:asubramanian@SusmanGodfrey.com)>; Davida Brook <[DBrook@susmangodfrey.com](mailto:DBrook@susmangodfrey.com)>; Krysta Pachman <[KPachman@susmangodfrey.com](mailto:KPachman@susmangodfrey.com)>; Simon DeGeorges <[SDeGeorges@susmangodfrey.com](mailto:SDeGeorges@susmangodfrey.com)>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

==EXTERNAL Email==
That's fine with us.  We sent a revised invite.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
[MDore@gibsondunn.com](mailto:MDore@gibsondunn.com) • [www.gibsondunn.com](http://www.gibsondunn.com)

**From:** Halley Josephs <[HJosephs@susmangodfrey.com](mailto:HJosephs@susmangodfrey.com)>
**Sent:** Monday, June 7, 2021 11:31 AM
**To:** Dore, Michael H. <[MDore@gibsondunn.com](mailto:MDore@gibsondunn.com)>; Evangelis, Theane <[TEvangelis@gibsondunn.com](mailto:TEvangelis@gibsondunn.com)>; Linsley, Kristin A. <[KLinsley@gibsondunn.com](mailto:KLinsley@gibsondunn.com)>; Riff, Emily <[ERiff@gibsondunn.com](mailto:ERiff@gibsondunn.com)>; Tan, Zach <[ZTan@gibsondunn.com](mailto:ZTan@gibsondunn.com)>
**Cc:** [asubramanian@SusmanGodfrey.com](mailto:asubramanian@SusmanGodfrey.com); [EXT] Davida, Brook <[DBrook@susmangodfrey.com](mailto:DBrook@susmangodfrey.com)>; Krysta Pachman <[KPachman@susmangodfrey.com](mailto:KPachman@susmangodfrey.com)>; Simon DeGeorges <[SDeGeorges@susmangodfrey.com](mailto:SDeGeorges@susmangodfrey.com)>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Michael,

Our team had a last-minute conflict arise with the 2pm M&C. Can we push to 3pm?

Thanks,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com | www.susmangodfrey.com
*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

**From:** Halley Josephs
**Sent:** Friday, June 4, 2021 1:23 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

Michael,

Please see inline responses below.

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Thursday, June 3, 2021 4:33 PM
**To:** Halley Josephs <HJosephs@susmangodfrey.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

EXTERNAL Email
Halley,
The discovery you sent us on behalf of Plaintiff Jane Doe—including 26 requests for production and 5 interrogatories, demanding documents and information going back more than 10 years and having no direct connection to Plaintiff's allegations about events relating to Plaintiff—are unduly burdensome, premature, and disproportional to the needs of the case.  As you know, Reddit will be filing a motion to dismiss Plaintiff's complaint, invoking among other things Section 230 of the Communications Decency Act.  Section 230 is an immunity from suit, not just an immunity from liability, so its application should be resolved prior to any discovery.

Reddit will argue in its motion to dismiss that Plaintiff has not stated plausible claims, which Section 230 bars in any event.  Plaintiff presumably will disagree.  We should let the Court decide the motion and then move forward based on what the Court decides.  The most reasonable approach is to give the Court the chance to determine whether Plaintiff has stated a viable claim before a party should be forced to undertake the burden of trying to respond to wide-ranging requests covering more than a decade.  To

avoid unnecessary time and expense for both sides (and burdening the Court for no good reason), we thus ask that you please withdraw Plaintiff's discovery requests until the Court has fully resolved Reddit's motion to dismiss.   Alternatively, please let us know if Plaintiff is willing to stipulate to stay the deadline to respond to any discovery requests.

If Plaintiff will not withdraw her discovery requests or agree to stay the deadline to respond to discovery requests, Reddit will be filing a motion to stay all discovery in the case.   Please let us know if you will agree to stipulate to an expedited briefing schedule on that motion to stay discovery, if necessary.   If you will not agree to withdraw your discovery requests, and you will not agree to stipulate to an expedited briefing schedule, we will be forced to file an *ex parte* application to set an expedited briefing schedule and set an early hearing date.   This obviously would be a further unfortunate waste of resources and an unnecessary burden on the Court.

The above argues for a stay of discovery prior to resolution of a motion to dismiss, particularly a motion to dismiss raising Section 230.

Regarding the former, as Counsel for Reddit well knows, there is no such presumptive stay of discovery in the Central District.  You believe the Court will grant your motion, we believe the Court will deny it.  Under this remarkably common scenario the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.

Counsel for Reddit likewise fails to point to any caselaw establishing a presumptive stay of discovery in a case where a defendant plans on bringing a motion to dismiss that will raise Section 230.  Again, the default is that discovery proceeds absent the entrance of a formal stay. *See generally* Dkt. 23.

You could have, but didn't file a motion to stay on a normal schedule, but now request our agreement on an expedited motion schedule otherwise you plan to go *ex parte* to do so. We don't believe either an expedited schedule or an *ex parte* application is appropriate on a motion that could have been made earlier once Reddit received the Court's May 10 order requiring the parties to proceed with Rule 26(f) obligations and discovery in the normal course.

As far as a Rule 26(f) conference, we see no justification at this time for triggering the deadline for initial disclosures and discovery responses.  Indeed, Plaintiff's refusal to disclose her identity or even non-identifying information—even subject to a protective order—prevents Reddit from complying with Rule 26(a).  We cannot identify witnesses or provide copies or even a description of all documents in Reddit's possession that the company may use to support its claims or defenses, for example, because Plaintiff's refusal to identify herself—or even her anonymous username—blocks Reddit from investigating her allegations.  If there are specific issues you want to discuss on Monday, we are happy to discuss them and to be as efficient and productive as possible.  But we will not trigger discovery obligations for ourselves that are premature and that your unexplained refusal to identify Plaintiff pursuant to an agreed-upon protective order prevents us from complying with.

Once again, you appear to be arguing with a status quo not set by Plaintiff.  The Court in this case

knows what it is about, and ordered a Rule 26(f) conference to proceed by June 28.  Dkt. 23 at 1-2.  We intend to follow the Court's order and have that conference to the best of our ability, and submit a report by the required date.  If Reddit is seeking to change a Court order it must bring that request to the Court – not Plaintiff.  If Reddit is refusing to conduct the Rule 26(f) conference on Monday, we will be forced to move to compel the Rule 26(f) conference and the parties can have our LR 7-3 meet and confer on Monday.

Regarding Plaintiff's identity, we have refused nothing.  To the contrary, we have repeatedly said we are willing to meet and confer with you on this very delicate issue and are happy to do so on the date suggested below – which is the first time you have suggested any timing for this discussion.

We are available on Monday, June 7 at 2pm to (i) meet and confer on Reddit's motion to dismiss Plaintiff's complaint, (ii) to meet and confer on Reddit's motion to stay discovery if necessary, and (iii) to address other case issues but not as a Rule 26 conference that would trigger discovery obligations.  Please confirm your availability and we will send an invite and dial-in.

As previously stated, we will send our Rule 26(f) joint report draft in advance of Monday's 2pm PST call and we will be prepared to discuss with you all topics outlined in the report which is what – per the Court's order – you should be willing to discuss.

Thanks.


**Michael Dore**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Halley Josephs <HJosephs@susmangodfrey.com>
**Sent:** Tuesday, June 1, 2021 3:02 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Evangelis, Theane <TEvangelis@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; Riff, Emily <ERiff@gibsondunn.com>; Tan, Zach <ZTan@gibsondunn.com>
**Cc:** asubramanian@SusmanGodfrey.com; [EXT] Davida, Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff's First RFPs and ROGs to Defendant

[External Email]
Counsel,

Please find attached the following discovery requests to Reddit in in *Doe v. Reddit*, No. 8:21-cv-00768:
- Plaintiff's First Set of Requests for Production of Documents
- Plaintiff's First Set of Interrogatories

Following up on Arun's 5/13 email, please confirm you will accept email service and we'll do the same for

**Page 5 of 6**

you.

Best,
Halley

**Halley W. Josephs | Susman Godfrey L.L.P.**

1900 Avenue of the Stars, Suite 1400 | Los Angeles, CA 90067

310.789.3163 (office) | 443.465.5087 (cell)

hjosephs@susmangodfrey.com | www.susmangodfrey.com

*\* Admitted only in New York; not admitted in California.  Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated, <br><br>     Plaintiff, <br><br> vs. <br><br> REDDIT, INC. <br><br>     Defendant. | Case No. 8:21-cv-00768-JVS-KES <br><br> **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT REDDIT, INC.** |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT REDDIT, INC.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Local Civil Rule 33, Plaintiff Jane Doe hereby requests that Defendant Reddit, Inc. answer the following interrogatories as required by Rule 33(b), and afterward supplement such interrogatory answers as necessary to comply with the requirements of Rule 26(e)(1).

## DEFINITIONS

1. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), and the statements by which such information is transmitted.

2. "Concern" or "concerning" means relating to, referring to, describing, evidencing or constituting.

3. "CSEM" means "child sexual exploitation material," and refers to child pornography, or the visual depiction of sexually explicit conduct involving a minor (a person under the age of 18), including but not limited to lascivious exhibition of the anus, genitals, or pubic area of any person.

1

4.      "Documents" means without limitation any item described by Federal Rule of Civil Procedure 34, and any written, printed, typed, graphic, photographed, and recorded or otherwise reproduced or stored communication, representation or information, including but not limited to writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations.  This term includes whatever form and by whatever means such documents may have been created or stored including, but not limited to:  any handmade form, such as writing; any photographic form, such as microfilm, microfiche, prints, slides, negatives, photocopies; and mechanical form such as printing or typing; any electrical, electronic, or magnetic form such as tape recordings, cassettes, or any information on an electronic or magnetic storage device such as floppy diskettes, hard disks, backup tapes, CD-ROMS, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, hard drives, or electronic notebooks; and any printout or readout from any magnetic storage device.   All documents provided in response to these Document Requests are to include all versions of each responsive document, including all drafts and copies of each document.  For the avoidance of doubt, this term includes social media content, instant messages and electronic messages on ephemeral messaging platforms, text messages, and voicemails.

5.      "Employee" includes any current or former, full- and part-time employees, contractors, contract employees, volunteers, interns, lobbyists, officers, directors, or other agents and/or representatives of You.

6.      "Child sex trafficking" refers to any instance where a person under the age of 18 is caused to engage in a commercial sex act.

7.      "NSFW" means "not safe for work," as described in Your 2019 "Update to NSFW Advertising Policy."[1]

8.      "Person" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

9.      "You," "Your," or "Reddit" mean Reddit, Inc., and any corporate parent, subsidiary, or affiliate of the aforementioned entity, and any officer, employee, agent, representative, or person acting or purporting to act on behalf of the aforementioned entity, or any of its corporate parents, subsidiaries, or affiliated entities.

10.     The terms "all," "any," and "each" shall each be construed as encompassing any and all.

11.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

12.     The use of the singular form of any word includes the plural and the plural as singular as necessary to bring within the scope of the discovery request any information or documents which might otherwise be construed to be outside their scope.

13.     When referring to a person, "identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

14.     When referring to documents, "identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s),

---

[1] https://www.reddit.com/r/redditads/comments/bdwlin/update_to_nsfw_advertising_policy/

addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

<u>**INSTRUCTIONS**</u>

1.      In addition to the specific instructions set forth below, these discovery requests incorporate the instructions set forth in Federal Rules of Civil Procedure 26 and 33 and Rule 33 of the Local Civil Rules of the United States District Court for the Central District of California.

2.      Each response shall be numbered in the same manner and sequence as the corresponding interrogatory. Please respond to each interrogatory separately by setting forth the interrogatory followed by your response to the interrogatory.

3.      Each interrogatory shall be construed independently, and no interrogatory shall be viewed as limiting the scope of any other interrogatory unless the request so specifies.

4.      Whenever an interrogatory may be answered by referring to a document, that document shall be identified in the response by Bates number or, if the document has not previously been produced, that document shall be attached as an exhibit to the response and referred to in the response. If the document has more than one page, refer to the page and section where the answer to the interrogatory can be found.

5.      If You elect to produce business records in response to an interrogatory pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, produce the records as they are kept in the usual course of business or organize and label them to correspond with the interrogatory. If the document is being produced in its native electronic format (inclusive of its metadata), identify the document using its hash or other appropriate electronic identification and identify the interrogatories to which the document is responsive. If the document is not being produced in electronic form, identify the document using the applicable bates numbers or specifically identify

the type of document being produced (e.g., letter, memorandum, telegram, contract, invoice, etc.), its date and author(s), its custodian, and every person to whom such document or any copy thereof was given or sent. For all documents produced pursuant to Rule 33(d), identify the employee, officer, or agent certifying the documents as a business record.

6.     Where specific items are listed as being included within a general category of requested information, address both the listed items and any other items falling within the general category.

7.     If You withhold any information under a claim of privilege, identify:

(a)     the nature of the privilege (including work product) which is being claimed and, if the privilege is governed by state law, indicate the state's privilege rule being invoked; and

(b)      For documents: (i) the type of document, e.g., letter or memorandum; (ii) the subject matter of the document; (iii) the date of the document; and (iv) the author of the document, the addressees of the document, and any other recipients,  and, where not apparent, the relationship of the author, addressees, and recipients to each other;

(c)     For oral communications: (i) the name of the person making the communication and the names of persons present while the communication was made and, where not apparent, the relationship of the persons present to the person making the communication; (ii) the date and place of communication; and (iii) the subject matter of the communication.

(d)     If no information is being withheld under a claim of privilege, so state.

(e)     Any document or part of a document withheld under a claim of privilege must be preserved.

8.      If any documents responsive to a request once existed but have been destroyed or discarded, or otherwise are not capable of being produced, provide a list specifying each such document and setting forth the following information: (i) the date of the document; (ii) a description of the subject matter of the document; (iii) the name and last known address of each person who prepared or participated in the preparation of the document; (iv) the name and last known address of each addressee or other person to whom the document, or any part thereof, was sent or to whom the document or its contents, or any part thereof, was disclosed; (v) the name and last known address of any person not covered by items (iii) and (iv) who had possession, custody or control of the document or a copy thereof; (vi) the date on which the document was destroyed or discarded and a statement of the reasons why the document was destroyed or discarded or why such document is not capable of being produced; and (vii) the discovery request to which the document is responsive.

9.      If only a part of a discovery request is objectionable, the remainder of the request shall be answered. If an objection is made to an interrogatory, or a part of an interrogatory, the specific ground for the objection shall be set forth clearly in the response to that interrogatory.

10.     The obligation to answer these interrogatories is continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. If at any time after answering these interrogatories you discover additional information that will make your answers to these interrogatories more complete or correct, amend your answers as soon as practicable.

11.     Unless otherwise stated, the timeframe for the interrogatories below is April 22, 2011, to present.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Identify each of the individuals, whether or not currently

employed by You, who are the most knowledgeable about Your (i) efforts to monitor and eliminate CSEM and child sex trafficking content posted or uploaded to Your site, including (ii) policies and/or procedures to monitor and eliminate CSEM and child sex trafficking content posted or uploaded to Your site; and (iii) the financial implications of eliminating such content.

**RESPONSE:**

**INTERROGATORY NO. 2:** Identify all of Your current and former Employees who participated in, implemented, or monitored the effectiveness of Your decision to ban suggestive or sexual content featuring minors in 2011.

**RESPONSE:**

**INTERROGATORY NO. 3:** Identify all of Your current and former Employees who participated in, implemented, or monitored the financial impact of the decision, in 2019, to change Your NSFW advertising policy to disallow targeting of NSFW subreddits.

**RESPONSE:**

**INTERROGATORY NO. 4:** Identify how You determine whether content posted or uploaded on Your site that is reported or flagged for CSEM or child sex trafficking violates Your content policies, including (i) who among Your current and former Employees is or was responsible for establishing, implementing, and enforcing any of Your policies and procedures to make such determinations; and (ii) how Your policies and procedures to make such determinations have changed over time.

**RESPONSE:**

**INTERROGATORY NO. 5:** Identify how You determine whether to ban a user who posts or uploads content on Your site that is reported or flagged for CSEM or child sex trafficking, including (i) who among Your current and former Employees is or was responsible for establishing, implementing, and enforcing any of Your policies and procedures to make such determinations; (ii) any policies or procedures You have to prevent that user from engaging in the same conduct under a new account or username; and (iii) how Your policies and procedures to make such determinations to ban a user or prevent a user from engaging in the same conduct under a new account or username have changed over time.

**RESPONSE:**

Dated: June 25, 2021

Respectfully submitted,

*s/ Krysta Kauble Pachman*
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ARUN SUBRAMANIAN
(Pro Hac Vice forthcoming)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340
*Attorneys for Plaintiff Jane Doe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of June, 2021 I caused Plaintiff's First Set of

Interrogatories to be served by mailing the foregoing document to counsel for the Defendant as

follows:

Michael Dore
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*s/ Halley Josephs*