| | |
|---|---|
| 1 | DAVIDA BROOK (275370) |
| | dbrook@susmangodfrey.com |
| 2 | KRYSTA KAUBLE PACHMAN (280951) |
| | kpachman@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 4 | Los Angeles, California 90067-6029 |
| | Telephone: (310) 789-3100 |
| 5 | Facsimile: (310) 789-3150 |
| 6 | ARUN SUBRAMANIAN (*Pro Hac Vice*) |
| | asubramanian@susmangodfrey.com |
| 7 | TAMAR LUSZTIG (*Pro Hac Vice*) |
| | tlusztig@susmangodfrey.com |
| 8 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Fl. |
| 9 | New York, NY 10019-6023 |
| | Telephone: (212) 336-8330 |
| 10 | Facsimile: (212) 336-8340 |
| 11 | Steve Cohen (*Pro Hac Vice)* |
| | scohen@pollockcohen.com |
| 12 | POLLOCK COHEN LLP |
| | 60 Broad Street, 24th Fl. |
| 13 | New York, NY 10004 |
| | Telephone: (212) 337-5361 |
| 14 | |
| | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REDDIT, INC.<br><br>Defendant. | Case No. 8:21-cv-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>Hearing: August 9, 2021<br>Courtroom: 10C<br>Time: 1:30 p.m. |

I, Krysta Kauble Pachman, declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P., and an attorney for the plaintiff in the above-captioned action. I am familiar with the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Motion for Leave to Proceed under Pseudonyms.

3. Attached hereto as "Exhibit A" is a true and correct copy of an email exchange that occurred between counsel on June 28, 2021.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of July, 2021, at Los Angeles, California.

By  */s/Krysta K. Pachman*
    Krysta K. Pachman
    *Attorneys for Plaintiffs*

2

# Exhibit A

| | |
|---|---|
| **From:** | Tan, Zach |
| **To:** | Halley Josephs; Dore, Michael H. |
| **Cc:** | Evangelis, Theane; Linsley, Kristin A.; Riff, Emily; Arun Subramanian; Davida Brook; Simon DeGeorges; Krysta Pachman; Tamar Lusztig |
| **Subject:** | RE: Doe v. Reddit (C.D. Cal. No. 8:21-cv-000768) - Plaintiff"s First RFPs and ROGs to Defendant |
| **Date:** | Monday, June 28, 2021 3:07:24 PM |

==EXTERNAL Email==

Halley:

Thank you for your follow-up.

1. **Motion for leave to proceed under a pseudonym**: To be clear, our position is that we will agree to use a pseudonym in publicly filed documents, but we reserve the right to object and to seek dismissal if the Plaintiffs do not disclose their identities to Reddit.

2. **Dates for Initial Disclosures and 26(f) report:** On our call, you took the position that the parties' Joint 26(f) report would be due on July 7 and did not mention July 12. Please confirm when you believe the report and parties' initial disclosures are due.

3. **Joint 26(f) report**: We are in the process of preparing our draft of the Joint 26(f) report. As we have stated, it is impossible for Reddit to complete portions of the Joint 26(f) report when you are filing an amended complaint that, in your words, potentially adds new parties, allegations, and causes of action. Nevertheless, we will forward you a draft of our portions of the report this week.

4. **Protective Order:** As we stated on the call, Reddit is willing to agree to the following:

<u>Reddit will not identify Plaintiffs' names in any publicly filed document. Plaintiffs agree that their names will be filed under seal with the Court upon final judgment, so as to establish the res judicata effect of such a judgment.</u>

Given the simplicity of this position, we do not believe that it is necessary to send you edits to your draft protective order, especially since that draft covered a range of topics and subject matter beyond the issue of Plaintiffs' identities. Please let us know if you are willing to agree to the above terms. If so, we are willing to formalize that agreement as necessary.

Thank you,
**Zach Tan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8201 • Fax +1 415.229.3502
ZTan@gibsondunn.com • www.gibsondunn.com