DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice)*
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340

Steve Cohen (*Pro Hac Vice)*
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Telephone:  (212) 337-5361

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REDDIT, INC.<br><br>Defendant. | Case No. 8:21-cv-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>Hearing:    August 9, 2021<br>Courtroom: 10C<br>Time:        1:30 p.m. |

1  For good cause shown, Plaintiffs' motion for leave to proceed under
2  pseudonyms is GRANTED.  Plaintiffs Jane Does No. 1-6 and John Does No. 2, 3,
3  and 5, and in the case of Jane Does No. 2-6 and John Does No. 2, 3, and 5, their
4  minor daughters, shall be permitted to proceed under pseudonyms in this litigation.

Dated:  _____
James V. Selna
United States District Judge