# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 21-00768JVS(KESx) | Date | July 14, 2021 |
| Title | Jane Doe, et al v Reddit, Inc | | |

**Present: The Honorable**   James V. Selna, U.S. District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Scheduling Conference**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

|  |  |
|---|---|
| **Jury Trial** | **September 6, 2022 at 8:30 a.m.** |
| **Final PreTrial Conference** | **August 22, 2022 at 11:00 a.m.** |

The Court further orders settlement procedure pursuant to Local Rule 16-15 ADR #3, private mediation.

Within 7 days, Counsel shall meet and confer and submit a stipulation and proposed order with the balance of the case management dates as shown on Exhibit A to the Order Setting Rule 26(f) Scheduling Conference including the last date to conduct a settlement conference.

Stay at Docket 35 extends to Rule 26 initial disclosures.

**Scheduling Conference set for July 19, 2021 at 10:00 a.m. is ordered VACATED.**

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |