DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340

Steve Cohen (*Pro Hac Vice)*
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Telephone:  (212) 337-5361

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br>vs.<br><br>REDDIT, INC.<br><br>Defendant. | Case No. 8:21-cv-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>Hearing:    August 9, 2021<br>Courtroom:  10C<br>Time:       1:30 p.m. |

For good cause shown, Plaintiffs' motion for leave to proceed under pseudonyms is GRANTED. Plaintiffs Jane Does No. 1-6 and John Does No. 2, 3, and 5, and in the case of Jane Does No. 2-6 and John Does No. 2, 3, and 5, their minor daughters, shall be permitted to proceed under pseudonyms in this litigation. Provided an appropriate protective order is in place, the true name of plaintiffs and their minor daughters shall be disclosed upon request to the defendant.

Dated: July 14, 2021

_____
James V. Selna
United States District Judge

2