THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

KRISTIN A. LINSLEY, SBN 154148
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendant Reddit, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>REDDIT, INC.,<br><br>    Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT REDDIT, INC. TO DISMISS UNDER FEDERAL RULES 8(a), 9(b), AND 12(b)(6)**<br><br>Before:  Hon. James V. Selna<br>Hearing:  August 23, 2021<br>Time:  1:30 p.m. |

Gibson, Dunn &
Crutcher LLP

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on August 23, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-entitled court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendant Reddit, Inc. will and hereby does move the Court, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing all of Plaintiffs' claims against Reddit.

Plaintiffs' claims are barred in their entirety by Section 230 of the Communications Decency Act, 47 U.S.C. § 230 ("Section 230"). Section 230 precludes claims, like Plaintiffs' claims here, that treat an interactive computer service provider, like Reddit, as the "speaker" or "publisher" of content created by another. None of the exceptions to Section 230 applies. Plaintiffs' amended complaint also fails to state a claim upon which relief may be granted as to any of their claims against Reddit. It does not allege facts that, if true, would establish that Reddit violated federal or state anti-trafficking laws, or that Reddit could be held liable under any of the other federal or state law causes of action set out therein.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 14, 2021. Reddit understands from the conference that Plaintiffs will oppose this Motion.

1    Dated:  July 21, 2021                    GIBSON, DUNN & CRUTCHER LLP

2

3                                             By:  /s/ Theane Evangelis
                                                    Theane Evangelis
4
                                             THEANE EVANGELIS
5                                            MICHAEL H. DORE
                                             KRISTIN A. LINSLEY
6
                                             Attorneys for Defendant
7                                            Reddit, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

Page

SUMMARY OF ALLEGATIONS ................................................................... 2

LEGAL STANDARD .................................................................................. 4

ARGUMENT ............................................................................................. 5

I.  Section 230 of the Communications Decency Act Bars Plaintiffs' Claims ............................................................................................. 5

    A.  Section 230 Applies to Each of Plaintiffs' Claims ...................... 5

    B.  No Exception to Section 230 Applies ...................................... 10

        1.  The Complaint Does Not Allege Any Conduct by Reddit "Constituting a Violation" of Section 1591 ............. 11

        2.  Plaintiffs' Civil Claims Predicated on Federal Criminal Offenses Are Not Exempt from Section 230 ..................... 18

        3.  State Law Claims Are Not Exempt from Section 230 ........ 18

II.  Plaintiffs Fail to State a Claim on Any of Their Causes of Action ........ 18

    A.  Plaintiffs Do Not Adequately Allege a Sex Trafficking Claim Under Section 1595 (Count I) ....................................... 18

    B.  There Is No Private Right of Action Under Section 2258A (Count II) ............................................................................ 20

    C.  Plaintiffs Do Not Adequately Allege That Reddit Received and Distributed CSEM Under Section 2252A (Count III) ........... 20

    D.  Plaintiffs Do Not Adequately Allege That Reddit Distributed Private Sexually Explicit Materials in Violation of California Law (Count IV) ...................................................................... 21

    E.  Plaintiffs Do Not Adequately Allege a Violation of California's Unfair Competition Law (Count V) ........................ 21

    F.  Plaintiffs Cannot Recover Under California's Sex Trafficking Statute ("CTVPA") (Count VI) ................................ 22

Gibson, Dunn &
Crutcher LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G.    Plaintiffs Cannot Recover Under New Jersey's Sex Trafficking Statute (Count VII) ......................................................23

H.    Plaintiffs Cannot Recover for Unjust Enrichment (Count VIII) ............................................................................................23

I.    Plaintiffs Cannot Recover for Intentional Infliction of Emotional Distress (IIED) (Count IX) ..........................................24

III.    Plaintiffs' Claims Should Be Dismissed with Prejudice ........................25

CONCLUSION ..............................................................................................25

Gibson, Dunn & Crutcher LLP

# TABLE OF AUTHORITIES

Page(s)

## Cases

*A.B. v. Facebook, Inc.*,
2021 WL 2791618 (C.D. Cal. June 6, 2021).......................................................25

*A.D. v. Wyndham Hotels and Resorts, Inc.*,
No. 4:19-CV-0020-AWA-LRL (E.D. Va. July 22, 2020)......................................19

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009).........................................................................................1, 4

*Barnes v. Yahoo!, Inc.*,
570 F.3d 1096 (9th Cir. 2009) ..........................................................................6, 7

*Bell Atlantic Corp. v. Twombly*,
550 U.S. 544 (2007)...........................................................................................16

*Bergado v. Velonza*,
2018 WL 5861296 (C.D. Cal. Mar. 19, 2018) ......................................................23

*Cal. Fed. Bank v. Matreyek*,
8 Cal. App. 4th 125 (1992) .................................................................................23

*Caraccioli v. Facebook, Inc.*,
167 F. Supp. 3d 1056 (N.D. Cal. 2016)
*aff'd*, 700 F. App'x 588 (9th Cir. 2017) ...............................................................25

*Cel-Tech Commc'ns, Inc. v. Los Angeles Cellular Tel. Co.*,
20 Cal. 4th 163 (1999)........................................................................................22

*Christensen v. Super. Ct.*,
54 Cal. 3d 868 (1991) .........................................................................................24

*Daniel v. Armslist, LLC*,
386 Wis. 2d 449 (2019) .........................................................................................8

*Delfino v. Agilent Techs., Inc.*,
145 Cal. App. 4th 790 (2006) ..............................................................................25

*Doe 3 v. Red Roof Inns, Inc.*,
2020 WL 1872333 (N.D. Ga. Apr. 13, 2020).......................................................19

*Doe I v. Wal-Mart Stores, Inc.*,
572 F.3d 677 (9th Cir. 2009) ...............................................................................24

*Doe v. Kik Interactive, Inc.*,
482 F. Supp. 3d 1242 (S.D. Fla. 2020).................................................10, 11, 15, 17

*Doe v. MySpace, Inc.*,
528 F.3d 413 (5th Cir. 2008) .................................................................................8

*Drum v. San Fernando Valley Bar Ass'n*,
    182 Cal. App. 4th 247 (2010) ........................................................... 22

*Dyroff v. Ultimate Software Grp., Inc.*,
    2017 WL 5665670 (N.D. Cal. Nov. 26, 2017)
    *aff'd*, 934 F.3d 1093 (9th Cir. 2019) ................................................ 9

*Dyroff v. Ultimate Software Grp., Inc.*,
    934 F.3d 1093 (9th Cir. 2019) ...................................................... 5, 7

*Eclectic Properties E., LLC v. Marcus & Millichap Co.*,
    751 F.3d 990 (9th Cir. 2014) ............................................................ 4

*Fair Hous. Council v. Roommates.com, LLC*,
    521 F.3d 1157 (9th Cir. 2008) .......................................... 5, 6, 8, 10

*Federal Agency of News LLC v. Facebook, Inc.*,
    432 F. Supp. 3d 1107 (N.D. Cal. 2020) ...................................... 9, 10

*Fields v. Twitter, Inc.*,
    217 F. Supp. 1116 (N.D. Cal. 2016)
    *aff'd on other grounds*, 881 F.3d 739 (9th Cir. 2018) ...................... 9

*Force v. Facebook, Inc.*,
    934 F.3d 53 (2d Cir. 2019) ............................................................... 7

*Geiss v. Weinstein Co. Holdings, LLC*,
    383 F. Supp. 3d 156 (S.D.N.Y. 2019) .................................. 13, 15, 17

*Gillette v. Stater Bros. Markets*,
    2019 WL 8017735 (C.D. Cal. Sept. 23, 2019) .............................. 25

*Goddard v. Google*,
    2008 WL 5245490 (N.D. Cal. Dec. 17, 2008) .............................. 10

*Goddard v. Google, Inc.*,
    640 F. Supp. 2d 1193 (N.D. Cal. 2009) ........................................ 10

*Gonzalez v. Google, Inc.*,
    335 F. Supp. 3d 1156 (N.D. Cal. 2018)
    *aff'd*, 2021 WL 2546675 (9th Cir. June 22, 2021) .......................... 7

*Gonzalez v. Google LLC*,
    -- F.4th --, 2021 WL 2546675 (9th Cir. June 22, 2021) ....... 5, 8, 9, 10, 18

*Graham v. Bank of Am., N.A.*,
    226 Cal. App. 4th 594 (2014) ....................................................... 22

*Greencycle Paint, Inc. v. Paintcare, Inc.*,
    2016 WL 1402845 (N.D. Cal. Apr. 8, 2016) ................................. 22

*Hepp v. Facebook, Inc.*,
    465 F. Supp. 3d 491 (E.D. Pa. 2020) .............................................. 5

Gibson, Dunn &
Crutcher LLP

MOTION TO DISMISS
BY DEFENDANT REDDIT, INC.

CASE NO. 8:21-CV-00768-JVS-KES

*Herrick v. Grindr LLC*,
  765 F. App'x 586 (2d Cir. 2019) ..................................................................... 5, 7, 9

*Hughes v. Pair*,
  46 Cal. 4th 1035 (2009) ................................................................................ 25

*Igbonwa v. Facebook, Inc.*,
  2018 WL 4907632 (N.D. Cal. Oct. 9, 2018)
  *aff'd*, 786 F. App'x 104 (9th Cir. 2019) ....................................................... 25

*Ingraham v. Ortho-McNeil Pharm.*,
  25 A.3d 1191 (N.J. App. Div. 2011) .............................................................. 25

*J.B. v. G6 Hospital, Inc.*,
  2020 WL 4901196 (N.D. Cal. Aug. 20, 2020) ............................... 14, 15, 18, 19, 23

*J.C. v. Choice Hotels Int'l, Inc.*,
  2020 WL 3035794 (N.D. Cal. June 5, 2020) ................................................ 23

*K.R. v. G6 Hosp., LLC*,
  2020 WL 5653287 (N.D. Cal. Sept. 23, 2020) ............................................. 23

*Kearns v. Ford Motor Co.*,
  567 F.3d 1120 (9th Cir. 2009) ...................................................................... 22

*Kimzey v. Yelp*,
  836 F.3d 1263 (9th Cir. 2016) ........................................................................ 8

*Knevelbaard Dairies v. Kraft Foods, Inc.*,
  232 F.3d 979 (9th Cir. 2000) ......................................................................... 22

*Kolbek v. Twenty First Century Holiness Tabernacle Church, Inc.*,
  2013 WL 6816174 (W.D. Ark. Dec. 24, 2013) ............................................ 16

*Korea Supply Co. v. Lockheed Martin Corp.*,
  29 Cal. 4th 1134 (2003) ................................................................................ 22

*Kwikset Corp. v. Super. Ct.*,
  51 Cal. 4th 310 (2011) .................................................................................. 21

*La Park La Brea A LLC v. Airbnb, Inc.*,
  285 F. Supp. 3d 1097 (C.D. Cal. 2017) .......................................................... 8

*Leadsinger, Inc. v. BMG Music Publ'g*,
  512 F.3d 522 (9th Cir. 2008) ......................................................................... 25

*Lemmon v. Snap, Inc.*,
  995 F.3d 1085 (9th Cir. 2021) ......................................................................... 6

*Merritt v. Wells Fargo Bank, N.A.*,
  2019 WL 1951608 (C.D. Cal. Mar. 15, 2019) ............................................. 24

*Morton v. Twitter, Inc.*,
  2021 WL 1181753 (C.D. Cal. Feb. 19, 2021) .............................................. 18

*Noble v. Weinstein*,
   335 F. Supp. 3d 504 (S.D.N.Y. 2018) ................................................. 12, 15, 16

*Pennie v. Twitter*,
   281 F. Supp. 3d 874 (N.D. Cal. 2017) ...................................................... 7

*S.J. v. Choice Hotels Int'l*,
   473 F. Supp. 3d 147 (E.D.N.Y. 2020) ............................................ 14, 17, 19

*Seismic Reservoir 2020, Inc. v. Paulsson*,
   785 F.3d 330 (9th Cir. 2015) ................................................................ 4

*Sonner v. Premier Nutrition Corp.*,
   971 F.3d 834 (9th Cir. 2020) .............................................................. 21

*United States v. Afyare*,
   632 F. App'x 272 (6th Cir. 2016) ....................................................... 13

*United States v. Dobbs*,
   629 F.3d 1199 (10th Cir. 2011) ......................................................... 20

*United States v. Hall*,
   202 F.3d 270 (6th Cir. 2000) ............................................................ 20

*United States v. Miller*,
   982 F.3d 412 (6th Cir. 2020) ............................................................ 24

*United States v. Myers*,
   355 F.3d 1040 (7th Cir. 2004) .......................................................... 20

*United States v. Todd*,
   627 F.3d 329 (9th Cir. 2010) ............................................................ 12

*United States v. Vallejos*,
   742 F.3d 902 (9th Cir. 2014) ............................................................ 20

*VRG Corp. v. GKN Realty Corp.*,
   641 A.2d 519 (N.J. 1994) ............................................................ 23, 24

*Williams v Yamaha Motor Co. Ltd.*,
   851 F.3d 1015 (9th Cir. 2017) .......................................................... 15

*In re Zoom Video Commc'ns Inv. Priv. Litig.*,
   -- F. Supp. 3d --, 2021 WL 930623 (N.D. Cal. Mar 11, 2021) ................................. 7

## Statutes

18 U.S.C. § 1591 ........................................................... 1, 11, 12, 13, 17

18 U.S.C. § 1595 ................................................................... 1

18 U.S.C. § 2252 .................................................................. 17

18 U.S.C. § 2252A ............................................................... 18, 20

18 U.S.C. § 2258A ................................................................................. 18

47 U.S.C. § 230(c)(1) .............................................................. 1, 5, 11, 18

Cal. Bus. & Prof. Code § 17200. ............................................................ 1

Cal. Civ. Code § 52.5 ............................................................................ 22

Cal. Penal Code § 236.1 ........................................................................ 22

N.J. Stat. § 2A:30B-3(a)(3) ................................................................... 23

Pub. L. 115-164, 132 Stat. 1253 (Apr. 11, 2018) ................................. 11

Gibson, Dunn &
Crutcher LLP

MOTION TO DISMISS
BY DEFENDANT REDDIT, INC.

-vii-

CASE NO. 8:21-CV-00768-JVS-KES

## MEMORANDUM OF POINTS AND AUTHORITIES
### INTRODUCTION

In this putative class action, nine Plaintiffs—one Jane Doe plaintiff suing on her own behalf, and eight Jane and John Doe parents suing on behalf of their minor daughters—seek to hold Reddit liable for the harms caused by alleged third-party posts of sexually explicit images or videos depicting minors. The first amended complaint (FAC) acknowledges that this type of child sexual exploitation material ("CSEM") violates Reddit's policies and that Reddit removes such content that comes to its attention—as Reddit did with the specific content depicting Plaintiffs or their minor daughters.

As this Court has recognized, Plaintiffs' allegations make clear that their claims are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230(c)(1). Dkt. 35 at 5. The content that they say injured them—images of them or their daughters— were indisputably created by third parties, not by Reddit. Their claims thus fall squarely within the immunity provided by Section 230. Nor do any of the statutory exceptions to Section 230 apply. Although Plaintiffs try to bring themselves within the exception for certain federal trafficking claims, 47 U.S.C. § 230(e)(5), they do not and cannot plausibly allege that Reddit engaged in a criminal violation of 18 U.S.C. § 1591, as is required for that exception, nor do they meet the other elements of the civil remedies provision of the Trafficking Victims Protection Reauthorization Act ("TVPRA"), *see* 18 U.S.C. § 1595; *see also* 18 U.S.C. § 1591.

Even apart from Section 230, the FAC fails to state any actionable claim against Reddit. The FAC does not allege facts showing that Reddit violated any state or federal laws related to sex trafficking or the distribution of CSEM. Among other reasons, the FAC contains no plausible allegations of Reddit's knowledge or intent, as required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). And the FAC fails to state facts that would establish the elements of a claim under California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*), including standing, and it also fails to state a claim for unjust enrichment or intentional infliction of emotional distress.

## SUMMARY OF ALLEGATIONS

Plaintiffs purport to bring a class action on behalf of all persons who appeared on Reddit's website in a sexually explicit video or image that was taken when that person was under the age of 18.  FAC ¶ 1.  In essence, the FAC alleges that Reddit, by providing a website that encourages people to post their own content, should be liable when third parties post CSEM on Reddit, contrary to Reddit's clear policies prohibiting such material.

The FAC admits that Reddit's platform is broadly available to the public and is used by individuals to share and discuss a myriad of topics and types of content.  The FAC describes Reddit as "an enormously popular website," with over 52 million daily active users who contributed 303.4 million posts, two billion comments, and 49.2 billion upvotes last year alone.  FAC ¶ 36.  Reddit is a "social sharing website … built around users submitting links, pictures, and text, which everyone can then vote on." *Id*. ¶ 37.  Reddit "is made up of individual communities called subreddits," which are "create[d]" by "users." *Id*. ¶¶ 42, 44.  Each subreddit has its own "page, subject matter, users, and moderators," and is populated by users with stories, links, and media. *Id*. ¶ 42.  The Reddit community includes thousands of subreddits covering a wide array of topics, including "Art & Design," "Business & Finance," "News & Education," and "Sports." *Id.* ¶ 71.

Plaintiffs admit that Reddit engages in significant efforts to moderate the immense flow of traffic on its platform.  The FAC alleges that "subreddits are managed by one or more lay 'moderators,'" *i.e.*, non-employees who make decisions as to what "types of content are allowed in the subreddit."  FAC ¶ 44.  These moderators are subject to oversight, and the FAC alleges that Reddit employees, including members of an internal "Trust & Safety team," have the "power to strip moderators of their privileges and ban subreddits or particular content from the site," and that the primary role of these employees is to "identify and remove content that violates Reddit's Content Policy, including in private messages and subreddits." *Id*. ¶¶ 44, 45.  As the FAC admits, this Content Policy expressly bans the posting of any CSEM. *Id.* ¶¶ 3, 57.  Reddit also employs an Anti-Evil internal security team, whose role is to "create automated software

1    that flags content that violates Reddit's policies." *Id*. ¶ 46.

2         Despite acknowledging the user-driven nature of the platform and Reddit's express

3    policies against CSEM and other harmful content, the FAC alleges that Reddit should be

4    liable because some third-party users uploaded CSEM to the platform in violation of those

5    policies.  The FAC includes several paragraphs of anecdotal third-party accounts claiming

6    that in some instances Reddit was too slow to take down certain offensive postings or

7    subreddits, or failed to do so altogether.  FAC ¶¶ 54–61, 96–105, 111–12, 129–37.  Many

8    of these examples are almost a decade old and predate any of the allegations specific to

9    Plaintiffs. *Id.* ¶¶ 54, 58, 115, 129, 135–36.

10        Crucially, Plaintiffs do not allege a single affirmative act by Reddit that can be

11   linked to the creation or facilitation of CSEM.  On the contrary, the FAC points to multiple

12   instances where subreddits with offending content were banned.  FAC ¶¶ 3, 4, 58.  There

13   is no allegation that Reddit itself encouraged the posting of the offending content, and

14   certainly no allegation that any such content was created by Reddit.

15        This consistent focus on content posted by third parties pervades the specific

16   allegations about each Plaintiffs' own circumstances.  Jane Doe 1 alleges that, when she

17   was 16, her boyfriend created four videos of the two of them engaging in sexual

18   intercourse. FAC ¶ 143.  She claims that she was induced to perform the sex acts depicted

19   in the videos.  *Id.*  She further alleges that, after the relationship ended violently, she

20   learned that the boyfriend had uploaded the videos on "various websites, including

21   Reddit," accompanied by disparaging, misogynistic, and/or racist remarks.  *Id.* ¶¶ 145–

22   46.  He also allegedly encouraged other users to repost the videos, and sent messages to

23   other users encouraging them to share photos or perform "tributes" in exchange for

24   sexually explicit videos and images.  *Id.* ¶¶ 146–47.  The FAC alleges that Jane Doe 1

25   reported these posts to moderators and asked that they be taken down.  *Id.* ¶ 148.  She

26   complains that "it took days," but admits that Reddit did take down the complained-of

27   content and disabled the ex-boyfriend's Reddit account.  *Id.* ¶¶ 148–49.  She alleges that,

28   despite Reddit's efforts, the ex-boyfriend would "simply post anew" and that she has been

forced to monitor multiple subreddits to ensure that the content is not uploaded again. *Id*. ¶¶ 151–54.

The remaining Plaintiffs are eight parents, who allege on behalf of their minor daughters that an unnamed Reddit user (or group of users) posted sexually explicit content of their daughters on Reddit. Jane and John Does 2, 3, 5 and 6 allege that this Reddit user first obtained these sexually explicit photographs from a different, unnamed "third party." FAC ¶¶ 156, 175, 213, 224. John and Jane Does 2 and 4 further allege that the same Reddit user conducted a "scam" on an unnamed "social media website" through which he threatened their daughters and manipulated them into sending him sexually explicit photos. *Id*. ¶¶ 156–203. The FAC alleges that Plaintiffs made requests to Reddit and various moderators to have the offensive content removed. *Id.* ¶¶ 156–229.

Like Jane Doe 1, the parent Plaintiffs allege that the wrongdoer who exploited their children repeatedly evades Reddit's prevention efforts, leaving them to have to monitor subreddits for any renewed postings of the offending content and then ask Reddit to remove them. FAC ¶¶ 169, 185, 195, 210, 221, 226. Plaintiffs allege that this process of having to monitor and report offensive conduct has caused them psychological and emotional distress. *Id*. ¶¶ 154, 173, 200, 210, 221, 229.

### LEGAL STANDARD

To survive a motion to dismiss, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Iqbal*, 556 U.S. at 678 (citation omitted). A "formulaic recitation of the elements" of a claim or assertions "devoid of 'further factual enhancement'" is insufficient. *Id*. Plaintiffs' factual allegations "must be enough to raise a right to relief above a 'speculative level.'" *Eclectic Properties E., LLC v. Marcus & Millichap Co.*, 751 F.3d 990, 995 (9th Cir. 2014). Claims also may be dismissed based on a dispositive issue of law. *Seismic Reservoir 2020, Inc. v. Paulsson*, 785 F.3d 330, 335 (9th Cir. 2015).

**ARGUMENT**

**I.      Section 230 of the Communications Decency Act Bars Plaintiffs' Claims**

As the Ninth Circuit has repeatedly affirmed, Section 230 "immunizes providers of interactive computer services against liability arising from content created by third parties." *Fair Hous. Council v. Roommates.com, LLC*, 521 F.3d 1157, 1162 (9th Cir. 2008) (en banc); *Dyroff v. Ultimate Software Grp., Inc.*, 934 F.3d 1093, 1097 (9th Cir. 2019).   Specifically, Section 230(c)(1) provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of information provided by another information content provider."  47 U.S.C. § 230(c)(1).

Section 230 mandates dismissal where (1) the defendant is a "provider … of an interactive computer service," and (2) the claims seek to hold the defendant liable as a "publisher or speaker" of (3) content created by someone other than the defendant-interactive computer service provider.  47 U.S.C. § 230(c)(1); *Gonzalez v. Google LLC*, -- F.4th --, 2021 WL 2546675, at *12 (9th Cir. June 22, 2021).  All three elements are met here, and Plaintiffs cannot invoke any of the exceptions to Section 230 immunity.

**A.      Section 230 Applies to Each of Plaintiffs' Claims**

First, Reddit is a provider of "interactive computer services."  Dkt. 35 at 5 (citing *Hepp v. Facebook, Inc.*, 465 F. Supp. 3d 491, 498 (E.D. Pa. 2020)).

Second, Plaintiffs' claims necessarily arise from content created entirely by the third parties, who posted the at-issue videos and images on Reddit and other sites. *Herrick v. Grindr LLC*, 765 F. App'x 586, 590–91 (2d Cir. 2019) (claims brought by victim of online campaign of harassment by ex-boyfriend barred by Section 230); *Roommates*, 521 F.3d at 1162; *see* FAC ¶ 143 (Plaintiff's "boyfriend created four videos of the two of them engaging in sexual intercourse"); *id*. ¶ 145 (Plaintiff's "ex-boyfriend had posted multiple videos and images online of the two of them engaging in sexual intercourse"); *id*. ¶¶ 156, 175, 203 (third party extorted the daughters of Jane Does 2, 3 and 4 into sending photographs); *id*. ¶¶ 213, 224 (third party obtained from another third party sexually explicit photos of the daughters of Jane Does 5 and 6).

Third, as this Court made clear, Plaintiffs' claims impermissibly seek to treat Reddit as the speaker or publisher of this third-party content, even though there is no allegation that Reddit created or even contributed to this allegedly unlawful content. Dkt. 35 at 5–6; *see Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1100–01 (9th Cir. 2009).  As the Ninth Circuit recently reaffirmed, Section 230 applies, "regardless of the type of claim brought," so long as "the duty the plaintiff alleges stems from the defendant's status or conduct as a publisher or speaker." *Lemmon v. Snap, Inc.*, 995 F.3d 1085, 1091 (9th Cir. 2021).  In turn, "'publication' generally 'involve[s] reviewing, editing, and deciding whether to publish or to withdraw from publication third-party content.'" *Id*. Here, each of Plaintiffs' claims seeks to hold Reddit liable as a publisher of the allegedly harmful third-party content.  *See generally Barnes*, 570 F.3d at 1102.

At their core, all of Plaintiffs' claims depend on the theory that Reddit, or the lay moderators who are in charge of certain subreddits, allowed third parties to upload images and videos of Plaintiffs and then failed sufficiently to monitor that third-party content to ensure that harmful images would be promptly removed.   Specifically, Plaintiffs allege that Reddit should not have allowed its users to upload the at-issue content (FAC ¶ 292), that it took too long to remove content when requested to do so (*id*. ¶ 149), and that even when it did remove such content, it did not sufficiently monitor the site to prevent repeat postings (*id*. ¶¶ 153, 169).  As this Court recognized, "[t]he decision to permit users to upload content to a website is a quintessential function of a publisher under § 230." Dkt. 35 at 5–6 (citing *Barnes*, 570 F.3d at 1105).  Accordingly, Plaintiffs' claims fall squarely within Section 230.  *Roommates*, 521 F.3d at 1170–71 ("determin[ing] whether or not to prevent [the] posting" of third-party material online is "precisely the kind of activity for which section 230 was meant to provide immunity").

Plaintiffs' allegations regarding Reddit's purported failure to remove posts (FAC ¶¶ 149, 160, 164, 168), or the failures of its lay moderators to do so, is just the other side of this same coin—they all relate to publisher conduct that falls within Section 230's immunity.  *Barnes*, 570 F.3d at 1105 (Section 230 shields from liability "*all* publication

decisions, *whether* to edit, to *remove*, or to post, with respect to content generated entirely by third parties") (emphases added); *Force v. Facebook, Inc.*, 934 F.3d 53, 65 (2d Cir. 2019) ("Facebook's alleged failure to delete content … falls within the heartland of what it means to be the 'publisher' of information under Section 230(c)(1)."); *In re Zoom Video Commc'ns Inv. Priv. Litig.*, -- F. Supp. 3d --, 2021 WL 930623, at *12 (N.D. Cal. Mar 11, 2021) ("[F]ailure to edit or block user-generated content is the very activity Congress sought to immunize.") (citation and internal quotation marks omitted). Likewise, the assertion that Reddit is liable because Reddit users were able to repost content that was previously removed (*e.g.*, FAC ¶¶ 149, 168, 189, 209, 228) "is foreclosed" by Ninth Circuit precedent holding that a platform's efforts to remove objectionable content "cannot create liability for service providers' failure to remove all such content." *Pennie v. Twitter*, 281 F. Supp. 3d 874, 890 (N.D. Cal. 2017).

The Ninth Circuit has repeatedly held that Section 230 bars precisely these types of claims. In *Barnes*, the plaintiff sued Yahoo for failing to remove her nude photos that her ex-boyfriend had posted with an open solicitation to engage in sexual intercourse. 570 F.3d at 1098–99. The Ninth Circuit held that the plaintiff's negligence claims were barred because they would treat Yahoo as a publisher of that third-party content. *Id.* at 1102–03; *see also Dyroff*, 934 F.3d at 1095, 1098 (Section 230 barred claims that necessarily arose from the "content" of third-party postings). The same is true here—the only way to hold Reddit liable for the content posted by third parties is to treat Reddit as the publisher of that content, but Section 230 specifically prohibits such treatment.

Plaintiffs cast their claims in terms of Reddit's moderation policies, its moderator appointment practices, or its failure to verify the age of the user, but Section 230 applies to "claims which, though artfully pleaded to avoid direct reference, implicitly require recourse to that content to establish liability or implicate a defendant's role, broadly defined, in publishing or excluding third party [c]ommunications." *Gonzalez v. Google, Inc.*, 335 F. Supp. 3d 1156, 1170 (N.D. Cal. 2018), *aff'd*, 2021 WL 2546675 (9th Cir. June 22, 2021); *Herrick*, 765 F. App'x at 590–91 (design defect claims barred because

they "seek to hold Grindr liable for its failure to combat or remove offensive third-party content"); *Doe v. MySpace, Inc.*, 528 F.3d 413, 419–20 (5th Cir. 2008) (Section 230 bars claims that platform failed "to implement measures that would have prevented [the plaintiff] from communicating with [her trafficker]").  Claims like these, based on "voluntary precautions that the CDA permits but does not require," are barred because Section 230 prohibits imposing heightened publisher duties on interactive computer service providers.  *Daniel v. Armslist, LLC*, 386 Wis. 2d 449, 475 (2019).  Plaintiffs point to other aspects of Reddit's platform, but none of them undermine Section 230 immunity.

**Awarding of "Karma."**  In an effort to plead around Section 230, Plaintiffs try to allege that Reddit is actually a creator of the harmful CSEM posted on its site because it gives "karma" to contributors.  FAC ¶¶ 41, 63.  According to the FAC, the karma given to users who receive a large number of "votes" on their submissions or comments mean that Reddit plays an "active role" in "shaping the narrative presented on its websites." *Id.* ¶ 41.  But the FAC nowhere alleges that the "karma" feature was reserved for CSEM or other illegal content, and the Ninth Circuit has made clear that a website's "supplying [of] 'neutral tools'" does not take it out of Section 230.  *Gonzalez*, 2021 WL 2546675, at *14; *Roommates*, 521 F.3d at 1169; *La Park La Brea A LLC v. Airbnb, Inc.*, 285 F. Supp. 3d 1097, 1106–08 (C.D. Cal. 2017).

In *Kimzey v. Yelp*, for example, the plaintiff alleged that Yelp was the creator of negative reviews of his restaurant due to Yelp's use of a star rating system.  836 F.3d 1263, 1270 (9th Cir. 2016).  The Ninth Circuit disagreed, reasoning that the star rating function only encouraged the general creation of third-party content, and did not turn Yelp into a content provider with respect to the third-party reviews.  *Id*. at 1270–71.  Here Reddit's "karma" functionality does not make Reddit a content provider with respect to the content to which the "karma" was given—even if Plaintiffs could allege, which they have not done here, that any "karma" was given to the specific postings underlying the claims in this case.  And the suggestion that Reddit was somehow an

information content provider with respect to any such postings is further foreclosed by Plaintiffs' admission that Reddit's policies prohibit the very type of content at issue here. *Gonzalez*, 2021 WL 2546675, at *14.

**Search Functions.**   The ability to search on Reddit's website or a search algorithm returning results (FAC ¶ 43) does not turn Reddit into a content creator. Again, such functions are "'neutral tools' that deliver content in response to user inputs," and cannot "transform[]" a website "into a content creator or developer."  *Gonzalez*, 2021 WL 2546675, at *14.  In *Dyroff*, the plaintiff argued that the defendant contributed to the illegality of content because it used "algorithms and tools to collect [and] analyze" user data to "'recommend' and 'steer' vulnerable users … to forums frequented by drug users and dealers."  *Dyroff v. Ultimate Software Grp., Inc.*, 2017 WL 5665670, at *8 (N.D. Cal. Nov. 26, 2017), *aff'd*, 934 F.3d 1093 (9th Cir. 2019).  The court held that those website functionalities, *i.e.,* "algorithmic recommendations of related groups[]," were based on "users' voluntary inputs that create[d] the content on" the website.  *Id*. at *10; *see also Federal Agency of News LLC v. Facebook, Inc.*, 432 F. Supp. 3d 1107, 1118 (N.D. Cal. 2020) (recommending content does not "create 'content'").

**Private Messaging.**  The FAC next alleges that "Reddit permits its users to send each other private, direct messages," and that Reddit users "use such private, direct messages to send each other information about how to access CSEM" and "sometimes arrange an exchange of money for access to CSEM."  FAC ¶ 89.  But, once again, this is nothing more than an attempt to hold Reddit liable for third-party messages transmitted over its platform.  Courts have made clear that a platform's provision of private messaging functions falls squarely within the scope of Section 230.  *Fields v. Twitter, Inc.*, 217 F. Supp. 1116, 1128 (N.D. Cal. 2016) (collecting cases applying Section 230 immunity to "bar claims predicated on a defendant's transmission of nonpublic messages"), *aff'd on other grounds*, 881 F.3d 739 (9th Cir. 2018).  In *Herrick*, the Second Circuit affirmed the dismissal of claims that an ex-boyfriend created a fake profile and sent direct messages to other users of Grindr, holding that the claims would

treat Grindr as the publisher or speaker of the messages.    765 F. App'x at 590. Allegations that a defendant failed to enact policies that would have prevented the transmission of harmful private messages are "exactly the type of claim that CDA immunity bars" because the claim is "based upon information provided by another" and the claim "would treat Defendant as though they published" those messages. *Doe v. Kik Interactive, Inc.*, 482 F. Supp. 3d 1242, 1248–49 (S.D. Fla. 2020).

**Advertising and Subscription Revenue.**  Plaintiffs' allegations about Reddit's collection of advertising and subscription revenue also do not transform it into a content creator.  "[T]hat a website elicits online content for profit is immaterial" to the Section 230 analysis; "the only relevant inquiry is whether the interactive service provider 'creates' or 'develops' that content." *Goddard v. Google*, 2008 WL 5245490, at *3 (N.D. Cal. Dec. 17, 2008); *Federal Agency of News*, 432 F. Supp. 3d at 1119 (collecting cases).  Only when a plaintiff alleges that a website shared revenue with the alleged wrongdoer in connection with the illegal content, and seeks to hold the website liable for that revenue sharing alone, can the plaintiff avoid Section 230.  *Gonzalez*, 2021 WL 2546675, at *19.  Here, there are no allegations whatsoever that Reddit shared revenue with Reddit users, much less with users who violated its content policies.

**Illegality of Content.**  Finally, the application of Section 230 does not turn on whether the third-party content posted on a defendant's platform is illegal—as Plaintiffs allege was the case here.  The law is clear that a website does not become "the developer of discriminatory content if it provided a free-text search … even if users utilized it to search for discriminatory keywords." *Roommates*, 521 F.3d at 1174 n.37.  Where plaintiffs merely point to neutral tools on a platform, "a plaintiff may not establish developer liability merely by alleging that the operator of a website should have known that the availability of [these] tools might facilitate the posting of improper content." *Goddard v. Google, Inc.*, 640 F. Supp. 2d 1193, 1198 (N.D. Cal. 2009).

**B.    No Exception to Section 230 Applies**

Plaintiffs reference various statutory exemptions to Section 230 (FAC ¶¶ 34, 272),

but do not plausibly allege a claim that falls within any of these exemptions.

### 1. The Complaint Does Not Allege Any Conduct by Reddit "Constituting a Violation" of Section 1591

Plaintiffs cannot rely on the narrow exemption for federal trafficking claims enacted as part of the Allow States and Victims to Fight Online Sex Trafficking Act ("FOSTA"). Pub. L. 115-164, 132 Stat. 1253 (Apr. 11, 2018). FOSTA only exempted civil claims "brought under" Section 1595 if "the conduct underlying the claim constitutes a violation of [18 U.S.C.] section 1591," meaning the federal criminal trafficking statute. 47 U.S.C. 230(e)(5)(A). Reading Section 230(e)(5)(A) as exempting a § 1595 claim that does not satisfy the criminal § 1591 standard "would disregard the plain language and structure of FOSTA." *Kik*, 482 F. Supp. 3d at 1250.

As it relates to the trafficking of minors, § 1591(a) creates criminal liability when the defendant (1) knowingly "recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person … knowing, or … in reckless disregard of the fact, … that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act," or (2) knowingly "benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1)." Section 1591(e)(3) defines a commercial sex act as "any sex act, on account of which anything of value is given to or received by any person." And "participation in a venture" is defined as "knowingly assisting, supporting, or facilitating a violation of subsection (a)(1)"—that is, a primary criminal violation. 18 U.S.C. § 1591(e)(4).

The FAC fails to allege that any person committed a primary trafficking violation under § 1591(a)(1), much less that Reddit committed a secondary violation under § 1591(a)(2) by knowingly assisting, supporting, or facilitating such a primary violation.

### (a) Plaintiffs Do Not Allege That They Were Trafficked

Plaintiffs do not allege that they are victims of a sex trafficking offense as defined by 18 U.S.C. § 1591(a)(1)—much less one committed by Reddit. Section 1591 makes

clear that the alleged primary trafficker must engage in at least one of the actions enumerated in subsection (a)(1) with respect to the specific victim—*i.e.*, must recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit that "person," and must do so with knowledge or reckless disregard of the fact that their actions "will in the future cause" that victim to engage in a commercial sex act. *United States v. Todd*, 627 F.3d 329, 333–34 (9th Cir. 2010). This awareness must exist at the time the trafficker commits the alleged predicate acts. *Id.*; *see also Noble v. Weinstein*, 335 F. Supp. 3d 504, 518 (S.D.N.Y. 2018) (addressing whether defendant was aware of his fraud "when he enticed and recruited" the victim).

Here, the acts of Plaintiffs' wrongdoers are not "trafficking" within the meaning of § 1591(a). Most of the Plaintiffs—namely Does 3, 5, and 6—do not even allege that the third-party wrongdoers acquired their daughters' sexually explicit content by "recruit[ing], entic[ing], harbor[ing], transport[ing], provi[ding], obtain[ing], advertis[ing], maintain[ing], patroniz[ing], or solicit[ing]" their *daughters*. 18 U.S.C. § 1591(a). Instead, they allege that the perpetrators "obtained" *photographs* from another "third party" (FAC ¶¶ 175, 21, 224), and then posted the photographs on Reddit. These allegations do not establish trafficking under Section 1591(a), which requires that the trafficker commit the statutorily enumerated actions against the specific victim.

The remaining Plaintiffs also fail to state a trafficking claim. Jane Doe 1 adds an unelaborated allegation that she "was induced to perform the sex acts" with her ex-boyfriend. FAC ¶ 143. But even if this bare allegation were sufficient to establish one of the actions specified in Section 1591(a)(1) (meaning that the ex-boyfriend "entice[d]" or "solicit[ed]" Jane Doe 1 in some way), there still is no allegation that he did so with knowledge that his actions "will in the future cause" Jane Doe 1 to engage in a commercial sex act. *Todd*, 627 F.3d at 334. The FAC does not allege that anything of value was exchanged for the sex acts at issue, nor does it even allege that the ex-boyfriend intended at the time the videos were taken that they would later be posted online for commercial gain. Although the FAC alleges that this ex-boyfriend later

sought "exposure" or "tributes" for the posting of this material, use of these euphemisms are not plausible allegations that he or anyone else intended to receive any commercial gain *at the time* he allegedly induced Jane Doe 1 to engage in sex acts.  FAC ¶ 147.

Similarly, although John and Jane Does 2 and 4 allege "extort[ion]" of their daughters (FAC ¶¶ 156, 203), they do not allege that the Reddit user (or group of users) who targeted them knew or intended, at the time of the alleged extortion, that the posting of the allegedly sexually explicit content would result in any of Plaintiffs' daughters being caused to engage in a commercial sex act as defined in the statute.[1]  Although the FAC alleges that, as a general matter, Reddit users can earn "karma" from Reddit and receive "coins" (virtual goods with no monetary value) from other users for active engagement on the website (*id.* ¶¶ 41, 66), there is no allegation that these third parties sought or received Reddit karma or coins from any sex acts by Plaintiffs, or even from posting the sexually explicit material at issue.

### (b)   Plaintiffs Do Not Allege That Reddit Knowingly Assisted or Facilitated a Primary Trafficking Violation by the Alleged Wrongdoers

Even apart from the failure to allege that Plaintiffs were subjected to trafficking within the meaning of Section 1591(a)(1), the FAC fails to allege facts establishing that Reddit could be liable for secondary criminal liability under Section 1591(a)(2).  *See* Dkt. 35 at 7–8.  In 2018, Congress, through FOSTA, expressly defined "participation in a venture" as "knowingly assisting, supporting, or facilitating a violation of subsection (a)(1)"—*i.e.*, a direct trafficking venture.  18 U.S.C. § 1591(e)(4).  Additionally, courts interpreting Section 1591 before 2018 have held that a plaintiff must at least allege "overt" participation in the sex trafficking aspects of the venture affecting the trafficked individual, *United States v. Afyare*, 632 F. App'x 272, 286 (6th Cir. 2016); *Geiss v.*

---

[1]   During parties L.R. 7-3 conference on this Motion, Reddit's counsel asked Plaintiffs to identify any case holding that the distribution of photographs not engaged in sexual conduct even constitutes a "sex act" under 18 U.S.C. § 1591.  Plaintiffs did not provide any such authority, nor has Reddit found any.

*Weinstein Co. Holdings, LLC*, 383 F. Supp. 3d 156, 169 (S.D.N.Y. 2019).[2]  But the FAC never alleges that Reddit overtly or actively participated in any sex trafficking act involving Plaintiffs.  Instead, it acknowledges that any recording of any Plaintiffs' sexually explicit material occurred *before* their wrongdoers sought to distribute recordings by posting them to Reddit.  The only *active* steps purportedly committed by Reddit are the steps it took to *remove* the offending posts upon receiving notice of these complaints.  *See, e.g.*, FAC ¶¶ 149, 160, 170, 186.

Plaintiffs' more general allegations also fail to establish knowing facilitation of trafficking by Reddit.  In trying to explain how Reddit "Facilitates Child Sex Trafficking by Encouraging Users to Target Underage Content" (FAC at p. 20 & ¶¶ 68–75), Plaintiffs identify only Reddit's general advertising policy of encouraging "potential advertisers to find subreddits" that match their potential audiences, and the existence of unaffiliated third-party tools like "Redditlist and FrontPageMetrics that help advertisers identify" appropriate subreddits.  *Id*. ¶¶ 73–74.  They never allege that Reddit intentionally paired advertisers with subreddits containing CSEM, much less assisted, supported, or facilitated a sex trafficking violation or even the posting of CSEM.  Indeed, any such postings would breach Reddit's own policies that, as the FAC admits, prohibit CSEM on the platform.  *Id.* ¶ 3.  Likewise, in attempting to explain how Reddit "Facilitates Solicitation of CSEM" (*id.* at p. 24 & ¶¶ 83–89), Plaintiffs cite instances where third party "users have been found soliciting or offering CSEM images via links to external websites" and note that "Reddit users use … private, direct messages to send each other information about how to access CSEM."  But the FAC nowhere alleges that Reddit knew about or encouraged these third-party communications, much less assisted, supported, or facilitated sex trafficking within the meaning of Section 1591(a).

---

[2]  Even under the lower standards of Section 1595 (that is, outside the context of Section 230) any participation must be tied to the particular sex trafficking venture involving the plaintiff.  *S.J. v. Choice Hotels Int'l*, 473 F. Supp. 3d 147, 154 (E.D.N.Y. 2020) ("The statutory text speaks in singular terms" and refers to a "particular sex trafficking venture," as opposed to a "general sex trafficking problem").

Judge Gilliam's reasoning in *J.B. v. G6 Hospital, Inc.*, 2020 WL 4901196 (N.D. Cal. Aug. 20, 2020), is instructive.  There, a sex trafficking victim brought a federal Section 1595 claim against Craigslist, a "classified advertising website," for hosting online posts advertising the plaintiff for commercial sex.  *Id.* at *1.  The plaintiff alleged that Craigslist "knew that its erotic services section was well known to commercial sex customers," but failed effectively to prevent or combat the third-party postings.  *Id.* at *1–9.  The court dismissed the Section 1595 claim, finding such general allegations of knowledge and inaction insufficient to establish participation by the website.[3]  The court noted that plaintiff's expansive theory of liability would "mean that all 'web[-]based communications have a legal duty to inspect every single user-generated message before it is communicated to a single person or displayed to the public,'" and concluded that there is "no indication that Congress intended to create" such liability, especially "in light of the volume of posts generated by third parties daily." *Id.* at *9; *see also* Dkt. 35 at 7–8.  Notably, in the context of Reddit, this would require holding that Reddit participates in ventures with each of its "52 million daily active users."  FAC ¶ 68.  And any inference of Reddit's knowing assistance or facilitation of these third parties is negated by Plaintiffs' admission that Reddit often took affirmative steps to prevent third parties from posting CSEM.  *Williams v Yamaha Motor Co. Ltd.*, 851 F.3d 1015, 1028 (9th Cir. 2017) (affirming dismissal of claims that contradicted plaintiff's' "own characterization" of the case).

### (c) Plaintiffs Do Not Allege That Reddit Received a Benefit from Any Facilitation of Trafficking

Section 1591 also requires that the defendant "knowingly … benefit[] … *from* participation in a venture which has engaged in a violation of [§ 1591(a)(1)]" (emphasis added).  As this text makes clear, there must be a causal relationship between the benefit

---

[3]  Notably, Judge Gillam reached this conclusion by relying on cases outside the Section 230 context and applying a lower "participation" standard that required only a "tacit agreement," as opposed to the defendant's overt participation in the venture. *J.B.*, 2020 WL 49011196, at *9.  As explained above, the higher standard must apply when plaintiffs seek an exemption to Section 230. *Kik*, 482 F. Supp. at 1250.

Gibson, Dunn &
Crutcher LLP

acquired and the assistance, support, or facilitation of the underlying trafficking conduct. *Noble*, 335 F. Supp. 3d at 524; *Geiss*, 383 F. Supp. 3d at 169.  Courts have distinguished between benefits derived from "participation in the sex trafficking act itself" and the mere receipt of a general commercial benefit derived from the operation of one's business.  *Noble*, 335 F. Supp. 3d at 524 (defendant who worked with Harvey Weinstein was not liable where the defendant merely "benefitted financially" from Weinstein's "promotion of films and other business-related activities"); *Kolbek v. Twenty First Century Holiness Tabernacle Church, Inc.*, 2013 WL 6816174, at *16 (W.D. Ark. Dec. 24, 2013) (employees were not liable for ministry leader's misconduct merely because they "had their expenses paid for through ministry funds").

Here, the purported "benefit" to Reddit from alleged sex trafficking is the advertising revenue that it earns from its general business activities as a whole. FAC ¶ 75 ("The more views Reddit gets, the more advertiser interest it has, and the more revenue it generates.").  Apart from identifying these common benefits received by any internet platform that relies in part on advertising revenue, the FAC is devoid of any plausible allegation linking this general benefit to the presence of CSEM on Reddit's platform, much less the offensive content involving these specific Plaintiffs.

Plaintiffs speculate that "[t]he more controversial the subreddit, the more buzz it generates from users" (FAC ¶¶ 63, 69), and then assert pages later that "many of" Reddit's "three billion ad impressions each day … are attributable to content posted of underage victims" (*id.* ¶ 250).  But as the FAC admits, the content on Reddit spans a broad variety of topics, the vast majority of which have nothing to do with sexual content of any kind. *Id.* ¶ 71.  Plaintiffs' vague reference to "controversial" content, which could refer to anything from politics to debates over other social issues, cannot change the fact that Plaintiffs nowhere allege that the presence of CSEM, much less the CSEM involving Plaintiffs themselves, led to a net increase in traffic or advertising revenue for Reddit. Any inferential leap to bridge that gap would be sheer speculation, contrary to *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).  Indeed, the FAC admits that the

presence of CSEM on Reddit has yielded complaints and negative press (FAC ¶¶ 133–41), causing Reddit to implement stricter policies against such material (*id.* ¶ 3).  The most plausible inference is that the overwhelming majority of Reddit's more than "52 million daily active users" (*id.* ¶ 36) and advertisers disapprove of such content, so that any general commercial benefit from advertising revenue would be "*in spite of*," not because of, the alleged presence of CSEM on its platform—a point that is underscored by the fact that accessing CSEM with intent to view it is a federal crime (18 U.S.C. § 2252(A)(a)(4)).  *See generally Geiss*, 383 F. Supp. 3d at 169–70 (requirement of knowing benefit not met where allegations of trafficking "caused many women not to work with [defendant], diverted company resources … away from business activities, and exposed [defendant] to potential liability").  It is thus highly implausible that Reddit had a policy of seeking to promote and profit from such actions.

### (d)   Plaintiffs Do Not Allege That Reddit Had Specific Knowledge of Their "Trafficking"

Finally, the FAC also fails to allege that Reddit had actual knowledge, or acted in reckless disregard of, the specific circumstances of Plaintiffs' alleged trafficking.  Critically, because Section 230 applies and Plaintiffs must allege a violation of Section 1591, they cannot rely on the lower "should have known" standard for non-Section 230 civil claims under Section 1595.  And because the statutory text speaks in victim-specific terms, Plaintiffs must "plausibly establish" that Defendants facilitated or assisted a primary violation "involving [the plaintiff]," *see* 18 U.S.C. § 1591(a)(2) & (e)(4), and not merely that "Defendants knew that other sex trafficking incidents occurred on [the defendants' website]."  *Kik*, 482 F. Supp. at 1251; *S.J.*, 473 F. Supp. 3d at 154.

Even accepting Plaintiffs' expansive (and incorrect) theory that Reddit could be deemed to have participated in a sex trafficking venture by passively allowing third parties to post on its platform, the FAC still does not allege that Reddit had the requisite specific knowledge at the time of these postings.  At most, it alleges that Reddit learned of each of the offending posts *after* they were posted on Reddit and *after* Plaintiffs

complained about them.  *See, e.g.*, FAC ¶¶ 148, 159, 178.  Although Plaintiffs allege that "Reddit has access to and the opportunity to view the videos and images posted on its site" (*id.* ¶ 52), this conclusory allegation does not establish that Reddit had actual knowledge of the *specific* content depicting Plaintiffs, or the fact that Plaintiffs were *underage* in those specific posts.  Having failed to allege a violation of Section 1591, Plaintiffs cannot invoke the FOSTA exemption to Section 230 immunity.

## 2.    Plaintiffs' Civil Claims Predicated on Federal Criminal Offenses Are Not Exempt from Section 230

Plaintiffs' claims premised on other violations of federal criminal law, namely 18 U.S.C §§ 2252A, 2258A (Counts II–III), are plainly not exempt from Section 230, which creates an exemption only for *criminal* "enforcement" actions.  47 U.S.C § 230(e)(1).  Any argument to the contrary is foreclosed by binding Ninth Circuit authority.  Dkt. 35 at 6 (citing *Gonzalez*, 2021 WL 2456675, at *12).

## 3.    State Law Claims Are Not Exempt from Section 230

Finally, Plaintiffs' state law claims, including those related to sex trafficking (Counts IV–IX), are barred by Section 230, and that immunity is unaffected by FOSTA. Dkt. 35 at 10–11.  *See Morton v. Twitter, Inc.*, 2021 WL 1181753, at *4 (C.D. Cal. Feb. 19, 2021) (collecting cases where courts have applied Section 230 to bar, among others, UCL, emotional distress, and unjust enrichment claims); *J.B.*, 2020 WL 4901196, at *5 ("plain language" of FOSTA exemptions "suggests that state claims are not carved out" from Section 230 immunity, "even in sex trafficking cases").

## II.   Plaintiffs Fail to State a Claim on Any of Their Causes of Action

Even apart from Section 230, Plaintiffs still fail to state a claim under each of their causes of action.

### A.    Plaintiffs Do Not Adequately Allege a Sex Trafficking Claim Under Section 1595 (Count I)

To state a civil claim under 18 U.S.C § 1595, Plaintiffs must show that Reddit (1) "knowingly benefit[ed]" from (2) "participation in a venture" that (3) Reddit "knew or should have known has engaged in a violation" of Section 1591.  For the above

reasons, Plaintiffs fail to allege that they are "trafficking" victims under Section 1591, that Reddit assisted or facilitated the third-party wrongdoers, or that Reddit received a benefit from any such assistance or facilitation.  Each of these deficiencies bars any claim under Section 1595.

Although Section 1595—outside the context of Section 230—provides a "should have known" standard that is more lenient than Section 1591, Plaintiffs cannot meet that standard either, because they do not allege that Reddit "should have known" of the specific circumstances of their, or their daughters', alleged "trafficking."   This specificity requirement applies to Section 1595 claims, even outside the context of FOSTA and Section 1591.  *See S.J.*, 473 F. Supp. 3d at 154 ("[t]he statutory text speaks in singular terms," so "knowledge or willful blindness of a general sex trafficking problem" is not sufficient); *Doe 3 v. Red Roof Inns, Inc.*, 2020 WL 1872333, at *3 (N.D. Ga. Apr. 13, 2020) (general complaints about prostitution on the premises were insufficient absent allegations that the defendant had a connection with the individual victim); *A.D. v. Wyndham Hotels and Resorts, Inc.*, No. 4:19-CV-0020-AWA-LRL, at 11 (E.D. Va. July 22, 2020) (allegation of "general awareness is insufficient to establish that [defendant] knew or should have known that it was participating in a sex trafficking venture").  As explained above, the FAC does not plausibly allege that Reddit should have, or even could have, known of Plaintiffs' specific circumstances at the time it allegedly participated in ventures with their third-party wrongdoers.

Separately, under Section 1595, some courts have found that plaintiffs can allege participation by alleging a "continuous business relationship between the trafficker and the [defendant] such that" the parties could be said to have a "tacit agreement."  *J.B.*, 2020 WL 4901196, at *9.  But even under this lower standard, the FAC also forecloses any inference that Reddit had a "tacit agreement" with Plaintiffs' wrongdoers.  Dkt. 35 at 7–8 (citing *J.B.*, 2020 WL 4901196, at *9).  To the contrary, the FAC concedes that Reddit undertook affirmative steps to *remove* the offending posts upon receiving notice of these complaint.  *See, e.g.*, FAC ¶¶ 149, 160, 170, 186.  Plaintiffs' allegations, which

are premised on the fact that Reddit's allegedly "lax" procedures prevented it from keeping track of individual users, also foreclose any inference that Reddit knew of the conduct of these specific third-party users and entered into agreements with them to facilitate Plaintiffs' trafficking. *Id.* ¶¶ 171, 198.

### B. There Is No Private Right of Action Under Section 2258A (Count II)

Plaintiffs' claim under 18 U.S.C. § 2258A fails because that provision, which criminalizes the failure to report child sexual abuse material in some circumstances, does not provide a private right of action. Dkt. 35 at 6.

### C. Plaintiffs Do Not Adequately Allege That Reddit Received and Distributed CSEM Under Section 2252A (Count III)

Plaintiffs also fail to state a claim under 18 U.S.C. § 2252A regarding Reddit's alleged "receipt and distribution of child pornography." FAC ¶¶ 266–72.

Section 2252(a) makes it an offense to "knowingly receive[] or distribute[] any child pornography." 18 U.S.C. § 2252A. The "mere receipt of child pornography" is not prohibited, but rather "the *knowing* receipt of this illegal content." *United States v. Dobbs*, 629 F.3d 1199, 1204 (10th Cir. 2011) (emphasis in original). This knowledge of receipt, and of the nature of the content being received, must exist at the point of "accept[ing] or taking" the offensive material. *United States v. Vallejos*, 742 F.3d 902, 906 (9th Cir. 2014) (finding knowing receipt where defendant "knew he was downloading child pornography"); *United States v. Hall*, 202 F.3d 270, at *3 (6th Cir. 2000) (per curiam) (table); *United States v. Myers*, 355 F.3d 1040, 1042 (7th Cir. 2004) ("a person who seeks out only adult pornography, but without his knowledge is sent a mix of adult and child pornography" does not violate the knowing-receipt provision).

The FAC fails to allege that Reddit knowingly received or distributed content depicting Plaintiffs' daughters. Rather, it alleges that only *after* third parties posted this content on Reddit, Plaintiffs alerted the lay moderators on the individual subreddits and Reddit administrators to the nature of the content, FAC ¶¶ 148, 159, 178. These allegations, which are premised on Reddit's purported failure to monitor the postings on

its platform, foreclose any inference that Reddit had knowledge of the nature of the content involving Plaintiffs at the time they were posted. *Id*. ¶¶ 152, 169, 195.

### D. Plaintiffs Do Not Adequately Allege That Reddit Distributed Private Sexually Explicit Materials in Violation of California Law (Count IV)

Plaintiffs also fail to state a claim under California Civil Code § 1708.85, which grants a private right of action against a defendant "who intentionally distributes" private sexually explicit materials "without … consent," if the defendant "knew that the other person had a reasonable expectation that the material would remain private."

Apart from the bare recitation of a legal conclusion (FAC ¶ 274), the FAC nowhere alleges that Reddit ever "intentionally distribute[d]" the at-issue content. Instead, it alleges the opposite—that Reddit, on multiple occasions, removed postings after receiving Plaintiffs' complaints. *Id*. ¶¶ 148, 159, 178. And Section 1708.85(c)(6) expressly precludes liability where the material "was previously distributed by another person." Jane Doe 1's own allegations establish that the content at issue was distributed first by the ex-boyfriend when he posted it on "various websites," including Reddit. *Id*. ¶ 145. The remaining Plaintiffs' allegations show that third parties previously distributed and exchanged the sexually explicit content prior to it being posted on Reddit. *Id*. ¶¶ 175, 213, 224.[4] These admissions preclude any liability under Section 1708.85.

### E. Plaintiffs Do Not Adequately Allege a Violation of California's Unfair Competition Law (Count V)

Plaintiffs' claims under California's Unfair Competition Law ("UCL") also fail. UCL standing requires a showing of economic injury. *Kwikset Corp. v. Super. Ct.*, 51 Cal. 4th 310, 324 (2011). Apart from including "financial" harm as part of a boilerplate list of "harms" allegedly suffered (FAC ¶¶ 258, 265, 270), Plaintiffs make no attempt to explain how Reddit's conduct led to actual economic injury (Dkt. 35 at 11).

Separately, the UCL allows only equitable relief, so Plaintiffs' claim fails because they do not establish that they "lack[] an adequate remedy at law." *Sonner v. Premier*

---

[4] California Civil Code § 1708.85(h) expressly specifies that it does not alter any rights or immunities under Section 230.

Gibson, Dunn & Crutcher LLP

*Nutrition Corp.*, 971 F.3d 834, 844 (9th Cir. 2020).   And Plaintiffs' request for compensatory and punitive damages fails because "[a] UCL action is equitable in nature; damages cannot be recovered."  *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1144–45 (2003).

Finally, Plaintiffs also fail to allege fraudulent, unlawful, or unfair business practices to support a UCL claim.  *Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1125 (9th Cir. 2009) (fraud must be alleged with specificity under 9(b)); *Greencycle Paint, Inc. v. Paintcare, Inc.*, 2016 WL 1402845, at *9 (N.D. Cal. Apr. 8, 2016) (no unlawful claim when plaintiff fails to allege statutory violation); *Cel-Tech Commc'ns, Inc. v. Los Angeles Cellular Tel. Co.*, 20 Cal. 4th 163, 187 (1999) (unfairness means significant threaten or harm competition);[5] *Drum v. San Fernando Valley Bar Ass'n*, 182 Cal. App. 4th 247, 257 (2010) (unfairness means immoral, unethical, oppressive, unscrupulous, or substantially injurious).  For all of these reasons, the UCL claim fails as a matter of law.

## F.     Plaintiffs Cannot Recover Under California's Sex Trafficking Statute ("CTVPA") (Count VI)

Plaintiffs also fail to state a claim under the CTVPA, which allows victims to assert a civil claim when the defendant (a) "deprives or violates the personal liberty of another" with the intent to obtain forced labor, services, or prostitution, or (b) "causes, induces, or persuades, or attempts to cause, induce, or persuade, a person who is a minor … to engage in a commercial sex act" with an intent to violate specified Penal Code provisions.  Cal. Civ. Code § 52.5(a); Cal. Penal Code § 236.1(b), (c).

The FAC does not allege that Reddit in any way deprived Plaintiffs of their personal liberty, much less with the intent to force any such person into prostitution, labor, services, or any other activity.  Although the FAC broadly asserts that Reddit "caused minors to engage in commercial sex acts" (FAC ¶ 284), it provides no facts

---

[5]  Lower California appellate courts are split on whether *Cel-Tech*'s requirement that the alleged harm must be to competition applies in consumer cases. *Graham v. Bank of Am., N.A.*, 226 Cal. App. 4th 594, 612–13 (2014).  Although the Ninth Circuit has held it does not, *Knevelbaard Dairies v. Kraft Foods, Inc.*, 232 F.3d 979, 994 (9th Cir. 2000), the better reasoned cases hold otherwise and Reddit wishes to preserve this issue.

supporting this entirely conclusory allegation, and in any event any such commercial sex acts necessarily would have occurred before any related materials were posted to Reddit, so that Reddit could not have caused them.  And, critically, the FAC does not allege that Reddit *intended* to violate any of the criminal statutes listed in section 236.1.  *See K.R. v. G6 Hosp., LLC*, 2020 WL 5653287, at *1 (N.D. Cal. Sept. 23, 2020) (CTVPA claim dismissed for failure to allege intent); *J.C. v. Choice Hotels Int'l, Inc.*, 2020 WL 3035794, at *2 (N.D. Cal. June 5, 2020) (same); *J.B.*, 2020 WL 4901196, at *11 (same). For all of these reasons, Plaintiffs' state trafficking claims fail as a matter of law.

### G.    Plaintiffs Cannot Recover Under New Jersey's Sex Trafficking Statute (Count VII)

The parent Plaintiffs also assert claims under New Jersey's child pornography statute, alleging that they and their daughters resided in New Jersey at all relevant times. This claim suffers from deficiencies similar to those of the TVPRA and CVTPA claims. The New Jersey statute creates a civil cause of action against one who "[k]nowingly receives for the purpose of selling or who knowingly … publishes, distributes, circulates, disseminates, presents, exhibits, [or] advertises" a video or image showing a child "engaging in a prohibited sexual act or in the simulation of such an act."  N.J. Stat. § 2A:30B-3(a)(3).  The FAC does not allege that Reddit "knowingly" published content that involved minors engaging in sexual acts.

### H.    Plaintiffs Cannot Recover for Unjust Enrichment (Count VIII)

Plaintiffs' unjust enrichment claim fails because "there is no separate cause of action for unjust enrichment under California law," so any such claim should be "dismissed with prejudice." *Bergado v. Velonza*, 2018 WL 5861296, at *6 (C.D. Cal. Mar. 19, 2018) (Selna, J.).  Even if the Court construes the unjust enrichment claim as one for restitution, the Court still must dismiss the claim because the complaint fails to allege facts establishing a right to restitution, namely that (1) a benefit was conferred on the defendant, and (2) it would be unjust for the defendant to retain that benefit. *Cal.*

1    *Fed. Bank v. Matreyek*, 8 Cal. App. 4th 125, 131 (1992).[6]

2          Again, the FAC makes no showing that Reddit *benefits* from the alleged presence

3    of CSEM on its website.  The FAC asserts in conclusory and speculative fashion that

4    Reddit benefits from illegal content on its site (*e.g.*, FAC ¶ 291), but, as noted, it is far

5    more reasonable to conclude that Reddit is *harmed* by the presence of any such materials

6    on its site between the time of posting and when Reddit removes it.  As the Sixth Circuit

7    recognized in *United States v. Miller*, 982 F.3d 412, 419 (6th Cir. 2020), "[c]ompanies

8    like Google have business reasons to make … efforts to remove child pornography"

9    because, as a company representative stated there, "[i]f our product is associated with

10   being a haven for abusive content and conduct, users will stop using our services."

11         In addition, absent a "prior relationship" between the plaintiffs and defendants,

12   any alleged harm "is simply too attenuated to support an unjust enrichment claim."  *Doe*

13   *I v. Wal-Mart Stores, Inc.*, 572 F.3d 677, 685 (9th Cir. 2009).  Here, the complaint alleges

14   no prior relationship between Plaintiffs and Reddit.  Instead, Plaintiffs allege that it was

15   third parties who obtained and posted sexually explicit material, allegedly increasing

16   traffic on Reddit's website, and in turn increasing Reddit's advertising revenue.

17   **I.     Plaintiffs Cannot Recover for Intentional Infliction of Emotional**
         **Distress (IIED) (Count IX)**

18         To state a claim for IIED, a plaintiff must allege "(1) extreme and outrageous

19   conduct by the defendant with the intention of causing, or reckless disregard of the

20   probability of causing, emotional distress; (2) the plaintiff's suffering severe or extreme

21   emotional distress; and (3) actual and proximate causation of the emotional distress by

22   the defendant's outrageous conduct."  *Merritt v. Wells Fargo Bank, N.A.*, 2019 WL

23   1951608, at *6 (C.D. Cal. Mar. 15, 2019) (Selna, J.) (quoting *Christensen v. Super. Ct.*,

24

25   ───────────────

26   [6] New Jersey law requires the same elements.  *VRG Corp. v. GKN Realty Corp.*, 641
     A.2d 519, 554 (N.J. 1994).  It also requires that the plaintiff "show that it expected

27   remuneration from the defendant at the time it performed or conferred a benefit on
     defendant and the failure of remuneration enriched defendant beyond its contractual

28   rights."  *Id.*

54 Cal. 3d 868, 903 (1991)).[7]  To be outrageous, the conduct "must be so extreme as to exceed all bounds of that usually tolerated in a civilized community." *Christensen*, 54 Cal. 3d at 903.  A defendant must "intend[] to inflict injury or engage[] in [conduct] with the realization that injury will result."  *Hughes v. Pair*, 46 Cal. 4th 1035, 1051 (2009).

The FAC contains no such allegations.  Absent evidence that *Reddit* "committed extreme and outrageous acts directed to plaintiffs with the intent to cause emotional distress," Plaintiffs have failed to state a claim.  *Delfino v. Agilent Techs., Inc.*, 145 Cal. App. 4th 790, 809–10 (2006).  The FAC also fails to allege that Reddit "intended to cause … distress or was reckless in doing so."  *Gillette v. Stater Bros. Markets*, 2019 WL 8017735, at *9 (C.D. Cal. Sept. 23, 2019) (Selna, J.); *see also Caraccioli v. Facebook, Inc.*, 167 F. Supp. 3d 1056, 1063–64 (N.D. Cal. 2016) (allegation that Facebook user posted private images and videos without consent insufficient to support IIED claim), *aff'd*, 700 F. App'x 588 (9th Cir. 2017).  And the third parties who posted the images, not Reddit, actually and proximately caused Plaintiffs' alleged distress.  Indeed, the FAC notes that this material was also posted on "other sites" (FAC ¶¶ 167, 193), further undercutting any link between Reddit and Plaintiffs' distress.

## III.   Plaintiffs' Claims Should Be Dismissed with Prejudice

The Court should not permit Plaintiffs to amend a second time because any such amendment would "be futile" and would "undu[ly] prejudice" Reddit.  *Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008); *Igbonwa v. Facebook, Inc.*, 2018 WL 4907632, at *7 (N.D. Cal. Oct. 9, 2018), *aff'd*, 786 F. App'x 104 (9th Cir. 2019); *A.B. v. Facebook, Inc.*, 2021 WL 2791618, at *4 (C.D. Cal. June 6, 2021) (dismissing claims without leave to amend after finding claims barred by Section 230).

### CONCLUSION

For the foregoing reasons, this Court should dismiss the claims against Reddit, Inc.

---

[7] These elements are essentially the same under New Jersey law, *Ingraham v. Ortho-McNeil Pharm.*, 25 A.3d 1191, 1194–95 (N.J. App. Div. 2011).

Gibson, Dunn & Crutcher LLP

1

Dated:  July 21, 2021                    GIBSON, DUNN & CRUTCHER LLP

2

3                                         By: */s/ Theane Evangelis*
                                              Theane Evangelis
4
                                          THEANE EVANGELIS
5                                         MICHAEL H. DORE
                                          KRISTIN A. LINSLEY
6
                                          *Attorneys for Defendant*
7                                         *Reddit, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28