UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>REDDIT, INC.,<br><br>                Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDDIT, INC.'S MOTION TO DISMISS**<br><br>Before: Hon. James V. Selna |

# ORDER

This matter is before the Court on the motion of Defendant Reddit, Inc. to dismiss all of Plaintiffs' claims against Reddit, Inc. pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Upon considering the Motion, the papers and records on file in this action, the argument of counsel, and all matters of which the Court may properly take judicial notice, the Court hereby **GRANTS** Reddit, Inc.'s motion and **DISMISSES** all of Plaintiffs' claims with prejudice. The amended Complaint fails to state a cause of action upon which relief can be granted because Plaintiffs' claims are barred by 47 U.S.C. § 230(c)(1). Plaintiffs also fail to allege the necessary elements of each claim, and to allege the claims sounding in fraud with particularity. Fed. R. Civ. Proc. 9(b), 12(b)(6).

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Judge James V. Selna
United States District Judge