DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>REDDIT, INC.,<br><br>                         Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>**CLASS ACTION**<br><br>**FIRST AMENDED COMPLAINT FOR VIOLATION OF FEDERAL SEX TRAFFICKING LAWS**<br><br>**JURY TRIAL DEMANDED** |

**NATURE OF THE ACTION**

1.     Plaintiffs bring this proposed class action for damages and injunctive relief on behalf of themselves, their minor children,  and all persons who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendant in the last ten years.

2.     As alleged below, over the course of the last decade, Defendant has knowingly benefited financially from sexually explicit videos and images posted to its website(s) featuring girls and boys who had not yet reached the age of majority. Rather than address this horrifying and pervasive trend, for years, Reddit has taken virtually no action.

3.     Prior to 2011, Reddit did not even have a policy banning child pornography.  It was only after Reddit came under intense fire for subreddits like /r/jailbait—a prominent subreddit that featured minors engaged in sexual acts—that it begrudgingly instituted a policy banning child pornography from its site.[1]  In so doing, the internet giant freely admitted that it was motivated not only by a desire to protect the victims of child pornography, but also by a desire to protect Reddit itself. As the Company wrote:  "[W]e're protecting reddit's ability to operate by removing this threat."[2]

4.     However, despite Reddit's ability to enforce this relatively new policy, and awareness of the continued prevalence of child pornography on its websites, Reddit continues to serve as a safe haven for such content.  Reddit claims it is

---

[1] https://www.reddit.com/r/blog/comments/pmj7f/a_necessary_change_in_policy/; https://www.reddit.com/r/TheoryOfReddit/comments/58zaho/the_accuracy_of_voat _regarding_reddit_srs_admins/d95aof t/
[2] https://www.reddit.com/r/blog/comments/pmj7f/a_necessary_change_in_policy/; https://www.reddit.com/r/TheoryOfReddit/comments/58zaho/the_accuracy_of_voat _regarding_reddit_srs_admins/d95aof t/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

combating child pornography by banning certain subreddits, but only after they gain enough popularity to garner significant media attention.

5.     What's more, Reddit has taken no real action to prevent users from uploading child pornography in the first place.  Posting material on Reddit requires no age verification of any kind.  A user simply chooses a subreddit to which they intend to post, writes the text of the post, uploads an image and/or video and clicks "post."  The user is not even required to click a checkbox confirming that the post complies with Reddit's policies.  Rather, there is a small note on the site that says: "Please be mindful of reddit's content policy and practice good reddiquette."

6.     The reason for Defendant's inaction is simple:  greed.   Reddit has chosen to prioritize its profits over the safety and welfare of children across the globe, as regulating child pornography means dampening traffic to its site, which is what drives Reddit's profits via ad sales as well as other mechanisms.

7.     Defendant's decision is not only upsetting, it is illegal.   As the Trafficking Victims Protection Reauthorization Act ("TVPRA") makes clear, it is unlawful for any person or entity to knowingly (whether because it knew or should have known) benefit financially from sex trafficking, which includes any instance where a person under the age of 18 is caused to engage in a commercial sex act.  That is precisely what Defendant has done here—on an incredible scale.

## THE PARTIES

8.     Plaintiff Jane Doe No. 1 is an individual who is now the age of majority under U.S. and California law.  She is a United States citizen who resided within this judicial district at all relevant times alleged herein.  She is also a victim of child sex trafficking and child pornography, as alleged herein.

9.     Plaintiffs John and Jane Doe No. 2 are the parents of a child who is a minor under U.S. and New Jersey law, and bring this suit on her behalf pursuant to Federal Rule of Civil Procedure 17(c). John and Jane Doe No. 2, and their daughter, are United States citizens who resided in New Jersey at all relevant times alleged

3

1  herein.  John and Jane Doe No. 2's daughter is a victim of child sex trafficking and

2  child pornography, as alleged herein.

3      10.    Plaintiffs John and Jane Doe No. 3 are the parents of a child who is a

4  minor under U.S. and New Jersey law, and bring this suit on her behalf pursuant to

5  Federal Rule of Civil Procedure 17(c).  John and Jane Doe No. 3, and their daughter,

6  are United States citizens who resided in New Jersey at all relevant times alleged

7  herein.  John and Jane Doe No. 3's daughter is a victim of child sex trafficking and

8  child pornography, as alleged herein.

9      11.    Plaintiff Jane Doe No. 4 is the parent of a child who is a minor under

10 U.S. and New Jersey law, and brings this suit on her behalf pursuant to Federal Rule

11 of Civil Procedure 17(c).  Jane Doe No. 4, and her daughter, are United States citizens

12 who resided in New Jersey at all relevant times alleged herein.  Jane Doe No. 4's

13 daughter is a victim of child sex trafficking and child pornography, as alleged herein.

14     12.    Plaintiffs John and Jane Doe No. 5 are the parents of a child who is a

15 minor under U.S. and New Jersey law, and bring this suit on her behalf pursuant to

16 Federal Rule of Civil Procedure 17(c).  John and Jane Doe No. 5, and their daughter,

17 are United States citizens who resided in New Jersey at all relevant times alleged

18 herein.  John and Jane Doe No. 5's daughter is a victim of child sex trafficking and

19 child pornography, as alleged herein.

20     13.    Plaintiff Jane Doe No. 6 is the parent of a child who is a minor under

21 U.S. and New Jersey law, and bring this suit on her behalf pursuant to Federal Rule

22 of Civil Procedure 17(c).  Jane Doe No. 6, and her daughter, are United States citizens

23 who resided in New Jersey at all relevant times alleged herein.  Jane Doe No. 6's

24 daughter is a victim of child sex trafficking and child pornography, as alleged herein.

25     14.    Plaintiffs request that this Court permit them to proceed under

26 pseudonyms.  If required by the Court, they will seek permission to proceed under

27 these pseudonyms.  Plaintiffs' anonymity is necessary to preserve privacy in a matter

28 of sensitive and highly personal nature given that the allegations detailed herein relate

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

1  to Plaintiffs', and their minor daughters', experiences as victims of child sex
2  trafficking and child pornography, including child pornography that to this day
3  Reddit refuses to remove from its platform. Plaintiffs', and their minor daughters',
4  sensitive and personal experiences were not the result of any voluntary undertaking
5  on their part, and neither the public, nor the Defendant, will be prejudiced by
6  Plaintiffs' identity remaining private.

7        15.   Defendant Reddit, Inc. is a corporation organized and existing under the
8  laws of the state of Delaware, with an established place of business located at 1455
9  Market Street, Suite 1600, San Francisco, CA 94103. Upon information and belief,
10  defendant can be served with process by serving its registered agent for service of
11  process in the State of California, Corporation Service Company, d/b/a CSC-Lawyers
12  Incorporating Service, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA
13  95883.

14  **JURISDICTION AND VENUE**

15        16.   This Court has original subject matter jurisdiction pursuant to 28 U.S.C.
16  § 1331.

17        17.   Some of the claims asserted herein arise under 18 U.S.C. § 1595(a).
18  Pursuant to Section 1595(a), "an individual who is a victim of a violation of this
19  chapter" may bring a civil action in "an appropriate district court of the United States
20  and may recover damages and reasonable attorneys fees."

21        18.   The court may properly exercise personal jurisdiction over Defendant.
22  Defendant maintains minimum contacts with this District, such that maintenance of
23  this lawsuit does not offend traditional notions of fair play and substantial justice.

24        19.   Defendant has offices in this State and this District, conducting business
25  directly related to the websites at issue in this case. Specifically, Reddit is a
26  corporation organized and existing under the laws of the state of Delaware, with an
27  established place of business located at 6022 Wilshire Blvd., Los Angeles, CA
28  90036.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

20.    Jurisdiction is further appropriate under 18 U.S.C. §1596, which provides for jurisdiction over any offender, in addition to any "domestic or extra-territorial jurisdiction otherwise provided by law," where the offender is "present in the United States, irrespective of the nationality of the alleged offender."

21.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims asserted in this action occurred in the judicial district where this action was brought.  Venue is also appropriate in this district because defendant Reddit maintains a place of business in this district.

## I.    SEX TRAFFICKING AND CHILD PORNOGRAPHY ON THE INTERNET

22.    Sex trafficking and the proliferation of child pornography are rapidly growing problems in the United States.  Human trafficking is a 150-billion-dollar industry.  Out of an estimated 40.3 million victims, 25% are children.[3]

23.    The rise of the Internet and e-commerce has facilitated the rapid growth of the market for child pornography online.  The Internet and digital technologies have created new models for sexual exploitation and trafficking, which are hidden and protected by cryptocurrency, laundered money, foreign Internet servers and anonymous messaging applications.  The Child Rescue Coalition alone has identified 71 million unique IP addresses worldwide sharing and downloading sexually explicit images and videos of children.[4]

24.    The Internet is the number one platform for customers to buy and sell sex with children in the United States.  Many sex buyers use the Internet to identify and connect with sellers and victims.  Traffickers, in turn, use online networks, social media, websites, and dating tools to disguise their identities while identifying

---

[3] https://coil.com/p/RileyQ/Child-Trafficking-What-You-Need-To-Know/mj4WEwhW7
[4] *Id.*

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

potential victims, which reduces traffickers' chances of being caught by law enforcement.

25.     Americans are some of the top consumers and producers of child pornography.  According to the U.S. Department of Justice, "Federal law defines child pornography as any visual depiction of sexually explicit conduct involving a minor (persons less than 18 years old)."

26.     According to the National Center for Missing & Exploited Children ("NCMEC"), their cyber tip line has received more than 50 million reports of suspected child exploitation from 1998 through 2019, with 18.4 million reports in 2018 alone.  The vast majority of these reports contain child sexual exploitation material ("CSEM"), most of which is on the Internet.  North America now hosts 37% of child sexual exploitation content and children under the age of 10 now account for 22% of online child porn consumption, while 10-14-year-olds make up 36%.[5]

27.     The link between sexual exploitation and pornographic videos is undeniable.  According to an article by Melissa Farley, 49 percent of sexually exploited women say pornographic videos of them were made while they were being sold for sex.[6]

28.     Survivors of CSEM are significantly impacted—emotionally, mentally, and physically—as a result of their abuse, and experience continuing and pervasive symptoms such as feelings of shame and humiliation, powerlessness, hopelessness, fear, anger, anxiety, and depression, as well as sleeping disturbances, body image disturbances, self-harm behaviors, eating disorders, and suicidal ideation.  According

---

[5] https://www.prnewswire.com/news-releases/enough-is-enough-calls-on-doj-to-investigate-mindgeek-for-a-trifecta-of-potential-us-law-violations-child-abuse-material-trafficking-videos-and-obscene-content-301196447.html

[6] "Renting an Organ for Ten Minutes:  What Tricks Tell Us about Prostitution, Pornography, and Trafficking," in *Pornography:   Driving the Demand in International Sex Trafficking*, ed. David E. Guinn and Julie DiCaro (Bloomington, IN:  Xlibris, 2007), 145.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

to one study, survivors of CSEM are likely to be re-victimized and to receive blackmail and threats as a result of their initial victimization via CSEM.[7]

## II.     THE TVPA AND TVPRA

29.     In response to the growing problem of sex trafficking, in 2000, Congress passed the Trafficking Victims Protection Act ("TVPA"), which laid the groundwork for the federal response to human trafficking.

30.     In 2003, Congress reauthorized the TVPA and passed the Trafficking Victims Protection Reauthorization Act of 2003, Pub. L. No. 108-193, § 4(a)(4)(A), 117 Stat. 2875, 2878 (2003) ("TVPRA").  Under the TVPRA, trafficking victims can sue their traffickers in federal court.

31.     In 2008, Congress amended the TVPRA to make it easier for victims of trafficking violations to bring civil suits.  First, the civil remedy was expanded to include enterprise liability.  It was likewise expanded to include anyone who "knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter." 18 U.S.C. § 1595(a).  Second, Congress expanded the statute's reach to include extraterritorial jurisdiction for certain trafficking offenses.  *Id.*  The statute of limitations is ten years, or ten years after the victim turned 18 if the victim was a minor.  *See id.* § 1595(c).

32.     Commercialization of sex acts involving minors is a violation of the TVPRA.  Under the TVPRA,

(a) Whoever knowingly—

(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits,    entices,    harbors,    transports,    provides,    obtains,

---

[7] https://protectchildren.ca/pdfs/C3P_SurvivorsSurveyFullReport2017.pdf

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

advertises, maintains, patronizes, or solicits by any means a person; or

(2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

18 U.S.C. §1591(a). Under §1595(a), not only perpetrators who act "knowingly" under §1591, but also "whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter" is civilly liable.

33. Reddit knowingly benefits from lax enforcement of its content polices, including for child pornography. By encouraging sensational and illegal content to be posted on Reddit, it receives substantial advertising revenues, which is why Reddit encourages moderators to leave as much content on the site as possible. By failing to enforce its policies, and indeed, encouraging and benefitting from CSEM, Reddit participates in the venture and indeed facilitates the conduct of sex traffickers, including those sex traffickers who deal specifically with children and child pornography.

34. In 2018, in response to platforms such as those run by Defendant knowingly allowing human trafficking to occur and profiting from it, Congress passed the Allow States and Victims to Fight Online Sex Trafficking Act/Stop

9

Enabling Sex Traffickers Act (FOSTA/SESTA). Defendants like Reddit previously had sought to use Section 230 of the Communications Decency Act to whitewash their liability. FOSTA/SESTA was enacted to close that perceived loophole, including for website BackPage.com, which "for years, ha[d] been accused of accepting classified ads promoting prostitution which allegedly resulted in sex trafficking of . . . minors."[8] Because "section 230" was "never intended to provide legal protection to websites that unlawfully promote and facilitate . . . traffickers," and—under the purported shield of Section 230—websites had been "reckless in allowing the sales of sex trafficking victims and *have done nothing to prevent the trafficking of children*," Congress "clarifi[ed]" Section 230. PL 115-164, 132 Stat 1253 (2018) (emphasis added).

35.     The statute now makes it clear that websites and other platforms may be held liable for, among other things, knowingly assisting, facilitating, or supporting sex trafficking, and clarifies the Communications Decency Act's Section 230 safe harbors to authorize enforcement of federal or state sex trafficking laws.

## III.   REDDIT'S BUSINESS MODEL

36.     Reddit is an enormously popular website. According to the New Yorker, it is the fourth most popular website in the United States.[9] And its popularity only continues to grow. According to the Company's 2020's year in review, Reddit has more than *52 million daily active users*, who have contributed to the 303.4 million posts, 2 billion comments, and 49.2 billion upvotes the Company recorded just last year alone.[10]

37.     Reddit bills itself as "the front page of the internet" and it is a social sharing website. As one online tutorial explains, "It's built around users submitting

---

[8]https://www.forbes.com/sites/larrymagid/2018/04/06/doj-seizes-backpage-com-weeks-after-congress-passes-sex-trafficking-law/?sh=42687f0350ba
[9] https://www.newyorker.com/magazine/2018/03/19/reddit-and-the-struggle-to-detoxify-the-internet
[10] https://redditblog.com/2020/12/08/reddits-2020-year-in-review/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

links, pictures, and text, which everyone can then vote on.  The best content rises to the top, while downvoted content becomes less visible."[11]

38.    Reddit is a huge site but it is divided into thousands of smaller communities called subreddits.  A subreddit is simply a board devoted to a specific topic.  Each one starts with reddit.com/r/, such as reddit.com/r/legal advice/—a subreddit with more than a million members devoted to providing simple legal advice.  In most cases, subreddits have their own themes, rules, and expectations.



---

[11] https://www.makeuseof.com/tag/what-is-reddit/

11

39.     When you visit Reddit's homepage (while not signed in), you'll see a feed of trending posts from various subreddits.  You can click on a post's title to open it and read the comments, see the full-sized image, or visit the link.



40.     Next to every Reddit post (and comments on posts), you'll see a number that represents its score, along with an up arrow and down arrow.  These allow you to upvote or downvote content.  If a post or comment gets a lot of upvotes, it moves up in the Reddit rankings so that more people will see it when they log on to the main site or an individual subreddit.

41.     As yet further indication of the active role Reddit takes in shaping the narrative presented on its websites, Reddit awards users "karma", which "reflects how much a user has contributed to the Reddit community by an approximate

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

indication of the total votes a user has earned on their submissions ('post karma') and comments ('comment karma')."[12]

42. In sum, Reddit is a source for what's new and popular across the Internet. Reddit is made up of individual communities called subreddits, which have members or subscribers. Each subreddit has its own page, subject matter, users, and moderators. Users post stories, links, and media to these subreddits, and other users vote and comment on the posts.

43. When users visit reddit.com, they can also search for subreddits in a search box provided by Reddit, which then applies a search algorithm that is defined by Reddit. Reddit users can also join or subscribe to subreddits, which will cause posts from those particular subreddits to appear on the user's "home feed" when they are signed in.

44. Reddit also allows users to create subreddits. Reddit ultimately has the power to control everything that appears on its main website and subreddits, but subreddits are managed by one or more lay "moderators," such as the user that created the relevant subreddit, who can dictate what types of content are allowed in the subreddit. Reddit as a whole is governed by "administrators", Reddit employees who have the power to strip moderators of their privileges and ban subreddits or particular content from the site. The primary role of Reddit administrators is to identify and remove content that violates Reddit's Content Policy, including in subreddits and private messages between users.

45. Reddit also has an internal Trust & Safety team that allegedly enforces its Content Policy against malicious users and takes down content violations that may have urgent legal or safety implications.

46. Reddit also has an Anti-Evil internal security team, which allegedly consists of back-end engineers who create automated software that flags content that

---

[12] https://reddit.zendesk.com/hc/en-us/articles/204511829-What-is-karma-

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

violates Reddit's policies and sends that content to the Trust & Safety specialists, who decide on subsequent moderation steps. Reddit claims to have developed two automated software tools on its platform to moderate content: AutoMod and Crowd Control.

47. Reddit's "Legal Operations team" reviews copyright infringement notices pursuant to the Digital Millennium Copyright Act ("DMCA") and then "expeditiously remove[s] or disable[s]" the content.[13]

48. Reddit generates revenue through advertising and its ad-free premium membership plan. In 2019, Reddit generated more than $100 million in total ad revenue, to say nothing of the revenue from its premium membership plan.[14]

## A. Reddit's Business Embraces User-Generated Uploads of Commercial Sex Acts

49. Reddit depends heavily on its community of user-creators. In order to upload a video or image to Reddit's site, all a person needs to do is click "post." The ease with which users can post makes it easy for sex traffickers to post images and videos of underage victims and to solicit victims to participate in their sex trafficking ventures. It also makes it easy for traffickers to share illegal content with one another.

50. The entire process takes less than one minute. A user can post any video or image of any person doing anything without any consequences. The user does not have to demonstrate that he or she owns the copyrights in the content, that those depicted in the content have consented, or that those depicted in the content are of majority age.

---

[13] https://reddit.zendesk.com/hc/en-us/articles/360043515291-What-is-the-DMCA-https://reddit.zendesk.com/hc/en-us/articles/360043517391-What-steps-does-Reddit-take-once-I-submit-a-copyright-infringement-notice-
[14] https://www.investopedia.com/articles/investing/093015/how-reddit-makes-money.asp#:~:text=The%20company%20generates%20revenue%20through,users%20to%20share%20media%20content.

51.     Reddit also has no robust way of verifying user age.  User age is entirely self-reported and can be easily falsified.  Reddit does not even ask for the user's date of birth during sign up—even though it of course easily could.

52.     Reddit has access to and the opportunity to view the videos and images posted on its site.  In a post regarding updates on Reddit's site-wide rules regarding involuntary pornography and the sexualization of minors, Reddit moderator "landoflobsters" wrote:  "Our view of subreddits is comprehensive and involves analysis of some information that is not available to the public.  We do not take banning communities lightly and only do so in cases where we are confident that it is essential to improving the safety of users."[15]

53.     Reddit famously refuses to take down content, including content that violates its no child pornography policy, largely because Reddit benefits financially from the user traffic these posts drive to the site, not to mention because Reddit receives advertising revenue by maintaining controversial yet popular content on the subreddits.  Plaintiffs' own experiences (and the experiences of their daughters) highlight this problem.  Despite repeated requests, in many instances, it took weeks, if not months, for Reddit to take down illegal videos and images depicting Plaintiffs (and/or their daughters) in a sexually explicit manner.   In other instances, Reddit refused to remove the images, or simply failed to respond to the requests.  This was despite Plaintiffs' repeated outreach to individual moderators, as well as Reddit administrators, informing them of the fact that there was child pornography on their subreddits.

54.     Indeed, there are many other instances of users complaining on Reddit that when they reached out to moderators or administrators complaining of child pornography, nothing was done.  In 2012, a user complained, "I emailed an admin

---

[15] https://www.reddit.com/r/announcements/comments/7vxzrb/update_on_sitewide_rules_regarding_involuntary/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

about a preteengirls thread EXPLICITLY showing photos of child porn." He responded "thanks' and "Nothing was done, NOTHING, which is what I expected."[16]

55. In the comments on the thread relating to Reddit's site-wide rules regarding sexualization of minors, many users commented on a number of subreddits that featured child pornography, including one subreddit that featured a fourteen-year-old girl that had existed for almost four years. A moderator, elis8, likewise commented on how the subreddit r/starlets "was a source of all my troubles for years and it's still up even though it's literally created to sexualize minors."[17]

56. Another user explained that the subreddit "r/ratemeteen is basically a virtual pedophile ring."[18]

57. It was not until 2011 that Reddit even made a rule on its site that sexual content featuring minors was not allowed. This was in response to a Gawker article that found troves of child porn in forums like the subreddit known as /r/jailbait.

58. As reported by *Gawker*, in 2011, Reddit user Michael Brutsch (operating under the handle uu/Violentacrez) "set up more than a hundred sub-forums (called sub-reddits) where users could share links and images of underage girls, rape fantasy and upskirt photos." Brutsch shut down his Violentacrez username after *Gawker* reporter Adrian Chen told him he knew his identity. Following the Gawker article, Reddit banned a series of forums called out in that article that explicitly sexualized underage teens in their names or descriptions. However, it did nothing to prevent similar content from appearing on other existing or newly created forums. Put differently, it has done nothing to actually eliminate, let alone prevent the future

---

[16] https://www.reddit.com/r/technology/comments/pmbyc/somethingawfulcom_starts_campaign_to_label_reddit/c3qj2ww/
[17] The post was made three years ago, but the r/starlets subreddit has subsequently been banned.
[18] The post was made three years ago, but the r/ratemeteen subreddit has subsequently been shut down.

upload of, content featuring underage teens despite knowledge and awareness that its site was being used as a safe haven by child pornography traffickers.[19]

59.    The same is true of content featuring even younger children.    For example, in 2014, Reddit came under fire when underage nude photos of Olympic gymnast McKayla Maroney and MTV star Liz Lee were featured on the subreddit /r/thefappening.[20]

60.    As *The Washington Post* explained, while Reddit removed the photos of Maroney and Lee, "two public figures with publicists and lawyers and a legion of fans on alert for abuse," it "doesn't do much to help other young women whose photos might end up on questionably tasteful forums like /r/randomsexiness or /r/youngporn, where youthful photos are frequent, provenances are unknown and subjects' ages are rarely disclosed."    Indeed, even though *The Washington Post* expressly called out the aforementioned subreddits as featuring underage women, as of April 22, 2021, when Jane Doe 1 initiated this Action, they were still featured on Reddit's site, along with /r/BestofYoungNSFW, /r/Dirty18girls, /r/collegesluts, /r/TooCuteForPorn,          /r/barelylegalteens,          /r/18nsfw,          /r/xsmallgirls, /r/YoungNiceGirls,        /r/teensdirtie,        /r/TeenBeauties,        /r/YoungExoticHoes, /r/YoungGirlsGoneWild,    and    /r/teensrdirty,    all    of    which    were    identified    on frontpagemetrics.com as some of the most popular subreddits on Reddit.

61.    Even when a troubling subreddit gains enough publicity that Reddit has to remove it, as Reddit well knows, it is only a matter of time before new subreddits pop up in its place.    For example, after Reddit removed the /r/jailbait subreddit, /r/preteen_girls was formed, which featured images of 11 year old girls in bikinis with sexually explicit captions.[21]

---

[19]    https://www.washingtonpost.com/news/the-intersect/wp/2014/09/03/does-reddit-still-have-a-child-porn-problem/
[20]    https://www.washingtonpost.com/news/the-intersect/wp/2014/09/03/does-reddit-still-have-a-child-porn-problem/
[21]https://culturedigitally.org/2012/03/limits-of-freedom-of-speech-reddits-child-pornography-problem/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

**B.**     **Reddit Knowingly Benefits From Child Sex Trafficking**

     **1.**     **Reddit Has Earned Enormous Revenues**

62.     Reddit generates substantial advertising revenue. Reddit has more than 1.34 trillion visitors each month.[22] The number of visitors allows Reddit to make lots of money in advertising. In 2019, Reddit earned more than $100 million in revenue from advertising alone, and that number has continued to increase.[23]

63.     There's no question that financial considerations drive the content on Reddit's websites. Reddit collects money from ads on subreddits. The more controversial the subreddit, the more buzz it generates from users. Those subreddits with more user engagement drive advertising revenue and earn Reddit money. Reddit measures user engagement in a number of ways, including measuring the number of upvotes and downvotes the posts receive, as well as the number of comments generated by posts. In fact, far from being a passive observer, Reddit awards its users "karma", which "reflects how much a user has contributed to the Reddit community by an approximate indication of the total votes a user has earned on their submissions ('post karma') and comments ('comment karma')."[24] Having a good karma means you get posting privileges from Reddit and are more likely to be featured by Reddit on its ever-evolving homepage, which features those posts that rise to the top of community pages and, by extension, the public home page of the site.[25]

64.     Even subreddits without advertising generate revenue for Reddit. For example, as Reddit works to "lur[e] advertisers," it knows that "more users on the platform" means "by extension there are more brands interested in working with

---

[22]https://www.techradar.com/news/porn-sites-attract-more-visitors-than-netflix-and-amazon-youll-never-guess-how-many
[23] https://www.investopedia.com/articles/investing/093015/how-reddit-makes-money.asp#:~:text=
The%20company%20generates%20revenue%20through,users%20to%20share%20media%20content.
[24] https://reddit.zendesk.com/hc/en-us/articles/204511829-What-is-karma-
[25] https://reddit.zendesk.com/hc/en-us/articles/204511479-What-is-Reddit-

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

us."[26]  Increased "action on Reddit has helped the company land new advertisers—its main source of revenue—and bring back lapsed ones."[27]  Therefore, popular subreddits and posts—which enhance Reddit's appeal to advertisers—benefit Reddit financially even if no advertisements are placed on those particular subreddits and/or posts.  Reddit is "focused on daily usership and increasing this number" in order to "scale [its] advertising business."[28]

65.  Reddit also collects subscriptions from premium users of its websites.  Prices range from $1.99 to $99.99.  For $6.99/month, users can sign up for Reddit Premium, which offers an ad-free experience, 700 coins each month, and access to the exclusive r/lounge community.[29]

66.  Reddit also has a currency (Coins) that users can use to award users (also known as Gilding) for submissions and comments—regardless of the subject matter.  There are many ways in which users take advantage of these coins, which include giving them to users to participate in their campaigns, giving them to moderators of subreddits users want to participate in in hopes they will be more friendly with their moderation, and giving them through a contest, to drive more exposure to a users' Reddit profile.[30]

67.  Reddit also uses personalization preferences to further monetize users by personalizing content and advertisements based on Reddit users' interaction with the site, information from third party sites that integrate Reddit, and advertisers.[31]

---

[26] https://www.cnbc.com/2018/06/29/how-reddit-plans-to-make-money-through-advertising.html#:~:text=To%20date%2C%20the%20business%20side,to%20comment%20on%20its%20financials.

[27] https://www.wsj.com/articles/reddit-ceo-backs-wallstreetbets-amid-calls-for-stiffer-moderation-11612780206

[28] https://www.wsj.com/articles/reddit-claims-52-million-daily-users-revealing-a-key-figure-for-social-media-platforms-11606822200

[29] https://protectyoungeyes.com/apps/reddit-parental-controls/

[30] https://www.inc.com/brent-csutoras/how-you-can-use-reddits-new-premium-accounts-to-better-connect-with-your-audience.html#:~:text=Reddit%20Coins%20are%20a%20brand,submissions%20and%20comments%20they%20make.&text=In%20addition%20to%20showing%20a,and%20costs%20500%20Reddit%20Coins.

[31] https://protectyoungeyes.com/apps/reddit-parental-controls/

19

### 2. Reddit Facilitates Child Sex Trafficking By Encouraging Users To Target Underage Content

68. Reddit disclosed for the first time in 2019 that it had hit the $100 million-dollar mark in advertising revenue, and has 52 million daily active users, an increase of 44% from 2018.[32]

69. As one of the top ten most popular websites on the Internet, Reddit is a popular channel for advertising purposes. If a post goes "viral," advertisers (and Reddit) have the potential to earn a lot of money.[33]

70. Reddit has an advertising program, Reddit Ads, and promises advertisers that it will "connect your brand to our 52 million daily active users."[34] One of the ways Reddit recommends for its advertisers to have the most success with their advertising campaigns is to target specific interest groups, specific sub-groups, and specific subreddits.

---

[32] https://adage.com/article/digital/reddit-plots-path-1b-ad-sales-first-it-needs-convince-brands/2298626#:~:text=Reddit%20disclosed%20for%20the%20first,of%2044%25%20since%20last%20year.
[33] https://www.shopify.com/blog/119995717-findlay-hats-viral-reddit-post
[34] https://www.shopify.com/blog/119995717-findlay-hats-viral-reddit-post

71.     The below screenshot from Reddit's advertising page shows Reddit directing potential advertisers to find subreddits ("example communities") that will allow the advertiser to "display your ad to the right audience based on a user's browsing behavior on Reddit."[35]



72.     Reddit also displays advertising on users' "home feeds," which means that users see those advertisements in conjunction with posts from the subreddits they have joined or subscribed to, whether or not they go directly to the subreddits.[36]

73.     Reddit's minimum spend for an advertising campaign is $5, and it costs $0.75 per thousand-page views, which means that advertisers want to target subreddits that get enough page views to be eligible for advertising. There are tools like RedditList and FrontPageMetrics that help advertisers identify the subreddits that are most likely to generate views, making their advertising campaigns worthwhile.

[35] https://advertising.reddithelp.com/en/categories/targeting/targeting-interest
[36] https://advertising.reddithelp.com/en/categories/creating-ads/ad-placements

21

74.     A number of the subreddits recently highlighted on frontpagemetrics.com are clearly targeting users interested in child pornography.  For example, among Reddit's recent most popular subreddits are:   r/LegalTeens, r/Dirty18girls, r/collegesluts, r/TooCuteForPorn, r/Female18, r/barelylegalteens, r/Gonewild18,  r/18nsfw,  r/xsmallyounggirls,  r/YoungNiceGirls,  r/teensdirtie, r/youngporn,     r/TeenBeauties,     r/YoungExoticHoes,     r/YoungGirlsGoneWild, r/18yoGirls, and r/teensrdirty.

75.     The more views Reddit gets, the more advertiser interest it has, and the more revenue it generates.  By encouraging as much content to remain on Reddit as possible, turning a blind eye to subreddits that are obviously geared toward child pornography, and failing to train moderators to limit child pornography on Reddit, Reddit continues to focus on its number one goal:  profit.

### 3.     Reddit's Knowingly Fails to Moderate Content

76.     In an effort to attract attention, revenues, and other benefits, users post content that generates traffic.  Often this content is CSEM.

77.     Reddit knowingly participates in and capitalizes on this user interest.

78.     The Washington Post has described how Reddit has a "dense hierarchy of volunteers" and employs a "handful" of "community managers" to oversee them.[37]

79.     In August 2020, Reddit started beta testing a new program to train and certify moderators.  It has councils of moderators it consults with and offers resources to guide the volunteers.  For example, volunteer moderators can request help from teams of experienced moderators.[38]

80.     Although Reddit claims the goal of content moderation is to locate and prevent the sharing of child pornography and other illegal material, the truth is that Reddit's focus is maximizing revenue.  Reddit is known for its laissez-faire approach

---

[37]  https://www.washingtonpost.com/news/the-intersect/wp/2014/09/03/does-reddit-still-have-a-child-porn-problem/
[38]  https://www.washingtonpost.com/technology/2020/08/25/volunteer-moderators-2020/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

to content moderation, which means that Reddit tries to ban as little content as possible.

81.    Reddit claims to have "dedicated teams that enforce [its] site-wide policies, proactively go after bad actors on the site, and create engineering solutions to detect and prevent them in the future." It purports to "continue to strengthen the measures [it] has in place to prevent or limit the impact of policy-breaking activity, which combine technology tools with human review and moderation."[39] Despite Reddit's opportunities to monitor the content on subreddits, Reddit has repeatedly failed to take action.

82.    Reddit claims on its website that it "prohibits any sexual or suggestive content involving minors or someone who appears to be a minor." Reddit does not make a commitment to users that it will immediately remove sexual or suggestive content involving minors and only provides users with an opportunity to "report" content that sexualizes minors. The reporting tool merely allows a user to link to a post and check a box that says "it's sexual or suggestive content involving minors." There is no opportunity for a user to explain to Reddit why the content is child pornography, and the user has to rely on a Reddit administrator or moderator to decide whether to remove the content. Because Reddit's business model profits from sexual videos and images featuring underage victims by sending users and ad dollars to the site, Reddit rarely removes such content. Indeed, Plaintiffs have been trying with limited success to have the sexual content featuring them (or their daughters) removed from Reddit. What Reddit is actually doing is providing the window-dressing of content moderation to satisfy the general public that it is operating a safe platform while in practice shielding illegal content through non-enforcement of its policies. Again, the reason for this is to maximize traffic on its website and boost revenues.

---

[39] https://www.vice.com/en/article/7k9ka4/girls-do-porn-doxing-reddit-banned

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

### 4. Reddit Facilitates Solicitation of CSEM

83. There are a troubling number of subreddits where users have been found soliciting or offering CSEM images via links to external websites and storage folders, like Discord.

84. Offers to trade CSEM images or videos have been identified on the following subreddits alone:

- r/DiscordNudes/
- r/Loredana
- r/JerkOffToMySis
- r/sirtykikgroups
- r/dirtykikpals
- r/Strokebuds
- r/Wixbros
- r/Deutschetributes
- r/GermanTradesNSFW
- r/Pervs_wickr
- r/NicoleDobrikovHot/

85. For example, an image and note asking to trade "teen nudes" was posted to the r/Loredana subreddit by the user u/Asparagus-Straight.



FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

86.     Similarly, the following notes were posted by user u/Careless-Rub 2014 to the subreddit r/Loredana.  The photo solicitations (in German) include young teens ("jüngeren Teens"), photos of a user's sister ("Schwester"), and trading teens "taboo-free" ("tabulos").



87.     As yet another example, the following messages were posted to the subreddit r/dirtykikgroups by the user u/Themainman9793:



FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

88.    The following messages in German offered to trade photos of teens ("Teens tauschen") including "Young teens":



89.    Reddit permits its users to send each other private, direct messages. Reddit users use such private, direct messages to send each other information about how to access CSEM by, for example, including links to images containing CSEM. Reddit users sometimes arrange an exchange of money for access to CSEM over private, direct messages.

### 5.    Reddit Facilitates Non-Consensual Use of Minor Images as Fetishes

90.    In addition to solicitation of CSEM, there are a number of subreddits where users have posted photos of minors without consent and/or used or solicited the use of photos for sexual purposes, like the creation of pornographic images and masturbation.

91.    For example, the following post from subreddit r/NSFW_Tributes includes an offer to trade CSEM:



92.    "Tribute" is a term used in the Reddit community for videos of users masturbating to videos or images of a person.

93.    This post, from the same subreddit, invites respondents to post their "tribute" photos to the Instagram account of the minor female who was originally pictured:



94.    This type of content has been identified on the following subreddits:

- r/NSFW_Tributes

- r/JerkOffToMySis
- r/GermanTradesNSFW
- r/Deutschetributes
- r/CockTributes
- r/cumtributes
- r/Cum_Tribute_Hub

**6.    There are Countless Instances of Subreddits that Target Users Searching for CSEM**

95.    The extent of CSEM on Reddit is troubling.  On public subreddits alone, there are countless instances of CSEM.  The following 48 subreddits—some of which featured Plaintiffs' (or their daughters') images—are merely some of the examples of subreddits that target users seeking CSEM:

- /r/jailbait/5
- /r/barelylegalteens
- /r/LegalTeensGW
- /r/18nsfw
- /r/worldpolitics6[40]
- /r/18_Plus_NSFW/
- /r/hentai_irl
- /r/dirtysmall
- /r/FauxBait
- /r/petite
- /r/aa_cups/
- /r/smallboobs

---

[40] According to various Reddit posts, more than a year ago the r/worldpolitics subreddit was "taken over" by users posting pornographic images, some of which included CSEM.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

1. /r/downblouse/
2. /r/TeenBeauties
3. /r/petite/
4. /r/2000sGirls
5. /r/Teenpussyx/
6. /r/TooCuteForPorn
7. /r/InnocentlyNaughty/
8. /r/GoneWildCD
9. /r/talkedintoit/
10. /r/adorableporn
11. /r/funsized
12. /r/xsmallgirls
13. /r/Amateur
14. /r/gonewild
15. /r/PetiteGoneWild
16. /r/Nsfw_Amateurs
17. /r/LegalTeens
18. /r/youngporn
19. /r/Gonewild18
20. /r/IndianTeens
21. /r/18_19
22. /r/YoungPrettyHoes
23. /r/18nsfw
24. /r/snapleaks
25. /r/Upskirt
26. /r/Nude1819
27. /r/TinyTits
28. /r/Omeglesex/

29

- /r/DirtySnapchat
- /r/SnapchatSext
- /r/collegesluts
- /r/Photobucket
- /r/ratemynudebody
- /r/NSFWKikGroups
- /r/Creepshots

96. An image posted by u/ExiledLuucifer696969 to the subreddit r/JerkOffToMySis indicates that the photo is of a nude, pubescent female in the shower with her breasts visible. The photo appears to have been taken surreptitiously and includes an offer by the user to provide additional videos.

97. Similarly, an image posted by the user u/BearBang96 to the subreddit r/WixBros includes the text "u18," suggesting that the subject is under 18 years old.

98. There are also a number of comments regarding explicit photos demonstrating Reddit users' awareness that the subjects are underage. The below comments by user u/Remarkable-Industry4 suggest that he knows the female who posted and that she is 15 years old.



FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

99.   As another example, a post on the subreddit r/PetiteNSFW links to external video content, and user comments indicate that the subject of the CSEM was "proven before to have been underage when this was filmed," admitting that it is "[l]egally speaking" "child porn."   The posting user suggested that Reddit had previously banned the user from another subreddit for posting the same CSEM on the other subreddit, but was not banned from Reddit altogether.  Moreover, the post demonstrates that Reddit permitted the continued posting of an image known to be CSEM.

100.   Another post on the same r/PetiteNSFW subreddit is titled "Homemade Sex Tape with a Very Cute Amateur teen," and links to sexually explicit video content.  There is no indication of any effort by Reddit to verify the subjects' ages or mutual consent to the video being posted.  The user who posted the video has been suspended, but Reddit has not removed the CSEM post from its website.

101.  As  another  example,  multiple  posts  on  the  subreddit r/DadWouldBeProud feature sexually explicit videos and/or images of young female subjects, in which multiple users comment that the subjects appear to be minors.

102.   Multiple posts on the subreddit r/LegalTeensGW also feature sexually explicit images of nude or partially clothed young female subjects, with users commenting on the fact that they appear to be underage.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

103.   There are additional instances of CSEM on the subreddits r/Pervs_wickr and r/sTrokebuds.

104.   These images are only a small sample of the content available on Reddit, and do not encompass the content on private subreddits, or sent through private, direct messages where CSEM is likely even more prevalent.

105.   In response to the proliferation of CSEM and other content in violation of Reddit's purported rules, various subreddits have highlighted offensive content:

- u/Solocro wrote:  r/familyincest filled with cp[41] looking at the person that posted those vides shows that they have posted in different subs too
- u/worldbuilder3 wrote: r/nolimit cp
- u/Anongraffiti wrote: r/kittyashleeee about the 13 year old girl Well well well looks like another one if this damn 13 year old keep popping up. Although this one looks very very new You know what to do also. The owner is u/ Thegoose0607 Another is u/ Status_Computer4519 definitely a burner account Also in r/discordnudes a user by the name u/ wet_blanket304 was asking for nudes if Ms Ashley 13 days ago His account doesn't seem to be a burner.
- u/GrainGang wrote:  r/snapchatnudetraders Most recent post has a degenerate [sic] asking for snaps of porn/lewd snaps of minors
- u/spidermon05 wrote:  r/Cynnett2 posts CP and nudes of a minor she's 17 and they have videos of her from when she was 14-15 on there too. i know she's underage because she lives in my city,

---

[41] "cp" is a common term for CSEM ("child pornography").

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

everyone knows about how she has an OF as a minor. please report r/Cynnett2, it is CP without a doubt.

- u/Guuguuff22 wrote: r/gabriellaSaraivahNSFW contains nude images of a 16 years old

### 7. Reddit Has a History of Moderator Negligence and Abuse

106. Reddit's internal security has been compromised by its choice to rely on unpaid moderators, which fail to enforce the standards that are supposed to protect Reddit users and others. In contrast to other technology and social media firms, which employ "armies" of paid moderators and contractors trained to sift through content for policy violations or illegal material, Reddit's "crowdsourced" approach is intentionally ill-equipped to deal with the problem at hand. This is shocking given the substantial revenue and "valuation" attributed to Reddit, which was recently reported to be $6 billion.[42]

107. There are limited options for users to report poor moderation. Reddit's online support site[43] allows users to "submit a request" for assistance and includes "File a Moderator Complaint" in the drop-down menu. According to a Reddit administrator, "more than 99%" of these reports are not actionable.[44]

108. Numerous users have likewise complained about Reddit administrator response times and effectiveness.[45] The tools available to report poor moderation are not effective. Reddit administrators are frequently slow to respond to user reports and in many cases, like Plaintiffs' cases, they fail to "actually enforce the health community rules." The administrative team is understaffed, and moderators have

---

[42]https://www.cnbc.com/2021/02/09/reddits-valuation-doubles-to-6-billion-after-new-250-million-funding-round-.html
[43] https://reddit.zendesk.com/hc/en-us/requests/new
[44]https://www.reddit.com/r/announcements/comments/gxas21/upcoming_changes_to_our_content_policy_our_board/ft08 mel/
[45]https://old.reddit.com/r/ModSupport/comments/9h7w7u/reddithelpcom_now_has_a_moderator_complaint_form/

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

noted their difficulty in communicating with administrators about issues impacting their communities or their role.

109. One Reddit administrator noted that members of the team can be on different schedules, so "it's a bit of back and forth waiting" to address issues being reviewed by multiple team members.[46] The administrator also said "unfortunately sometimes tickets do get lost in the shuffle."

110. Claims of moderator abuse are well documented in several subreddits, including r/modsbeingdicks, r/watchredditdie, and r/subredditcancer. Many of these posts identify seemingly arbitrary behavior by moderators that violate the Moderator Guidelines. Plaintiffs' own experiences (and the experiences of their daughters) highlight this problem. Indeed, the subreddit moderator(s) for many of the subreddits featuring CSEM with images of Jane Doe 1 and the other Plaintiffs' daughters appeared to be the same individual(s) that had obtained those images, in many cases through extortion of Plaintiffs' daughters, in the first place.

111. Reddit has a history of failing to take action until controversial content is reported in media sources. Several posts have indicated that Reddit will not remove problematic subreddits unless they gain media or celebrity attention, or if Reddit receive legal documentation. One post, dated June 14, 2018, contained a list of "problematic subreddits,' several of which claim to feature "young looking" subjects in a sexualized context.[47] This list was assembled with the intent of sending it to the media so it could gain enough attention to get Reddit to shut the subreddits down. As of April 1, 2021, all subreddits on that list were still active, and many continue to be active as of July 6, 2021.

---

[46]https://www.reddit.com/r/ModSupport/comments/bzpka6/how_understaffed_are_t he_admins/er5j6xx/

[47] The original post has been deleted, but it has been preserved as a comment at https://www.reddit.com/r/Drama/comments/8r7qfj/terfs_are_trying_to_ban_pornog raphy_off_of_reddit/eb444kx.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

112.  In many instances, moderators have claimed to remove CSEM content only to have Reddit respond that the content "doesn't violate Reddit's Content Policy."[48]  Even when Reddit does agree with a moderator's decision to flag content for sexualizing minors, there are claims that the posts in question remain online and accessible despite multiple reports and acknowledgement from Reddit stating they have investigated and "actioned" the content.[49]

113.  There are also reports of users receiving only temporary bans from the site for posting content flagged as sexualizing a minor, and regaining full access to their account after a few days, in addition to posts being incorrectly flagged and actioned.[50]  Conversely, a user claimed that they reported an account posting what appeared to be underage content, and the account remained online.[51]

114.  Reddit obtains information about its users—such as their "IP logs (including registration IP)" and "email address"—that it could use to prevent banned users from opening new accounts with different user names.[52]  As demonstrated by the experiences of Plaintiffs—who were revictimized by the same apparent individuals on Reddit, using new user names after the few times the individuals' usernames have been banned—Reddit chooses not to use that information to permanently ban distributors of CSEM from its websites.

---

[48] https://www.reddit.com/r/modhelp/comments/m5ltrb/reddit_ok_with_sexualization_of_minors/

[49] https://www.reddit.com/r/modhelp/comments/kv54p7/what_to_do_about_a_broken_cploli_reporting_system/

[50] https://www.reddit.com/r/help/comments/kswyyo/why_arent_sexualization_of_minors_posts_deleted/

[51] https://www.reddit.com/r/WatchRedditDie/comments/fwlwpd/had_my_account_permanently_suspended_for/

[52] https://www.redditinc.com/policies/guidelines-for-law-enforcement

**8.    Reddit Has Admitted That Videos Featuring Underage Persons Are Some Of The Most Popular/Sought-After Content On Reddit**

115.   The more controversial the subreddit, the more attention the subreddit receives.   The more attention the subreddit receives, the more revenue Reddit generates.  Perhaps the best example is the /r/jailbait subreddit, which was removed in 2011 after Anderson Cooper of CNN devoted a segment of his program to condemning the subreddit and criticizing Reddit for hosting it.   The "jailbait" subreddit was heralded in the Reddit community as the chosen "subreddit of the year" in the "Best of reddit" user poll in 2008 and at one point, jailbait was the second most common searched term on the site.[53]

116.   Reddit's general manager, Erik Martin, defended the subreddit by saying:  "We're a free speech site with very few exceptions (mostly personal info) and having to stomach occasional troll reddit like /r/picsofdeadkids or morally questionable reddits like /r/jailbait are part of the price of free speech on a site like this."[54]

117.   Reddit "will not ban questionable subreddits" because it sees itself as "the government of a new type of community" in which "[a]ctions which are morally objectionable or otherwise inappropriate" are tolerated.[55]

118.   While Reddit's executives may be content to have "morally questionable reddits," the law prohibits it from knowingly profiting from sex trafficking, which is what Reddit is doing here.

---

[53] https://web.archive.org/web/20121012213707/http://gawker.com/5950981/unmasking-reddits-violentacrez-the-biggest-troll-on-the-web
[54] https://www.dailydot.com/society/reddit-beatingwomen-misogyny-images/
[55] https://redditblog.com/2014/09/06/every-man-is-responsible-for-his-own-soul/

**C.** **Reddit Knows That Its Websites Are Known For Sex Trafficking Activity**

119. This is not a situation where Reddit can credibly claim ignorance. Reddit has itself admitted that it is aware of the presence of child pornography on its website.

120. In December 2018, Reddit employee Marta Gossage explained to *Insider* that, as part of her daily routine, after waking up early in her apartment on Manhattan's Upper West Side, she'd spend an hour or more checking in on recently problematic subreddits, "such as whatever was bubbling up at the time in the Violentacrez universe, say, r/picsofdeadfailbait, his attempt to outfilth r/jailbait, which was now banned."[56] Another employee, Erik Martin, likewise explained that he was responsible for dealing with the more "grisly content" including "sexualized images of minors."[57]

121. Since 2019, but not before,[58] Reddit has claimed in an annual "transparency report" to use PhotoDNA technology for images, as well as YouTube CSAI technology for videos, to locate CSEM on its websites.[59] These are automated image-recognition technologies used for detecting child pornography. Companies like Reddit are legally required to report CSEM to NCMEC, which maintains a database of known CSEM.[60, 61] From that database, NCMEC creates unique "hashes" that represent the CSEM, and can be used with image-recognition technologies to automatically identify other instances (or near instances) of those same images and videos.[62] For example, "PhotoDNA is able to compare the attributes of any given

---

[56] https://www.businessinsider.com/reddit-moderators-jobs-and-the-early-days-of-reddit-2018-10
[57] *Id.*
[58] https://www.redditinc.com/policies/transparency-report-2018
[59] https://www.redditinc.com/policies/transparency-report-2019
[60] https://www.justice.gov/opa/pr/acting-ag-and-five-country-statement-temporary-derogation-eprivacy-directive-combat-child
[61] https://en.wikipedia.org/wiki/PhotoDNA
[62] https://en.wikipedia.org/wiki/PhotoDNA

37

images with those of illegal images to seek out matches," and "much of the process is entirely automated and hands-off."[63]

122.   PhotoDNA has been available, for free, to qualified organizations since 2014.[64]  On information and belief, Reddit did not begin using PhotoDNA, or any other image-recognition technologies to identify CSEM, until it disclosed that use for the first time in its 2019 "transparency report."

123.   Reddit does not use PhotoDNA widely to automatically locate CSEM images and videos among all the images and videos distributed on its websites.  The experiences of Plaintiffs (and their daughters), as described below, confirms this. Had Reddit been appropriately using image-recognition technologies to automatically locate and remove known CSEM, Reddit would have automatically located and removed the known CSEM images depicting Plaintiffs and/or their daughters. Instead, due to Reddit's tacit approval of CSEM on its websites, Plaintiffs have been forced to manually review degrading subreddits at length, exacerbating their victimization and distress, in order to manually locate and report CSEM.

124.   Although Reddit is required to report CSEM to NCMEC, it dramatically underreports known instances of CSEM to NCMEC's Cyber Tipline.  For example, although Reddit was one of the most popular websites in the world in 2019—with 430 million monthly active users and 199 million posts[65]—and although, as described herein, Reddit's websites were rife with CSEM, Reddit only made 724 CSEM reports to NCMEC in 2019.[66]

125.   Beyond its own purported monitoring, there are various other ways in which Reddit has been made aware of the fact that its platform has become a go-to home for child pornography.

---

[63]https://betanews.com/2015/07/17/microsoft-photodna-weeds-out-illegal-child-porn-and-abuse-images/
[64] https://en.wikipedia.org/wiki/PhotoDNA
[65] https://redditblog.com/2019/12/04/reddits-2019-year-in-review/
[66]https://www.missingkids.org/content/dam/missingkids/gethelp/2019-reports-by-esp.pdf

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

1. **The Presence Of Underage Pornography Is Obvious From Language On Reddit's Own Website**

126. To start, Reddit need go no further than the language used on its own website.

127. For example, until Reddit came under pressure to take them down, it was home to such subreddits as:

- /r/teen_girls
- /r/TeenGirls
- /r/pro_teen_models
- /r/preteen_girls
- /r/JailbaitArchives
- /r/JailbaitVideos
- /r/TrueJailbait
- /r/niggerjailbait
- /r/ChestyBait
- /r/bustybait
- /r/cutegirls
- /r/asianjailbait
- /r/JustTeens
- /r/JailbaitJunkies
- /r/jailbait_nospam
- /r/jailbaitgw
- /r/nudistbeach
- /r/Purenudism
- /r/teens
- /r/Thenewjailbait
- /r/trapbait
- /r/malejailbait

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

- /r/malejailbaitarchives
- /r/lolicon
- /r/shotacon
- /r/assbait
- /r/preteen_boys
- /r/photobucketplunder
- /r/AngieVarona
- /r/picsofdeadjailbait[67]

## 2. Presence Of Underage Pornography Brought To Reddit's Attention Via Users

128. Users of Reddit, not to mention child pornography victims and their families, have also notified Reddit of the presence of child pornography on their website.

129. In 2012, a user explained: "I emailed an admin about a preteengirls thread EXPLICITLY showing photos of child porn." The Reddit administrator responded "thanks" and "[n]othing was done, NOTHING, which is what I expected.[68]

130. Similarly, in the comments on the thread relating to Reddit's site-wide rules regarding sexualization of minors, many users commented on a number of subreddits that featured child pornography, including one subreddit that featured a fourteen-year-old that had existed for almost four years.

131. As yet further examples, a moderator, elis8, commented on how the subreddit r/starlets "was a source of all my troubles for years and it's still up even though it's literally created to sexualize minors." And another user explained that the subreddit "r/ratemeteen is basically a virtual pedophile ring."

---

[67] https://www.reddit.com/r/blog/comments/pmj7f/a_necessary_change_in_policy/
[68] https://www.washingtonpost.com/news/the-intersect/wp/2014/09/03/does-reddit-still-have-a-child-porn-problem/

40

132.   Finally, a September 2020 story in *The U.S. Sun* details how a Reddit user and moderator recently confessed—on Reddit—to being obsessed with child pornography.  He had joined a subreddit known as PedoGate that apparently was about bringing justice to children, but after police showed up at this user's house, Reddit eventually took the subreddit down as it turned out to be promoting "sexually suggestive content involving minors."[69]

### 3.   Presence Of Underage Pornography Brought To Reddit's Attention Via Third-Party Reporting

133.   Media outlets have also placed Reddit on notice of the presence of child pornography its platform.

134.   The mainstream media began covering Reddit's child pornography problem back in October 2011, following Anderson Cooper's detailed coverage of the darker side of the Reddit message boards.  In particular, Mr. Cooper zeroed in on a subreddit known as r/jailbait, which was at the time home to more than 20,000 users.

135.   On October 12, 2014, *Gawker* published an article exposing the moderator of r/jailbait, entitled "Unmasking Reddit's Violentacrez, The Biggest Troll on the Web."  As reported by *Gawker*, the subreddit r/jailbait was "dedicated to sexualized images of underage girls" and Violentacrez and his fellow moderators worked hard to make sure very girl on jailbait was underage, diligently deleting any photos whose subjects seemed older than 16 or 17."[70]

136.   On September 3, 2014, *The Washington Post* published an article reporting on the "Celebgate" spectacle, which included naked photos of Olympic gymnast McKayla Maroney—taken while she was underage—being posted on the subreddit /r/thefappening.  The article concludes that "Reddit still hosts virtually

---

[69]https://www.the-sun.com/news/1503509/reddit-pedogate-banned-moderator-addicted-child-porn/
[70] https://gawker.com/5950981/unmasking-reddits-violentacrez-the-biggest-troll-on-the-web

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

every kind of fifth and depravity you can conceive of – and probably quite a bit that you can't." Including "rape porn", "collections of dead children" and "many, many nude photographs of women who appear to just at, if not under, the age of majority."[71]

137. On April 28, 2020, BuzzFeed.News reported how a TikTok sensation found nude images that she had taken when was 17 on Reddit. The now-defunct subreddit created to share the images was the fastest growing subreddit on April 3 of that year, making it impossible for Reddit to have not known about it.[72]

138. On September 24, 2020, *Rolling Stone* published an article entitled: "How TikTok Teens are Ending Up on Pornhub," explaining that these underage images are finding their way onto not only traditional porn websites, but also Reddit.[73]

139. More recently, on December 4, 2020, *New York Times* opinion columnist Nicholas Kristof published a detailed piece entitled "The Children of Pornhub." While the focus of the article was the presence of child pornography on various pornographic websites, Mr. Kristof explained: "Depictions of child abuse also appear on mainstream sites like Twitter, Reddit and Facebook."[74]

### 4. Presence Of Underage Pornography Brought To Reddit's Attention Via Advocacy Groups

140. Advocacy groups have devoted significant resources to bringing attention to the ubiquitous problem of child pornography on Reddit.

141. Most notably, since 2013, the National Center on Sexual Exploitation has published "The Dirty Dozen List"—an annual campaign calling out twelve mainstream entities for facilitating or profiting from sexual abuse and exploitation.

---

[71] https://www.washingtonpost.com/news/the-intersect/wp/2014/09/03/does-reddit-still-have-a-child-porn-problem/
[72] https://www.buzzfeed.com/cameronwilson/tiktok-underage-nudes-leaked-harassment
[73] https://www.rollingstone.com/culture/culture-news/tiktok-dance-pornhub-nonconsensual-porn-1064794/
[74] https://www.nytimes.com/2020/12/04/opinion/sunday/pornhub-rape-trafficking.html

In 2021, Reddit earned a spot on the list. As explained by the Center: "child sexual abuse material is also easily found on the site because Reddit refuses to institute strong polices and, despite being worth $6 billion, refuses to spend money on moderators and technology solutions to reduce sexual abuse and exploitation material surfacing on their site."[75]

142. In sum, Reddit fully understands and markets itself as a gateway of the internet, and while discovery will reveal the full extent to which Reddit is aware of the existence of child pornography being trafficked through its own websites, there's simply no question it is aware of the staggering flow of child pornography over the world wide web as a whole, and yet it did little to nothing to prevent it. Indeed, Reddit was made aware of the specific CSEM depicting Plaintiffs and/or their daughters posted to its website, and although it had access to free technology to automatically locate and put an end to further distribution of that CSEM, it failed to do so.

## IV. PLAINTIFFS' EXPERIENCES (AND THE EXPERIENCES OF THEIR DAUGHTERS) AS VICTIMS OF DEFENDANTS' SEX TRAFFICKING

### Jane Doe 1

143. Jane Doe 1 was in high school when her boyfriend created four videos of the two of them engaging in sexual intercourse. She was sixteen years old at the time the videos were recorded, and some of the videos were recorded without her knowledge let alone consent. She was induced to perform the sex acts depicted in the videos.

144. The relationship ended when Jane Doe 1's boyfriend pushed her out of his moving car onto the street, dragging her until she was able to free herself.

---

[75] https://endsexualexploitation.org/reddit/

145. After the relationship ended, Jane Doe 1 learned from a mutual friend that her ex-boyfriend had posted multiple videos and images online of the two of them engaging in sexual intercourse. Jane Doe 1 is clearly identifiable in the videos and images, which were posted to various websites, including Reddit, from the period of December 2019 to the present.

146. The postings were accompanied by crude, disparaging, misogynistic and/or racist remarks. As just one example, the posting would often be accompanied with words such as "Asian" and "slut." As another example, some of the posts encouraged other Reddit users to film themselves masturbating to the images—which again were pictures of an underage Jane Doe 1 taken without her knowledge let alone consent—and then post those videos to Reddit.

147. Jane Doe 1's trafficker would communicate with other Reddit users regarding the distribution of child pornography. He would send messages to other users relating to sharing photos to get more "exposure". He would also entice users to perform "tributes" in exchange for sexually explicit videos and images.

148. As soon as she became aware of the posts on Reddit, Jane Doe 1 immediately reported them to the moderators on the individual subreddits. In many of her communications, she made clear that she was the woman in the videos, that she was underage at the time they were made, and that she had never consented to their production, let alone dissemination online. For these reasons, she asked that they be taken down immediately.

149. Each time she brought the matter to Reddit's attention, it took days before anything was done. The material would come down only to be reposted within minutes.

150. At some point, Jane Doe 1 learned that Reddit cares more about DMCA violations than child pornography. While she had started off by telling moderators that the content included child pornography, and that it was non-consensual, she noticed she got better responses when she added that there was a copyright issue.

44

That is, Reddit's moderators cared more and responded more quickly to a message flagging a possible copyright concern, than a message flagging non-consensual child pornography.

151. Worse yet, because Reddit has zero policy in place for preventing the posting of this type of content, even after it has been specifically flagged for Reddit, whenever Reddit would finally agree to remove a post, Jane Doe 1's ex-boyfriend would simply post anew, often to the exact same subreddit. When Jane Doe 1 was finally successful in having her ex-boyfriend's Reddit account banned, Reddit permitted him to simply make a new account and he was once again free to post all the child pornography he liked.

152. Because Reddit refused to help, it fell to Jane Doe 1 to monitor no less than 36 subreddits—that she knows of—which Reddit allowed her ex-boyfriend to repeatedly use to repeatedly post child pornography. This is despite the fact that, as Reddit well knew, throughout this time her ex-boyfriend uploaded the content from the identical IP address.

153. To be clear, Reddit's refusal to act has meant that for the past several years Jane Doe 1 has been forced to log on to Reddit and spend hours looking through some of its darkest and most disturbing subreddits so that she can locate the posts of her underage self and then fight with Reddit to have them removed. She does this often, and her effort continues to this day. Despite these incredible efforts, without Reddit's assistance the situation is hopeless.

154. The circulation of the videos and images, and the effort she has had to undertake to both locate them and negotiate with Reddit to have them removed, has caused Jane Doe 1 great anxiety, distress and sleeplessness. She has had recurring thoughts of contemplating suicide and feelings of hopelessness, resulting in withdrawing from school and seeking therapy.

155. Reddit financially benefitted from Jane Doe 1's trafficking in the form of increased traffic to the subreddits on which Jane Doe 1's videos and images were

45

posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

**John and Jane Doe No. 2**

156.   Plaintiffs John and Jane Doe No. 2 are the parents of a 15-year-old girl who bring this suit on her behalf pursuant to Rule 17(c).  In mid-2020, their daughter was the victim of a scam perpetrated by a Reddit user on a social media website.  The Reddit user (or users) threatened their daughter by claiming he (or they) had compromising photographs of her (or would create fake ones) and manipulated her into sending more sexually explicit photos.  The Reddit user(s) extorted her into sending approximately five sexually explicit photos of her various body parts, and obtained additional explicit photos of her from a third party.  John and Jane Doe No. 2's daughter is clearly identifiable in these photographs, either because her face appears in the photos or because they include her social media username.

157.   The user(s) subsequently turned to Reddit, posting the child's photos (including identifying information) on both existing subreddits dedicated to child pornography and subreddits he (or they) created for the same purpose.

158.   John and Jane Doe No. 2 and their minor child felt upset, devastated, and violated when they discovered the sexually explicit images on Reddit in November 2020, which they realized after their daughter received a barrage of "friend" requests on a social media site whenever her photos, including identifying information, were posted on Reddit.

159.   John and Jane Doe No. 2 reported this illegal content of their minor child to subreddit moderators and Reddit administrators.  John and Jane Doe No. 2 have primarily reported this content through Reddit's form content reporting link as "sexualization of minors" as well as "impersonation" when the Reddit user(s) posts their daughter's photos pretending to be her.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

160.    Reddit has made arbitrary and contradictory decisions about whether to remove sexually explicit photos of John and Jane Doe No. 2's daughter from its site. In response to requests to remove the exact same photos, Reddit has at times (a) agreed the photos violate Reddit's content policy, and removed them; (b) agreed the photos violate Reddit's content policy, but failed to remove them despite representing that it "has taken action" to address the illegal content; and/or (c) determined the photos do not violate Reddit's content policy, and declined to remove them.

161.    Indeed, despite Reddit having at times responded to John and Jane Doe 2's reports by confirming that the photos violate its content policy and that it "has taken action,"  more than once, John and Jane Doe No. 2 have discovered that their child's sexually explicit photos remain accessible from the very same link they reported, and which Reddit claimed to have taken action to address.

162.    Other times, Reddit has responded to a report about the exact same photo, posted on a different subreddit or reposted on the same subreddit, stating that the content doesn't violate Reddit's content policy.  John and Jane Doe No. 2 are thus left to report the illegal content again and hope that Reddit reaches the correct conclusion.

163.    Still other times, John and Jane Doe No. 2 have received no response at all from Reddit that it has reviewed the content and decided—one way or the other— whether the illegal, underage content violates its policy.  When this happens, John and Jane Doe No. 2 are forced to spend more time filing another complaint about the content.

164.    In addition to reporting directly to Reddit administrators using Reddit's form content reporting link, John and Jane Doe No. 2 initially contacted the subreddit moderators where their child's sexually explicit photos had been posted and requested their removal.  The moderators' responses were arbitrary, requesting exacting proof that their daughter was a minor and that the content had been posted or uploaded without her permission.  At least one moderator observed that his or her

actions in removing content from one subreddit did nothing to remove the same content the moderator saw posted on other subreddits.

165. John and Jane Doe No. 2 stopped contacting subreddit moderators when they realized that the Reddit user(s) who extorted their daughter had created his own subreddits, where he (or they) was almost certainly acting as the moderator. John and Jane Doe No. 2 learned that Reddit's non-existent age, identity, and copyright verification procedures led to the perverse situation where they might be reporting CSEM to the person who had extorted and uploaded photographs of their daughter in the first place—facilitating a cycle of re-victimization. They feared that if they continued to contact subreddit moderators, they would unwittingly provide additional identifying information to the Reddit user(s) or allies that could put themselves and their daughter in harm's way.

166. John and Jane Doe No. 2 have reported their daughter's photos to Reddit as illegal, underage content upwards of 100 times.

167. John and Jane Doe No. 2 have banded together with a group of other parents whose children were also extorted by the same Reddit user(s) on social media to search for and report illegal photos of their minor children posted on Reddit and other sites. Those other parents include John and Jane Doe No. 3, who have repeatedly reported photos of John and Jane Doe No. 2's daughter to Reddit, with similarly arbitrary responses from Reddit. Collectively, the parents have reported photos of John and Jane Doe No. 2's daughter to Reddit hundreds of times in the last seven months.

168. Because Reddit has zero policy in place for preventing the posting of this type of content, even after it has been specifically flagged for Reddit, whenever Reddit would finally agree to remove a post featuring CSEM of John and Jane Doe No. 2's daughter, the Reddit user(s) would simply post anew, often to the exact same subreddit. To this day, every time John and Jane Doe No. 2 succeed in convincing Reddit to remove their child's sexually explicit photos from its website, the Reddit

48

user(s) typically re-posts them within a day, sometimes to the same subreddit and sometimes using the same username or account. John and Jane Doe No. 2's daughter's photos have been posted or uploaded to Reddit nearly every day for the last seven months. Because of Reddit's non-existent policies to prevent this type of content and conduct, it has fallen on John and Jane Doe No. 2 to find the new posts and once again fight to have them removed. In addition, John and Jane Doe No. 2 continue to have to fight with Reddit to have posts removed when Reddit refuses to remove them or when Reddit claims it has taken action when in fact, its lax policies and procedures enable the Reddit user(s) to circumvent Reddit's rules by (for example) deleting a username or hiding a post temporarily.

169. Because Reddit refuses to help, it has fallen to John and Jane Doe No. 2, as well as a group of parents working on their behalf, to search for and monitor dozens of subreddits—that they know of—which Reddit allows the Reddit user(s) to repeatedly use to repeatedly post child pornography. These parents, including John and Jane Doe No. 2, spend hours searching for content of their daughters on Reddit, then fighting to have it removed. These parents, including John and Jane Doe No. 2, have discovered that the Reddit user(s) repeatedly posts CSEM content to Reddit featuring well over 100 additional underage girls, and the parents have repeatedly reported this illegal content to Reddit as well. Reddit has provided similarly arbitrary and unhelpful responses to these complaints. To be clear, Reddit's refusal to act has meant that for the past seven months John and Jane Doe No. 2, and other parents working on their behalf, have been forced to log on to Reddit and spend hours looking through some of its darkest and most disturbing subreddits to locate sexually explicit images of their underage daughter and then fight (often unsuccessfully) with Reddit to have them removed. At times, John and Jane Doe No. 2 and other parents working on their behalf have sent CSEM featuring their daughters to NCMEC, which has successfully persuaded Reddit to remove certain content. These efforts continue to

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

this day.  Despite these incredible efforts, without Reddit's proactive assistance, the situation is endless and hopeless.

170.   When John and Jane Doe No. 2, the other parents working on their behalf, or NCMEC, are successful in persuading Reddit to remove the illegal, underage content of their daughter, the photos are typically re-posted or re-uploaded to Reddit within a day and the harrowing process starts again.

171.   John and Jane Doe No. 2 also have reported the Reddit user(s) who posts images of their daughter.  Only very rarely has this resulted in Reddit banning the user(s).  But with Reddit's lax age, identity, and copyright verification procedures, the Reddit user(s) is able to make another account in minutes and resume his (or their) vicious campaign against John and Jane Doe No. 2's daughter by posting her sexually explicit photos on Reddit again and again.

172.   The limited times John and Jane Doe No. 2 were successful in having the user's Reddit account banned, he has, within a day, made a new Reddit account where he was once again free to post all the child pornography he liked.

173.   The circulation of the images, and the extreme efforts they have had to undertake to both locate them and negotiate with Reddit, or even contact NCMEC to have them removed, have caused John and Jane Doe No. 2 and their daughter great anxiety, distress and sleeplessness.  John and Jane Doe No. 2, and in particular their minor daughter, have been psychologically and emotionally distressed by the toll of repeatedly contacting Reddit to remove the illegal content of their child and embarrassed, upset, and humiliated by the knowledge that her images continue to appear on Reddit.  Reddit's inconsistent responses to the exact same CSEM content of their daughter uploaded again and again to Reddit's site has further contributed to the emotional distress of John and Jane Doe No. 2 and their minor daughter, because they have no comfort that Reddit will act appropriately, or decisively, to eliminate the content from its site or prevent its appearance in the first place.  John and Jane

Doe No. 2 and their daughter fear for their daughter's safety given the identifying information about her that is repeatedly posted on Reddit.

174.   Reddit financially benefitted from the trafficking of John and Jane Doe No. 2's daughter in the form of increased traffic to the subreddits on which John and Jane Doe No. 2's daughter's images were posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

**John and Jane Doe No. 3**

175.   Plaintiffs John and Jane Doe No. 3 are the parents of a 15-year-old girl who bring this suit on her behalf pursuant to Rule 17(c).  In mid-2020, when their daughter was 14 years-old, their daughter was the victim of a scam perpetrated by a Reddit user (or users) on a social media website.  The Reddit user(s) obtained three sexually explicit photos of their daughter from a third party and tried to extort John and Jane Doe No. 3's daughter into sending him (or them) additional photos.  She refused to send him (or them) additional photos.

176.   The users subsequently turned to Reddit, posting the child's sexually explicit photos (including identifying information) on both existing subreddits dedicated to child pornography and subreddits he (or they) created for the same purpose. John and Jane Doe No. 3's daughter is clearly identifiable in the photographs, which also include her social media username.

177.   John and Jane Doe No. 3 and their minor daughter felt upset, devastated, and violated when they discovered the sexually explicit images on Reddit in November 2020, which they realized after their daughter received a barrage of "friend" requests on a social media site whenever her photos, including identifying information, were posted on Reddit.

178.   John and Jane Doe No. 3 reported this illegal content of their minor child to sub-reddit moderators and Reddit administrators.  John and Jane Doe No. 3 have reported this content as "sexualization of minors" as well as "targeted harassment,"

or "impersonation" when the Reddit user(s) posts their daughter's photos pretending to be her.

179. Similar to John and Jane Doe No. 2's interactions with Reddit, Reddit makes arbitrary and contradictory decisions about whether to remove sexually explicit photos of John and Jane Doe No. 3's daughter. In response to requests to remove the exact same photos, Reddit has at times (a) agreed the photos violate Reddit's content policy, and removed them; (b) agreed the photos violate Reddit's content policy, but failed to remove them despite representing that it "has taken action" to address the illegal content; and/or (c) determined the photos do not violate Reddit's content policy, and declined to remove them.

180. Indeed, despite Reddit having at times responded to John and Jane Doe No. 3's reports by confirming that the photos violate its content policy and that it "has taken action," more than once, John and Jane Doe No. 3 have discovered that their daughter's sexually explicit photos remain accessible from the very same link they reported, and which Reddit claimed to have taken action to address.

181. Other times, Reddit has responded to a report about the exact same photo, posted on a different sub-reddit or reposted on the same sub-reddit, stating that the content doesn't violate Reddit's content policy. John and Jane Doe No. 3 are thus left to report the illegal content again and hope that Reddit reaches the correct conclusion.

182. Still other times, John and Jane Doe No. 3 receive no response at all from Reddit that it has reviewed the content and decided—one way or the other—whether the illegal, underage content violates its policy. When this happens, John and Jane Doe No. 3 must file another complaint about the content.

183. In response to some of their reports, John and Jane Doe No. 3 have received an automatic response that due to the heavy volume of reports, Reddit will take some time to get back to them, but in some cases Reddit never responds.

184.   John and Jane Doe No. 3 have learned that sometimes, the Reddit user(s) who posted or uploaded the CSEM content featuring their daughter have deleted themselves and/or been banned, while leaving behind the CSEM content the user(s) uploaded.  When this happens, the illegal photos remain available on Reddit, but—because of Reddit's lax reporting—its systems indicate that the CSEM content John and Jane Doe No. 3 reported has been dealt with, when in reality it is still accessible on Reddit's site.

185.   John and Jane Doe No. 3 spend, on average, 2.5 hours each day scouring Reddit for CSEM content of their child as well as the children of John and Jane Doe No. 2, Jane Doe No. 4, John and Jane Doe No. 5, and Jane Doe No. 6, among others. This includes daily reporting of offensive, illegal content of these children for the past seven months.

186.   In addition to reporting directly to Reddit administrators using Reddit's form content reporting link, John and Jane Doe No. 3 initially contacted the subreddit moderators for subreddits where their daughter's sexually explicit photos had been posted, and requested their removal.  This approach sometimes, but not always, led to the removal of images depicting their daughter.

187.   John and Jane Doe No. 3 stopped contacting subreddit moderators when they realized that the Reddit user(s) who attempted to extort their daughter had created his own subreddits where he was almost certainly acting as the moderator. John and Jane Doe No. 3 learned that Reddit's non-existent age, identity, and copyright verification procedures led to the perverse situation where they might be reporting CSEM to the person who had extorted photos of their daughter in the first place—facilitating a cycle of re-victimization.  They feared that if they continued to contact subreddit moderators, they would unwittingly provide additional identifying information to the Reddit user(s) or allies that could put themselves and their daughter in harm's way.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

188.  Additionally, John and Jane Doe No. 3 learned that subreddit moderators had the ability to and in some instances did block them from viewing certain subreddits containing their child's sexually explicit photographs.  In these instances, when John and Jane Doe No. 3 tried to access the links it seemed they did not exist, when in reality the CSEM content was still on Reddit.

189.  In John and Jane Doe No. 3's experience, at times subreddit posts would be taken down after their reports only to return a few hours later with the original posting date.  On information and belief, they believe in those cases Reddit asked the moderator of those subreddits to remove the content, but since the moderator appears to be the Reddit user(s) who extorted photographs from John and Jane Doe No. 3's child in the first place, he (or they) simply hid the posts temporarily before putting them back up on Reddit's site.

190.  John and Jane Doe No. 3 previously had some success reporting directly to "modmail," which was a way to contact Reddit administrators who were the moderators of an archived subreddit called reddit.com.  In the last few months, Reddit has disabled that reporting channel so that John and Jane Doe No. 3 are limited to reporting CSEM content via the form complaints described above.

191.  Previously, John and Jane Doe No. 3 would on occasion receive responses to their "modmail" reports from Reddit's "anti-evil" team, which enabled them to respond to an employee with their requests to remove CSEM content.  In the last few months, they have received responses telling them not to report this way but rather to use Reddit's form complaint channels described above.

192.  John and Jane Doe No. 3 have reported their daughter's photos to Reddit as illegal, underage sexually explicit content upwards of 100 times.

193.  John and Jane Doe No. 3 have banded together with a group of other parents whose children were also victimized by the same Reddit user(s) on social media to search for and report illegal photos of their minor children posted on Reddit and other sites.  Those other parents include John and Jane Doe No. 2, who have

repeatedly reported photos of John and Jane Doe No. 3's daughter to Reddit, with similarly arbitrary responses from Reddit. Collectively, these parents have reported photos of John and Jane Doe No. 3's daughter to Reddit hundreds of times in the last seven months.

194. Because Reddit has zero policy in place for preventing the posting of this type of content, even after it has been specifically flagged, whenever Reddit would finally agree to remove a post featuring CSEM of John and Jane Doe No. 3's daughter, the Reddit user(s) would simply post anew, often to the exact same sub-reddit. To this day, every time John and Jane Doe No. 3 succeed in convincing Reddit to remove their child's sexually explicit photos from its website, the Reddit user(s) typically re-posts them within a day, sometimes to the same subreddit and sometimes using the same username or account. John and Jane Doe No. 3's child's photos have been posted or uploaded to Reddit nearly every day for the last eight months. Because of Reddit's non-existent policies to prevent this type of content and conduct, it has fallen on John and Jane Doe No. 3 to find the new posts and once again fight (sometimes unsuccessfully) to have them removed.

195. Because Reddit refuses to help, it has fallen to John and Jane Doe No. 3, as well as a group of parents working on their (and their daughter's) behalf, to search for and monitor dozens of subreddits—that they know of—which Reddit allows the Reddit user(s) to repeatedly use to repeatedly post child pornography. These parents, including John and Jane Doe No. 3, spend hours searching for content of their daughters on Reddit, then fighting to have it removed. These parents, including John and Jane Doe No. 3, have discovered that the Reddit user(s) repeatedly posts CSEM content to Reddit featuring well over 100 additional underage girls, and the parents have repeatedly reported this illegal content to Reddit as well. Reddit has provided similarly arbitrary and unhelpful responses to these complaints.

196. To be clear, Reddit's refusal to act has meant that for the past seven months John and Jane Doe No. 3, and other parents working on their (and their

daughter's) behalf, have been forced to log on to Reddit and spend hours looking through some of its darkest and most disturbing subreddits to locate sexually explicit images of their underage daughter and then fight (often unsuccessfully) with Reddit to have them removed. At times, John and Jane Doe No. 3 and other parents working on their (and their daughter's) behalf have sent CSEM to NCMEC, which has successfully persuaded Reddit to remove certain content of their daughter. These efforts continue to this day. Despite these incredible efforts, without Reddit's proactive assistance, the situation is endless and hopeless.

197.  When John and Jane Doe No. 3, the other parents working on their (and their daughter's) behalf, or NCMEC, are successful in persuading Reddit to remove the illegal, underage content of their daughter, the photos are typically re-posted or re-uploaded to Reddit within a day and the harrowing process starts again.

198.  John and Jane Doe No. 3 also have reported the Reddit user(s) who posts images of their daughter. Only very rarely has this resulted in Reddit banning the user.  But with Reddit's lax age, identity, or copyright verification procedures, the user is able to make another account in minutes and resume his (or their) vicious campaign against John and Jane Doe No. 3's daughter by posting her sexually explicit photos on Reddit again and again.

199.  The limited times John and Jane Doe No. 3 were successful in having the user's Reddit account banned, he (or they) has, within a day, made a new account where he (or they) was once again free to post all the child pornography he (or they) liked.

200.  The circulation of the images, and the extreme efforts they have had to undertake to both locate them and negotiate with Reddit to have them removed, have caused John and Jane Doe No. 3 and their child great anxiety, distress and sleeplessness.  John and Jane Doe No. 3 and their minor daughter have been psychologically and emotionally distressed by the toll of repeatedly contacting Reddit to remove the illegal content of their daughter, and embarrassed, upset, and

humiliated by the knowledge that her images continue to appear on Reddit. Reddit's inconsistent responses to the exact same CSEM content of their daughter uploaded again and again to Reddit's site has further contributed to the emotional distress of John and Jane Doe No. 3 and their minor daughter, because they have no comfort that Reddit will act appropriately, or decisively, to eliminate the content from its site or prevent its appearance in the first place.

201.  Reddit financially benefitted from the trafficking of John and Jane Doe No. 3's daughter in the form of increased traffic to the subreddits on which John and Jane Doe No. 3's daughter's images were posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

## **Jane Doe No. 4**

202.  Plaintiff Jane Doe No. 4 is the mother of a 17-year-old girl who brings this suit on her behalf pursuant to Rule 17(c).

203.  In mid-2020, when Jane Doe No. 4's daughter was 16 years old, she was manipulated by the same Reddit user(s) as the daughters of John and Jane Doe No. 2 and John and Jane Doe No. 3.  Jane Doe No. 4's daughter was extorted into sending the Reddit user(s) approximately six sexually explicit photos of herself, including one that the user(s) has made into an animated "gif" that he posts repeatedly on Reddit, in addition to still photos.  Jane Doe No. 4's daughter's face appears in some of these photos, and her social media username is included with these photos.

204.  In or around the end of December 2020, Jane Doe No. 4 and her minor child felt upset, devastated, and violated when they discovered the sexually explicit photos on Reddit, which they realized after her daughter received a barrage of "friend" requests on a social media site whenever the Reddit user(s) posted her photos, including identifying information, on Reddit.  At any given time, these photos are often posted on multiple subreddits.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

205. Jane Doe No. 4 has reported the illegal, underage sexually explicit content featuring her daughter to Reddit approximately 20 times. Nearly every time, Reddit has denied her request to remove the content, stating that it doesn't violate Reddit's content policy.

206. Jane Doe No. 4, along with other parents working on her (and her daughter's) behalf, including John and Jane Doe No. 2 and John and Jane Doe No. 3, have reported this same content of her daughter to Reddit upwards of 100 times.

207. Similar to these other parents' experience with Reddit, Jane Doe No. 4's interactions with Reddit (and other parents' interactions on her and her child's behalf) have revealed that Reddit makes arbitrary and contradictory decisions about whether to remove photos of Jane Doe No. 4's daughter.

208. At times, other parents working on Jane Doe No. 4's (and her daughter's) behalf have sent links of the CSEM to NCMEC, which has successfully persuaded Reddit to remove the content of her daughter.

209. When Jane Doe No. 4, the other parents working on her behalf, or NCMEC are successful in persuading Reddit to remove the illegal, underage content of her daughter, the photos are typically re-posted or re-uploaded to Reddit—often within a day—and the harrowing process starts again.

210. The circulation of the images, and the extreme efforts they have had to undertake to both locate them and negotiate with Reddit to have them removed, have caused Jane Doe No. 4 and her child great anxiety, emotional distress and sleeplessness. Jane Doe No. 4 and her family fear for their safety given the identifying information about her daughter that the Reddit user(s) posts on Reddit over and over again. Jane Doe No. 4 and her family have incurred damages to enhance security at their home and Jane Doe No. 4 and her daughter have been psychologically and emotionally distressed by the toll of repeatedly contacting Reddit to remove the illegal content of Jane Doe No. 4's daughter, and embarrassed, upset, and humiliated by the knowledge that her sexually explicit images continue to

appear on Reddit. As a result of this situation, Jane Doe No. 4's daughter has suffered psychological and emotional distress and, as a result, lost her position in an extracurricular activity that she once enjoyed. Reddit's inconsistent responses to the exact same CSEM content of Jane Doe No. 4's daughter uploaded again and again to Reddit's site has further contributed to the emotional distress of Jane Doe No. 4 and her minor daughter, because they have no comfort that Reddit will act appropriately, or decisively, to eliminate the content from its site or prevent its appearance in the first place.

211. Reddit financially benefitted from the trafficking of Jane Doe No. 4's daughter in the form of increased traffic to the subreddits on which Jane Doe No. 4's daughter's images were posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

**John and Jane Doe No. 5**

212. Plaintiffs John and Jane Doe No. 5 are the parents of a 15-year-old girl who bring this suit on her behalf pursuant to Rule 17(c).

213. In 2020, the same Reddit user(s) who terrorized the children of John and Jane Doe No. 2, John and Jane Doe No. 3, Jane Doe No. 4, and Jane Doe No. 6 obtained (from a third party) two sexually explicit photos of John and Jane Doe No. 5's child, in which she was 13 years old.

214. The Reddit user (or users) has posted these photos of John and Jane Doe No. 5's child on Reddit. John and Jane Doe No. 5's child is clearly identifiable in these photographs because her face appears in these photos, and they include her social media username.

215. In the fall of 2020, John and Jane Doe No. 5 and their minor child felt upset, devastated, and violated when they learned that these sexually explicit photos appeared on Reddit. Like the other parent-Plaintiffs, each time John and Jane Doe No. 5's daughter's photos were posted on Reddit, she would see a spike in "friend"

requests on another social media platform from adult males who found her photo and contact information on Reddit.

216.  John and Jane Doe No. 5 have reported the illegal, underage sexually explicit content featuring their daughter to Reddit approximately five to ten times. Some of those times, Reddit has denied the request to remove the content, stating that it doesn't violate Reddit's content policy.

217.  John and Jane Doe No. 5, along with other parents working on their behalf, including John and Jane Doe No. 2 and John and Jane Doe No. 3, have reported this same content of their daughter to Reddit at least 100 times.

218.  Similar to these other parents' experience with Reddit, John and Jane Doe No. 5's interactions with Reddit (and other parents' interactions on their child's behalf) have revealed that Reddit makes arbitrary and contradictory decisions about whether to remove sexually explicit photos of John and Jane Doe No. 5's daughter— sometimes removing the content while other times stating that it doesn't violate Reddit's content policy, and sometimes failing to respond at all.

219.  At times, other parents working on behalf of John and Jane Doe. No. 5 (and their daughter) have notified NCMEC about the illegal, underage content of John and Jane Doe No. 5's daughter, which has successfully persuaded Reddit to remove the content of their daughter.  These efforts continue to this day. Despite these incredible efforts, without Reddit's proactive assistance the situation is endless and hopeless.

220.  When John and Jane Doe No. 5, the other parents working on their (and their daughter's) behalf, or NCMEC are successful in persuading Reddit to remove the illegal, underage content of their daughter, the photos are typically re-posted or re-uploaded to Reddit within a day and the harrowing process starts again.

221.  The circulation of the images, and the extreme efforts they have had to undertake to both locate them and negotiate with Reddit to have them removed, have caused John and Jane Doe No. 5 and their child great anxiety, emotional distress and

60

sleeplessness. John and Jane Doe No. 5 and their minor child have been psychologically and emotionally distressed by the toll of repeatedly contacting Reddit to remove the illegal content of their daughter, and embarrassed, upset, and humiliated by the knowledge that her images continue to appear on Reddit. As a result of this situation, John and Jane Doe No. 5's daughter has been diagnosed with PTSD brought on by the ongoing trauma arising from these events and is in active treatment with a medical professional. In addition to receiving therapy, John and Jane Doe No. 5's daughter has withdrawn from friends and extracurricular activities and has suffered academically. In June 2021, John and Jane Doe No. 5 were forced to withdraw their daughter—previously a strong student—from her high school due to failing academic performance as a result of her ongoing trauma due to her victimization via child sex trafficking. Reddit's inconsistent responses to the exact same CSEM content of their daughter uploaded again and again to Reddit's site has further contributed to the emotional distress of John and Jane Doe No. 5 and their minor daughter, because they have no comfort that Reddit will act appropriately, or decisively, to eliminate the content from its site or prevent its appearance in the first place.

222. Reddit financially benefitted from the trafficking of John and Jane Doe No. 5's daughter in the form of increased traffic to the subreddits on which John and Jane Doe No. 5's daughter's images were posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

### Jane Doe No. 6

223. Plaintiff Jane Doe No. 6 is the mother of a 14-year-old girl who brings this suit on her behalf pursuant to Rule 17(c).

224. In late fall of 2020, Jane Doe No. 6 and her minor child felt upset, shocked, and violated when they learned that the Reddit user(s) who obtained illegal, underage images of the children of John and Jane Doe No. 2, John and Jane Doe No.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

3, Jane Doe No. 4, and John and Jane Doe No. 5, had also obtained (from a third party) a sexually explicit photograph of Jane Doe No. 6's daughter and posted it on Reddit.

225.   The Reddit user (or users) has repeatedly posted or uploaded the sexually explicit photograph of Jane Doe No. 6's daughter on Reddit, identifying her through her social media username.

226.   Other parents working on Jane Doe No. 6's (and her daughter's) behalf, including John and Jane Doe No. 2 and John and Jane Doe No. 3, have reported this content of her daughter to Reddit approximately 80-100 times.  These reports have revealed that Reddit makes arbitrary and contradictory decisions about whether to remove photos of Jane Doe No. 6's daughter—sometimes removing the sexually explicit content while other times stating that it doesn't violate Reddit's content policy, and sometimes failing to respond at all.

227.   At times, other parents working on Jane Doe No. 6's (and her daughter's) behalf have notified NCMEC of the illegal, underage content of her daughter, which has successfully persuaded Reddit to remove the content.

228.   When the other parents working on Jane Doe No. 6's (and her daughter's) behalf or NCMEC are successful in persuading Reddit to remove the illegal, underage content of Jane Doe No. 6's daughter, the photos are typically re-posted or re-uploaded to Reddit—often within a day—and the harrowing process starts again.

229.   The circulation of the images and the knowledge that the images continue to appear on Reddit has caused Jane Doe No. 6 and her child to feel upset, embarrassed, and violated. Reddit's inconsistent responses to the exact same CSEM content of their daughter uploaded again and again to Reddit's site has further contributed to the emotional distress of Jane Doe No. 6 and her minor daughter, because they have no comfort that Reddit will act appropriately, or decisively, to eliminate the content from its site or prevent its appearance in the first place.

230.   Reddit financially benefitted from the trafficking of Jane Doe No. 6's daughter in the form of increased traffic to the subreddits on which Jane Doe No. 6's daughter's images were posted, as well as the increased traffic to Reddit generally, which led to increased advertising revenue for Reddit.

231.   Sexually explicit images of Plaintiffs (and/or their daughters) have appeared and/or been promoted on at least the following subreddits:

- r/newreddits
- r/TheDirtySnapchat
- r/nude_snapchat
- r/xsmallgirls
- r/tits
- r/Nude_Selfie
- r/DadWouldBeProud
- r/boobs
- r/Babes
- r/aa_cups
- r/smallboobs
- r/pussy
- r/pussyrating
- r/ThickThighs
- r/Slut
- r/LegalTeensGW
- r/FreeKarma4U
- r/PickOne
- r/booty_queens
- r/ratemyboobs
- r/u_jersey-gurl
- r/butt

1. r/RateMyAss
2. r/UpvotedBecauseButt
3. r/slutsofsnapchat
4. r/CollegeAmateurs
5. r/collegesluts
6. r/Adult_Social_Network
7. r/tanlines
8. r/Nudes
9. r/Nipples
10. r/OnOff
11. r/Nudes_girls
12. r/DaughterTraining
13. r/VoyeurBeachFun
14. r/BikiniBodies
15. r/piercedtits
16. r/TotalBabes
17. r/bootypetite
18. r/HungryButts
19. r/Ratemypussy
20. r/BoobsAndTities
21. r/whooties
22. r/JizzedToThis
23. r/Flashing
24. r/FlashingGirls
25. r/homegrowntits
26. r/PetiteNSFW
27. r/DarkAngels
28. r/fitgirls

1. • r/RealPublicNudity
2. • r/BlackGirlsNSFW
3. • r/IRLgirls
4. • r/legs
5. • r/tongue
6. • r/gettingherselfoff
7. • r/RubbingHerPussy
8. • r/pawg
9. • r/ThotClub
10. • r/PetiteGirls
11. • r/petite
12. • r/jilling
13. • r/twerking
14. • r/Busty
15. • r/PublicFlashing
16. • r/Fingering
17. • r/Amateur_gonewild
18. • r/Flashing_gonewild
19. • r/FlashingGW
20. • r/Amateurs_GoneWild
21. • r/Amateurs_nsfww
22. • r/Snapchat_GoneWild
23. • r/Gifs_gonewild
24. • r/DegradingHoles
25. • r/Cuckik
26. • r/CockTributes
27. • r/NSFW_Tributes
28.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

232.   Many of these subreddits have high levels of user engagement, featuring hundreds of new posts on a given day, and thousands of upvotes across posts.

233.   Reddit had knowledge of the specific CSEM featuring sexually explicit images of Plaintiffs (and/or their daughters) on Reddit's website, including because Plaintiffs (and others) reported those images to Reddit, including reporting CSEM posts to Reddit that Reddit decided not to remove. Moreover, as discussed above, users have repeatedly commented on the presence of sexually explicit images that appear to depict minors on subreddits that have also featured sexually explicit images of Plaintiffs and/or their daughters.

234.   Illegal CSEM featuring sexually explicit images of Plaintiffs (and/or their daughters) on Reddit's website benefits both Reddit and the Reddit users that post them.

235.   For example, Reddit has placed advertisements on one or more of the subreddits, listed above, that have also featured and/or promoted sexually explicit images of one or more Plaintiffs and/or their daughters.

236.   Sexually explicit content featuring children also drives traffic to Reddit's website.   This is an independent reason that it benefits Reddit, which relies on its growing number of users to attract advertisers and investors.

237.   CSEM also benefits the Reddit users that share it on Reddit. For example, on information and belief, traffickers regularly use Reddit to purchase CSEM anonymously.

238.   As another example, sexually explicit images of Plaintiffs (and/or their daughters) have been featured on the subreddit r/FreeKarma4U, a subreddit for users to solicit and provide upvotes to posts, which in turn increase their "karma" rating and allow them greater Reddit posting privileges.  This subreddit includes frequent posts (dozens per day) featuring nudity.  Although Reddit appears to automatically blur images of nudity featured on r/FreeKarma4U, the unblurred images are easily viewable by clicking on the photos to view the content.

## CLASS ACTION ALLEGATIONS

239. Plaintiffs bring this action on their own behalf (and/or on behalf of their daughters), and on behalf of a class pursuant to Rule 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure. The Class is defined as:

> all persons who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years.

240. Plaintiff Jane Doe 1 also brings this action on behalf of:

> all persons residing in California who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years (the "California Subclass").

241. Plaintiffs Jane Does No. 2-6 and John Does No. 2, 3, and 5 also bring this action on behalf of:

> all persons residing in New Jersey who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years (the "New Jersey Subclass").

242. For these purposes, "sexually explicit" means the visual depiction of one or more actual or simulated sex acts, including sexual intercourse, anal intercourse, masturbation, bestiality, masochism, fellatio, cunnilingus, partial or full nudity, and/or lascivious exhibition of the anus, genitals, or pubic area of any person.

243. The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs

believe that there are many thousand members of the Class. Absent members of the Class may be notified of the pendency of this action using a form of notice similar to that customarily used in purchaser class actions.

244. Plaintiffs' claims are typical of the claims of the members of the Class, as all members of the Class were similarly affected by Defendant's wrongful common course of conduct complained of herein.

245. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class action litigation.

246. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

        (a)    Whether Defendant knowingly benefitted from child trafficking;

        (b)    Whether user-generated uploads on Defendant's websites feature underage victims;

        (c)    Whether Defendant knew or should have known that there were videos and/or images of underage victims on its websites;

        (d)    Whether Defendant's age verification system prevents users from uploading child pornography; and

        (e)    Whether Defendant has generated revenue from child trafficking.

247. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy, since joinder of all members is impracticable. The damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it virtually impossible as a practical matter for members of the Class to redress individually the wrongs done to them. There will be no difficulty in the management of this action as a class action.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

# **FIRST CLAIM FOR RELIEF**

## **TRAFFICKING VICTIMS PROTECTION ACT**

### **18 U.S.C. §§ 1591, 1595**

248.   Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

249.   Defendant knowingly used the instrumentalities of interstate commerce to violate 18 U.S.C. § 1595.

250.   Defendant knowingly benefits from child trafficking by benefitting financially from videos/images viewable on its websites that depict victims who are underage.   Defendant makes substantial profits with almost three billion ad impressions each day, many of which are attributable to content posted of underage victims.

251.   Defendant recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits videos and images depicting CSEM on its websites.

252.   Defendant knew or should have known that the videos and images featured on their websites depicted CSEM.   Defendant has repeatedly been made aware of the child pornography on its websites by victim's complaints, third-party reporting, advocacy groups, government investigations, and Plaintiffs themselves. Defendant knew or should have known that its websites are known for child sex trafficking based on all of this information.

253.   Defendant monetized child trafficking on its websites through revenues generated by subscriptions and advertisements.

254.   Rather than take action to combat the problem of child sex trafficking, Defendant intentionally catered its websites to facilitate sex trafficking and make it easier for traffickers to monetize underage victims in commercial sex acts.

255.   Defendant not only maintained affiliations with sex traffickers by enabling the posting of child pornography on its websites, it has strengthened those

affiliations by making it easier to connect traffickers with those who want to view child pornography.

256.  Defendant has repeatedly featured victims who have not attained the age of 18 years in videos/images on its websites.  The victims have engaged in commercial sex acts because all of the videos featured on its websites generate revenue for Defendant and/or traffickers and depict sex acts.  Moreover, many of these victims (like the daughters of several Plaintiffs) were extorted for their photographs in the first place.

257.  Defendant had a reasonable opportunity to observe the victims featured on its websites, including because they and their moderators had the opportunity to view all of the content posted thereon.

258.  Defendant's conduct has harmed the Class by causing physical, psychological, financial, and reputational harm.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF DUTY TO REPORT CHILD
## SEXUAL ABUSE MATERIAL
## 18 U.S.C. § 2258A

259.  Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

260.  As an "electronic communication service provider," Defendant's websites are a "provider" under 18 U.S.C. § 2258E(6) and 2258A.

261.  Defendant obtained actual knowledge that there was online sexual exploitation material of children being published on their websites, which was an apparent violation of 18 U.S.C. § 2252.

262.  Defendant knowingly engaged in intentional misconduct by ignoring clear notice of the presence of actual online sexual exploitation material of children. 18 U.S.C. § 2258B(b)(1).

263. Defendant's conduct constitutes a failure to act with reckless disregard to a substantial risk of causing physical injury without physical justification. 18 U.S.C. § 2258B(b)(2)(B).

264. Defendant's conduct constitutes a failure to act for a purpose unrelated to the performance of any responsibility or function under 18 U.S.C. §§ 2258B(b)(2)(C).

265. Defendant's conduct has seriously harmed the Class, including without limitation, physical, psychological, financial, and reputational harm.

## THIRD CLAIM FOR RELIEF

## RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY

## 18 U.S.C. § 2252A

266. Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

267. Defendant knowingly and intentionally offers, operates, maintains pornography and advertises on its websites. Defendant also knowingly and intentionally encourages traffic on its websites and encourage advertisers to purchase advertisement space thereon.

268. Defendant knowingly received and distributed child pornography depicting Plaintiffs (and/or their daughters) and the Class on its websites.

269. Defendant's receipt and distribution of child pornography occurred in or affected interstate or foreign commerce.

270. As a proximate result of Defendant's violation of 18 U.S.C. § 2252A, Plaintiffs and the Class have suffered serious harm including, without limitation, physical, psychological, financial, and reputational harm.

271. Defendant's conduct was malicious, oppressive, or in reckless disregard of Plaintiffs' rights and the Class' rights and Plaintiffs and the Class are entitled to injunctive relief, compensatory and punitive damages, and the costs of maintaining this action. 18 U.S.C. § 2252A(f).

272.   Defendant's liability for knowingly violating 18 U.S.C. § 2252A is not limited by 47 U.S.C. § 230 because nothing in Section 230 "shall be construed to impair the enforcement of [] chapter [ ] 110 (relating to sexual exploitation of children) [ ] or any other Federal criminal statute."  47 U.S.C. § 230(e)(1).

## FOURTH CLAIM FOR RELIEF

## DISTRIBUTION OF PRIVATE SEXUALLY EXPLICIT
## MATERIALS, CAL. CIV. CODE § 1708.85

### (On behalf of California Subclass)

273.   Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

274.   Defendant intentionally distributed child pornography.

275.   Plaintiffs (and/or their daughters) and the Class did not consent to the online distribution of the videos and images depicting them.

276.   Defendant knew Plaintiffs (and/or their daughters) and the Class had a reasonable expectation that the videos depicting them would remain private.

277.   The images depicted on Reddit exposed intimate body parts of Plaintiffs (and/or their daughters) and the Class.

278.   Plaintiffs and the Class were harmed by Defendant's knowing and intentional distribution of child pornography and Defendant's conduct was a substantial factor in causing harm to Plaintiffs and the Class.

## FIFTH CLAIM FOR RELIEF

## VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW ("UCL")

### Cal. Bus. & Prof. Code § 17200

### (On behalf of California Subclass)

279.   Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

280.   Defendant has violated the UCL by engaging in unlawful, unfair, and fraudulent business acts and practices.

281. Defendant knowingly had inadequate verification systems in place that enabled users to upload child pornography to Defendant's websites.

282. Defendant's conduct constitutes an unlawful, unfair, and fraudulent business act and practice.

## SIXTH CLAIM FOR RELIEF

## VIOLATION OF CALIFORNIA'S TRAFFICKING VICTIMS

## PROTECTION ACT

## Cal. Civ. Code § 52.5

**(On behalf of California Subclass)**

283. Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

284. By knowingly maintaining and profiting from CSEM on its websites, Defendant has caused minors to engage in commercial sex acts.

285. Defendant intends to, and does, distribute CSEM, which depicts minors engaged in and/or simulating sexual conduct, through its websites.

286. Defendant's websites are available all over the country, including in California.

## SEVENTH CLAIM FOR RELIEF

## VIOLATION OF NEW JERSEY'S CHILD EXPLOITATION LAWS

## N.J. Rev. Stat. § 2A:30B-3

**(On behalf of New Jersey Subclass)**

287. Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

288. Defendant has knowingly received and published, distributed, circulated, disseminated, presented, exhibited, and/or advertised child pornography on its websites.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

289. The child pornography published, distributed, circulated, disseminated, presented, exhibited, and/or advertised on Defendant's websites depicts minors engaging in prohibited sexual acts and/or the simulation of such acts.

## EIGHTH CLAIM FOR RELIEF
## UNJUST ENRICHMENT

290. Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

291. Defendant profited off of videos and images depicting Plaintiffs (and/or their daughters) and the Class on Defendant's websites.

292. By permitting users to upload videos and images of Plaintiffs (and/or their daughters) and the Class and profiting from those videos and images, Defendant have become unjustly enriched at the expense of Plaintiffs and the Class in an amount to be determined at trial.

## NINTH CLAIM FOR RELIEF
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

293. Plaintiffs incorporate each and every allegation set forth above as if fully set forth herein.

294. Defendant's conduct toward Plaintiffs (and/or their daughters) and the Class, as described herein, was outrageous and extreme.

295. A reasonable person would not expect a company like Defendant to knowingly tolerate child sex trafficking and pornography on its websites. Defendant's callous indifference to the child sexual abuse occurring on its websites goes beyond all possible bounds of decency.

296. Defendant acted with reckless disregard of the likelihood that Plaintiffs (and/or their daughters) and the Class would suffer emotional distress, including humiliation and anxiety. Defendant knew, or recklessly disregarded, that Plaintiffs (and/or their daughters) and the Class wanted and were working to remove the illegal CSEM featuring them on Defendant's websites, but did nothing to help them, and

74

instead ignored them and tacitly encouraged the proliferation of CSEM on its websites.

297.  As a direct and proximate result of Defendant's conduct, Plaintiffs (and/or their daughters) and the Class suffered severe emotional distress and are accordingly entitled to appropriate damages.

298.  No reasonable person in Plaintiffs' (and/or their daughters') and the Class' situation would be able to adequately endure the distress engendered by Reddit's profit-driven indifference to, and encouragement of, their plight.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment, as follows:

A.    Determine that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiffs' counsel as Class counsel;

B.    Award injunctive relief sufficient to bring Defendant's policies and practices in compliance with applicable law;

C.    Award compensatory and punitive damages in favor of Plaintiffs and the Class against Defendant for all damages sustained as a result of Defendant's violations of the law, in an amount to be proven at trial, including prejudgment interest thereon;

D.    Award Plaintiffs and the Class reasonable attorneys' fees, costs and expenses incurred in this action, including expert fees; and

E.    Award such other and further relief as the Court may deem just and proper.

Dated:  July 7, 2021

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
TAMAR LUSZTIG
SUSMAN GODFREY L.L.P.

STEVE COHEN (*Pro Hac Vice*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS

New York, NY 10004
Phone: (212) 337-5361


By  /s/ *Krysta Kauble Pachman*
        Krysta Kauble Pachman

Attorneys for Plaintiffs

76

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), plaintiff demands trial by jury of all of the claims asserted in this complaint so triable.

Dated: July 7, 2021

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
TAMAR LUSZTIG
SUSMAN GODFREY L.L.P.

STEVE COHEN
POLLOCK COHEN LLP

By  /s/ *Krysta Kauble Pachman*
                Krysta Kauble Pachman

Attorneys for Plaintiffs

FIRST AMENDED COMPLAINT FOR VIOLATION OF
FEDERAL SEX TRAFFICKING LAWS