DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>REDDIT, INC.,<br><br>　　　　　　Defendant. | CASE NO. 8:21-cv-00768-JVS-KES<br><br>**JOINT STIPULATION REGARDING CASE MANAGEMENT DATES**<br><br>Before:  Hon. James V. Selna |

Pursuant to the Minute Order Regarding Scheduling Conference, Dkt. 38, Plaintiffs Jane Does No. 1-6 and John Does 2, 3, and 5 and Defendant Reddit, Inc., (collectively the "Parties"), by and through their respective counsel hereby stipulate and agree to the balance of the case management deadlines as shown on Exhibit A to the Order Setting Rule 26(f) Scheduling Conference, Dkt 23, including the last date to conduct a settlement conference:

# EXHIBIT A

## JUDGE JAMES V. SELNA
## PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Plaintiffs' Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: 7 days | 8:30 a.m. (Tuesdays) | | | | 9/6/22 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | −1 | | | N/A |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | −2 | | | 8/22/22* |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | −3 | | | 8/15/22 |
| Last day for hand−serving Motions in Limine | | −6 | | | 7/25/22 |
| Last day for hearing motions | 1:30 p.m. (Mondays) | −7 | | | 7/18/22 |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | −11 | | | 6/20/22 |
| ~~Non−expert~~ Discovery cut−off (fact and expert per Dkt. 37 at 3 ¶ 4F) | | −15 | | | 5/23/22 |

*Note that per Dkt. 37, the deadline to file the jury instructions packet and proposed voir dire questions is 8/30/22; the deadline to meet and confer regarding the one-

1

page joint statement of the case is 9/1/22; and the deadline for Plaintiffs to file their proposed verdict form is 9/6/22. Plaintiffs seek clarification from the Court as to which deadlines control.

| | | | | |
|---|---|---|---|---|
| Expert discovery cut-off | | | | 5/23/22 |
| Rebuttal Expert Witness Disclosure | | 4/4/22 | 4/4/22 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | 3/7/22 | 3/7/22 | |
| Last day to conduct Settlement Conference | | 7/29/22 | 7/29/22 | |
| Last day to amend pleadings or add parties | | | | 9/10/21 |

The parties suggest deferring the entry of a class certification briefing and argument schedule until after the discovery stay has been lifted—as the timing of the latter impacts the timing of the former.

L.R. 16-14 Settlement Choice: (3) Private ADR **to be conducted by July 29, 2022.**

Dated: July 21, 2021              Respectfully submitted,

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
TAMAR LUSZTIG
SUSMAN GODFREY L.L.P.

STEVE COHEN (*Pro Hac Vice*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Phone: (212) 337-5361


By: */s/ Davida Brook*
      Davida Brook

Attorneys for Plaintiffs

2

```
                                        KRISTIN A. LINSLEY
                                        THEANE EVANGELIS
                                        MICHAEL H. DORE
                                        GIBSON, DUNN & CRUTCHER LLP


                                    By: /s/ Theane Evangelis
                                        Theane Evangelis
```

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

```
                                    By: /s/ Davida Brook
                                        Davida Brook

                                        Attorney for Plaintiffs
```