DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REDDIT, INC., <br><br> Defendant. | CASE NO. 8:21-CV-00768-JVS-KES <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' OPPOSITION TO REDDIT'S MOTION TO DISMISS** <br><br> **JURY TRIAL DEMANDED** |

# **TABLE OF CONTENTS**

I.    INTRODUCTION ..................................................................................... 1

II.   BACKGROUND ...................................................................................... 2

      A.    Reddit's Lucrative Underage Sex Trafficking Business ...................... 2

            1.    Reddit's subreddit-driven platform makes it easy
                  for users to solicit, upload, share, view, and
                  download child porn ................................................................. 2

            2.    Reddit generates massive income from
                  advertising and fees tied to users seeking child
                  porn ........................................................................................... 3

            3.    Reddit's moderators and administrators
                  knowingly fail to remove child porn and the users
                  who post it. ................................................................................ 4

            4.    Reddit refuses to enforce its own policy against
                  child porn .................................................................................. 4

III.  LEGAL STANDARD ............................................................................... 6

IV.   ARGUMENT ........................................................................................... 6

      A.    Plaintiffs Have Properly Alleged a TVPRA Civil Claim ..................... 6

            1.    Plaintiffs Need Not Allege That *Reddit* Violated
                  1591 ........................................................................................... 6

            2.    Plaintiffs Are Victims of Trafficking Under
                  §1591 ......................................................................................... 8

      B.    Plaintiffs Adequately Plead a §1595 Claim ...................................... 11

            1.    Reddit Knowingly Received A Benefit ................................... 11

            2.    Reddit Participated in a Venture .......................................... 12

            3.    Reddit "Knew or Should Have Known" of the
                  Trafficking ............................................................................. 16

      C.    Section 230 Does Not Immunize Reddit ........................................... 18

i

D. Plaintiffs' Non-TVPRA Claims Are Properly Pleaded ......................22

    1. Reddit Knowingly Distributed Child Porn ...........................23

    2. Reddit Violated the UCL .......................................................23

    3. Reddit Was Unjustly Enriched..............................................24

    4. Reddit Recklessly Inflicted Emotional Distress
    on Plaintiffs ...........................................................................25

E. If the Court Dismisses, Plaintiffs Request Leave to Replead..............25

V. CONCLUSION ..............................................................................................25

1

# <u>TABLE OF AUTHORITIES</u>

2

**Page(s)**

3

**Cases**

4

5
*A.B. v. Hilton Worldwide Holding, Inc.*,
    484 F. Supp. 3d 921 (D. Or. 2020) .................................................................. 15

6

7
*A.B. v. Marriott Int'l, Inc.*,
    455 F. Supp. 3d 171 (E.D. Pa. 2020) ............................................................... 15

8

9
*A.D. v. Wyndham Hotels and Resorts, Inc.*,
    2020 WL 8674205 (E.D. Va. July 22, 2020) .................................................. 17

10

11
*Anderson v. Apple Inc.*,
    500 F. Supp. 3d 993 (N.D. Cal. 2020) ............................................................ 24

12

13
*B.M. v. Wyndham Hotels & Resorts, Inc.*,
    2020 WL 4368214 (N.D. Cal. July 30, 2020) ................................................ 15

14

15
*Bergado v. Velonza*,
    2018 WL 5861296 (C.D. Cal. Mar. 19, 2018) ............................................... 24

16
*Canosa v. Ziff*,
    2019 WL 498865 (S.D.N.Y. Jan. 28, 2019) ..................................................... 7

17

18
*David v. Weinstein Co. LLC*,
    431 F. Supp. 3d 290 (S.D.N.Y. 2019) ............................................................ 10

19

20
*Doe 3 v. Red Roof Inns, Inc.*,
    2020 WL 1872333 (N.D. Ga. 2020) ................................................................ 17

21

22
*Doe I v. Wal-Mart Stores, Inc.*,
    572 F.3d 677 (9th Cir. 2009) ..................................................................... 24, 25

23

24
*Doe S.W. v. Lorain-Elyria Motel, Inc.*,
    2020 WL 1244192 (S.D. Ohio Mar. 16, 2020) .............................................. 16

25

26
*Doe v. Kik Interactive, Inc.*,
    482 F. Supp. 3d 1242 (S.D. Fla. 2020) ............................................................. 7

27
*Doe v. Rickey Patel, LLC*,
    2020 WL 6121939 (S.D. Fla. Sept. 30, 2020) ................................................ 15

28

*Duronslet v. Cty. of Los Angeles*,
  266 F. Supp. 3d 1213 (C.D. Cal. 2017)................................................................ 25

*Dyroff v. Ultimate Software Group, Inc.*,
  2017 WL 5665670 (N.D. Cal. Nov. 26, 2017).................................................... 20

*E.S. v. Best W. Int'l, Inc.*,
  510 F. Supp. 3d 420 (N.D. Tex. 2021) ................................................................ 15

*F.T.C. v. Accusearch*,
  570 F.3d 1187 (10th Cir. 2009) ........................................................................... 19

*Fields v. Twitter, Inc.*,
  217 F. Supp. 3d 1116 (N.D. Cal. 2016)............................................................... 21

*Flanders v. United States*,
  2017 WL 11405057 (S.D. Fla. June 13, 2017) ................................................... 10

*Gonzalez v. Google, Inc.*,
  2 F.4th 871 (9th Cir. 2021)....................................................................... 2, 18, 22

*H.H. v. G6 Hosp., LLC*,
  2019 WL 6682152 (S.D. Ohio Dec. 6, 2019) ............................................. *passim*

*In re Facebook, Inc.*,
  No. 20-0434, --- S.W. 3d ---,
  2021 WL 2603687 (Tex. June 25, 2021).............................................................. 22

*J.B. v. G6 Hospitality*,
  2020 WL 4901196 (N.D. Cal. Aug. 20, 2020)............................................ *passim*

*J.C. v. Choice Hotels Int'l, Inc.*,
  2020 WL 6318707 (N.D. Cal. Oct. 28, 2020)...................................................... 16

*K.B. v. Inter-Cont'l Hotels Corp.*,
  2020 WL 8674188 (D.N.H. Sept. 28, 2020) ....................................................... 15

*Kimzey v. Yelp*,
  836 F.3d 1263 (9th Cir. 2016).............................................................................. 20

*Knevelbaard Dairies v. Kraft Foods, Inc.*,
  232 F.3d 979 (9th Cir. 2000)................................................................................ 24

iv

*Kowall Ventures, LLC v. Mehdizadeh*,
   2021 WL 2546747 (C.D. Cal. Apr. 19, 2021)...................................................... 25

*Kwikset Corp. v. Superior Ct.*,
   51 Cal. 4th 310 (2011)........................................................................................ 23

*Kythera Biopharm., Inc. v. Lithera, Inc.*,
   998 F. Supp. 2d 890 (C.D. Cal. 2014)................................................................. 6

*Lusnak v. Bank of Am., N.A.*,
   883 F.3d 1185 (9th Cir. 2018)............................................................................ 18

*M.L. v. craigslist, Inc.*,
   2020 WL 5494903 (W.D. Wash. Sept. 11, 2020) .......................................*passim*

*M.L. v. craigslist, Inc.*,
   2020 WL 6434845 (W.D. Wash. Apr. 17, 2020) ......................................... 19, 21

*M.A. v. Wyndham Hotels & Resorts, Inc.*,
   425 F. Supp. 3d 959 (S.D. Ohio 2019)...............................................7, 15, 17, 18

*Malwarebytes, Inc. v. Enigma Software Grp. USA, LLC*,
   141 S. Ct. 13 (2020) ........................................................................................... 22

*Manzarek v. St. Paul Fire & Marine Ins. Co.*,
   519 F.3d 1025 (9th Cir. 2008).............................................................................. 6

*Mavrix Photographs, LLC v. Livejournal, Inc.*,
   873 F.3d 1045 (9th Cir. 2017)............................................................................ 19

*Mogadam v. Fast Eviction Servs.*,
   2015 WL 1534450 (C.D. Cal. 2015)................................................................... 12

*Perfect 10, Inc. v. Google, Inc.*,
   2008 WL 4217837 (C.D. Cal. July 16, 2008) .................................................... 18

*Ricchio v. Bijal, Inc.*,
   424 F. Supp. 3d 182 (D. Mass. 2019)................................................................... 7

*S.J. v. Choice Hotels, Int'l, Inc.*,
   473 F. Supp. 3d 147 (E.D.N.Y. 2020)................................................................ 17

*S.Y. v. Naples Hotel Co.*,
   476 F. Supp. 3d 1251 (M.D. Fla. 2020) ........................................................ 15, 16

v

*U.S. v. Corley*,
   679 F. App'x 1 (2d Cir. 2017) ................................................................. 8

*U.S. v. Haas*,
   986 F.3d 467 (4th Cir. 2021) .................................................................. 8

*U.S. v. Jones*,
   847 F. App'x. 28 (2d Cir. Feb. 25, 2021) ............................................. 8

*U.S. v. Marcus*,
   487 F. Supp. 2d 289 (E.D.N.Y. 2007) ................................................ 10

*U.S. v. Mozie*,
   752 F.3d 1271 (11th Cir. 2014) ............................................................ 9

*U.S. v. Robinson*,
   702 F.3d 22 (2d Cir. 2012) .................................................................... 9

*U.S. v. Todd*,
   627 F.3d 329 (9th Cir. 2010) .............................................................. 11

*Williams v. Yamaha*,
   851 F.3d 1015 (9th Cir. 2017) ............................................................ 15

**Statutes**

18 U.S.C. §1591 ..................................................................................... *passim*

18 U.S.C. §1591(a) ................................................................................... 8, 9

18 U.S.C. §1591(a)(1) ................................................................................. 15

18 U.S.C. §1591(a)(2) ........................................................................... 7, 8, 11

18 U.S.C. §1591(c) ....................................................................................... 9

18 U.S.C. §1591(e)(3) ................................................................................. 10

18 U.S.C. §1591(e)(4) ................................................................................. 15

18 U.S.C. §1595 ..................................................................................... *passim*

18 U.S.C. §1595(a) .................................................................................. 7, 11

18 U.S.C. §2252A ....................................................................................... 23

47 U.S.C. §230.................................................................................*passim*

47 U.S.C. §230(c)(1) ...................................................................... 21

47 U.S.C. §230(e)(5) ...............................................................*passim*

47 U.S.C. §230(f)(3) ....................................................................... 18

Cal. Civil Code §1708.85 ............................................................... 23

Cal. Civil Code §1708.85(c)(6) ...................................................... 23

Cal. Penal Code §311.1 .................................................................. 23

114 Stat. §102(b)(2)......................................................................... 9

**Rules**

Fed. R. Civ. P. 9(b) ......................................................................... 16

Fed. R. Civ. P. 12(b)(6) .................................................................... 6

## I.     INTRODUCTION

For years, Reddit, Inc. ("Reddit") has openly supported rampant child sex trafficking on the internet, reaping enormous financial profit by using its sprawling, loosely-regulated website as a refuge for sexually explicit photographs and videos of underage girls and boys. Hundreds of thousands of users looking for child porn find each other and this content using Reddit's specialized tools for searching, messaging, and promoting material, and then in turn generate more and more trafficking material. Reddit turns a blind eye to the horrifying problem by deputizing layperson "moderators" to enforce its lip-service policies—often the very persons who also post the illegal content and who, unsurprisingly, fail to remove child porn or ban offending users. Each time the child porn is accessed (over and over again, in perpetuity), the child or teen is re-victimized, to Reddit's financial benefit.

Reddit doesn't want any of this to come to light, and instead wants to short-circuit any inquiry into its behind-the scenes knowledge, participation, and action or inaction concerning the endemic presence of child porn on its site. For three reasons, Reddit's pre-discovery motion to dismiss should be denied.

***First,*** plaintiffs' complaint includes scores of specific allegations demonstrating that Reddit violated the TVPRA, 18 U.S.C. §1595, by "knowingly benefit[ing]" from "participation in a venture" that it "knew or should have known" engaged in conduct prohibited by §1591. These include, as examples, knowledge of the widespread presence of child porn on its site, refusal to remove child porn when specifically notified of its presence, deploying moderators who failed to remove child porn or enforce policies and for some plaintiffs, ***was the same person who coerced the sexually explicit images***, refusing to ban users who traffic in child porn, profiting from advertisements in subreddits featuring child porn, fostering anonymous messaging that promotes trafficking and avoids enforcement, and even giving "karma" points to child porn posts to boost viewing and Reddit's profits. These specific allegations answer this Court's concern that plaintiffs are seeking to hold

every "web-based communications platform" to a "legal duty to inspect every single user-generated message." Dkt. 35 at 7-8, citing *J.B. v. G6 Hospitality*, 2020 WL 4901196, at *9 (N.D. Cal. Aug. 20, 2020). Not so. Rather, given the mountain of allegations concerning Reddit's specific conduct, there is a plausible allegation that this specific defendant violated the law.

*Second*, Reddit has failed to establish immunity under 47 U.S.C. §230. Plaintiffs' §1595 claim is expressly carved out of the statute. *Id*. §230(e)(5). As to plaintiffs' remaining claims, Reddit is "'responsible . . . in part' for the development or creation" of the content trafficked on its site. *ML v. craigslist Inc.*, 2020 WL 5494903, at *4 (W.D. Wash. Sept. 11, 2020) (denying motion to dismiss on immunity grounds and permitting discovery). Far from acting as a neutral "publisher," the complaint alleges conduct demonstrating its responsibility for developing content, including doling out "karma" points to users who are promoting child porn on subreddits, giving rise to at least a factual question whether Reddit is "responsible in part" for its development. In addition, Reddit's affirmative actions to generate revenue through advertisements and by promoting child porn through rewards are not subject to immunity. *Gonzalez v. Google, Inc.*, 2 F.4th 871, 898 (9th Cir. 2021) (revenue-sharing, despite related to publishing of videos on YouTube, was "not directed to the publication of third-party information").

*Third,* plaintiffs have properly stated claims under the various state law causes of action. Reddit's motion to dismiss should be denied.

## II.     BACKGROUND

### A.     Reddit's Lucrative Underage Sex Trafficking Business

#### 1.     Reddit's subreddit-driven platform makes it easy for users to solicit, upload, share, view, and download child porn.

Reddit structures the site through thousands of searchable "subreddits" devoted to specific topics, *id*. ¶¶38, 43, which are housed in "interest groups" making

2

it easy to locate similar subreddits. *Id*. ¶70. Reddit entices users who develop content, **including sexually explicit material**, with "karma" (a measure of "votes" earned on submissions) that "reflects how much a user has contributed to the Reddit community." *Id*. ¶¶41, 63, 238. This has included subreddits that featured child porn involving plaintiffs. *Id*. ¶238. It takes less than a minute to "post" child porn, and the user does not have to show the subjects are consenting adults. *Id*. ¶50.

Some of the most popular Reddit subreddits are the hundreds that specifically target underage sexual content, such as /r/BestofYoungNSFW, /r/xsmallgirls, /r/teensdirtie, and /r/TeenBeauties. *Id*. ¶¶60, 74, 94–95, 127. Often, the titles and comments plainly confirm that the subject is underage, for example, writing "u18" as under 18, referring to "amateur teens" or even explicitly stating that the content is "legally speaking … child porn." *Id*. ¶¶98–100. Reddit's search tools enable use of the coded phrases to easily locate child porn. *Id*. ¶¶43, 95.

In these targeted subreddits, users publicly solicit explicit pictures and videos of teens and children and utilize Reddit's direct message feature to send information about additional child porn and payment. *Id*. ¶¶85–89, 104, 147. Offers to "trade" child porn have been identified on many other subreddits, including: /r/DiscordNudes, /r/JerkOffToMySis, and /r/dirtykikpals. *Id*. ¶84. Some users encourage each other to watch the child porn and perform "tributes" (i.e., masturbation videos), and numerous subreddits are explicitly dedicated to that type of exchange. *Id*. ¶¶90–94, 147. By design, Reddit users post using pseudonym "usernames," making it easy for them to be shielded by anonymity and to create throw-away accounts for child porn. *See e.g.* ¶¶96–97, 168.

### 2. Reddit generates massive income from advertising and fees tied to users seeking child porn.

Reddit generates revenue through ad-free premium memberships, and over $100 million in annual advertising dollars driven by *1.34 trillion* monthly visitors. *Id*. ¶¶48, 62, 68. "Reddit Ads" promises advertisers that it will "connect your brand

to our 52 million daily active users" by finding subreddits to "display your ad to the right audience based on a user's browsing behavior on Reddit." *Id*. ¶¶70, 71. Tools like RedditList and FrontPageMetrics identify subreddits likely to generate views. *Id*. ¶73. Shockingly, those featuring child porn are some of the most popular, and Reddit advertises on them, including at least one of the subreddits where plaintiffs' underage images were featured. *Id*. ¶60, 230–236. By turning a blind eye to subreddits obviously geared to child porn and failing to direct its moderators to limit illegal content, Reddit focuses on its number one goal: profit. *Id*. ¶¶64, 75.

### 3. Reddit's moderators and administrators knowingly fail to remove child porn and the users who post it.

Reddit crowd-sources monitoring its pornography subreddits using barely-trained volunteer "moderators"—often the user who created the subreddit. FAC ¶¶44, 78, 110, 132, 135. These moderators determine the content allowed. *Id*. For at least some of the plaintiffs here, ***the Reddit moderator of a particular subreddit is actually the same person who coerced sexually explicit images from known minors*** and then distributed the child porn on Reddit. *Id.* ¶¶165, 187.

Moderators use their vast discretion to resist deleting content, which would dissuade subreddit users, and thus they fail to enforce standards that are supposed to protect Reddit users and others. *Id*. ¶¶33, 82, 106, 110. A handful of Reddit employee administrators oversee the moderators, and they are also supposed to remove content that violates Reddit's Content Policy. *Id*. ¶¶44, 78. Yet numerous reports show moderators and administrators ignoring child porn complaints. *Id*. ¶¶53–54, 129–132. Reporting a moderator seem hopeless—a Reddit administrator admitted that "more than 99%" of those reports are not actionable. *Id*. ¶107.

### 4. Reddit refuses to enforce its own policy against child porn.

Reddit claims that it "prohibits any sexual or suggestive content involving minors or someone who appears to be a minor." *Id*. ¶82. Reddit does ***not*** commit to immediately remove such content and only provides an ability to "report." *Id*. The

4

reporting tool is basic and merely allows a user to check a box that says it is "sexual or suggestive content involving minors." *Id*. Because Reddit's business model profits from images featuring underage victims by enticing users and ad dollars, Reddit rarely removes such content. *Id*.

Perhaps most astonishingly, Reddit has had the ability to track child porn on its site, obtain user data (including IP and email addresses), and ban users who repeatedly post child porn, but ***Reddit chooses not to do so***. *Id*. ¶¶113–114. Likewise, not until 2019—the tail end of the damages period in this case—did Reddit claim to use the automated image recognition technologies "PhotoDNA" and "YouTube CSAI" to monitor child porn, even though PhotoDNA has been available since 2014. *Id*. ¶¶121–122. Even after its purported implementation, plaintiffs report and then find their same explicit content on the site, over and over again. *Id*. ¶123.

### B.   The Sex Trafficking of Jane Doe and Others

Jane Doe 1 was in high school when she was coerced into sexual conduct and recorded. *Id*. ¶143. Her abusive ex-boyfriend posted the media to Reddit, along with crude, misogynistic, and racist remarks and encouraged other Reddit users to view and masturbate to the video. *Id*. ¶¶145–147. Jane Doe 1 reported it to Reddit as soon as she was aware, making clear that she was in the video, was underage, and had never consented. *Id*. ¶148. Each time she reported, Reddit took days to remove the content, only for it to be reposted. *Id*. ¶149. After finally succeeding in having her abuser's Reddit account banned, Reddit permitted him to make a new one. *Id*. ¶151.

Jane and John Does Nos. 2–6 are the parents of teenage daughters who were coerced by a stranger online—***a Reddit moderator***—to provide sexually explicit images. *See, e.g.*, *id*. ¶¶110, 156, 165, 175, 187, 203, 213–214, 224–225. Each daughter then had her image posted on Reddit, where she and her parents have had to repeatedly request that Reddit remove it, only to have it reappear. *Id*. ¶¶53, 160–174, 177–200, 215–220, 224–228. Some were forced to complain directly to the National Center for Missing and Exploited Children, to plead for help in persuading

1  Reddit to remove the content. *Id*. ¶¶208–209, 219–220, 227–228. And yet, each time
2  the cycle repeats itself.

3      Plaintiffs now spend hours looking through disturbing subreddits to locate
4  posts of their underage content and fight with Reddit to remove them. *Id*. ¶¶152–53.
5  Each plaintiff alleges devastating injuries caused by Reddit's knowing participation
6  in her repeated trafficking, including anxiety, humiliation, distress, sleeplessness,
7  suicidal thoughts, and academic failure. *Id*. ¶¶154, 173, 200, 210, 221. In the case of
8  Jane Doe 1, she was forced to withdraw from school and seek therapy. *Id*. ¶154.

9  **III.   LEGAL STANDARD**

10      On a Rule 12(b)(6) motion, a court must "accept factual allegations in the
11  complaint as true and construe the pleadings in the light most favorable to the
12  nonmoving party." *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025,
13  1031 (9th Cir. 2008). The question is "not whether the plaintiff will prevail in the
14  action, but whether the plaintiff is entitled to offer evidence in support of its claim."
15  *Kythera Biopharm., Inc. v. Lithera, Inc.*, 998 F. Supp. 2d 890, 896 (C.D. Cal. 2014).

16  **IV.   ARGUMENT**

17      **A.   <u>Plaintiffs Have Properly Alleged a TVPRA Civil Claim</u>**

18      Plaintiffs' complaint plausibly alleges that Reddit "knowingly benefits" by
19  receiving "anything of value" from "participation in a venture" which it "knew or
20  should have known" engaged in an act in violation of 18 U.S.C. §1591. *See* 18 U.S.C.
21  §1595. Reddit's arguments for dismissal of this claim before discovery are meritless.

22      **1. Plaintiffs Need Not Allege That *Reddit* Violated 1591**

23      Reddit first argues that plaintiffs must plead that ***Reddit itself*** violated §1591
24  in order to plead a violation of §1595 that is not covered by immunity, per 47 U.S.C.
25  §230(e)(5). ***This is wrong.*** Section 230(e)(5) does not state that the ***civil defendant's***
26  conduct must constitute a violation of §1591. Instead, it refers generally to "the
27  conduct" underlying the claim. *See* 47 U.S.C. §230(e)(5) (excepting "***any*** claim in a
28  civil action brought under [§1595] if ***the*** conduct underlying the claim constitutes a

violation of [§1591]" (emphasis added)). This acknowledges that the "conduct underlying" a §1595 claim may be a third-party's violation of §1591. *See* 18 U.S.C. §1595(a) (authorizing civil action against "the perpetrator (*or* whoever knowingly benefits" (emphasis added)). Reddit's argument that the only claim carved out by §230 is one where the same party violated both §1595 and §1591 is not only atextual, it would "impair or limit" the enforcement of §1595's civil remedy, precisely the opposite of what the statute directs. *See* 47 U.S.C. §230(e)(5) (titled "no effect on sex trafficking law" and stating "nothing in this section . . . shall be construed to impair or limit" "any claim in a civil action brought under section 1595" based on §1591).

The cases support what the statute's text makes clear, that a §1595 plaintiff need not prove that all defendants be individually criminally liable under §1591.[1] Reddit argues that the standard is different when plaintiffs seek an exemption to §230, citing *Doe v. Kik Interactive, Inc.*, 482 F. Supp. 3d 1242 (S.D. Fla. 2020). In *Kik*, the plaintiff alleged that Kik violated ***both*** §1591 and §1595, which is why the court held that plaintiff had to satisfy both the §1591 and §1595 pleading standards as to Kik.

In circumstances like this case, where plaintiffs allege that ***Reddit*** violated §1595 and participated in a venture with users trafficking victims in violation of §1591,[2] district courts have not followed *Kik*'s approach. Rather, they have not

---

[1] *See, e.g., M.A. v. Wyndham Hotels & Resorts, Inc.*, 425 F. Supp. 3d 959, 964 (S.D. Ohio 2019) (holding that defendants can be liable under §1595(a) even if they did not commit the underlying offense under 1591); *see also H.H. v. G6 Hosp., LLC*, 2019 WL 6682152, at *2 (S.D. Ohio Dec. 6, 2019); *Ricchio v. Bijal, Inc.*, 424 F. Supp. 3d 182, 185, 194 (D. Mass. 2019).

[2] In any event, the complaint *in fact* pleads that Reddit itself has engaged in trafficking under §1591(a)(2) and has the requisite *mens rea* to support liability directly without needing to show a separate violation by the Reddit users. Reddit benefits from distributing child porn, which lines Reddit's pockets with increased traffic, and advertiser revenue, *see* §1591(a)(2), *infra* 11-12; and the complaint alleges Reddit's overt acts, insofar as Reddit highlights popular subreddits—which include subreddits featuring child porn—for its advertisers, FAC ¶¶64, 73–74; places advertisements on subreddits that have featured and/or promoted plaintiffs' child porn, *id*. ¶235; misleads victims of child porn, including plaintiffs, about whether their images will be removed from its websites, *id*. ¶¶161, 180, 184; allows users who traffic child porn to serve as moderators, *id*. ¶¶110, 165, 187; and affirmatively opts to continue distributing child porn, even with specific knowledge of its nature and location, *id*. ¶¶159–63, 178–84, 205–07, 216–18, 226; *see* §1591(a)(2); *Canosa v.*

7

required plaintiff to show that the defendant is liable under §1591 in order to trigger §230(e)(5). *See J.B.*, 2020 WL 4901196, at \*8 ("Given that FOSTA specifically excluded any claim brought under Section 1595, the CDA does not apply to this claim and Craigslist is not entitled to immunity.").

## 2. Plaintiffs Are Victims of Trafficking Under §1591

Here, plaintiffs each allege that they are victims of child sex trafficking under §1591. FAC ¶¶8–13, 248–58. This allegation alone is consistent with what other courts have required to show that the predicate act requirement is satisfied at the pleadings stage. *See H.H. v. G6 Hospitality, LLC*, 2019 WL 6682152, at \*2 (S.D. Ohio Dec. 6, 2019), Pachman Decl., Ex. A at ¶¶169-70 (denying motion to dismiss §1595 claim where plaintiff alleged she was a victim under §1591); *M.L.*, 5494903, at \*6; Pachman Decl., Ex. B at ¶ 224 (same).

But the complaint alleges far more. As to Jane Doe 1, her trafficker communicated with Reddit users in an effort to get more "exposure" for the child porn in which she was featured and encouraged users to film themselves masturbating to the images. FAC ¶¶146-47. *See* 18 U.S.C. §1591(a); *U.S. v. Corley*, 679 F. App'x 1, 7 (2d Cir. 2017) (finding that placing advertisements on Backpage constituted "providing" under §1591); *U.S. v. Jones*, 847 F. App'x. 28, 30 (2d Cir. Feb. 25, 2021) (advertisements on a website "provided" women for prostitution).[3]

As to the other victims, their trafficker enticed them to provide photos and posted the photos along with the girls' social media usernames, encouraging a barrage of "friend" requests from men seeking additional images and/or sex acts from the victims. FAC ¶¶156-58, 169, 175-77, 195, 203-04, 213-15, 224-25. *See United States v. Haas*, 986 F.3d 467, 478 (4th Cir. 2021) (finding that trafficker

---

*Ziff*, 2019 WL 498865, at \*24 (S.D.N.Y. Jan. 28, 2019) (alleging a "pattern of facilitation and cover-up" "state[s] a claim of participation . . . under Section 1591(a)(2)").

[3] Plaintiffs do not contend—as Reddit suggests—that the traffickers are liable for "obtaining" porn.

"recruit[ed]," "entice[d]," and "solicit[ed]" individuals to participate in a commercial sex act where he expressed interest in obtaining photos of them and procuring them to make child porn).

Reddit's suggestion that child porn distribution does not constitute trafficking under §1591 is wrong. The 2018 TVPRA amendments added "patroniz[ing]," "solicit[ing]," and "advertis[ing]" as alternatives in §1591's action element specifically so that the law would extend to conduct at issue here. Congress recognized that "[t]he sex industry has rapidly expanded over the past several decades. It involves sexual exploitation of persons, predominantly women and girls, involving activities related to . . . pornography . . . and other commercial sexual services." §102(b)(2), 114 Stat. at 1466. That's why courts continually hold that advertising and soliciting victims on social media—like plaintiffs' traffickers did here—violates §1591. *M.L.*, 2020 WL 5494903 at *6 (denying motion to dismiss §1595 claim based on predicate act of advertising victims on Craigslist).

The complaint also alleges plaintiffs' traffickers acted with the requisite *mens rea*. 18 U.S.C. §1591(a) (violation where "the person has not attained the age of 18 years and will be caused to engage in a commercial sex act"). All of the victims were underage. FAC ¶¶143, 156, 175, 202, 212, 223. Under §1591(c), where a perpetrator had a "reasonable opportunity to observe the person," proof of knowledge of age is not required. The traffickers had a reasonable opportunity to observe the victims, who were clearly identifiable in the posted media. *Id.* ¶¶145, 156, 176, 214. This satisfies the knowledge element, especially at this stage. *See U.S. v. Mozie*, 752 F.3d 1271, 1282 (11th Cir. 2014) (*mens rea* satisfied where defendant had reasonable opportunity to observe victim); *U.S. v. Robinson*, 702 F.3d 22, 32 (2d Cir. 2012) (same). In any event, Jane Doe 1's trafficker knew she was 16 years old because they were in a romantic relationship and she was in high school.  FAC ¶ 143. As to the other victims, the trafficker posted photos to subreddits featuring child porn, and—in his capacity as a subreddit moderator— received repeated complaints from

9

plaintiffs that the material was just that. *Id.* ¶¶ 165, 187.[4]

The complaint also plausibly alleges that the traffickers acted with knowledge or recklessness that they "will be caused to engage in a commercial sex act." "Commercial sex act," is broadly defined as "***any*** sex act on account of which ***anything of value*** is given to or received by ***any person***." 18 U.S.C. §1591(e)(3) (emphasis added). Courts have held that it includes porn. *Flanders v. United States*, 2017 WL 11405057, *7 (S.D. Fla. June 13, 2017) (porn is a "commercial sex act" under §1591; *U.S. v. Marcus*, 487 F. Supp. 2d 289, 306 (E.D.N.Y. 2007) ("Essentially, the defendant's interpretation of the term 'commercial sex act' would limit the purview of the statute to prostitution and exclude porn. The court finds no support for this contention.").[5] The statute also does not require—as Reddit suggests—that the minor victim, or even the trafficker, be the person receiving something "of value" for the sex act, which may instead be received "by any person." 18 U.S.C. §1591(e)(3).

As to plaintiffs, Reddit users received "anything of value" (to them) by gaining access to child porn. Reddit received additional traffic and advertising revenue. FAC ¶¶155, 174, 201, 211, 222, 230. And as to Jane Doe 1, her trafficker and Reddit received additional sexually explicit videos and images in exchange for the videos and images he posted on Reddit. *Id.* ¶¶146-47.

Reddit argues that one must act with "knowledge or reckless disregard of the fact that their actions 'will in the future cause' that victim to engage in a commercial sex act'" and "[t]his awareness must exist at the time the trafficker commits the alleged predicate acts." Mot. at 12. The complaint certainly pleads the traffickers'

---

[4]   To the extent Reddit argues that the "reckless disregard" standard applies to plaintiffs' claims for "advertising," even though plaintiffs are minors, plaintiffs satisfy that standard because their traffickers knew they were minors.

[5]   "Congress' use of expansive language in defining commercial sex act—using such terms as 'any sex act,' 'anything of value,' 'given to or received by any person'— requires a liberal reading." *David v. Weinstein Co. LLC*, 431 F. Supp. 3d 290, 302 (S.D.N.Y. 2019).

knowledge at the time the traffickers posted the child porn, FAC ¶¶ 145, 157, 176, 204, 214, 224, which was itself a commercial sex act. *See supra* at 10. Further, based on their subsequent acts—soliciting child porn, posting it, and even requesting users to "friend" the victims—it's of course no stretch for a jury to infer they had that knowledge, or at the very least were reckless, as to what would happen with the child porn they were trafficking.[6]

### B.    <u>Plaintiffs Adequately Plead a §1595 Claim</u>

A plaintiff may recover damages under §1595 against defendants who (1) knowingly benefit (2) from participation in a venture (3) which that person knew or should have known has engaged in act in violation of §1591. 18 U.S.C. §1595(a).

### 1. Reddit Knowingly Received A Benefit

To satisfy the first element, plaintiffs must allege that the defendant "knowingly benefits" "financially or by receiving anything of value." The benefit need not be provided to the defendant specifically because of its involvement in sex trafficking. *See H.H.*, 2019 WL 6682152, at *2 ("The statutory language requires that [the defendant] knowingly benefit financially, ***not*** that the perpetrator compensate [the defendant] on account of the sex trafficking." (emphasis added)).

Here, plaintiffs allege that Reddit financially benefits from the proliferation of child porn on its website, primarily through advertising revenue, revenue generated from ad-free membership plans, and monetization of user data. FAC ¶¶2, 48, 62, 65, 68. Reddit markets itself to brands by promising to connect them with specific interest groups and subreddits. *Id.* ¶70. By facilitating the distribution of child porn, Reddit drives traffic to its site, which makes it more likely that advertisers will want to advertise on those subreddits and on Reddit's website. *Id.* ¶64. Advertisers are

---

[6] *U.S. v. Todd*, 627 F.3d 329, 333-34 (9th Cir. 2010), cited by Reddit, is not applicable here because the court was addressing whether the trafficker knew he would use force or coercion to cause the victims to engage in commercial sex acts. Whether the traffickers used force and coercion are not at issue here because the victims were under the age of 18. *See* §1591(a)(2).

incentivized to target subreddits with more views, and tools like RedditList and FrontPage Metrics help advertisers identify subreddits with the most user engagement. *Id.* ¶73. A number of these subreddits target child porn. *Id.* ¶74.

Reddit's financial benefit is not simply a "general commercial benefit derived from the operation of one's business," but is specifically linked to the distribution of child porn. Plaintiffs allege that Reddit financially benefitted from each of their trafficking, *id.* ¶¶155, 174, 201, 211, 222, 230; that photos and videos of plaintiffs have appeared on dozens of subreddits targeting child porn, *id.* ¶231; and that many of these subreddits have high levels of user engagement, featuring hundreds of new posts on any given day, and thousands of upvotes across posts, *id.* ¶232. Plaintiffs further allege that Reddit benefited financially by generating advertising revenue tied to child porn featuring plaintiffs and/or their daughters, *id.* ¶235. *See M.L.*, 2020 WL 5494903 at *6 (denying motion to dismiss where Craigslist retained financial benefit from advertisers purchasing advertisements).

## 2. Reddit Participated in a Venture

The complaint also alleges Reddit "participated in a venture." The extent of Reddit's "participation" in a "venture" violating §1595 is a fact question, and the scope of Reddit's knowledge, actions, and inaction concerning child porn trafficking are in its own possession. *See, e.g., Mogadam v. Fast Eviction Servs.*, 2015 WL 1534450, at *2 (C.D. Cal. 2015) (Selna, J.) (where factual question concerning use of a system "is often a fact exclusively within the defendant's possession, the Court cannot expect that the plaintiff will be able to plead the existence of the system with specificity before an opportunity for discovery"). However, the Complaint alleges Reddit's participation in an illegal sex trafficking enterprise, particularly Reddit's continued willingness to maintain child porn even after users sent takedown requests. *See H.H.*, 2019 WL 6682152, at *4-5 (finding plaintiffs alleged sufficient facts to show defendants "participated in a venture" where they rented rooms to people they knew or should have known were engaged in sex trafficking).

12

In *J.B.*, the court observed that while "'[p]articipation in a venture' is not defined in Section 1595," courts have generally required a showing of "a continuous business relationship between the trafficker and the [defendant] such that it would appear that the trafficker and [defendant] have established a pattern of conduct or could be said to have a tacit agreement." 2020 WL 4901196, at *2. The court determined that J.B. did not satisfy the pleading standard because the plaintiff had alleged only that third-party advertisements on Craigslist, which Craigslist had no oversight over, were the but-for cause of her trafficking. *Id.* In a footnote, however, the court noted that a website operator may be held to "participate in a venture" if it "openly and knowingly makes a deal with sex traffickers to support the venture by posting advertisements featuring trafficked minors in exchange for a cut of the proceeds," even if the website did not know the names or identities of the particular people being trafficked. *Id.* at *9, n.3.

Following *J.B.*, in *M.L.*, 2020 WL 5494903, Judge Settle found that a similar complaint with more fulsome allegations met the pleading standard. In *M.L.*, the plaintiff alleged that Craigslist was "aware that its website was hosting sex trafficking advertisements" and that Craigslist "benefitted financially through charging fees for advertisements on its 'erotic services' section," which the court held demonstrated that Craigslist "knowingly fostered a business relationship with traffickers to support the venture of trafficking Plaintiff." *Id.* at *5–6. In so holding, the court expressly relied on footnote three of Judge Gilliam's opinion in *J.B.*, noting that this was the type of situation where a website operator could be held liable. *Id.*

Here, like in *M.L.*, plaintiffs allege that Reddit was aware that its website was hosting child porn. FAC ¶¶53–56, 60, 97–102, 105, 112, 127–131, 133–142, 180, 184, 233–234. Plaintiffs also allege that Reddit benefited financially by generating advertising revenue tied to child porn featuring plaintiffs and/or their daughters, *id.* ¶235, and that sexually explicit content drives traffic to Reddit's website, *id.* ¶236. Plaintiffs also plead that Reddit knowingly fostered a business relationship with sex

13

traffickers to support their trafficking ventures. Reddit has assured traffickers that "more than 99%" of takedown requests are not actionable, making sure that traffickers know Reddit is a safe haven for objectionable content like child porn. *Id.* ¶107. Despite its claimed policies prohibiting child porn, Reddit has made tacit agreements with traffickers to promote child porn and to allow it to remain on its site even after users have reported it, and indeed, even after Reddit has claimed to have taken action to remove it. *Id.* ¶¶53-56, 100, 112, 166-67.

Reddit has done this in a number of ways, including: choosing not to use information about users' IP and email addresses, and other identifying information to ban known traffickers, *id.* ¶114; allowing banned traffickers to regain account access after only days, *id.* ¶113; failing to use Photo DNA technology, which has been available since 2014, to combat sex trafficking, *id.* ¶122-23; making it easy for traffickers to post media of underage victims, to solicit victims for their trafficking ventures, and to share illegal content, *id.* ¶49; permitting users to solicit or offer child porn via links to external websites and storage folders like Discord, *id.* ¶83; enabling users to send private direct messages to share information about how to access child porn, *id.* ¶89; allowing traffickers, like the individual that trafficked plaintiffs' daughters, to be moderators, *id.* ¶110, 165, 187; ensuring there is no age verification requirement to post videos and photos to Reddit, *id.* ¶51; and awarding "karma" and granting posting privileges in connection with the child porn distribution, including on the FreeKarma4U subreddit that featured photos of plaintiffs, *id.* ¶¶41, 63, 238.

Plaintiffs are mindful of the concern raised by Judge Gilliam in *J.B.* and by this Court in the Order on the Motion to Stay, Dkt. 35 at 7, that it would be unreasonable to conclude that "all web-based communications platforms have a legal duty to inspect every single user-generated message before it is communicated to a single person or displayed to the public." *J.B.*, 2020 WL 4901196, at *9. But that is not what is being argued here. Rather, where Reddit engages in conduct that incentivizes the presence of child porn; when it profits off of the child porn; when its

14

moderators propagate the distribution of child porn; and when it is presented with indisputable evidence that child porn is on its site, but does nothing to remove it, there is at least a fact question whether Reddit "participated" in the venture. Of course, the full extent of Reddit's conduct, actions and inaction, and participation in the venture is for discovery.

Reddit contends that under Plaintiffs' argument Reddit is "participating" in ventures with 52 million people, and that this number makes it too big to be liable. But plaintiffs do not contend that Reddit has entered into a venture with every user; rather, Reddit has cultivated relationships with traffickers of child porn. Plaintiffs have adequately pled facts to show that Reddit has participated in sex trafficking ventures and they should be entitled to discovery to show the magnitude of these sex trafficking ventures—however big. Indeed, this result is supported by the case Reddit cites—*Williams v. Yamaha*, 851 F.3d 1015, 1028 (9th Cir. 2017)—which re-affirms that a defendant's knowledge based on behind-the-scenes information should not be decided against the plaintiff on a motion to dismiss.

Finally, Reddit seems to argue that the criminal law definition of "participation in a venture" in §1591 should apply and plaintiffs need to plead that Reddit committed an "overt act" that furthered the sex trafficking. *See* 18 U.S.C. §1591(e)(4) ("knowingly assisting, supporting, or facilitating a violation of subsection (a)(1)"). But as previously noted, "most district courts have rejected" that argument. *E.S. v. Best W. Int'l, Inc*., 510 F. Supp. 3d 420, 427 (N.D. Tex. 2021) (citing cases).[7] Even if the criminal-law standard applies, however, the complaint has plausibly alleged that it is satisfied. *See supra* at n.2.

---

[7] *See, e.g, B.M. v. Wyndham Hotels & Resorts, Inc*., 2020 WL 4368214, at *3, 5 (N.D. Cal. July 30, 2020); *A.B. v. Hilton Worldwide Holding, Inc.*, 484 F. Supp. 3d 921, 937 (D. Or. 2020) (same); *see also A.B. v. Marriott Int'l, Inc*., 455 F. Supp. 3d 171, 191–92 (E.D. Pa. 2020); *S.Y. v. Naples Hotel Co*., 476 F. Supp. 3d 1251, 1256 (M.D. Fla. 2020); *Doe v. Rickey Patel, LLC*, 2020 WL 6121939, at *4–5 (S.D. Fla. Sept. 30, 2020); *K.B. v. Inter-Cont'l Hotels Corp*., 2020 WL 8674188, at *5 (D.N.H. Sept. 28, 2020); *Wyndham*, 425 F. Supp. 3d at 971 (S.D. Ohio 2019).

### 3. Reddit "Knew or Should Have Known" of the Trafficking

Plaintiffs' allegations demonstrate that Reddit "knew or should have known" that the ventures it was participating in were engaged in sex trafficking. Section 1595 requires only a "negligence standard of constructive knowledge." *H.H.*, 2019 WL 6682152, *4; *see also S.Y.*, 476 F. Supp. 3d at 1256; *J.C. v. Choice Hotels Int'l, Inc.*, 2020 WL 6318707, at *4 (N.D. Cal. Oct. 28, 2020). The extent of Reddit's actual or constructive knowledge is uniquely in Reddit's possession, and cannot be resolved against Plaintiff at the pre-discovery stage. *See, e.g.,* Fed. R. Civ. P. 9(b) ("knowledge . . . may be alleged generally"). Nevertheless, the complaint does allege Reddit's knowledge in detail.

Plaintiffs allege that Reddit was made aware of the presence of child porn from a variety of third-party sources. In *Doe S.W. v. Lorain-Elyria Motel, Inc.,* the court found that a hotel had constructive knowledge of sex trafficking on its premises where it had been made aware that sex trafficking occurred on its properties via "online review websites such as TripAdvisor and www.yelp.com" noting that the reviews showed the pervasiveness of the sex trafficking and defendant's inattentiveness. 2020 WL 1244192, at *5-6 (S.D. Ohio Mar. 16, 2020).

Here, there are countless instances where users complained that they reached out to Reddit moderators or administrators complaining about child porn and no action was taken. FAC ¶¶54-56. Reddit also learned of its trafficking from the press, *id.* ¶¶133–139, and advocacy groups, *id.* ¶¶140–142. Reddit's awareness of child porn is also apparent from the names of subreddits that obviously target users interested in child porn, like /r/JustTeens, /r/preteengirls, and /r/the newjailbait. *Id.* ¶127. Rather than remove it, Reddit continued to distribute it, because Reddit values tolerating "actions which are morally objectionable or otherwise inappropriate," *id.* ¶117, in order to increase site traffic, and therefore its profit.

As described in the complaint, there are numerous instances where Reddit has left child porn on its site even after it claims to have suspended the trafficker. *Id.*

¶¶100, 233. Reddit has also indicated that it has "investigated" and "actioned" offending content, but the posts have remained online. *Id.* ¶¶112, 180, 184.

Reddit claims plaintiffs have not demonstrated that Reddit knew or should have known of the trafficking ***involving plaintiffs***. This misstates the legal standard. Plaintiffs only need to show that Reddit knowingly fostered business with traffickers and supported their venture, not that they knew of plaintiffs' specific trafficking. *M.L.*, 2020 WL 5494903, at *6 (noting that knowledge of plaintiff's specific "trafficking or of Plaintiff's specific identity" were not necessary where "craigslist knowingly fostered a business relationship with traffickers to support the venture of trafficking Plaintiff"); *J.B.*, 2020 WL 4901196, at 9, n.3.

Reddit's citations to the contrary are irrelevant. In both *S.J.* and *A.D.*, the courts held it was unfair to impose liability on franchisors where they were further removed from the sex trafficking than the actual hotels. *S.J. v. Choice Hotels, Int'l, Inc.*, 473 F. Supp. 3d 147, 154 (E.D.N.Y. 2020); *A.D. v. Wyndham Hotels and Resorts, Inc.*, 2020 WL 8674205, at *5-6 (E.D. Va. July 22, 2020). Here, by contrast, plaintiffs' allegations relate to Reddit itself, not some corporate parent with limited knowledge.[8] Further, several TVPRA cases related to hotel trafficking held that a defendant that was on notice about the general prevalence of sex trafficking at their hotels, but failed to take adequate steps to train staff or prevent its occurrence met §1595's negligence standard. *H.H.,* 2019 WL 6682152, at *3 (failure to implement policies sufficient to combat a known problem in one's operations can rise to the level of willful blindness or negligence [under §1595]."); *M.A.*, 425 F. Supp. 3d at 966-68. Like the hotel defendants, Reddit relies on unpaid moderators when it should have paid, trained moderators like other social media firms. FAC ¶106.

---

[8] Similarly, in *Doe 3 v. Red Roof Inns, Inc.*, the court held that general complaints of prostitution existing on properties did not meet the "should have known" standard. 2020 WL 1872333, at *3 (N.D. Ga. 2020). But here, plaintiffs' allegations go far beyond the mere existence of child porn on Reddit. Plaintiffs describe how Reddit knew of many specific instances of sex trafficking and declined to remove the content. Further, plaintiffs explain how Reddit knew of their specific sex trafficking.

In any event, there is no question that Reddit knew of the victims' trafficking. Plaintiffs allege that they were trafficked by a subreddit moderator. *Id.* ¶¶ 165, 187. Plaintiffs also alleged that they contacted Reddit on numerous occasions (indeed, hundreds of times) notifying Reddit that they (or their daughters) were underage and had been featured in child porn on Reddit's website. *Id.* ¶¶128–130. The complaint also alleges how users repeatedly commented on the plaintiffs' child porn, *id.* ¶233; how plaintiffs reported the child porn to Reddit, which declined to remove the posts, *id.*; how Reddit placed advertisements on one or more of the subreddits that featured plaintiffs' child porn, *id.* ¶235; and how plaintiffs' sexually explicit images were featured on the subreddit /r/FreeKarma4U, which allows users to upvote posts to increase their "karma" rating and allow them greater posting privileges, *id.* ¶238.

## C.    Section 230 Does Not Immunize Reddit

Reddit asserts that plaintiffs' claims are barred by §230's grant of immunity to internet service providers premised on "publishing" third party information. This is an affirmative defense upon which Reddit bears the burden of persuasion. *Gonzalez v. Google LLC*, 2 F.4th 871, 889 (9th Cir. 2021) ("[Section] 230 creates an affirmative defense to liability . . . ." (alterations omitted)).[9] The Court should reject Reddit's arguments.[10]

***First***, there is no question plaintiffs' TVPRA claim is carved out from immunity under §230(e)(5). *See supra* at 7-8. ***Second***, as to all of plaintiffs' claims, immunity is unavailable because the complaint alleges Reddit is responsible "in whole or in part, for the creation or development of information." 47 U.S.C.

---

[9] *Lusnak v. Bank of Am., N.A.*, 883 F.3d 1185, 1194 n.6 (9th Cir. 2018) ("Ordinarily, affirmative defenses . . . may not be raised on a motion to dismiss except when the defense raises no disputed issues of fact.").

[10] Because the question of immunity is highly factbound, at the very least Reddit's motion should be denied so a factual record on the scope and breadth of Reddit's actions can be developed. *See, e.g.*, *Perfect 10, Inc. v. Google, Inc.*, 2008 WL 4217837, at *8 (C.D. Cal. July 16, 2008) (declining to apply §230 because the question was fact intensive); *M.L.*, 2020 WL 5494903, at *4 (same).

§230(f)(3). In *M.L.*, a decision Reddit ignores and this Court did not address in its order on the stay motion, the court denied a motion to dismiss, holding allegations of "specific, concrete actions taken by craigslist that facilitated [plaintiff's] trafficking" went beyond a "mere assertion" of liability based on hosting, and therefore met the "creation or development" standard. *M.L.*, 2020 WL 5494903, at *3.

Plaintiffs include allegations similar to those in *M.L.*, such as Reddit's refusal to enforce its policies, FAC ¶¶80-82; Reddit's "karma" rewards for subreddits featuring child porn, *id.* ¶¶41, 63, 238; Reddit's pseudonymous username and private messaging system making it easier for traffickers to find victims, communicate anonymously, and evade law enforcement, *id.* ¶¶58, 89, 97–98, 104–105, 114, 147; *see, e.g., M.L.*, 2020 WL 6434845, at *12 (Apr. 17, 2020), *report and recommendation adopted,* 2020 WL 5494903 (W.D. Wash. Sept. 11, 2020) ("craigslist developed user interfaces to make it easier for purchasers to find desired trafficking victims, including plaintiff"); *id.* at *11 ("craigslist designed a communication system to allow traffickers and purchasers to communicate anonymously and evade law enforcement"); Reddit's elevation of subreddits featuring child porn, FAC ¶¶115–116; and Reddit's barely-trained moderators who failed to enforce its policies and propagated the spread of child porn, including trafficking of plaintiffs, *id.* ¶¶33, 42, 44, 76-82, 106-114, 149, 162, 165, 187, 228.

In particular, Reddit's relationship with subreddit moderators who are also traffickers weighs in favor of finding Reddit is a content provider. *See F.T.C. v. Accusearch*, 570 F.3d 1187, 1199 (10th Cir. 2009) (defendant's knowledge that third-party "researchers were obtaining the information through fraud or other illegality" that was posted on defendant's platform indicated its responsibility for developing unlawful content); *M.L.*, 2020 WL 6434845, at *11. The complaint contains allegations showing that moderators who upload child porn are Reddit's agents, and Reddit is therefore responsible for their content creation. *See Mavrix Photographs, LLC v. Livejournal, Inc.*, 873 F.3d 1045, 1054 (9th Cir. 2017) ("[C]ommon law

19

agency principles apply to the analysis of whether a [social medial platform] is liable for the acts of the [forum] moderators."). Moderators are designated Reddit users empowered to dictate the content allowed in a particular subreddit and may often be the original poster of the content. FAC ¶¶42, 44, 110, 165, 187. Reddit encourages moderators to leave as much illegal and sensational content on its site as possible to generate ad revenue. *Id*. ¶33, 82. Reddit also controls moderators through (i) employee "administrators" with the power to strip moderators of their privileges and (ii) the ability to override moderators' decisions to remove child porn. *Id*. ¶¶44, 112.

In this case, moderators coerced sexually explicit images from known minors and then repeatedly distributed them, with their identifying information, to the public on Reddit's platform. *Id*. ¶¶110, 165, 187. These moderators are supposed to enforce Reddit's policies prohibiting child porn. *Id*. ¶¶76–82. And yet, driven by a desire for profits, Reddit allows moderators to continuously post and repost child porn. *Id*. ¶¶106–114, 149, 162, 181, 228. At a minimum, the fact-intensive inquiry on the extent to which these moderators are Reddit's agents and Reddit's responsibility for content creation cannot be resolved at the pleadings stage.

Reddit's cited cases are distinguishable: For example, Reddit relies on *Kimzey v. Yelp*, which held that Yelp's use of a rating system failed to transform Yelp into a creator or developer. 836 F.3d 1263, 1269-70 (9th Cir. 2016). In *Kimzey*, the court noted the star rating system merely turns "rating inputs from third parties" "into a single, aggregate metric." 836 F.3d at 1270. By contrast, ***Reddit awards*** users "karma," which "reflects how much a user has contributed to the Reddit community." FAC ¶41. Unlike Yelp's rating review system, karma does more than aggregate user inputs; it is a product of Reddit's creation that determines which content is featured on the website. *Id*. ¶63. And karma has been used to elevate sexually explicit images of children (including plaintiffs and/or their daughters) on subreddits. *Id*. ¶238. Similarly, while Reddit relies on *Dyroff v. Ultimate Software Group, Inc.*, 2017 WL 5665670 (N.D. Cal. Nov. 26, 2017), *aff'd*, 934 F.3d 1093 (9th Cir. 2019), that case

20

solely involved content-neutral algorithmic search recommendations. The allegations here go far beyond neutral search recommendations. Reddit awarded karma points to child porn, provided anonymous messaging capabilities to traffickers, advertised and obtained revenue on subreddits featuring child porn, and deliberately failed to enforce policies designed to eliminate child porn for profit-based reasons, all of which contributed to its propagation. FAC ¶¶ 33, 41, 58, 63, 67-75, 82, 89, 97-98, 104-106 114, 147, 149, 162, 181, 228, 238.

Relying on *Fields v. Twitter, Inc.*, 217 F. Supp. 3d 1116 (N.D. Cal. 2016), *aff'd on other grounds*, 881 F.3d 739 (9th Cir. 2018), Reddit asserts that a social media platform's private message functions categorically fall within the scope of Section 230. Mot. at 9–10. Not true. In *Fields*, the sole question was whether the non-public nature of private messaging categorically excluded it from the definition of "publishing." 217 F. Supp. 3d at 1128. The court held that it did not, but it did not address whether under particular circumstances a defendant's provision of messaging services may nevertheless serve as grounds for liability for materially contributing to information. The court recognized that the plaintiffs identified "no other way in which their Direct Messaging theory seeks to treat Twitter as anything other than a publisher of information provided by another information content provider." *Id*. at 1128-29. In *M.L.*, by contrast, the complaint included allegations "that craigslist designed a communication system to allow traffickers and purchasers to communicate anonymously and evade law enforcement," and the court found these allegations supported that "craigslist materially contributed to the illegal content posted on the craigslist website." 2020 WL 6434845, at *11-12.

***Third***, §230 immunity applies only to the extent a claim is based on a defendant acting as "publisher" or "speaker" of third-party information. 47 U.S.C. §230(c)(1). If a claim is based on other conduct, immunity does not apply. Plaintiffs' claims are based on Reddit taking affirmative steps independent of its publishing or editorial function to further plaintiffs' trafficking, including rewarding users who

21

upload child porn and financially benefitting from advertising based on its presence. Similarly, in *Gonzalez*, even though revenue-sharing was related to Google's publishing function, it was not subject to immunity. 2 F.4th 871 at 897–99.[11]

Reddit is simply incorrect that *Gonzalez* stands for the proposition that "[o]nly when a plaintiff alleges that a website shared revenue with the alleged wrongdoer in connection with the illegal content, and seeks to hold the website liable for that revenue sharing alone, can the plaintiff avoid Section 230." Mot. at 10. Rather, *Gonzalez* instructs courts to consider whether the allegations treat the defendant as a publisher of third-party content. *See id.* at 898 ("The Gonzalez Plaintiffs' revenue-sharing allegations are not directed to the publication of third-party information."). Here, regardless of whether Reddit publishes child porn, the fact that it deliberately ***profits*** from this illegal content through advertising on subreddits and users engaged with it (FAC ¶¶67–75) is independent of the publishing or editorial function. Advertising on subreddits with child porn and giving "karma" points is independent of the editorial or publishing decision of what content to host. *Gonzalez*, 2 F.4th at 898. Notably, it was irrelevant to the court's decision in *Gonzalez* that the sharing of revenue with participating content providers was neutral and an aspect of its YouTube platform. 2 F.4th at 897-99. The Court did not address this aspect of *Gonzalez* in its order on the motion for a stay. *See* Dkt. 35.[12]

### D.   Plaintiffs' Non-TVPRA Claims Are Properly Pleaded

---

[11] If there is any doubt concerning §230's scope, this Court should permit discovery to develop a full factual record. When Congress enacted the CDA nearly 25 years ago, it could not have anticipated that many courts would "construe the law broadly to confer sweeping immunity on some of the largest companies in the world" "even when a company distributes content that it ***knows*** is illegal." *Malwarebytes, Inc. v. Enigma Software Grp. USA, LLC*, 141 S. Ct. 13 (2020) (Thomas, J., dissenting from denial of a writ of certiorari). For that reason, "there is a rising chorus of judicial voices cautioning against an overbroad reading of the scope of Section 230 immunity." *Gonzalez*, 2 F.4th at 925 n.9 (Gould, J., concurring in part).

[12] Plaintiffs respectfully disagree with this Court's statement that the state law trafficking claims are covered by §230 immunity, in light of the Texas Supreme Court's decision in *In re Facebook, Inc.*, No. 20-0434, --- S.W. 3d ---, 2021 WL 2603687, at *1, 14 (Tex. June 25, 2021). Dkt. 35 at 8–11. However, given the Court's prior ruling, plaintiffs include it here solely for preservation purposes.

### 1. Reddit Knowingly Distributed Child Porn

Both federal and California law prohibit the knowing distribution of child porn and permit civil remedies. 18 U.S.C. §2252A; California Civil Code §1708.85. Reddit does not contest the avalanche of child porn on its websites. Instead, Reddit cites cases supporting a general proposition that child porn distribution must be "knowing," arguing that it did not knowingly do so because it only became aware of the "nature of the content" upon plaintiffs' requests to remove it. That is contrary to the allegations. Reddit had knowledge of the child porn from the press, advocacy groups, user comments, and plaintiffs' complaints. *See supra* at 16-17.[13]

With respect to California law, Reddit points to section 1708.85(c)(6), which provides that "[t]here shall be no liability" in the event that "[t]he distributed material was previously distributed by another person." But the complaint alleges the victims were coerced into sending sexually explicit photos that were then distributed (with no involvement of another website) on Reddit. *See, e.g.*, FAC ¶¶156–57, ¶203.

### 2. Reddit Violated the UCL

*First*, Reddit claims that "Plaintiffs make no attempt to explain how Reddit's conduct led to actual economic injury." Mot. at 21. Reddit ignores that the complaint alleges the plaintiffs' financial harm in the form of costs for "therapy," "enhanced security at their home," *see, e.g.*, FAC ¶¶154, 210, 221, and the investment of resources to continually monitor and then attempt to have removed the illegal content as it pops up again and again on Reddit. *Id.* ¶¶152–53, 173, 196, 210, 221, 229. Reddit's own case supports the adequacy of this economic harm. *See Kwikset Corp. v. Superior Ct.*, 51 Cal. 4th 310, 324–25 (2011) (opining that the UCL requires only "a personal, individualized loss of money or property in any nontrivial amount").

---

[13] Reddit's attempts to avoid plaintiffs' state law sex trafficking claims fail for similar reasons. Further, the complaint alleges that Reddit intended to distribute and publish child porn, which satisfies Cal. Penal Code §311.1. FAC ¶¶ 145, 157, 176, 204, 214, 224. And as stated above, *supra* at 9-10, distribution of child porn is a commercial sex act.

*Second*, Reddit contends that plaintiffs do not "lack an adequate remedy at law." Mot. at 21. But given that Reddit is seeking dismissal of the remaining claims, plaintiffs may assert a claim for equitable restitution under the UCL in the alternative. Further, equitable restitution against Reddit may be broader than damages otherwise available to plaintiffs. *See*, *e.g., Anderson v. Apple Inc.*, 500 F. Supp. 3d 993, 1009 (N.D. Cal. 2020) (suggesting these as grounds where equitable restitution would be available despite the presence of other claims for damages). And Reddit's argument is inapplicable to plaintiffs' demands for forward-looking injunctive relief.

*Third*, Reddit claims the complaint fails to allege "fraudulent, unlawful, or unfair business practices to support a UCL claim." Mot. at 22. But Reddit concedes that its authority is contradicted by binding Ninth Circuit precedent, and there need be no "actual or threatened impact on competition" for a UCL claim. *Knevelbaard Dairies v. Kraft Foods, Inc.*, 232 F.3d 979, 994 (9th Cir. 2000). And the complaint clearly alleges that Reddit deceptively claims to combat child porn on its website, when in fact—to the detriment of plaintiffs here, who have discovered the hard way they cannot rely on Reddit's purported business practices—Reddit encourages and supports child porn for its own profit. *See, e.g.*, FAC ¶¶121–23.

### 3. Reddit Was Unjustly Enriched

Reddit's case acknowledges that the Court may construe plaintiffs' claim for unjust enrichment as one for restitution, which is an independent claim. *See Bergado v. Velonza*, 2018 WL 5861296, at *6 (C.D. Cal. Mar. 19, 2018) (Selna, J.). Reddit argues, quoting an out of context case about specific allegations made against another defendant, that it did not benefit, and rather was harmed by child porn on its website, but that position—which conflicts with plaintiffs' allegations of Reddit's financial benefit from child porn through increased traffic as well as advertiser dollars, *see* FAC ¶¶53, 62–75, 234–36—cannot be credited on a motion to dismiss. Reddit's reliance on *Doe I v. Wal-Mart Stores, Inc.*, 572 F.3d 677, 679 (9th Cir. 2009) to argue that plaintiffs lack a sufficient "prior relationship" with Reddit, Mot. at 24, is

misplaced. In *Wal-Mart Stores*, the plaintiffs had no direct interactions with Wal-Mart whatsoever—instead, plaintiffs' employers had the relationship with Wal-Mart. 572 F.3d at 680. Given Reddit's acute knowledge of trafficking on its site, and the other misconduct alleged in the complaint, the jury may certainly find a relationship with trafficking victims to sustain liability. Moreover, in this case plaintiffs allege a direct (and continuing) relationship with Reddit, where plaintiffs continually plead with Reddit to remove the illegal content featuring them (and their daughters) from Reddit's websites, to Reddit's deaf ears. *See, e.g.*, FAC ¶¶148–52; 159–67; 178–92; 205–09; 216–20.

### 4. Reddit Recklessly Inflicted Emotional Distress on Plaintiffs

Reddit argues that the complaint fails to advance "evidence" that "*Reddit* committed extreme and outrageous acts directed to plaintiffs," because "the third parties who posted the images" are the outrageous actors. Mot. at 25 (emphasis in original). The complaint alleges that Reddit callously disregarded plaintiffs' pleas to remove from its websites pornographic and personally identifying images of minors. *See supra* at 18. Whether Reddit's "conduct [wa]s 'extreme and outrageous' is a question of fact for a jury to resolve." *Duronslet v. Cty. of Los Angeles*, 266 F. Supp. 3d 1213, 1219 (C.D. Cal. 2017).

### E. **If the Court Dismisses, Plaintiffs Request Leave to Replead**

If the court grants Reddit's motion, plaintiffs respectfully request the opportunity to replead. There is no prejudice to Reddit in light of the discovery stay. *See Kowall Ventures, LLC v. Mehdizadeh*, 2021 WL 2546747, at *1 (C.D. Cal. Apr. 19, 2021) ("Even after a complaint has been amended . . . [t]he Ninth Circuit requires . . . amendment[s] be . . . [permitted] with 'extreme liberality.'" (citing cases)).

### V. CONCLUSION

Plaintiffs respectfully request the Court deny Reddit's motion to dismiss.

1

2 Dated:  August 2, 2021

3                                           DAVIDA BROOK
                                            KRYSTA KAUBLE PACHMAN
4                                           ARUN SUBRAMANIAN
                                            TAMAR LUSZTIG
5                                           SUSMAN GODFREY L.L.P.

6

7                                           STEVE COHEN (*Pro Hac Vice*)
                                            scohen@pollockcohen.com
8                                           POLLOCK COHEN LLP
                                            60 Broad Street, 24th Fl.
9                                           New York, NY 10004
                                            Phone: (212) 337-5361
10

11

12

13                                          By  */s/ Krysta Kauble Pachman*
                                                 Krysta Kauble Pachman
14

15                                          Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28