THEANE EVANGELIS, SBN 243570
MICHAEL H. DORE, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

KRISTIN A. LINSLEY, SBN 154148
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Reddit, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REDDIT, INC.,<br><br>　　　　　Defendant. | CASE NO. 8:21-CV-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

On September 8, 2021, Judge Gilliam granted Craigslist's motion to dismiss the amended complaint in *J. B. v. G6 Hospitality, LLC*, 2021 WL 4079207 (N.D. Cal. Sept. 8, 2021) (Exhibit 1). The court's central inquiry was the scope of 47 U.S.C. § 230(e)(5)(A), including whether it is "sufficient that *someone* committed a section 1591 violation that underlies a plaintiff's [18 U.S.C. § 1595] claim," or whether "a plaintiff must show that the conduct of the *civil defendant being sued* amounts to a criminal violation." *Id*. at *5 (emphasis original). The court held that "section 230(e)(5)(A) withdraws immunity only for claims asserting that the defendant's own conduct amounts to a violation of section 1591." *Id*. at *4. Relying on FOSTA-SESTA's plain statutory language and its legislative history, Judge Gilliam squarely rejects the opposite reading adopted by Magistrate Judge Spero in *Doe v. Twitter*, 2021 WL 3675207 (N.D. Cal. Aug. 19, 2021) (*id*. at *5), and that Plaintiffs have advocated for in this Court.

First, Judge Gilliam held that the statutory language—which exempts from section 230 a civil claim brought under § 1595 "if the conduct underlying the claim constitutes a violation of section 1591," 47 U.S.C. § 230(e)(5)(A)—refers to the claim *against the civil defendant*. *J. B.*, 2021 WL 4079207 at *6; Reddit Reply 8-12. The court explained that the statute's exemptions for criminal prosecutions use "nearly identical language" and "necessarily refer[] to the conduct of the criminal defendant." *J. B.*, 2021 WL 4079207 at *6. According to the Court, this "strongly suggests that [Congress] intended to give the 'conduct underlying' phrases the same meaning." *Id*.

The court further noted that FOSTA-SESTA added a provision to § 1595 authorizing state attorneys general to bring *parens patriae* civil actions against "any person who violates section 1591." 18 U.S.C. § 1595(d). According to the court, it would be unreasonable to conclude that Congress would allow private plaintiffs to sue defendants who only violated § 1595 based on the application of a constructive knowledge standard, while limiting attorneys general to suing only direct violators of § 1591. *J. B.*, 2021 WL 4079207 at *7.

Second, the *J. B.* court also held that the legislative history supported this

interpretation. Judge Gilliam observed that FOSTA-SESTA, as introduced, would have exempted any claim brought under § 1595, which is the interpretation that Plaintiffs urge this Court to adopt. *J. B.*, 2021 WL 4079207 at *8-12. However, after hearing testimony regarding concerns about applying the broad, negligence-based theory of § 1595, Congress changed the language of the bill to require that online actors named as civil defendants had to have violated § 1591. *Id*. Following this amendment, the original sponsors of the bill expressed concerns that the addition of the language referencing § 1591 would impair civil enforcement, but the final bill retained this language because the combination of the civil remedy exemption (as amended to include § 1591) and the criminal prosecutions would provide civil justice for victims and permit prosecutions of bad actors. *Id*.

Judge Gilliam's detailed analysis, relying on both the plain statutory language and the legislative history, confirms that this Court should dismiss Plaintiffs' claims against Reddit as barred by Section 230(c)(1).

Dated: September 10, 2021          Respectfully submitted,

THEANE EVANGELIS
KRISTIN A. LINSLEY
MICHAEL H. DORE
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
                Theane Evangelis

Attorneys for Defendant Reddit, Inc.