DAVIDA P. BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>REDDIT, INC.<br><br>        Defendant. | Case No. 8:21-cv-00768-JVS-KES<br><br>Hon. James V. Selna<br><br>**PLAINTIFFS' NOTICE OF NON-AMENDMENT** |

1
2
3
4
5

On October 7, 2021, the Court granted Defendant's motion to dismiss, and dismissed the first amended complaint without prejudice. Dkt. No. 58. The Court also granted Plaintiffs thirty days to amend their claims, except as to the § 2258A claim. *See id.* at 15. Plaintiffs hereby notify the Court that they do not intend to amend their complaint, and request that the Court enter an order dismissing the case.

6

7   Dated: October 27, 2021
8
9

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
TAMAR LUSZTIG
SUSMAN GODFREY L.L.P.

10
11
12

STEVE COHEN (*Pro Hac Vice*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Phone: (212) 337-5361

13
14
15

By */s/ Krysta Kauble Pachman*
Krysta Kauble Pachman
Attorneys for Plaintiffs

16
17
18
19
20
21
22
23
24
25
26
27
28