JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS (KESx) | Date | October 28, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **[IN CHAMBERS] Order Regarding Dismissal of Claims**

    Defendant Reddit, Inc. ("Reddit") filed a motion to dismiss the complaint of Plaintiffs Jane Does Nos. 1-6 and John Does Nos. 2, 3, and 5 (collectively — "Plaintiffs"). Dkt. No. 40. On October 7, 2021, the Court granted Reddit's motion to dismiss, and granted Plaintiffs thirty-days' leave to amend their claims, except as to the section 2258A claim. Dkt. No. 58, at 15. On October 27, 2021, the Plaintiffs filed a notice of non-amendment and requested that the Court enter an order dismissing the case. Dkt. No. 59.

    Accordingly, the Court **DISMISSES** all claims with prejudice.

       **IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |