# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Central District Of California Southern Division |
| U.S. District Court case number: | 8:21-cv-00768 JVS (KESx) |
| Date case was first filed in U.S. District Court: | 04/22/2021 |
| Date of judgment or order you are appealing: | 10/28/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

Susman Godfrey L.L.P.

1900 Avenue of the Stars, Suite 1400

City: L.A.   State: CA   Zip Code: 90067

Prisoner Inmate or A Number (if applicable): _____

**Signature** /s/ *Krysta Kauble Pachman*   **Date** 11/29/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated

Name(s) of counsel (if any):
Krysta Kauble Pachman; Davida Brook; Halley Josephs

Address: Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, L.A., CA 90067

Telephone number(s): 310-789-3100

Email(s): kpachman@susmangodfrey.com; dbrook@susmangodfrey.com; hjosephs@susmangodfrey.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Reddit, Inc.

Name(s) of counsel (if any):
Theane Evangelis; Michael H. Dore

Address: Gibson, Dunn & Crutcher L.L.P., 333 S. Grand Ave., L.A., CA 90071

Telephone number(s): 213-229-7726

Email(s): TEvangelis@gibsondunn.com; MDore@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                              *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
JANE DOES NO. 1-6 AND JOHN DOES NO. 2, 3, and 5, on behalf of themselves and all others similarly situated

Name(s) of counsel (if any):
Arun Subramanian; Tamar Lusztig

Address: Susman Godfrey L.L.P., 1301 Avenue of the Americas, 32nd Floor, N.Y., NY 10019

Telephone number(s): 212-336-8330

Email(s): asubramanian@susmangodfrey.com; tlusztig@susmangodfrey.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Reddit, Inc.

Name(s) of counsel (if any):
Kristin A. Linsley

Address: Gibson, Dunn & Crutcher L.L.P., 555 Mission St., Suite 3000, San Francisco, CA 94105

Telephone number(s): 415-393-8395

Email(s): KLinsley@gibsondunn.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                2                                        New 12/01/2018